# Exhibit 1

US00RE47653E

(19) **United States**

(12) **Reissued Patent**
   Wahl et al.

(10) Patent Number: **US RE47,653 E**
(45) Date of Reissued Patent: **Oct. 22, 2019**

(54) **GOLF CLUB HEAD**

(71) Applicant: **Taylor Made Golf Company, Inc.,** Carlsbad, CA (US)

(72) Inventors: **Bret H. Wahl**, Escondido, CA (US); **Peter L. Larsen**, San Marcos, CA (US); **Loren Stowe**, Coeur d'Alene, ID (US)

(73) Assignee: **Taylor Made Golf Company, Inc.,** Carlsbad, CA (US)

(21) Appl. No.: **15/904,245**

(22) Filed: **Feb. 23, 2018**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **9,265,995**
   Issued: **Feb. 23, 2016**
   Appl. No.: **14/465,587**
   Filed: **Aug. 21, 2014**

U.S. Applications:
(60) Continuation of application No. 13/960,554, filed on Aug. 6, 2013, now Pat. No. 8,814,725, which is a
   (Continued)

(51) **Int. Cl.**
   *A63B 53/04* (2015.01)
   *A63B 53/08* (2015.01)
   *B23P 17/04* (2006.01)
   *A63B 60/00* (2015.01)
   *A63B 60/42* (2015.01)

(52) **U.S. Cl.**
   CPC ........ *A63B 53/047* (2013.01); *A63B 53/0475* (2013.01); *A63B 53/08* (2013.01); *A63B 60/00* (2015.10); *B23P 17/04* (2013.01); *A63B 60/42* (2015.10); *A63B 2053/0454* (2013.01); *A63B* *2053/0462* (2013.01); *A63B 2053/0491* (2013.01); *Y10T 29/49993* (2015.01)

(58) **Field of Classification Search**
   CPC ... A63B 53/047; A63B 53/08; A63B 53/0475; A63B 60/00; A63B 2053/0491; A63B 2053/0462; A63B 60/42; A63B 2053/0454; B23P 17/04; Y10T 29/49993
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,523,759 A | 6/1985 | Igarashi |
| 5,007,643 A | 4/1991 | Okumoto et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| JP | 4109973 | 4/1992 |
| JP | 9117537 | 5/1997 |

(Continued)

*Primary Examiner* — William C Doerrler
(74) *Attorney, Agent, or Firm* — Klarquist Sparkman, LLP

(57) **ABSTRACT**

An iron-type golf club head is disclosed having a heel portion, a sole portion, a toe portion, a top-line portion, a front portion, a rear portion, and a striking face. A back wall is also disclosed in the rear portion enclosing a portion of the rear portion to create an enclosed cavity. The cavity is defined by at least a rear surface of the striking face, an inner back wall surface, and the sole portion. A plug and a filler material is located within the enclosed cavity. The filler material surrounds the plug and is configured to hold the plug in place. The plug is lighter than the filler material.

**46 Claims, 9 Drawing Sheets**





## US RE47,653 E

Page 2

### Related U.S. Application Data

division of application No. 13/709,876, filed on Dec. 10, 2012, now Pat. No. 8,517,863, which is a continuation of application No. 13/327,638, filed on Dec. 15, 2011, now Pat. No. 8,328,663, which is a continuation of application No. 12/462,198, filed on Jul. 29, 2009, now Pat. No. 8,088,025.

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,104,123 | A | 4/1992 | Okitsu et al. |
| 5,135,227 | A | 8/1992 | Okumoto et al. |
| 5,277,423 | A | 1/1994 | Artus |
| 5,348,302 | A | 9/1994 | Sasamoto et al. |
| 5,465,969 | A | 11/1995 | Cadorniga |
| 5,499,819 | A * | 3/1996 | Nagamoto .................... 473/346 |
| 5,529,543 | A | 6/1996 | Beaumont, Sr. |
| 5,649,873 | A | 7/1997 | Fuller |
| 5,697,855 | A | 12/1997 | Aizawa |
| 5,766,092 | A | 6/1998 | Mimeur et al. ........ A63B 53/04 473/329 |
| 6,306,048 | B1 | 10/2001 | McCabe et al. |
| 6,743,117 | B2 | 6/2004 | Gilbert |
| 6,835,144 | B2 | 12/2004 | Best |
| 6,918,840 | B2 | 7/2005 | Stites et al. |
| 6,921,343 | B2 | 7/2005 | Solheim |
| 6,921,344 | B2 | 7/2005 | Gilbert et al. |
| 6,923,732 | B2 | 8/2005 | Stites et al. |
| 6,991,559 | B2 | 1/2006 | Yabu |
| 7,022,029 | B2 | 4/2006 | Caldwell |
| 7,147,571 | B2 | 12/2006 | Best et al. |
| 7,207,899 | B2 | 4/2007 | Imamoto |
| 7,232,377 | B2 | 6/2007 | Gilbert et al. |
| 7,288,030 | B2 | 10/2007 | Blankenship |
| 7,300,361 | B2 | 11/2007 | Stites et al. |
| 7,303,486 | B2 | 12/2007 | Imamoto |
| 7,316,623 | B2 | 1/2008 | Imamoto |
| 7,476,162 | B2 | 1/2009 | Stites et al. |
| 7,481,719 | B2 | 1/2009 | Imamoto |
| 7,628,712 | B2 | 12/2009 | Chao et al. |
| 9,265,995 | B2 | 2/2016 | Wahl et al. |
| 2005/0075191 | A1 | 4/2005 | Bennett |
| 2007/0049417 | A1 | 3/2007 | Shear |
| 2007/0129162 | A1 | 6/2007 | Pan et al. |
| 2007/0129166 | A1 | 6/2007 | Shimazaki et al. |
| 2007/0155533 | A1 | 7/2007 | Solheim et al. |
| 2008/0004134 | A1 | 1/2008 | Roach et al. |
| 2008/0032813 | A1 | 2/2008 | Hagood et al. |
| 2008/0032815 | A1 | 2/2008 | Yamamoto |
| 2008/0058117 | A1 | 3/2008 | Roach |
| 2014/0364248 | A1 | 12/2014 | Wahl et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2005-218510 | 8/2005 |
| JP | 2006-167033 | 6/2006 |
| WO | WO2006/017605 | 2/2006 |

* cited by examiner



*Fig. 1A*

*Fig. 1B*

*Fig. 1C*



*Fig. 1D*



*Fig. 1E*



*Fig. 2A*



*Fig. 2B*



*Fig. 3A*

*Fig. 3B*



Fig. 4



Fig. 5A



500

*Fig. 5B*



*Fig. 6A*

*Fig. 6B*



*Fig. 7*

U.S. Patent

Oct. 22, 2019

Sheet 9 of 9

US RE47,653 E



*Fig. 8*

US RE47,653 E

**1**

## GOLF CLUB HEAD

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue; a claim printed with strikethrough indicates that the claim was canceled, disclaimed, or held invalid by a prior post-patent action or proceeding.**

CROSS REFERENCE TO RELATED [APPLICATION] *APPLICATIONS*

This application is a *reissue application of U.S. Pat. No. 9,265,995, issued Feb. 23, 2016, which is a* continuation of [U.S. patent] application Ser. No. 13/960,554, filed *on* Aug. 6, 2013, *now U.S. Pat. No. 8,814,725,* which is a [divisional] *division* of [U.S. patent] application Ser. No. 13/709,876, filed Dec. 10, 2012, [which is] now U.S. Pat. No. 8,517,863, [issued Aug. 27, 2013,] which is a continuation of [U.S. patent] application Ser. No. 13/327,638, filed Dec. 15, 2011, [which is] now U.S. Pat. No. 8,328,663, [issued Dec. 11, 2012,] which is a continuation of [U.S. patent] application Ser. No. 12/462,198, filed *on* Jul. 29, 2009, [which is] now U.S. Pat. No. 8,088,025[, issued Jan. 3, 2012, all of which are incorporated herein by reference].

FIELD

The present disclosure relates to a golf club head. More specifically, the present disclosure relates to a golf club head filled with a dampening material.

BACKGROUND

A golf set includes various types of clubs for use in different conditions or circumstances in which a ball is hit during a golf game. A set of clubs typically includes a "driver" for hitting the ball the longest distance on a course. A fairway "wood" can be used for hitting the ball shorter distances than the driver. A set of irons are used for hitting the ball within a range of distances typically shorter than the driver or woods.

An iron has a flat face that normally contacts the ball whenever the ball is being hit with the iron. Irons have angled faces for achieving lofts ranging from about 18 degrees to about 60 degrees.

Every club has a "sweet spot" that represents the best hitting zone on the face for maximizing the probability of the golfer achieving the best and most predictable shot using the particular club. Most golfers strive to make contact with the ball inside the sweet spot to achieve a desired trajectory. However, a golf club head may have a tendency to cause undesirable sounds and vibrations upon impact.

SUMMARY OF THE DESCRIPTION

The present disclosure describes a golf club head comprising a heel portion, a toe portion, a crown, a sole, and a face.

The foregoing and other objects, features, and advantages of the invention will become more apparent from the following detailed description, which proceeds with reference to the accompanying figures.

According to one aspect of an embodiment of the present invention, a hollow iron-type golf club head is described including a heel portion, a sole portion, a toe portion, a

**2**

top-line portion, a front portion, a rear portion, and a striking face. A back wall is located in the rear portion enclosing a substantial portion of the rear portion to create a substantially enclosed cavity. The enclosed cavity is defined by at least a rear surface of the striking face, an inner back wall surface, and the sole portion. At least one plug and a filler material located within the enclosed cavity are described. The filler material substantially surrounding the plug and is configured to hold the at least one plug in place.

In one example, the enclosed cavity has a volume between about 1 cc and 200 cc and an unsupported face area between about 300 mm$^2$ to about 4,000 mm$^2$ is described.

In another example, the unsupported face area includes a thickened central region and the plug is positioned to be in contact with at least a portion of the thickened central region. The at least one plug contacts the inner back wall surface.

In yet another example, the striking face includes a welded striking plate and a total striking face area is between about 2,700 mm$^2$ and 5,000 mm$^2$.

In one example, an aperture into the enclosed cavity is provided for filling the cavity with the filler material. The filler material is an expanding foam material having a density between about 0.03 g/cc and about 0.19 g/cc.

In another example, the filler material occupies about 50% to about 99% of the total enclosed cavity volume. The filler material completely fills a remaining cavity volume around the at least one plug. The filler material contacts an entire first side surface of the at least one plug.

In yet another example, the filler material and the at least one plug have a combined weight of less than about 10 g or about 5 g.

In one example, the filler material and plug have a combined weight of less than about 20% of the total club head weight, or less than about 5%.

In another example, the back wall includes a first aperture having at least a first diameter and a slot configured to match at least a keying portion of the at least one plug and the coefficient of restitution of the club is greater than about 0.8.

In yet another example, the striking face includes a striking plate formed of a steel, such as maraging steels, maraging stainless steels, and PH stainless steels.

In one example, the plug is in direct contact with a rear surface of the striking face and at least a portion of the filler material is in direct contact with a rear surface of the striking face.

In another example, the back wall includes at least a first aperture. The first aperture is configured to allow the at least one plug to be inserted into the first aperture and is configured to allow the at least one plug to move from a first position to a second position.

In yet another example, the back wall includes at least one slot, the at least one slot being connected to the first aperture and is configured to secure the at least one plug.

According to one aspect of one embodiment of the present invention, a method of manufacturing a hollow iron-type golf club with a plug and filler material is described. A body including a heel portion, a sole portion, a toe portion, a top-line portion, a front portion, and a rear portion having a back wall is disclosed. An aperture is formed on the body. A striking face is formed and attached to the front portion of the body to form a cavity defined by a rear surface of the striking face, an inner surface of the back wall, and the sole portion. At least one plug is inserted into the aperture. The at least one plug is in direct contact with the rear surface of the striking face and the inner surface of the back wall. The plug is moved from a first position to a second position. A

US RE47,653 E

**3**

filler material is inserted into the aperture. The filler material substantially surrounds the plug and is configured to hold the plug in place. The aperture is covered with a badge in the rear portion of the body.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example and not limitation in the figures of the accompanying drawings in which like references indicate similar elements.

FIG. 1A is a front view of an embodiment of a golf club head.

FIG. 1B is a cross-sectional view taken along section lines 1B-1B in FIG. 1A.

FIG. 1C is a magnified view of DETAIL 1C in FIG. 1B.

FIG. 1D is an elevated toe perspective view of a golf club head.

FIG. 1E is a cross-sectional view taken along section lines 1E-1E in FIG. 1D.

FIG. 2A is an exploded assembly view of a golf club head according to an embodiment.

FIG. 2B is an assembled view of a golf club head according to an embodiment.

FIG. 3A is a front view of another embodiment of a golf club head.

FIG. 3B is a cross-sectional view taken along section lines 3B-3B in FIG. 3A.

FIG. 4 is a rear view of a golf club head according to an embodiment.

FIG. 5A is an isometric view of a golf club head insert.

FIG. 5B is an isometric view of a golf club head insert.

FIG. 6A illustrates an exploded assembly view of a golf club head according to an embodiment.

FIG. 6B illustrates an assembled view of a golf club head according to an embodiment.

FIG. 7 illustrates a flow chart of a golf assembly operation.

FIG. 8 illustrates a graph of a frequency response of exemplary golf club heads.

## DETAILED DESCRIPTION

Various embodiments and aspects of the inventions will be described with reference to details discussed below, and the accompanying drawings will illustrate the various embodiments. The following description and drawings are illustrative of the invention and are not to be construed as limiting the invention. Numerous specific details are described to provide a thorough understanding of various embodiments of the present invention. However, in certain instances, well-known or conventional details are not described in order to provide a concise discussion of embodiments of the present inventions.

FIG. 1A illustrates a hollow iron golf club head 100 including a heel 102, toe 104, sole portion 108, and top line portion 106. The striking face 110 includes grooves 112 that are designed for impact with the golf ball. In some embodiments, the golf club head 100 can be a single unitary cast piece, while in other embodiments, a striking plate can be formed separately to be adhesively or mechanically attached to the golf club head 100.

FIGS. 1A and 1D also show a center point 101 being an ideal striking point in the center of the striking face 110 and respective orthogonal CG axes. A CG x-axis 105, CG y-axis 107, and CG z-axis 103 intersect at the center point 101. In addition, a CG z-up axis 109 is defined as an axis perpen-

**4**

dicular to the ground plane 111 and having an origin at the ground plane 111. The ground plane 111 is assumed to be a perfectly flat plane.

In certain embodiments, a desirable CG-x location is between about 5 mm (heel side) and about −5 mm (toe side) along the CG x-axis 105. A desirable CG-y location is between about 0.25 mm to about 20 mm along the CG y-axis 107 toward the rear portion of the club head. Additionally, a desirable CG-z location is between about 12 mm to about 25 mm along the CG z-up axis 109, as previously described.

FIG. 1B shows a cross sectional side view of the hollow iron golf club head 100 along the cross-section lines 1B-1B shown in FIG. 1A. The cross-section lines 1B-1B are taken through an ideal striking point 101 in the center of the striking face 110. The ideal striking point 101 is located in a striking face plane 125 at the intersection of a first axis (within the face plane 125) passing through the midpoint of the longest scoreline groove and a second horizontal axis (within the face plane 125) offset from the leading edge (defined as the intersection of the sole portion and the face plane 125) by a distance d of about 16.5 mm within the face plane 125, as shown in FIG. 1D. The striking face 110 includes a front surface 110a and a rear surface 110b. The hollow iron golf club head 100 further includes a back portion 128 and a front portion 130. The striking face 110 located in the front portion 130 has an inverted cone profile or thickened central region that provides multiple thicknesses across the striking face 110. The thickened central region can be a variety of profile shapes and is not restricted to a cone shape.

The striking face 110 has a first thickness 116 and a second thickness 118. The second thickness is greater than the first thickness 116. In certain embodiments, the first thickness 116 can be between about 1.5 mm and about 2.5 mm, with a preferred thickness of about 2 mm or less. The second thickness 118 can be between about 1.7 mm and about 2.5 mm or less than about 2.7 mm. Furthermore, the sole portion 108 has a sole thickness dimension 140 that extends within a region between a rear protrusion 138 and the striking face 110. In certain embodiments, the sole thickness dimension 140 is between about 1 mm and about 2 mm, or less than about 2 mm. In one embodiment, a preferred sole thickness 140 is about 1.8 mm or less. A recess 134 is located above the rear protrusion 138 in the back portion 128 of the club head. A back wall 132 encloses the entire back portion 128 of the club head to define a cavity 120 that is primarily filled with a filler material 121.

In one embodiment, the filler material 121 can be an expandable foam such as Expancel® 920 DU 40 which is an acrylic copolymer encapsulating a blowing agent, such as isopentane. A copolymer is greater than about 75 weight percent of the composition and the blowing agent is about 15-20 weight percent. The unexpanded particle size of the filler material 121 can be between about 2 μm and about 90 μm depending on the context.

In one embodiment, the density of the filler material 121 is between about 0.16 g/cc and about 0.19 g/cc or between about 0.03 g/cc and about 0.19 g/cc. In certain embodiments, the density of the filler material 121 is in the range of about 0.03 g/cc to about 0.2 g/cc, or about 0.04-0.10 g/cc. The density of the filler material 121 impacts the COR, durability, strength, and filling capacity of the club head. In general, a lower density material will have less of an impact on the COR of a club head. The filler material 121 can have a hardness range of about 15-85 Shore OO hardness or about 80 Shore OO hardness or less.

US RE47,653 E

5

In one embodiment, the filler material **121** is subject to heat for expansion of about 150° C.+/−10° C. for about 30 minutes. In some embodiments, the expansion of the filler material **121** can begin at about 125° C. to about 140° C. A maximum expansion temperature range can be between about 160° C. to about 190° C. The temperature at which the expansion of the filler material **121** begins is critical in preventing unwanted expansion after the club head is assembled. For example, a filler material that begins expanding at about 120° C. will not cause unwanted expansion when the club is placed in the trunk of a car (where temperatures can reach up to about 83° C.). Thus, a filler material **121** that has a beginning expansion temperature of greater than about 80° C. is preferred.

Some other examples of materials that can be used as a filler material or plug material include, without limitation: viscoelastic elastomers; vinyl copolymers with or without inorganic fillers; polyvinyl acetate with or without mineral fillers such as barium sulfate; acrylics; polyesters; polyurethanes; polyethers; polyamides; polybutadienes; polystyrenes; polyisoprenes; polyethylenes; polyolefins; styrene/isoprene block copolymers; metallized polyesters; metallized acrylics; epoxies; epoxy and graphite composites; natural and synthetic rubbers; piezoelectric ceramics; thermoset and thermoplastic rubbers; foamed polymers; ionomers; low-density fiber glass; bitumen; silicone; and mixtures thereof. The metallized polyesters and acrylics can comprise aluminum as the metal. Commercially available materials include resilient polymeric materials such as Scotchdamp™ from 3M, Sorbothane® from Sorbothane, Inc., DYAD and GPS from Soundcoat Company Inc., Dynamat from Dynamat Control of North America, Inc., NoVi-Flex™ Sylomer® from Pole Star Maritime Group, LLC, Isoplast® from The Dow Chemical Company, and Legetolex™ from Piqua Technologies, Inc. In one embodiment the filler material may have a modulus of elasticity ranging from about 0.001 GPa to about 25 GPa, and a durometer ranging from about 5 to about 95 on a Shore D scale. In other examples, gels or liquids can be used, and softer materials which are better characterized on a Shore A or other scale can be used. The Shore D hardness on a polymer is measured in accordance with the ASTM (American Society for Testing and Materials) test D2240.

FIG. 1B further shows an optional ridge **136** extending across a portion of the outer back wall surface **132a** forming an upper concavity and a lower concavity. An inner back wall surface **132b** defines a portion of the cavity **120** and forms a thickness between the outer back wall surface **132a** and the inner back wall surface **132b**. In some embodiments, the back wall thickness varies between a thickness of about 1 mm to about 3 mm.

FIG. 1C is a magnified view of the top line **106** DETAIL 1C shown in FIG. 1B. FIG. 1C shows the top line **106** and a striking plane **125** that is parallel to and contains the front striking surface **110**. A second plane **127** is shown being perpendicular to the striking plane **125** and the striking surface **110**. The top line **106** includes a return surface **123** immediately adjacent to the striking face **110** in the top line portion **106**. The return surface **123** extends from the striking face **110** toward the back portion **128** and a majority of the return surface **123** is generally parallel with the second plane **127**. A transition surface **126** connects the return surface **123** to the outer back wall surface **132a**.

In certain embodiments, the return surface **123** extends from the striking face **110** a return distance **124** (or "effective top line thickness") of between about 3.5 mm and 5 mm, or about 4.8 mm or less, as measured along the second plane **127** and perpendicular to the striking plane **125**. In some

6

embodiments, the return surface **123** extends less than 60% of the total top line thickness **122**. In certain embodiments, the total top line thickness **122** is between about 6 mm and about 9 mm, or about 8.5 mm or less, as measured along the second plane **127** and perpendicular to the striking plane **125**.

A small effective top line thickness **124** of the return surface **123** creates the perception to a golfer that the entire top **106** of the club head **100** is thin. A perceived thin top line **106** can enhance the aesthetic appeal to a golf player.

FIG. 1D illustrates an elevated toe view of the golf club head **100** including a back portion **128**, a front portion **130**, a sole portion **108**, a top line portion **106**, and a striking face **110**, as previously described.

FIG. 1E illustrates a cross-sectional view taken along cross-sectional lines 1E-1E of FIG. 1D. FIG. 1E shows a rear unsupported face region **146**, an inverted cone technology region **148** (hereinafter, "ICT region" or "Thickened Central Region") and a rear supported face region **150**. The unsupported face region **146** is a region of the striking face **110** where the thickness of the face is thin (i.e. less than about 3 mm or less than about 5 mm) and is not supported by any separate or integrated metallic structure having a significant impact on the stiffness of the striking face **110**. The ICT region **148** can be considered a sweet spot where an ideal impact can occur at the center point **152** of the ICT. Variable thickness configurations or inverted cone configurations are discussed in, for example, U.S. Pat. Nos. 6,800, 038, 6,824,475, 6,904,663, and 6,997,820, all incorporated herein by reference.

The rear supported face region **150** is located about a periphery of the unsupported face region **146**. The inverted cone region **148** is centered about an ideal impact location **152** located in a central location of the unsupported face region **146**. The inverted cone region **148** includes an outer span **144** and an inner span **142**. In some embodiments, the outer span **144** is between about 15 mm and about 25 mm, or at least 20 mm. The inner span **142** of the inverted cone region **148** represents the thickest portion of the unsupported face region **146**. In certain embodiments, the inner diameter **142** is between about 5 mm and about 15 mm, or at least about 10 mm.

The tabulated values in Tables 1-7 are total face area, thin face thickness, thickened central region (or ICT region area), and the unsupported surface area.

The "total face area" is defined as the area of face contained within a face plane on a front striking portion of the club head. The "thin face thickness" is the nominal thickness of the striking surface in its thinnest location (such as dimension **116**, in FIG. 1B). The ICT region **148** area is the surface area contained by the variable thickness region or inverted cone area. Furthermore, the "Unsupported Surface Area" is the unsupported rear surface area **146** of the striking face (including an ICT region **148**).

EXAMPLE 1

TABLE 1

| Club head | Total Face Area (mm²) | Thin Face Thickness (mm) | Thickened Central Region Area (mm²) | Unsupported Surface Area (mm²) |
|---|---|---|---|---|
| 3-iron | 2,825 | 2.1 | 541 | 2,175 |
| 6-iron | 2,964 | 2.1 | 541 | 2,276 |

34

US RE47,653 E

**7**

TABLE 1-continued

| Club head | Total Face Area (mm²) | Thin Face Thickness (mm) | Thickened Central Region Area (mm²) | Unsupported Surface Area (mm²) |
|-----------|------------------------|---------------------------|--------------------------------------|---------------------------------|
| 9-iron | 3,116 | 2.1 | 541 | 2,094 |
| Wedge | 3,452 | 2.1 | 541 | 2,345 |

EXAMPLE 2

TABLE 2

| Club head | Total Face Area (mm²) | Thin Face Thickness (mm) | ICT Region (mm²) | Unsupported Surface Area (mm²) |
|-----------|------------------------|---------------------------|-------------------|---------------------------------|
| 3-iron | 2,824 | 2.4 | 527 | 2,403 |
| 6-iron | 2,962 | 2.4 | 527 | 2,473 |
| 9-iron | 3,113 | 2.4 | 527 | 2,245 |
| Wedge | 3,451 | 2.4 | 527 | 2,540 |

EXAMPLE 3

TABLE 3

| Club head | Total Face Area (mm²) | Thin Face Thickness (mm) | ICT Region (mm²) | Unsupported Surface Area (mm²) |
|-----------|------------------------|---------------------------|-------------------|---------------------------------|
| 3-iron | 2,792 | 2.5 | 388 | 1,631 |
| 6-iron | 2,965 | 2.5 | 388 | 1,608 |
| 9-iron | 3,151 | 2.5 | 388 | 1,597 |
| Wedge | 3,304 | 2.5 | 388 | 1,519 |

EXAMPLE 4

TABLE 4

| Club head | Total Face Area (mm²) | Thin Face Thickness (mm) | ICT Region (mm²) | Unsupported Surface Area (mm²) |
|-----------|------------------------|---------------------------|-------------------|---------------------------------|
| 3-iron | 2,796 | 2.2 | 247 | 1,560 |
| 6-iron | 2,934 | 2.2 | 247 | 1,529 |
| 9-iron | 3,084 | 2.4 | 247 | 1,479 |
| Wedge | 3,421 | 2.4 | 247 | 1,711 |

EXAMPLE 5

TABLE 5

| Club head | Total Face Area (mm²) | Thin Face Thickness (mm) | ICT Region (mm²) | Unsupported Surface Area (mm²) |
|-----------|------------------------|---------------------------|-------------------|---------------------------------|
| 3-iron | 2,763 | 2.4 | 314 | 2,220 |
| 6-iron | 2,974 | 2.4 | 314 | 2,206 |
| 9-iron | 3,376 | 2.4 | 314 | 2,240 |
| Wedge | 3,421 | 2.4 | 314 | 2,055 |

**8**

EXAMPLE 6

TABLE 6

| Club head | Total Face Area (mm²) | Thin Face Thickness (mm) | ICT Region (mm²) | Unsupported Surface Area (mm²) |
|-----------|------------------------|---------------------------|-------------------|---------------------------------|
| 3-iron | 2,790 | 2.5 | 239 | 1,567 |
| 6-iron | 2,958 | 2.5 | 292 | 1,719 |
| 9-iron | 3,150 | 2.5 | 308 | 1,621 |
| Wedge | 3,301 | 2.5 | 313 | 1,627 |

EXAMPLE 7

TABLE 7

| Club head | Total Face Area (mm²) | Thin Face Thickness (mm) | ICT Region (mm²) | Unsupported Surface Area (mm²) |
|-----------|------------------------|---------------------------|-------------------|---------------------------------|
| 3-iron | 3,177 | 2.0 | 700 | 3,175 |
| 6-iron | 3,231 | 2.0 | 700 | 3,260 |
| 9-iron | 3,384 | 2.0 | 315 | 2,244 |
| Wedge | 3,436 | 2.0 | 315 | 2,104 |

The tabulated values are representative and other configurations can be provided as described herein. It should be noted, in the above examples, one advantage of the Unsupported Surface Area is that a mass savings is achieved while also providing a durable and high COR striking face.

In the examples provided in Tables 1-7, a total face area can be in a range of about 2,700 mm² to about 4,000 mm². The Unsupported Surface Area can be within a range of about 300 mm² to about 4,000 mm², or preferably 450 mm² to about 3,500 mm². In some embodiments, the Unsupported Surface Area is at least greater than about 2,000 mm². The thin face thickness can be within a range of about 1.0 mm-3.0 mm, preferably 1.5-2.5 mm, and also preferably in a range of about 1.6-2.0 mm. In certain embodiments, the thin face thickness is less than about 2.0 mm. In embodiments having an ICT region, the ICT region surface area can range from about 230 mm² to about 2,000 mm².

FIG. 2A illustrates one embodiment of a hollow iron golf club head **200** having a top line portion **206**, a toe portion **204**, a heel portion **202**, a rear portion **222**, and a sole portion **208**. The golf club head **200** includes a back wall **212** located within a cavity region **216** or recess in the rear portion **222** of the club head **200**. The cavity region **216** includes side walls around a periphery of the back wall **212** creating a first recess or cavity region **216** where a badge **214** can be inserted and adhesively attached to the back wall **212**. An aperture **210** is located in the back wall **212** and can be used for filling the hollow iron **200** with a sound dampening filler material **224** as previously described. A second recess **220** is located below the first recess **216** and can also be configured to receive a second badge.

After the hollow iron **200** is filled with the filler material **224**, the badge **214** is adhesively or mechanically attached to the back wall **212** to cover or occlude the aperture **210** to prevent filler material from leaving the cavity and also to achieve a desired aesthetic and further dampening.

FIG. 2B shows the golf club head **200** fully assembled after the filler material **224** is inserted and the badge **214** is attached to the back wall **212**.

US RE47,653 E

9

FIG. **3**A illustrates another embodiment of a golf club head **300** including a heel portion **302**, a toe portion **304**, a top line portion **306**, a sole portion **308**, a body portion **309** and a striking plate **310** located on a striking surface. The striking plate **310** includes grooves **314**.

In one embodiment, the striking plate **310** is mechanically attached to a front portion of the body portion **309**. Specifically, a weld line **312** is formed about a periphery of the striking plate **310**.

The weld is created by a welding device, such as a laser or plasma weld. In one embodiment, the weld is applied on the front face of the golf club head **300** from a frontward to rearward direction. The weld can be any type of weld including (but not limited to) bead, groove, fillet, surfacing, tack, plug, slot, friction, and resistance welds.

Compared to TIG welding and other welding techniques, laser welding can be advantageous by concentrating more energy at the weld site. Laser welding also produces a smaller heat affected zone and more localized melt, less material interdiffusion, and reduced material fatigue during subsequent use.

After completion of the welding, the club head is subjected to a heat treatment for aging. The post-weld heat treatment is generally at 480-540° C. for four hours. The club head is also machine finished as required, such as grinding, polishing, or sandblasting, to smooth and topologically blend the surface of the weldment into the face plane. Finish machining is desirably followed by passivation. After completing finish-machining, it may be desirable to apply a suitable surface treatment of the club head, such as plating, painting, coating, or the like. Plating may be performed to produce a surface plating layer that protects against corrosion and is strong, durable, relatively inert, and aesthetically pleasing. Exemplary materials for forming a plating layer are Cr, Ni, and Cu. Exemplary techniques for forming the plating layer are electrode plating, electroless plating, physical vapor deposition (PVD), chemical vapor deposition (CVD), ion plating, and ion-beam-enhanced diffusion. An intermediate sublayer can be applied prior to the plating layer such as soft nickel, soft copper, and oxides.

In some embodiments, the COR is greater than 0.790. Preferably, the COR is at least 0.80 as measured according to the USGA Rules of Golf based on a 160 ft./s ball speed test and the USGA calibration plate. The COR can even be as high as 0.83.

In certain embodiments, the striking plate **310** can be formed of forged maraging steel, maraging stainless steel, or precipitation-hardened (PH) stainless steel. In general, maraging steels have high strength, toughness, and malleability. Being low in carbon, they derive their strength from precipitation of inter-metallic substances other than carbon. The principle alloying element is nickel (15% to nearly 30%). Other alloying elements producing inter-metallic precipitates in these steels include cobalt, molybdenum, and titanium. In one embodiment, the maraging steel contains 18% nickel. Maraging stainless steels have less nickel than maraging steels but include significant chromium to inhibit rust. The chromium augments hardenability despite the reduced nickel content, which ensures the steel can transform to martensite when appropriately heat-treated. In another embodiment, a maraging stainless steel C455 is utilized as the striking plate. In other embodiments, the striking plate is a precipitation hardened stainless steel such as 17-4, 15-5, or 17-7.

The striking plate can be forged by hot press forging using any of the described materials in a progressive series of dies. After forging, the striking plate is subjected to heat-treat-

10

ment. For example, 17-4 PH stainless steel forgings are heat treated by 1040° C. for 90 minutes and then solution quenched. In another example, C455 or C450 stainless steel forgings are solution heat-treated at 830° C. for 90 minutes and then quenched.

In one embodiment, the body portion **309** is made from 17-4 steel. However another material such as carbon steel (e.g., 1020, 1030, 8620, or 1040 carbon steel), chrome-molybdenum steel (e.g., 4140 Cr—Mo steel), Ni—Cr—Mo steel (e.g., 8620 Ni—Cr—Mo steel), austenitic stainless steel (e.g., 304, N50, or N60 stainless steel (e.g., 410 stainless steel) can be used.

The components of the described components disclosed in the present specification can be formed from any of various suitable metals or metal alloys.

In addition to those noted above, some examples of metals and metal alloys that can be used to form the components of the parts described include, without limitation: titanium alloys (e.g., 3-2.5, 6-4, SP700, 15-3-3-3, 10-2-3, or other alpha/near alpha, alpha-beta, and beta/near beta titanium alloys), aluminum/aluminum alloys (e.g., 3000 series alloys, 5000 series alloys, 6000 series alloys, such as 6061-T6, and 7000 series alloys, such as 7075), magnesium alloys, copper alloys, and nickel alloys.

The body portion **309** can include various features such as weighting elements, cartridges, and/or inserts or applied bodies as used for CG placement, vibration control or damping, or acoustic control or damping. For example, U.S. Pat. No. 6,811,496, incorporated herein by reference in its entirety, discloses the attachment of mass altering pins or cartridge weighting elements.

After forming striking plate **310** and the body portion **309**, the striking plate **310** and body portion **309** contact surfaces can be finish-machined to ensure a good interface contact surface is provided prior to welding. In one embodiment, the contact surfaces are planar for ease of finish machining and engagement.

The thickness profiles and low thickness values of the striking plate can be achieved during the forging of the striking plate. In one embodiment, a 0.3 mm to 1.0 mm machine stock plate can be added to the striking plate to increase tolerance control. After forging, the striking plate can be slightly milled and engraved with score-lines. A key advantage of being able to forge such a thin face is the freeing up of discretionary mass (up to about 20 g) that can be placed elsewhere in the club head (such as the rear piece) for manipulation of the moment of inertia or center of gravity location.

The thickness of the striking plate in the thin face area is generally consistent in thickness and non-variable. Of course, manufacturing tolerances may cause some variation in the thin face area. The thin face area and the ICT region can be considered the "unsupported" face area of the striking face because the thickness dimensions are relatively thin in those areas. In certain embodiments, the thin face area is about 50% or more of the unsupported surface area.

FIG. **3**B illustrates a cross-sectional view taken along cross section lines **3**B-**3**B shown in FIG. **3**A. FIG. **3**B further shows the front portion **330** and the back portion **328** in addition to the sole portion **308** and top line portion **306**. The welded striking plate **310** includes a thickened central region **334**, a first thickness **316**, and a second thickness **318** as previously described. The sole portion **308** includes a minimum sole thickness **326** of about 2 mm or less, or within the ranges described herein, such as about 1 mm to about 2 mm or less than 3 mm.

36

US RE47,653 E

11

A filler material **324** fills an entire interior cavity **332** and surrounds a plug **320** located near or at least in partial contact with the thickened central region **334**. It is understood that more than one plug **320** can be provided. In certain embodiments, a plurality of plugs such as two, three, or four plugs can be used. The plug **320** includes a first surface (or first side surface) **320**a contacting the filler material **324**. The filler material **324** directly contacts the entire first surface **320**a to hold and prevent the plug **320** from shifting out of position. In other words, the filler material **324** completely surrounds the plug **320** within a plane parallel to the striking plate **310**. A second surface **320**b of the plug **320** directly contacts at least a portion of the inverted cone region or thickened region **334** of the striking plate **310**. Furthermore, a third surface **320**c of the plug **320** directly contacts at least a portion of a back wall **336**. In other words, the filler material **324** does not surround the plug **320** within a plane perpendicular to the striking plate **310**. The back wall **336** includes an inner back wall and an outer back wall having certain dimensional thicknesses as previously described.

An aperture **338** is located in the back wall **336** to allow the plug **320** to be inserted into the fully enclosed cavity **332**. Upon insertion through the aperture **338**, the plug is compressed slightly so that a frictional engagement occurs between the second surface **320**b of the plug and the rear surface of the striking plate **310**. In addition, a frictional engagement also occurs between the third surface **320**c of the plug and a portion of the back wall **336**. Optionally, the aperture **338** can be located anywhere on the club head body surface other than the front striking face. For example, the aperture **338** can be located on the sole, toe, heel, or top line surfaces.

After the plug **320** is frictionally engaged in a position, the filler material **324** can be inserted into the cavity **332**. In certain embodiments, the plug **320** is a polymeric material.

In one embodiment, the plug **320** material is a urethane or silicone material having a density of about 0.95 g/cc to about 1.75 g/cc, or about 1 g/cc. The plug **320** can have a hardness of about 10 to about 70 shore A hardness. In certain embodiments, a shore A hardness of about 40 or less is preferred. In certain embodiments, a shore D hardness of up to about 40 or less is preferred.

The filler material **324** can be an expanding foam material that is expanded by a certain amount of heat as previously described. The filler material **324** expands and fills a relatively large volume, greater than the volume occupied by the plug **320**. In some embodiments, the volume of the cavity **332** is between about 1 cc and about 200 cc, or preferably between about 10 cc and about 20 cc. For the purposes of measuring the cavity **332** volume herein, the aperture **338** is assumed to be removed from the back wall **336** and an imaginary continuous back wall **336** or substantially planar back wall is utilized to calculate the cavity volume.

In some embodiments, the filler material **324** occupies about 50% to about 99% of the total club head cavity volume while the plug **320** occupies between about 0% to about 20% of the total cavity volume. In specific embodiments, the plug **320** occupies between about 0.1 cc and 1 cc with the remainder of the cavity volume being filled by the filler material **324**. It is understood that any of the embodiments described herein can be provided without a plug and filler material only.

In order to achieve a desirable CG location, the filler material **324** and plug **320** must be lightweight. In certain embodiments, the total mass of the filler material **324** and plug **320** is less than about 5 g or between about 2 g and

12

about 4 g. In one embodiment, the total weight of the filler material **324** and the plug **320** is 10 g or less, or about 3 g or less. In certain embodiments, the total weight of the filler material **324** and plug **320** is less than about 2% of the total weight of the club head **300** (excluding any badges, filler material/plug, and ferrule ring). In other embodiments, the total weight of the filler material **324** and plug **320** is less than about 10% of the total weight of the club head **300**.

Table 8, shows exemplary golf club heads and the respective weight ratios between the filler material **324** and plug **320** and the total club head weight **300**, as described above.

EXAMPLE 8

TABLE 8

| Club head | Total Weight of Filler Mat. And Plug (g) | Total Weight of Club Head (g) | Weight Ratio (%) |
|---|---|---|---|
| 3-iron | 3.7 | 229.9 | 1.6 |
| 4-iron | 3.6 | 236.1 | 1.5 |
| 5-iron | 3.6 | 242.1 | 1.5 |
| 6-iron | 3.5 | 248.5 | 1.4 |

As shown in Table 8, the total weight of the filler material **324** and plug **320** is between about 1% and about 5% of the total weight of the club head (excluding the badges, filler material/plug, and ferrule ring). Thus, a desirable CG location is still attainable while improving the sound and feel of the golf club head. In certain embodiments, the plug **320** can weigh about 0.5 g to about 1 g and the filler material can weigh about 5 grams or less. In some embodiments, the plug **320** weighs about 0.7 g or less. In other embodiments, the plug **320** can be equal to or heavier than the total filler material weight.

In yet other embodiments, the filler material **324** and the plug **320** have a combined weight of less than 20% of the total club head weight (excluding badges, filler material/plug, and ferrule ring). In one embodiment, the combined weight of the filler material **324** and plug **320** is less than 5%.

FIG. **4** illustrates a rear view of an exemplary embodiment of a golf club head **400** including a heel portion **402**, a toe portion **404**, a top line portion **406**, a sole portion **408**, and a back wall **410**. FIG. **4** further shows an aperture **414** having an aperture diameter **420** of about 10 mm to about 15 mm, or less than 30 mm. The aperture **414** is connected with a slot **412** that extends away from the aperture **414** in a horizontal direction toward the heel portion **402**. The aperture **414** has an opening at the slot connection portion and is configured to allow a plug **422** to move from a first position to a second position.

It is understood that the slot **412** could extend in the opposite horizontal direction toward the toe region **404** or in any direction needed. The slot includes a rounded end portion **418** having a diameter between about 2 mm to 5 mm, or preferably about 3 mm.

A sliding distance **416** defines the distance between a first center point **424** of the aperture **414** to a second center point **426** of the rounded end portion **418**. In certain embodiments, the sliding distance **416** is between about 1 mm and 70 mm, or between about 5 mm and about 15 mm. In one embodiment, the sliding distance **416** is about 11 mm, the aperture diameter is about 12 mm, and the rounded end portion **418** of the slot **412** is about 3 mm.

A plug **422** is initially inserted into the aperture **414** and then moved by an amount equal to the sliding distance **416**.

US RE47,653 E

13

A portion of the plug 422 is keyed to the slot 412 and thereby restricts the movement of the plug 422 in a sole 408 to top line 406 direction.

FIG. 5A illustrates an exemplary embodiment of a plug 500. The plug 500 has an overall cylindrical shape having a first surface (or side wall) 502, a second surface (or bottom surface) 508, and a third surface (or top surface) 514. In one embodiment, the side wall 502 is the continuous, curved, and circular wall of the cylindrical shaped plug 500. The top surface 514 includes an engagement surface 504 and a keying portion 506 that is elevated above the engagement surface 504. The keying portion 506 includes a raised side engagement wall 512 forming the keying portion 506 and a recessed center portion 510. In some embodiments, the center portion 510 can be used for engagement with an applicator during the insertion and movement of the plug 500. The tip of an applicator can be inserted into the recessed center portion 510.

The keying portion 506 includes a center point 518 which is located along a central axis 516 of the cylindrical shaped plug 500. When the plug 500 is inserted into the aperture 414, the overall diameter 520 of the side wall 502 of the cylindrical plug 500 is less than the diameter 420 of the aperture 414 to allow easy insertion of the plug 500. Once the bottom surface 508 of the plug 500 engages a rear surface of the striking plate, the plug 500 can be moved a sliding distance 416 from a first position to a second position. The first position is characterized by the central axis 516 of the plug 500 being aligned with the first center point 424 of the aperture 414 across a plane parallel to the back wall 410. The second position is characterized by the central axis 516 of the plug 500 being aligned with the second center point 426 of the rounded portion 418 of the slot 412. It is understood that the plug 500 is not limited to cylindrical shapes and can be cubical, rectangular, elliptical, spherical, egg shaped, pyramidal, tapered, trapezoidal, or any known three dimensional shape.

In certain embodiments, the keying portion 506 and raised side engagement wall 512 can be eliminated, thus relying purely on the compression of the plug to hold it in place.

When the plug 500 is moved to the second position or the engaged position, the plug 500 is slightly compressed between the rear wall of the striking plate and the back wall 410. In the second position, the engagement surface 504 of the plug 500 engages the interior wall of the back wall 410. The raised side engagement wall 512 of the keying portion 506 engages side walls of the slot 412 to prevent significant movement of the plug in at least a sole-to-top line direction. It is understood that frictional engagement between the plug 500 and the back wall 410 will also reduce the amount of movement of the plug in a heel-to-toe direction, even before a filler material is introduced.

FIG. 5B illustrates another exemplary plug 522 of a general wedge shape. The wedge shaped plug 522 is configured to be compressed between the rear wall of the striking plate and the back wall. A side view of the plug 522 shows a generally trapezoidal shape. The aperture 414 can be any shape including a rectangular or trapezoidal shape to accommodate the shape of the plug 522. The wedge shaped plug 522 is inserted into the aperture 414 and moved to a wedge position as previously described.

FIG. 6A illustrates an exploded assembly of an exemplary club head 600 embodiment utilizing a plug 500 and filler material 622, as previously described. The club head 600 includes a striking face 614, an interior rear striking face

14

surface 616, an inverted cone or thickened central region 602, an aperture 608, a slot 618, a back wall surface 620, a recess 612, and a badge 610.

FIG. 6A further illustrates a heel side vent hole 604 and a toe side vent hole 606 located in the back wall surface 620. The vent holes 604,606 enables air to escape the interior cavity during the expansion process of the filler material 622 or expanding foam.

FIG. 6B illustrates a fully assembled club head after the plug 500 and filler material 622 have been inserted into the interior cavity of the club head 600. The badge 610 is inserted into the recess 612 and covers the entire back wall surface 620 while obscuring the aperture 608, slot 618, plug 500, and vent holes 604,606.

FIG. 7 illustrates a series of operations 700 that are accomplished in inserting a plug into an interior cavity of a club head. Initially, a weld is placed on the face of an iron-type golf club to attach a striking plate. A weld bead likely occurs on the front face portion and within a rear cavity portion of the golf club head. If the striking plate is cast instead of welded, a weld operation on the face of the club head is not required.

In a first operation 702, an aperture is formed in the back wall of a hollow iron. The aperture can be created through machining or casting or other manufacturing processes. A plug, as described above, is then inserted into the aperture in a second operation 704 so that the plug is primarily located within an interior cavity of the club head.

In a third operation 706, the plug is moved from a first position to a second position so that the plug is relatively secured in place in the second position. Once the plug is moved to the second position, a filler material is introduced, in a fourth operation 708, into the cavity interior to provide sound and vibration dampening and to hold the plug securely in the second position by surrounding the plug. In a fifth operation 709, the filler material is heated to cause expansion within the interior cavity and completely filling the remaining cavity volume surrounding the plug. In a sixth operation 710, a badge is attached to a rear portion of the club head to cover or occlude the aperture. It is understood that the heating operation 709 can be excluded in embodiments utilizing non-expanding foam such as injection foam, urethane, two part foam, or chemical initiated expansion foam.

At least one advantage of the embodiments described is that sound is dampened upon impact with a golf ball while maintaining a hollow iron construction.

At least another advantage of the embodiments described is that unwanted vibrations can be absorbed by the filler material and plug so that a golfer perceives a softer feel upon impact with the ball.

FIG. 8 illustrates the frequency response function of two example golf club heads. Examples A and B are similar in construction to the embodiment shown in

FIGS. 6A and 6B. Each example was impacted at center face with a hammer to observe an individual frequency response.

Example B did not include any filler material or plug within the interior cavity (hereinafter, "unfilled example"). Example A includes the plug and surrounding filler material, as described above (hereinafter, "filled example"). As shown in FIG. 8, the first mode frequency response peak 802 of the unfilled example B is noticeably higher in comparison to the first mode frequency response peaks 804 of the filled example A. Therefore, the acceleration of the unfilled example B is higher than the magnitude or amplitude of acceleration of the filled example A. Thus, the filler material

US RE47,653 E

15

or expanding foam significantly dampens the accelerance amplitude of the filled example A to less than about 30 G/N (which is acceleration/input force). The accelerance amplitude describes the structure's acceleration relative to the input force as a function of frequency. In certain embodiments, an accelerance reduction of between about 5% to about 50% between the first mode frequency responses **802,804** of the unfilled example and filled example is achieved.

At least another advantage of the embodiments described is that a lightweight filler material arrangement is created allowing the center of gravity of the hollow iron construction to remain low while improving the sound and feel of the club during use.

The embodiments described herein conform with the USGA (United States Golf Association) Rules of Golf and Appendix II, **5**c related to the Determination of Groove Conformance (issued in August 2008). For example, clubs having a loft of 25 degrees or higher meets the groove width, groove depth, groove separation, groove consistency, area limitations, and edge radius requirements set forth by the USGA. In the embodiments described herein, less than 50% of measured values of Area/(Width+Separation) are greater than 0.0030 in²/in and no single measured value of Area/(Width+Separation) value for any single groove is greater than 0.0032 in²/in.

With respect to groove edge radius, the groove edges are in the form of a radius conforming with the USGA Rules of Golf as described by the two circles method. In addition, the effective radius is not greater than 0.020". In the embodiments described, less than 50% of the upper groove edges or lower groove edges fails the two circles method subject to a 10 degree angular allowance as described in the USGA rules. No single groove edge protrudes more than 0.0003" outside the outer circle.

In view of the many possible embodiments to which the principles of the disclosed invention may be applied, it should be recognized that the illustrated embodiments are only preferred examples of the invention and should not be taken as limiting the scope of the invention. It will be evident that various modifications may be made thereto without departing from the broader spirit and scope of the invention as set forth. The specification and drawings are, accordingly, to be regarded in an illustrative sense rather than a restrictive sense.

We claim:

1. A hollow iron-type golf club head comprising:

a heel portion, a sole portion, a toe portion, a top-line portion, a front portion, a rear portion, and a striking face having an unsupported [face] *surface* area *within a range* of [between] about 300 mm² to about 4,000 mm²;

a back wall in the rear portion enclosing a substantial portion of the rear portion to create a substantially enclosed cavity, the enclosed cavity being defined by at least a rear surface of the striking face, an inner back wall surface, and the sole portion[,];

[at least one plug located within the enclosed cavity, the at least one plug being compressed between the rear surface of the striking face and the back wall in the rear portion;]

a filler material located within the enclosed cavity, the filler material [substantially surrounding the at least one plug and being configured to hold the at least one plug in place] *occupying about 50% to about 99% of the total club head cavity volume in the enclosed cavity*, the golf club head defining an aperture into the enclosed

16

cavity, the aperture being configured to allow the cavity to be filled with the filler material;

[wherein the unsupported face area includes a thickened central region;

wherein the at least one plug is positioned to be in contact with at least a portion of the thickened central region; and

wherein the at least one plug occupies less than 20% of the total club head cavity volume in the enclosed cavity]

*wherein the enclosed cavity has a volume between about 10 cc and 20 cc;*

*wherein the striking face thickness is less than 3 mm; and*

*wherein a coefficient of restitution of the club head is greater than about 0.8.*

2. The iron-type golf club head of claim **1**, wherein the [enclosed cavity has a volume between about 1 cc and 200 cc] *striking face thickness is less than 2 mm.*

3. The iron-type golf club head of claim **1**, wherein the [enclosed cavity has a volume between about 10 cc and 20 cc] *striking face thickness is between about 1.5 mm and about 2.5 mm.*

[4. The iron-type golf club head of claim **1**, wherein the at least one plug has a volume between about 0.1 cc and about 1 cc.]

[5. The iron-type golf club head of claim **1**, wherein the at least one plug occupies between about 1% to about 10% of the total club head cavity volume in the enclosed cavity.]

[6. The iron-type golf club head of claim **1**, wherein the at least one plug occupies between about 0.5% to about 5% of the total club head cavity volume in the enclosed cavity.]

7. The iron-type golf club head of claim **1**, wherein the filler material [is an expanding foam material having] *has a* density between about 0.03 g/cc and about 0.19 g/cc.

8. The iron-type golf club head of claim **1**, wherein the filler material [occupies about 50% to about 99% of the total club head cavity volume in the enclosed cavity] *weighs less than about 20% of the total club head weight.*

9. The iron-type golf club head of claim **1**, wherein the [back wall includes at least a first aperture, the first aperture being configured to allow the at least one plug to be inserted into the first aperture and is configured to allow the at least one plug to move from a first position to a second position] *filler material weighs less than about 5% of the total club head weight.*

[10. The iron-type golf club head of claim **9**, wherein the back wall includes at least one slot, the at least one slot being connected to the first aperture and is configured to secure the at least one plug.]

11. A hollow iron-type golf club head comprising:

a heel portion, a sole portion, a toe portion, a top-line portion, a front portion, a rear portion, and a striking face having an unsupported face area of between about 300 mm² to about 4,000 mm²;

a back wall in the rear portion enclosing a substantial portion of the rear portion to create a substantially enclosed cavity, the enclosed cavity being defined by at least a rear surface of the striking face, an inner back wall surface, and the sole portion;

at least one plug located within the enclosed cavity, the at least one plug being compressed between the rear surface of the striking face and the back wall in the rear portion;

wherein the at least one plug occupies less than 20% of the total club head cavity volume in the enclosed cavity, and

US RE47,653 E

17

wherein the back wall includes at least a first aperture, the first aperture being configured to allow the at least one plug to be inserted into the first aperture and being configured to allow the at least one plug to move from a first position to a second position.

**12**. The iron-type golf club head of claim **11**, wherein the enclosed cavity has a volume between about 1 cc and 200 cc.

**13**. The iron-type golf club head of claim **11**, wherein the enclosed cavity has a volume between about 10 cc and 20 cc.

**14**. The iron-type golf club head of claim **11**, wherein the at least one plug has a volume between about 0.1 cc and about 1 cc.

**15**. The iron-type golf club head of claim **11**, wherein the at least one plug occupies between about 1% to about 10% of the total club head cavity volume in the enclosed cavity.

**16**. The iron-type golf club head of claim **11**, wherein the at least one plug occupies between about 0.5% to about 5% of the total club head cavity volume in the enclosed cavity.

**17**. The iron-type golf club head of claim **11**, further comprising a filler material located within the enclosed cavity, the filler material substantially surrounding the at least one plug and being configured to hold the at least one plug in place.

**18**. The iron-type golf club head of claim **17**, wherein the filler material is an expanding foam material having a density between about 0.03 g/cc and about 0.19 g/cc.

**19**. The iron-type golf club head of claim **17**, wherein the filler material occupies about 50% to about 99% of the total club head cavity volume in the enclosed cavity.

**20**. The iron-type golf club head of claim **17**, wherein the filler material completely fills a remaining cavity volume around the at least one plug.

**21**. The iron-type golf club head of claim **11**, wherein the coefficient of restitution of the club *head* is greater than about 0.8.

**22**. The iron-type golf club head of claim **11**, wherein the back wall includes at least one slot, the at least one slot being connected to the first aperture and is configured to secure the at least one plug.

*23. A hollow iron-type golf club head comprising:*

*a heel portion, a sole portion, a toe portion, a top-line portion, a front portion, a rear portion, and a striking face having an unsupported surface area within a range of about 300 mm² to about 4,000 mm²;*

*a back wall in the rear portion enclosing a substantial portion of the rear portion to create a substantially enclosed cavity, the enclosed cavity being defined by at least a rear surface of the striking face, an inner back wall surface, and the sole portion;*

*two or more apertures located in the back wall of the rear portion and extending through the back wall of the rear portion and into the enclosed cavity, wherein at least one of the two or more apertures is configured to allow the enclosed cavity to be filled with a filler material;*

*wherein the enclosed cavity houses a filler material, and the filler material occupies about 50% to about 99% of the total club head cavity volume in the enclosed cavity;*

*wherein the filler material weighs less than about 20% of the total club head weight;*

*wherein the enclosed cavity has a volume between about 10 cc and 20 cc;*

*wherein the striking face thickness is less than 3 mm;*

*wherein the striking face includes a welded striking plate; and*

*wherein the welded striking plate is a forged steel.*

18

*24. The iron-type golf club head of claim 23, wherein the coefficient of restitution of the club is greater than about 0.8.*

*25. The iron-type golf club head of claim 11, wherein the filler material weighs less than about 5% of the total club head weight.*

*26. The iron-type golf club head of claim 1, wherein the top-line portion has a total topline thickness of about 9 mm or less.*

*27. The iron-type golf club head of claim 26, wherein (a) the striking face has an ideal striking point that defines an origin of a coordinate system in which a CG x-axis is tangential to the striking face at the ideal striking point and is parallel to a ground plane when the club head is in a normal address position, a CG y-axis extends perpendicular to the x-axis and also parallel to the ground plane, and a CG z-axis extends perpendicular to the ground plane, (b) a positive CG x-axis extends toward the heel portion from the origin, a positive CG y-axis extends rearwardly from the origin, and a positive CG z-axis extends upwardly from the ground plane, (c) majority of the back wall has a back wall thickness of about 1 mm to about 3 mm at an elevation above the ideal striking point, and (d) the club head has a center of gravity located between about −5 mm and about 5 mm along the CG x-axis, less than about 20 mm along the CG y-axis, and less than about 25 mm along the CG z-axis.*

*28. The iron-type golf club head of claim 27, wherein an upper portion of the enclosed cavity is located at an elevation above the ideal striking point and contains filler material, and the filler material in the upper portion has an upper portion filler thickness measured perpendicular to an exterior surface of the striking face from an interior surface of the striking face to an interior surface of the enclosed cavity in the direction of the CG y-axis.*

*29. The iron-type golf club head of claim 28, wherein the upper portion is completely filled with the filler material.*

*30. The iron-type golf club head of claim 28, wherein a lower portion of the enclosed cavity is located at an elevation below the ideal striking point and contains filler material, and the filler material in the lower portion has a lower portion filler thickness measured perpendicular to the exterior surface of the striking face from the interior surface of the striking face to the interior surface of the enclosed cavity in the direction of the CG y-axis.*

*31. The iron-type golf club head of claim 30, wherein the lower portion filler thickness is different at two elevations along the CG z-axis.*

*32. The iron-type golf club head of claim 31, wherein the upper portion filler thickness is different at two elevations along the CG z-axis.*

*33. The iron-type golf club head of claim 32, wherein at the ideal striking point the filler material has a striking point filler thickness measured perpendicular to the exterior surface of the striking face from the interior surface of the striking face to the interior surface of the enclosed cavity in the direction of the CG y-axis, and the striking point filler thickness is greater than at least one upper portion filler thickness.*

*34. The iron-type golf club head of claim 30, wherein filler material has a density of between about 0.03 g/cc and about 0.20 g/cc.*

*35. The iron-type golf club head of claim 30, wherein the fill material includes a polymer.*

*36. The iron-type golf club head of claim 35, wherein polymer is elastic.*

*37. The iron-type golf club head of claim 36, wherein the polymer is an elastomer.*

40

US RE47,653 E

**19**

*38. The iron-type golf club head of claim 37, wherein the elastomer is a thermoplastic.*

*39. The iron-type golf club head of claim 35, wherein the filler material has a modulus of elasticity of less than about 25 GPa.*

*40. The iron-type golf club head of claim 39, wherein the filler material has a durometer of about 5 to about 95 on a Shore D scale.*

*41. The iron-type golf club head of claim 35, wherein the striking face thickness is less than about 2 mm.*

*42. The iron-type golf club head of claim 30, wherein at least a portion of the heel portion and the toe portion are formed of carbon steel alloy, and at least a portion of the striking face is formed of maraging steel alloy.*

*43. The iron-type golf club head of claim 42, wherein at least a portion of the carbon steel alloy is plasma welded to at least a portion of the maraging steel alloy.*

**20**

*44. The iron-type golf club head of claim 42, wherein the carbon steel alloy is 8620 carbon steel alloy.*

*45. The iron-type golf club head of claim 30, wherein the coefficient of restitution of the club head is at least 0.8.*

*46. The iron-type golf club head of claim 30, wherein the rear portion has a recess configured to receive an insert.*

*47. The iron-type golf club head of claim 46, wherein the insert is mechanically attached to the recess.*

*48. The iron-type golf club head of claim 47, wherein the insert is a weight.*

*49. The iron-type golf club head of claim 30, wherein the filler material weighs less than about 5% of the total club head weight.*

*50. The iron-type golf club head of claim 30, wherein the center of gravity is located at least about 12 mm along the CG z-axis.*

\* \* \* \* \*

# Exhibit 2

US010953293B2

(12) **United States Patent**
    Demkowski et al.

(10) Patent No.: **US 10,953,293 B2**
(45) Date of Patent: *Mar. 23, 2021

(54) **GOLF CLUB HEAD**

(71) Applicant: **Taylor Made Golf Company, Inc**, Carlsbad, CA (US)

(72) Inventors: **Paul M. Demkowski**, San Diego, CA (US); **Bret H. Wahl**, Escondido, CA (US); **Scott Taylor**, Bonita, CA (US); **Sanjay Kuttappa**, Oceanside, CA (US)

(73) Assignee: **TAYLOR MADE GOLF COMPANY, INC.**, Carlsbad, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/800,811**

(22) Filed: **Feb. 25, 2020**

(65) **Prior Publication Data**

US 2020/0188740 A1    Jun. 18, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 15/706,632, filed on Sep. 15, 2017, now Pat. No. 10,625,126, which is a (Continued)

(51) **Int. Cl.**
    *A63B 53/04*    (2015.01)
    *A63B 60/54*    (2015.01)

(52) **U.S. Cl.**
    CPC ........ *A63B 53/047* (2013.01); *A63B 53/0412* (2020.08); *A63B 53/0433* (2020.08); (Continued)

(58) **Field of Classification Search**
    CPC .............. A63B 53/047; A63B 53/0412; A63B 53/0433; A63B 53/0462; A63B 53/0466; A63B 53/0475; A63B 60/54
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,660,216 A    5/1972   Theodorson
4,180,269 A    12/1979  Thompson
(Continued)

FOREIGN PATENT DOCUMENTS

JP    2008036006    2/2008
JP    4291836      4/2009

OTHER PUBLICATIONS

Notice of Allowance for U.S. Appl. No. 16/720,678 dated Sep. 30, 2020.

(Continued)

*Primary Examiner* — Stephen L Blau
(74) *Attorney, Agent, or Firm* — Kunzler Bean & Adamson

(57)    **ABSTRACT**

Described herein is a golf club head that comprises a body and a strike plate. The body comprises a heel portion, a sole portion, a toe portion, and a top portion. The strike plate comprises an outer peripheral edge and at least a portion of a strike face. Furthermore, the strike plate is welded to the body via a peripheral weld between the outer peripheral edge of the strike plate and the body. The outer peripheral edge of the strike plate comprises at least one welded portion, welded to the body via the peripheral weld, and at least one non-welded portion, not welded to the body.

**20 Claims, 22 Drawing Sheets**



**US 10,953,293 B2**

Page 2

### Related U.S. Application Data

continuation-in-part of application No. 15/394,549, filed on Dec. 29, 2016, now Pat. No. 10,543,409.

(52) **U.S. Cl.**
CPC ....... *A63B 53/0462* (2020.08); *A63B 53/0466* (2013.01); *A63B 53/0475* (2013.01); *A63B 60/54* (2015.10)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,398,965 A | 8/1983 | Campau | |
| 5,178,392 A | 1/1993 | Santioni | |
| 5,184,823 A | 2/1993 | Desboilles et al. | |
| 5,290,036 A | 3/1994 | Fenton et al. | |
| 5,447,311 A | 9/1995 | Viollaz et al. | |
| 5,807,189 A | 9/1998 | Martin et al. | |
| 6,117,023 A | 9/2000 | Onuki et al. | |
| 6,811,496 B2 | 11/2004 | Wahl et al. | |
| 7,121,958 B2 | 10/2006 | Cheng et al. | |
| 7,273,418 B2 | 9/2007 | Gilbert et al. | |
| 7,281,991 B2 | 10/2007 | Gilbert et al. | |
| 7,303,485 B2 | 12/2007 | Tseng | |
| 8,012,040 B2 | 9/2011 | Takechi | |
| 8,088,025 B2 | 1/2012 | Wahl et al. | |
| 8,210,965 B2 | 7/2012 | Roach et al. | |
| 8,353,785 B2 | 1/2013 | Ines et al. | |
| 8,353,786 B2 | 1/2013 | Beach et al. | |
| 8,475,293 B2 * | 7/2013 | Morin | A63B 53/047 473/329 |
| 8,485,918 B2 | 7/2013 | Roach et al. | |
| 8,708,837 B2 | 4/2014 | Roach et al. | |
| 8,974,317 B1 | 3/2015 | Griffin et al. | |
| 9,033,817 B2 | 5/2015 | Snyder | |
| 9,044,653 B2 | 6/2015 | Wahl et al. | |
| 9,138,621 B2 | 9/2015 | Roach et al. | |
| 9,199,143 B1 | 12/2015 | Parsons et al. | |
| 9,492,722 B2 | 11/2016 | Taylor et al. | |
| 9,808,685 B1 | 11/2017 | Westrum et al. | |
| 10,039,965 B1 * | 8/2018 | Seluga | A63B 60/00 |
| 2005/0124437 A1 | 6/2005 | Imamoto | |
| 2006/0252575 A1 | 11/2006 | Chen | |
| 2010/0035017 A1 | 2/2010 | Green | |
| 2011/0028240 A1 | 2/2011 | Wahl et al. | |
| 2011/0275451 A1 | 11/2011 | Chao et al. | |
| 2013/0252754 A1 | 9/2013 | Bazzel et al. | |
| 2013/0281227 A1 | 10/2013 | Roach et al. | |
| 2013/0331201 A1 | 12/2013 | Wahl et al. | |
| 2014/0248977 A1 * | 9/2014 | Morin | A63B 53/047 473/342 |
| 2014/0274456 A1 | 9/2014 | Cardani et al. | |
| 2015/0133232 A1 | 5/2015 | Taylor et al. | |
| 2015/0328504 A1 | 11/2015 | Finn et al. | |
| 2015/0375065 A1 | 12/2015 | Beach et al. | |
| 2016/0038796 A1 | 2/2016 | Taylor et al. | |
| 2016/0193508 A1 | 7/2016 | Issertell et al. | |
| 2016/0287952 A1 | 10/2016 | James et al. | |
| 2018/0028883 A1 | 2/2018 | Morin et al. | |
| 2018/0185715 A1 | 7/2018 | Demkowski et al. | |
| 2020/0197761 A1 | 6/2020 | Demkowski et al. | |

#### OTHER PUBLICATIONS

United States Golf Associate and R&A Rules Limited, Interim Procedure for Measuring the Coefficient of Restitution of an Iron Clubhead Relative to a Baseline Plate; Revision 1.2, Nov. 30, 2005, pp. 1-6.

* cited by examiner



FIG. 1



*FIG. 2*



FIG. 3



FIG. 4



*FIG. 5*



FIG. 6



*FIG. 7*



FIG. 8



FIG. 9



**FIG. 10**



FIG. 11



*FIG. 12*



FIG. 13



FIG. 14



FIG. 15



FIG. 16
PRIOR ART

FIG. 17

FIG. 18

FIG. 19



FIG. 20



FIG. 21



**FIG. 22**

U.S. Patent          Mar. 23, 2021          Sheet 20 of 22          US 10,953,293 B2



*FIG. 23*



**FIG. 24**



**FIG. 25**

US 10,953,293 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# GOLF CLUB HEAD

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application references U.S. Pat. No. 9,044,653, filed Mar. 14, 2013, which claims the benefit of U.S. Provisional Patent Application No. 61/657,675, filed Jun. 8, 2012, both of which are hereby incorporated by reference herein in their entireties. This application also references U.S. Pat. No. 8,353,785, filed Apr. 19, 2010, which claims the benefit of U.S. Provisional Patent Application No. 61/214,487, filed Apr. 23, 2009, both of which are hereby incorporated by reference herein in their entireties. This application also references U.S. Pat. No. 6,811,496, filed Sep. 3, 2002, which is hereby incorporated by reference in its entirety. This application also references U.S. patent application Ser. No. 13/111,715, filed May 19, 2011, which is incorporated herein by reference in its entirety. This application further references U.S. patent application Ser. No. 14/981,330, filed Dec. 28, 2015, which claims the benefit of U.S. Provisional Patent Application No. 62/099,012, filed Dec. 31, 2014, and U.S. Provisional Patent Application No. 62/098,707, filed Dec. 31, 2014, all of which are incorporated herein by reference in their entirety.

## FIELD

This disclosure relates generally to golf clubs, and more particularly to a golf club head with a strike plate that is separately attached to a body of the golf club head.

## BACKGROUND

The performance of golf equipment is continuously advancing due to the development of innovative clubs and club designs. While all clubs in a golfer's bag are important, both scratch and novice golfers rely on the performance and feel of their irons, metal-woods, hybrids, and drivers for many commonly encountered playing situations.

Advancements in golf club head manufacturing techniques have facilitated the manufacturing of golf club heads with complex geometries. For example, separately forming and attaching together a strike plate and a body, a golf club head with a complex geometry, that might not otherwise be achievable using single-piece, fully-integrated manufacturing techniques, can be produced. Additionally, a golf club head with a separately formed and attached strike plate can facilitate the use of strike plates and bodies made from different materials and/or manufacturing techniques. Generally, the strike plate is welded to the body using a peripheral weld that extends continuously around the entire outer peripheral edge of the strike plate.

Although welding the strike plate to the body promotes the ability to make golf club heads with complex geometries, different materials, and different manufacturing techniques, the weld may also introduce weaknesses in the golf club head.

## SUMMARY

The subject matter of the present application has been developed in response to the present state of the art, and in particular, in response to the shortcomings of golf clubs and associated golf club heads, that have not yet been fully solved by currently available techniques. Accordingly, the subject matter of the present application has been developed to provide a golf club and golf club head that overcome at least some of the above-discussed shortcomings of prior art techniques.

Described herein is a golf club head that comprises a body. The body comprises a heel portion, a sole portion, a toe portion, and a top portion, a filler material, and an internal cavity is configured to receive the filler material. A first COR drop off value when the internal cavity is unfilled. A second COR drop off value when the internal cavity is filled. a COR change value being a difference between the second COR drop off value and the first COR drop off value. The COR change value is between 0 and −0.1. The preceding subject matter of this paragraph characterizes example 1 of the present disclosure.

The COR change value is between 0 and −0.05. The preceding subject matter of this paragraph characterizes example 2 of the present disclosure, wherein example 2 also includes the subject matter according to example 1, above.

The first COR drop off value is between 0 and −0.05. The preceding subject matter of this paragraph characterizes example 3 of the present disclosure, wherein example 3 also includes the subject matter according to example 2, above.

The second COR drop off value is between 0 and −0.05. The preceding subject matter of this paragraph characterizes example 4 of the present disclosure, wherein example 4 also includes the subject matter according to example 3, above.

The filler material is a two part polyurethane foam. The preceding subject matter of this paragraph characterizes example 5 of the present disclosure, wherein example 5 also includes the subject matter according to any one of examples 1-4, above.

The filler material is a thermoset. The preceding subject matter of this paragraph characterizes example 6 of the present disclosure, wherein example 6 also includes the subject matter according to any one of examples 1-4, above.

The filler material is a methylene diphenyl diisocyanate. The preceding subject matter of this paragraph characterizes example 7 of the present disclosure, wherein example 7 also includes the subject matter according to any one of examples 1-4, above.

The filler material is flexible after it is cured. The preceding subject matter of this paragraph characterizes example 8 of the present disclosure, wherein example 8 also includes the subject matter according to any one of examples 1-4, above.

The outer peripheral edge of the strike plate further comprises a plurality of welded portions and a plurality of non-welded portions. The plurality of welded portions are spaced apart from each other by the plurality of non-welded portions. The preceding subject matter of this paragraph characterizes example 9 of the present disclosure, wherein example 9 also includes the subject matter according to example 1, above.

Further described herein is a golf club set, comprising at least one golf club head having a body. The body further comprises a heel portion, a sole portion, a toe portion, and a top portion, a filler material, and an internal cavity, the internal cavity is configured to receive the filler material. A first COR drop off value when the internal cavity is unfilled. A second COR drop off value when the internal cavity is filled. A COR change value being a difference between the second COR drop off value and the first COR drop off value. The COR change value is between 0 and −0.1. The preceding subject matter of this paragraph characterizes example 10 of the present disclosure.

At least two golf club heads within the golf club set have a COR change value between 0 and −0.1. The preceding

US 10,953,293 B2

3

subject matter of this paragraph characterizes example 11 of the present disclosure, wherein example 11 also includes the subject matter according to example 10, above.

An average COR change value of at least two golf club heads is between 0 and −0.1. The preceding subject matter of this paragraph characterizes example 12 of the present disclosure, wherein example 12 also includes the subject matter according to example 10, above.

The first COR drop off value is between 0 and −0.05 for the at least two golf club heads. The preceding subject matter of this paragraph characterizes example 13 of the present disclosure, wherein example 13 also includes the subject matter according to example 12, above.

The second COR drop off value is between 0 and −0.05 for the at least two golf club heads. The preceding subject matter of this paragraph characterizes example 14 of the present disclosure, wherein example 14 also includes the subject matter according to example 13, above.

Additionally described herein is a golf club head comprising a body. The body further comprises a heel portion, a sole portion, a toe portion, and a top portion, at least one filler material, at least one port, and an internal cavity, the internal cavity is configured to receive the at least one filler material through the at least one port. A first COR drop off value when the internal cavity is unfilled. A second COR drop off value when the internal cavity is filled. A COR change value being a difference between the second COR drop off value and the first COR drop off value. The COR change value is greater than −0.1. The preceding subject matter of this paragraph characterizes example 15 of the present disclosure.

A plug at least partially covers the port. The preceding subject matter of this paragraph characterizes example 16 of the present disclosure, wherein example 16 also includes the subject matter according to example 15, above.

The COR change value is greater than −0.05. The preceding subject matter of this paragraph characterizes example 17 of the present disclosure, wherein example 17 also includes the subject matter according to example 15, above.

The first COR drop off value is between 0 and −0.05. The preceding subject matter of this paragraph characterizes example 18 of the present disclosure, wherein example 18 also includes the subject matter according to example 17, above.

The second COR drop off value is between 0 and −0.05. The preceding subject matter of this paragraph characterizes example 19 of the present disclosure, wherein example 19 also includes the subject matter according to example 18, above.

The at least one filler material is a thermoset. The preceding subject matter of this paragraph characterizes example 20 of the present disclosure, wherein example 20 also includes the subject matter according to example 19, above.

The described features, structures, advantages, and/or characteristics of the subject matter of the present disclosure may be combined in any suitable manner in one or more embodiments and/or implementations. In the following description, numerous specific details are provided to impart a thorough understanding of embodiments of the subject matter of the present disclosure. One skilled in the relevant art will recognize that the subject matter of the present disclosure may be practiced without one or more of the specific features, details, components, materials, and/or methods of a particular embodiment or implementation. In other instances, additional features and advantages may be

4

recognized in certain embodiments and/or implementations that may not be present in all embodiments or implementations. Further, in some instances, well-known structures, materials, or operations are not shown or described in detail to avoid obscuring aspects of the subject matter of the present disclosure. The features and advantages of the subject matter of the present disclosure will become more fully apparent from the following description and appended claims, or may be learned by the practice of the subject matter as set forth hereinafter.

BRIEF DESCRIPTION OF THE DRAWINGS

In order that the advantages of the subject matter may be more readily understood, a more particular description of the subject matter briefly described above will be rendered by reference to specific embodiments that are illustrated in the appended drawings. Understanding that these drawings depict only typical embodiments of the subject matter and are not therefore to be considered to be limiting of its scope, the subject matter will be described and explained with additional specificity and detail through the use of the drawings, in which:

FIG. 1 is a perspective view from a top of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 2 is a front view of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 3 is perspective view from a bottom of the golf club head of FIG. 1, shown with a filler material removed from a sole slot, according to one or more examples of the present disclosure;

FIG. 4 is a perspective view from a bottom of the golf club head of FIG. 1, shown with the filler material in the sole slot, according to one or more examples of the present disclosure;

FIG. 5 is an exploded perspective view from a top of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 6 is a perspective view from a front of the golf club head of FIG. 1, shown with a strike plate removed, according to one or more examples of the present disclosure;

FIG. 7 is a bottom view of the golf club head of FIG. 1, shown with the strike plate removed, according to one or more examples of the present disclosure;

FIG. 8 is a perspective view from a front of the strike plate of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 9 is a perspective view from a back of the strike plate of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 10 is cross-sectional perspective view from a heel side of the golf club head of FIG. 1, taken along the line 10-10 of FIG. 2, according to one or more examples of the present disclosure;

FIG. 11 is cross-sectional side elevation view from a heel side of the golf club head of FIG. 1, taken along the line 10-10 of FIG. 2, according to one or more examples of the present disclosure;

FIG. 12 is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 13 is an exploded perspective view from a front of the golf club head of FIG. 12, according to one or more examples of the present disclosure;

FIG. 14 is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 15 is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

US 10,953,293 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

FIG. **16** is a front view of an iron-type golf club head, according to the prior art;

FIG. **17** is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. **18** is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. **19** is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. **20** is a side elevation view of a metal-wood-type golf club head, according to one or more examples of the present disclosure;

FIG. **21** is a cross-sectional side elevation view of the golf club head of FIG. **19**, taken along a midplane of the golf club head, according to one or more examples of the present disclosure;

FIG. **22** is a cross-sectional side elevation view of an iron-type golf club head having a hollow cavity, according to one or more examples of the present disclosure;

FIG. **23** is a schematic flow chart of a method of making a golf club head, according to one or more examples of the present disclosure;

FIG. **24** is an exploded perspective view from a golf club head, according to one or more examples of the present disclosure; and

FIG. **25** is a cross-sectional view through the center face of the golf club head shown in FIG. **24**, according to one or more examples of the present disclosure.

DETAILED DESCRIPTION

The following describes embodiments of golf club heads in the context of an iron-type golf club and a metal-wood-type golf club, but the principles, methods and designs described may be applicable in whole or in part to utility golf clubs (also known as hybrid golf clubs), driver-type golf clubs, putter-type golf clubs, and the like.

The various embodiments of a golf club head described herein utilizes a peripheral weld to secure a strike plate to a body of the golf club head. Welding the strike plate to the body of the golf club head, as opposed to integrally forming the strike plate and the body as a one-piece construction (such as by casting) allows the strike plate to be made from a different material or made by a different manufacturing process than the body. Additionally, welding the strike plate to the body promotes the ability to make golf club head with unique and complex shapes and geometries. However, welding together the strike plate and the body also introduces certain consequences, such as the development of heat effected zones and stress risers in the weld, which ultimately weakens the golf club head, and stiffness of the strike face of the golf club head. The peripheral weld of the golf club head disclosed herein introduces portions of the outer peripheral edge of the strike plate that are not welded to the body, thereby increasing the strength of the golf club head compared to golf club heads with continuous or 360-degree welds welding the strike plate to the body. Additionally, introducing non-welded portions of the outer peripheral edge of the strike plate also promotes flex in the strike face of the golf club head, which promotes forgiveness and feel.

The discovered advantages of introducing non-welded portions in the outer peripheral edge of the strike plate outweigh the potential negative consequences of such non-welded portions that would otherwise discourage the use of non-welded portions in the outer peripheral edge. For example, non-welded portions in an outer peripheral edge of a strike plate may increase the potential for rust at the non-welded portions and stress risers at the intersection of non-welded and welded portions of the outer peripheral edge. As another example, the chrome plating often used to plate a golf club head may crack or phantom lines may develop at the non-welded portions. Notwithstanding the potential disadvantages of introducing non-welded portions of a strike plate, the ability to reduce stress risers along the non-welded portions and promote the flex of the strike face through the use of non-welded portions, as discovered by the inventors of the present disclosure, encourages the use of non-welded portions in the outer peripheral edge of a strike plate.

Referring to FIGS. **1** and **2**, one embodiment of a golf club head **100** includes a body **102** and a strike plate **104** welded to the body **102**. The body **102** has a toe portion **114**, a heel portion **112**, a top portion **116** (e.g., top-line portion for iron-type golf club heads and crown portion for driver-type, hybrid-type, and metal-wood-type golf club heads), and a sole portion **118** (e.g., bottom portion). The body **102** additionally includes a hosel **108** extending from the heel portion **112**. The hosel **108** is configured to receive and engage with a shaft and grip **110** of a golf club **101**. The shaft extends from the hosel **108** and the grip is secured to the shaft at a location on the shaft opposite that of the golf club head **100**. The strike plate **104** includes at least a portion of a strike face **106** designed to impact a golf ball during a normal golf swing. In some implementations, the strike plate **104** includes an entirety of the strike face **106**. Generally, the strike plate **104** is defined as any piece of the golf club head **100** that is welded to a body **102** of the golf club head **100** and includes at least a portion of the strike face.

Generally, for many iron-type golf club heads, such as the golf club head **100**, the strike face **106** has a planar surface that is angled relative to a ground plane when the golf club head **100** is in an address position to define a loft of the golf club head **100**. In other words, the strike face **106** of an iron-type golf club head generally does not include a curved surface. Accordingly, the strike face **106** of the strike plate **104** of the iron-type golf club head **100** is defined as the portion of the strike face **106** with an outwardly facing planar surface. In other words, although a strike plate **104** may include a curved surface, such as an outer surface of a sole wrap portion **122** of the strike plate **104**, the strike face **106** does not include such a curved surface. In contrast, the strike face of a metal-wood, driver, or hybrid golf club head does have a curved surface that curves around a substantially upright axis. Because the sole wrap portion **122** wraps around a substantially horizontal axis, the strike face of the strike plate of the metal-wood, driver, and hybrid golf club head is defined as the portion of the strike face **106** with an outwardly facing surface curved about an upright axis, as opposed to a horizontal axis.

The strike plate **104** further includes grooves **107** formed in the strike face **106** to promote desirable flight characteristics (e.g., backspin) of the golf ball upon being impacted by the strike face **106**.

Referring to FIG. **5**, the strike plate **104** is formed separately from the body **102** and is separately attached to the body **102**. The body **102** and the strike plate **104** can be formed using the same type of process or different types of processes. In the illustrated embodiment, the body **102** is formed to have a one-piece monolithic construction using a first manufacturing process and the strike plate **104** is formed to have a separate one-piece monolithic construction using a second manufacturing process. However, in other embodiments, one or both of the body **102** and the strike plate **104** has a multiple-piece construction with each piece being made from the same or a different material. Addition-

US 10,953,293 B2

7

ally, the body **102** can be formed of the same material as or a different material than the strike plate **104**. The body **102** is made from a first material and the strike plate **104** is made from a second material. Separately forming and attaching together the body **102** and the strike plate **104** and making the body **102** and the strike plate **104** from the same or different materials, which allows flexibility in the types of manufacturing processes and materials used, promotes the ability to make a golf club head **100** that achieves a wide range of performance, aesthetic, and economic results.

In some implementations, the first manufacturing process is the same type of process as the second manufacturing process. For example, both the first and second manufacturing processes are casting processes in one implementation. As another example, both the first and second manufacturing processes are forging processes in one implementation. According to yet another example, both the first and second manufacturing processes are machining processes in one implementation.

However, in some other implementations, the first manufacturing process is a different type of process than the second manufacturing process. The first manufacturing process is one of a casting process, a machining process, and a forging process and the second manufacturing process is another of a casting process, a machining process, and a forging process in some examples. In one particular example, the first manufacturing process is a casting process and the second manufacturing process is a forging process. The first manufacturing process and/or the second manufacturing process can be a process as described in U.S. Pat. No. 9,044,653, which is incorporated herein in its entirety, such as hot press forging using a progressive series of dies and heat-treatment.

Whether the first and second manufacturing processes are the same or different, the first material of the body **102** can be the same as or different than the second material of the strike plate **104**. A first material is different than a second material when the first material has a different composition than the second material. Accordingly, materials from the same family, such as steel, but with different compositional characteristics, such as different carbon constituencies, are considered different materials. In one example, the first and second manufacturing processes are different, but the first and second materials are the same. In contrast, according to another example, the first and second manufacturing processes are the same and the first and second materials are different. According to yet another example, the first and second manufacturing processes are different and the first and second materials are different. In some implementations, the first and second materials are different, but come from the same family of similar materials, such as steel. For example, the first material can be 8620 carbon steel and the second material can be 1025 carbon steel. The first material being within the same family as the second material promotes the quality of the weld between the body **102** and the strike plate **104**.

The strike plate **104** can be made from maraging steel, maraging stainless steel, or precipitation-hardened (PH) stainless steel. In general, maraging steels have high strength, toughness, and malleability. Being low in carbon, they derive their strength from precipitation of inter-metallic substances other than carbon. The principle alloying element is nickel (15% to nearly 30%). Other alloying elements producing inter-metallic precipitates in these steels include cobalt, molybdenum, and titanium. In one embodiment, the maraging steel contains 18% nickel. Maraging stainless steels have less nickel than maraging steels but include

8

significant chromium to inhibit rust. The chromium augments hardenability despite the reduced nickel content, which ensures the steel can transform to martensite when appropriately heat-treated. In another embodiment, a maraging stainless steel C455 is utilized as the strike plate **104**. In other embodiments, the strike plate **104** is a precipitation hardened stainless steel such as 17-4, 15-5, or 17-7.

The body **102** of the golf club head **100** is made from 17-4 steel in one implementation. However another material, such as carbon steel (e.g., 1020, 1030, 8620, or 1040 carbon steel), chrome-molybdenum steel (e.g., 4140 Cr—Mo steel), Ni—Cr—Mo steel (e.g., 8620 Ni—Cr—Mo steel), austenitic stainless steel (e.g., 304, N50, or N60 stainless steel (e.g., 410 stainless steel) can be used.

In addition to those noted above, some examples of metals and metal alloys that can be used to form the components of the parts described include, without limitation: titanium alloys (e.g., 3-2.5, 6-4, SP700, 15-3-3-3, 10-2-3, or other alpha/near alpha, alpha-beta, and beta/near beta titanium alloys), aluminum/aluminum alloys (e.g., 3000 series alloys, 5000 series alloys, 6000 series alloys, such as 6061-T6, and 7000 series alloys, such as 7075), magnesium alloys, copper alloys, and nickel alloys.

In still other embodiments, the body **102** and/or the strike plate **104** of the golf club head **100** are made from fiber-reinforced polymeric composite materials, and are not required to be homogeneous. Examples of composite materials and golf club components comprising composite materials are described in U.S. patent application Ser. No. 13/111,715, filed May 19, 2011, which is incorporated herein by reference in its entirety.

The strike plate **104** is welded to the body **102** via a peripheral weld **120**. The peripheral weld **120** is peripherally discontinuous because it extends about less than all of the outer periphery of the strike plate **104** such that at least one portion of the outer periphery of the strike plate **104** is not welded to the body **102**. In other words, the peripheral weld **120** extends about only a portion of an outer peripheral edge **133** of the strike plate **104**. Accordingly, less than 360-degrees of the outer peripheral edge **133** of the strike plate **104** is welded to the body **102**. The peripheral weld **120** can be considered a discontinuous weld because it has an ending point that is different than its starting point.

The portion or portions of the outer periphery of the strike plate **104** not being welded to the body **102** promotes an increase in the flexibility of the strike plate **104** relative to the body **102**. As shown in FIG. **3**, the entirety of the portion of the outer periphery of the strike plate **104** that defines the strike face **106** is welded to the body **102** via the peripheral weld **120**. Moreover, the portion of the outer periphery of the strike plate **104** not welded to the body **102** is located along the sole wrap portion **122**. More specifically, an outer peripheral edge **133**, or perimeter, of the strike plate **104** defined along the sole wrap portion **122** of the strike plate **104** is not welded to the body **102**. In the embodiment shown in FIG. **3**, not only is the outer peripheral edge **133** of the strike plate **104** not welded to the body **102**, but the outer peripheral edge **133** of the strike plate **104** is spaced apart from the body **102** such that a gap is defined between the outer peripheral edge **133** of the strike plate **104** and the body **102**. The gap defines a sole slot **126** of the golf club head **100**. Generally, the sole slot **126** is a groove or channel formed in a sole of the golf club head **100**. The sole slot **126** is elongate in a lengthwise direction substantially parallel to the strike face **106** and has a length LSS (see, e.g., FIG. **3**). As shown in FIGS. **1-11**, in some implementations, the sole slot **126** is a through-slot, or a slot that is open on a sole

US 10,953,293 B2

9

portion side of the sole slot **126** and open on an internal cavity side or interior side of the sole slot **126**. However, in other implementations, the sole slot **126** is not a through-slot, but rather is closed on an internal cavity side or interior side of the sole slot **126**.

The sole slot **126** can be any of various flexible boundary structures (FBS) as described in U.S. Pat. No. 9,044,653, filed Mar. 14, 2013, which is incorporated by reference herein in its entirety. Additionally, or alternatively, the golf club head **100** can include one or more other FBS at any of various other locations on the golf club head **100**.

In some implementations, the sole slot **126** is filled with a filler material **128** (see, e.g., FIGS. **4** and **11**). The filler material **128** is made from a non-metal, such as a thermoplastic material, thermoset material, and the like, in some implementations. In other implementations, the sole slot **126** is not filled with a filler material **128**, but rather maintains an open, vacant, space within the sole slot **126**.

According to one embodiments, the filler material **128** is initially a viscous material that is injected or otherwise inserted into the sole slot **126**. Examples of materials that may be suitable for use as a filler to be placed into a slot, channel, or other flexible boundary structure include, without limitation: viscoelastic elastomers; vinyl copolymers with or without inorganic fillers; polyvinyl acetate with or without mineral fillers such as barium sulfate; acrylics; polyesters; polyurethanes; polyethers; polyamides; polybutadienes; polystyrenes; polyisoprenes; polyethylenes; polyolefins; styrene/isoprene block copolymers; hydrogenated styrenic thermoplastic elastomers; metallized polyesters; metallized acrylics; epoxies; epoxy and graphite composites; natural and synthetic rubbers; piezoelectric ceramics; thermoset and thermoplastic rubbers; foamed polymers; ionomers; low-density fiber glass; bitumen; silicone; and mixtures thereof. The metallized polyesters and acrylics can comprise aluminum as the metal. Commercially available materials include resilient polymeric materials such as Scotchweld™ (e.g., DP-105™) and Scotchdamp™ from 3M, Sorbothane™ from Sorbothane, Inc., DYAD™ and GP™ from Soundcoat Company Inc., Dynamat™ from Dynamat Control of North America, Inc., NoViFlex™ Sylomer™ from Pole Star Maritime Group, LLC, Isoplast™ from The Dow Chemical Company, Legetolex™ from Piqua Technologies, Inc., and Hybrar™ from the Kuraray Co., Ltd. In some embodiments, a solid filler material may be press-fit or adhesively bonded into a slot, channel, or other flexible boundary structure. In other embodiments, a filler material may poured, injected, or otherwise inserted into a slot or channel and allowed to cure in place, forming a sufficiently hardened or resilient outer surface. In still other embodiments, a filler material may be placed into a slot or channel and sealed in place with a resilient cap or other structure formed of a metal, metal alloy, metallic, composite, hard plastic, resilient elastomeric, or other suitable material.

Referring to FIGS. **5** and **6**, the body **102** is configured to receive the portions of an outer peripheral edge **133** of the strike plate **104**, to be welded to the body **102** via the peripheral weld **120**, in seated engagement. More specifically, the body **102** includes a plate opening **176** defined between the toe portion **114**, the heel portion **112**, the top portion **116**, and the sole portion **118** of the body **102**. Generally, the plate opening **176** receives the strike plate **104** and helps to secure the strike plate **104** to the body **102**. The plate opening **176** extends from a front side of the body **102** to a back side of the body **102**. The body **102** additionally includes a plate interface **132** formed in the body **102** along at least a portion of the periphery of the plate opening **176**.

10

Generally, the plate interface **132** promotes attachment of the strike plate **104** to the body **102** by supporting the strike plate **104** against the body **102** and promoting the formation of a peripheral weld **120** between the strike plate **104** and the body **102**. Accordingly, the plate interface **132** is formed along at least the portion or portions of the periphery of the plate opening **176** that will be welded to the strike plate **104**. In the illustrated embodiment of FIGS. **5** and **6**, because the strike plate **104** is not welded to the body **102** at the sole portion **118** of the body **102**, the plate interface **132** does not extend along the periphery of the plate opening **176** at the sole portion **118** of the body **102**. However, in the illustrated embodiment of FIGS. **5** and **6**, because the peripheral weld **120** is formed between the strike plate **104** and the body **102** continuously along the heel portion **112**, the toe portion **114**, and the top portion **116**, the plate interface **132** is formed in and extends continuously along the portions of the periphery of the plate opening **176** at the heel portion **112**, the toe portion **114**, and the top portion **116**. According to other embodiments, such as shown in FIGS. **12**, **13**, and **16-18**, because the peripheral weld does not extend along one or more portions of one or more of the heel portion **112**, the toe portion **114**, and the top portion **116**, although not shown, an plate interface may not be present along corresponding portions of the periphery of the plate opening.

Referring again to FIGS. **5** and **6**, the plate interface **132** includes a rim **136** and a ledge **138**. The rim **136** defines a surface that faces an interior of the body **102** and the ledge **138** defines a surface that faces the front of the body **102**. The rim **136** is transverse relative to the ledge **138**.

The rim **136** is sized to be substantially flush against or just off of the outer peripheral edge **133** of the strike plate **104**. The fit between the rim **136** of the plate interface **132** and the outer peripheral edge **133** of the strike plate **104** facilitates the butt welding together of the rim **136** of the body **102** and the outer peripheral edge **133** of the strike plate **104** with the peripheral weld **120**. In other words, the peripheral weld **120** is located between and welds together the rim **136** of the plate interface **132** and the outer peripheral edge **133** of the strike plate **104**. As shown in FIG. **6**, the rim **136** may extend beyond the plate interface **132**, such as along the sole portion **118** of the body **102**, to facilitate welding of the welded portions **134** of the outer peripheral edge **133** located on the sole wrap portion **122**.

The peripheral weld **120** is formed using any of various welding techniques, such as those disclosed in U.S. Pat. No. 8,353,785, which is incorporated herein by reference in its entirety. Moreover, the characteristics and type (e.g., bead, groove, fillet, surface, tack, plug, slot, friction, and resistance welds) of the peripheral weld **120** can be that same or analogous to those described in U.S. Pat. No. 8,353,785. For example, in one implementation, the peripheral weld **120** is formed using one or more of a tungsten inert gas (TIG) or metal inert gas (MIG) welding technique. In other implementations, the peripheral weld **120** is formed using one or more of a laser welding technique or a plasma welding technique.

The ledge **138** abuts a back surface of the strike plate **104** to support the strike plate **104** in place on the body **102**. Additionally, the ledge, **138**, being abutted against the strike plate **104**, facilitates the transfer of ball-striking loads from the strike plate **104** to the body **102**.

Referring still to FIGS. **5** and **6**, as well as FIGS. **10** and **11**, the body **102** further includes a back portion **129** coupled to and extending rearwardly from the sole portion **118**. The back portion **129** is also coupled to and extends rearwardly from lower parts of the heel portion **112** and the toe portion

71

US 10,953,293 B2

11

114. The back portion **129** includes a sole bar **131**, which is located in a low, rearward portion of the golf club head **100**. The sole bar **131** has a relatively large thickness in relation to the strike plate and other portions of the golf club head **100**, thereby accounting for a significant portion of the mass of the golf club head **100**, and thereby shifting a center of gravity (CG) of the golf club head **100** relatively lower and rearward. The back portion **129** also includes a lower shelf **130** and an upper shelf **140** protruding forwardly of the sole bar **131**. The lower shelf **130** and the upper shelf **140** are spaced rearwardly of the strike plate **104** such that a gap is defined between each of the lower shelf **130** and the upper shelf **140** of the back portion **129**. Defined between the lower shelf **130** and the upper shelf **140** is a portion of an internal cavity **142**, which may extend upwards to the top portion **116**. In the illustrated implementation, the internal cavity **142** is open to the sole slot **126**. The plate opening **176** is partially open to the back of the body **102**.

Referring to FIG. **7**, a slot edge **144** is formed in the sole portion **118** of the body **102**. The slot edge **144** is elongate and extends lengthwise along the sole portion **118** in a direction substantially parallel to the strike face **106**. The slot edge **144** is open to or faces the plate opening **176**. However, as shown, in some implementations, opposing ends of the slot edge **144** may have a substantially button-hook shape such that opposing end portions of the slot edge **144** face away from the plate opening **176**.

Referring to FIGS. **8** and **9**, the strike plate **104** has a back surface **154** that opposes the strike face **106**. The strike plate **104** includes an inverted cone **152** protruding from the back surface **154**. Generally, the inverted cone **152** is aligned with an ideal striking location on the strike face **106**. The inverted cone **152** promotes a larger sweet spot for the golf club head **100**, which facilitates a reduction in loss of distance on mishits. The outer peripheral edge **133** extends along and defines that outermost periphery of the strike plate **104**. The outer peripheral edge **133** of the strike plate **104** includes at least one welded portion **134** and at least one non-welded portion **150**. In the illustrated embodiment of FIGS. **8** and **9**, the welded portion **134** of the strike plate **104** is a continuous edge that extends from one end of the non-welded portion **150**, along the sole wrap portion **122**, around the strike face **106**, and along an opposite end of the non-welded portion. The non-welded portion **150** extends along an entire length of the sole wrap portion **122** and faces a direction that is substantially perpendicular to that of the welded portion **134**.

Referring now to FIGS. **10** and **11**, the sole wrap portion **122** effectively wraps around the sole portion **118** of the body **102** to define a portion of the bottom of the golf club head **100**. Accordingly, the sole wrap portion **122** is angled relative to the strike face **106**. In the illustrated embodiment of FIGS. **10** and **11**, the sole wrap portion **122** also effectively wraps around the lower shelf **130** of the back portion **129**. The non-welded portion **150** of the outer peripheral edge **133** of the strike plate **104** faces the slot edge **144** of the body **102**. In one implementation, the non-welded portion **150** is parallel to the slot edge **144** and has a length LNW (see, e.g., FIG. **3**). The gap defined between the non-welded portion **150** of the outer peripheral edge **133** and the slot edge **144** defines the sole slot **126** of the golf club head **100**. Accordingly, the non-welded portion **150** defines a forward slot wall of the sole slot **126** and the slot edge **144** defines a rearward slot wall of the sole slot **126**. There is no weld between the non-welded portion **150** of the outer peripheral edge **133** of the strike plate **104** and the slot edge **144**. In contrast, there is a weld between the welded portion

12

**134** of the outer peripheral edge **133** of the strike plate **104** and the rim **136** of the body **102**.

As shown in FIG. **10**, a distance D1 between a first point **94** (which is the point at which the strike face **106** projects onto the ground plane **96** when the golf club head **100** is in a proper address position on the ground plane **96**) and a second point **98** (which is the point at which a plane bisecting the sole slot **126** projects onto the ground plane **96** when the golf club head **100** is in a proper address position on the ground plane **96**) is between about 3.5 mm and about 8 mm in some implementations, and between about 4 mm and about 7 mm in other implementations.

To effectively plug the sole slot **126**, and prevent debris (e.g., water, grass, dirt, etc.) from entering the internal cavity **142**, the filler material **128** is located within the slot **126**. The filler material **128** may also help to achieve other desired performance objectives, including desired changes to the sound and feel of the club head by damping vibrations that occur when the club head strikes a golf ball. Because the filler material **128** does not fuse with either the body **102** or the strike plate **104**, the filler material **128** is not considered a weld. Moreover, because the filler material **128** is considerably weaker than either the body **102** or the strike plate **104**, the filler material **128** is not considered a weld. Additionally, because the filler material **128** is a non-metal, it is not considered a weld.

According to some embodiments, a total peripheral length of the outer peripheral edge **133** of the strike plate **104** of the golf club head **100** is between about 185 mm and about 220 mm or between about 209 mm and about 214 mm. In some embodiments, a height of the heel portion **112** of the body **102** is between about 25 mm and about 27 mm. In certain embodiments, a height of the toe portion **114** of the body **102** is between about 50 mm and about 52 mm. In yet some embodiments, a length of the sole portion **118** of the body **102** is between about 58 mm and about 64 mm. According to some embodiments, a total length of the body **102** is between about 53 mm and about 65 mm. In certain embodiments, a width of the sole portion **118** at the heel of the golf club head **100** is between about 10 mm and about 12 mm.

Referring now to FIGS. **12-15**, respective embodiments of a golf club head **200**, a golf club head **300**, and a golf club head **400** are shown. The respective golf club heads of FIGS. **12-15** are analogous to the golf club head **100** of FIGS. **1-11**, with like numbers referring to like features. More specifically, features of the golf club heads of FIGS. **12-15** that are analogous to features of the golf club head **100** have the same number, but in a different series (e.g., 200-series, 300-series, 400-series, etc.) format rather than the 100-series format of the golf club head **100**. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head **100** presented above are applicable to the analogous features of the respective golf club heads of FIGS. **12-15**.

Like the golf club head **100** of FIGS. **1-11**, each of the golf club head **200**, the golf club head **300**, and the golf club head **400** includes at least one slot partially defined by a non-welded portion of a strike plate. However, unlike the golf club head **100** of FIGS. **1-11**, the at least one slot of each of the golf club head **200**, the golf club head **300**, and the golf club head **400** is not a sole slot (e.g., a slot formed in the sole portion of the golf club head). Rather, the slots of the golf club head **200**, the golf club head **300**, and the golf club head **400** are face slots (e.g., slots formed in or directly adjacent the strike face of the golf club head). Additionally, although

72

US 10,953,293 B2

13

not shown, each of the face slots of the various illustrated embodiments described below can be filled with a filler material.

For example, referring to FIGS. 12 and 13, the golf club head 200 includes a face slot 260 at a toe portion 214 of the body 202 and a face slot 262 at a heel portion 212 of the body 202. Each of the face slots 260, 262 is defined between a respective non-welded portion 250 of the outer peripheral edge 233 of the strike plate 204 and a respective slot edge 244 of the body 202. The remaining portions of the outer peripheral edge 233 of the strike plate 204 are welded portions welded to the body 202 via the peripheral weld 220. As shown, in one example, each of the non-welded portions 250 of the outer peripheral edge 233 of the strike plate 204 and the slot edges 244 of the body 202 define a groove formed into the respective outer peripheral edge 233 and the body 202. Opposing grooves of a non-welded portion 250 and a slot edge 244 together define a respective one of the face slots 260, 262.

Different than the golf club head 100, the peripheral weld 220 is made up of two separate weld sections, as opposed to a single weld section as with the peripheral weld 120. Put another way, the outer peripheral edge 233 of the strike plate 204 includes two welded portions separated from each other by the two non-welded portions 250. The welded portions of the peripheral weld 220 are located adjacent the top portion 216 of the body 202 and the sole portion 218 of the body 202, respectively. The face slots 260, 262 at the heel portion 212 and the toe portion 214, respectively, of the golf club head 200 promotes flexibility and deflection of the golf club head 200 for heel-ward and toe-ward off-center hits, respectively, which improves the performance of the golf club head 200.

As another example, referring to FIG. 14, the golf club head 300 includes a face slot 360 at a toe portion 314 of the body 302, a face slot 362 at a heel portion 312 of the body 302, and a face slot 364 at a top portion 316 of the body 302. Each of the face slots 360, 362, 364 is defined between a respective non-welded portion 350 of the outer peripheral edge 333 of the strike plate 304 and a respective slot edge 344 of the body 302. The remaining portions of the outer peripheral edge 333 of the strike plate 304 are welded portions welded to the body 302 via the peripheral weld 320. Different than the golf club head 200, the peripheral weld 320 is made up of three separate weld sections, as opposed to two weld sections as with the peripheral weld 220. Put another way, the outer peripheral edge 333 of the strike plate 304 includes three welded portions separated from each other by the three non-welded portions 350. The welded portions of the peripheral weld 320 are located adjacent the sole portion 318 of the body 202, adjacent an intersection of the toe portion 314 and top portion 316, and adjacent an intersection of the heel portion 312 and the top portion 316, respectively. The face slots 360, 362, 364 at the heel portion 312, toe portion 314, and top portion 316, respectively, of the golf club head 300 promotes flexibility and deflection of the golf club head 200 for heel-ward, toe-ward, and high off-center hits, respectively, which improves the performance of the golf club head 200.

According to another example, referring to FIG. 15, the golf club head 400 includes a face slot 466 at a sole portion 418 of the body 202. The face slot 266 is defined between a non-welded portion 450 of the outer peripheral edge 433 of the strike plate 404 and a slot edge 444 of the body 402. The remaining portions of the outer peripheral edge 433 of the strike plate 404 are welded portions welded to the body 402 via the peripheral weld 420. The face slot 466 at the sole

14

portion 418 of the golf club head 400 promotes flexibility and deflection of the golf club head 400 for low off-center hits, which improves the performance of the golf club head 400.

Generally, each of the face slots of the various embodiments of a golf club head is a groove or channel formed in a portion of the face (e.g., adjacent a strike face) of the golf club head. The face slots are elongate in a lengthwise direction and each has a length LFS. Although the sole slots and face slots of the present disclosure are substantially straight in the illustrated embodiments, in other embodiments, the sole slots and face slots can be curved or non-straight. As shown in FIGS. 12-15, in some implementations, the face slots are through-slots, or slots that are open on a strike face side of the face slots and open on an internal cavity side or back side of the face slots. However, in other implementations, the face slots are not through-slots, but rather are closed on an internal cavity side or back side of the face slots.

Although FIGS. 12-15 illustrate golf club heads with several different configurations of face slots, it is recognized that golf club heads can have other configurations of face slots without departing from the essence of the present disclosure. For example, a golf club head may have four separate face slots, one at each of the heel portion, toe portion, top portion, and sole portion of the golf club head. Moreover, although the golf club heads illustrated in FIGS. 12-15 show a single face slot per respective heel, toe, top, and sole portion of the golf club head, in other embodiments, the golf club head includes two or more face slots at one or more of the heel, toe, top, and sole portions of the golf club head.

Referring to FIGS. 16-19, various golf club heads are shown with the placement of weld contours being emphasized by heavier or darker lines. Each of the golf club heads includes a strike plate that is welded to a body. Moreover, the golf club heads 500B-D are analogous to the golf club head 100, with like numbers referring to like features. More specifically, features of the golf club heads of FIGS. 17-19 that are analogous to features of the golf club head 100 have the same number, but in a different series (e.g., 500-series) format rather than the 100-series format of the golf club head 100. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head 100 presented above are applicable to the analogous features of the respective golf club heads of FIGS. 17-19.

A representation of a conventional golf club head 500A is shown in FIG. 16. The golf club head 500A has a continuous weld 520A or a weld that extends around 360-degrees of the outer peripheral edge of the strike plate 504A. In contrast, the golf club head 500B shown in FIG. 17 has a peripheral weld 520B or a weld that does not extend around 360-degrees of the outer peripheral edge 533B of the strike plate 504B. More specifically, the peripheral weld 520B extends about only a portion (e.g., a portion adjacent the top portion 516B and a portion adjacent the sole portion 518B) of the outer peripheral edge 533B of the strike plate 504B. Accordingly, the outer peripheral edge 533B includes two welded portions 534B each adjacent a respective one of the top portion 516B and the sole portion 518B. The remaining portions of the outer peripheral edge 533B of the strike plate 504B are non-welded portions 550B located adjacent the heel portion 512B and toe portion 514B, respectively, of the body 502B.

Like the golf club head 500B shown in FIG. 17, the golf club head 500C of FIG. 18 has a peripheral weld 520C or a

US 10,953,293 B2

15

weld that does not extend around 360-degrees of the outer peripheral edge 533C of the strike plate 504C. However, unlike the golf club head 500B, the peripheral weld 520C of the golf club head 500C includes multiple welded portions at each of the heel portion 512C, the toe portion 514C, the top portion 516C, and the sole portion 518C of the body 502C. Accordingly, the outer peripheral edge 533C includes at least two welded portions 534C adjacent each of the heel portion 512C, the toe portion 514C, the top portion 516C, and the sole portion 518C of the body 502C. The remaining portions of the outer peripheral edge 533C of the strike plate 504C are non-welded portions 550C where at least two non-welded portions 550C are located adjacent each of the heel portion 512C, the toe portion 514C, the top portion 516C, and the sole portion 518C of the body 502C. The peripheral weld 520C can be described to have a stitch pattern about the strike plate 504C.

Similar to the golf club head 500B of FIG. 17, the golf club head 500D shown in FIG. 18 has a peripheral weld 520D or a weld that does not extend around 360-degrees of the outer peripheral edge 533D of the strike plate 504D. However, the peripheral weld 520D is configured such that the outer peripheral edge 533D of the strike plate 504D includes four welded portions 534B each at a respective one of four corners of the outer peripheral edge 533D. The remaining portions of the outer peripheral edge 533D of the strike plate 504D are non-welded portions 550D each located adjacent a respective one of the heel portion 512D, toe portion 514D, top portion 516D, and sole portion 518D, respectively, of the body 502D.

Although the golf club heads 500B-D are not shown to have face slots like the respective golf club heads 200, 300, 400 of FIGS. 12-15, it is recognized that at any one or more of the non-welded portions of the outer peripheral edge of the strike plate of the golf club heads 500B-D of FIGS. 17-19, the golf club head can include a face slot that is partially defined by a corresponding one of the non-welded portions.

Referring to the golf club head 100 of FIGS. 1-11 and 17-19, but applicable to all embodiments of the golf club head of the present disclosure, the outer peripheral edge 133 of the strike plate 104 has a total peripheral length. The total peripheral length of the outer peripheral edge 133 is defined as the distance, circumferentially along the outer peripheral edge 133, between a starting point and an ending point at the same location as the starting point. Similarly, the peripheral weld 120 has a total weld length. For a peripheral weld 120 that has multiple weld segments or sections, the total weld length of the peripheral weld 120 is defined as the sum of the individual weld lengths of the weld segments. Moreover, the individual length of a weld segment is equal to the individual length LW of the welded portion 134 of the outer peripheral edge 133 defined by the weld segment. Accordingly, the total weld length of the peripheral weld 120 is equal to a total length of the welded portion 134 of the outer peripheral edge 133 of the strike plate 104. For an outer peripheral edge 133 that has multiple welded portions 134, the total length of the welded portion 134 is defined as the sum of the individual lengths LW of the welded portions 150. Correspondingly, a total length of the non-welded portion 150 of the outer peripheral edge 133 is equal to the difference between the total peripheral length of the outer peripheral edge 133 and the total length of the welded portion 134 of the outer peripheral edge 133. For an outer peripheral edge 133 that has multiple non-welded portions 150, the total length of the non-welded portion 150 is defined as the sum of the individual lengths LNW of the non-welded portions 150.

16

Based on the foregoing, a ratio of the total length of the welded portion(s) 134 of the outer peripheral edge 133 to the total peripheral length of the strike plate 104 is less than one. In some implementations, the ratio of the total length of the welded portion(s) 134 of the outer peripheral edge 133 to the total peripheral length of the strike plate 104 is between about 0.40 and about 0.94. In yet certain implementations, the ratio of the total length of the welded portion(s) 134 of the outer peripheral edge 133 to the total peripheral length of the strike plate 104 is between about 0.45 and about 0.80. According to further implementations, the ratio of the total length of the welded portion(s) 134 of the outer peripheral edge 133 to the total peripheral length of the strike plate 104 is between about 0.70 and about 0.75.

Referring to FIG. 17, for example, in some embodiments, the length LW of each welded portion 534B of the outer peripheral edge 533B is more than the length LNW of each non-welded portion 550B of the outer peripheral edge 533B. However, in other embodiments, such as shown in FIG. 19, for example, the length LW of each welded portion 534D of the outer peripheral edge 533D is less than the length LNW of each non-welded portion 550D of the outer peripheral edge 533D. As also shown in FIG. 19, for example, in certain embodiments, at least two (e.g., all in some implementations) of the welded portions 534D of the outer peripheral edge 533D have different lengths. However, in other embodiments, such as shown in FIG. 18, for example, at least two of the welded portions 534C of the outer peripheral edge 533C have the same length. According to some implementations, all of the welded portions 534C of the outer peripheral edge 533C have the same length.

Referring now to FIGS. 20 and 21, another embodiment of a golf club head 600 is shown. The golf club head 600 is analogous to the golf club head 100, with like numbers referring to like features. More specifically, features of the golf club head 600 of FIGS. 20 and 21 that are analogous to features of the golf club head 100 have the same number, but in a different series (e.g., 600-series) format rather than the 100-series format of the golf club head 100. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head 100 presented above are applicable to the analogous features of the golf club head 600 of FIGS. 20 and 21.

In contrast to the golf club head 100, which is an iron-type golf club head, the golf club head 600 is a metal-wood-type golf club head or a driver-type golf club head. Accordingly, the body 602 and strike plate 604 of the golf club head 600 define an internal cavity 642 that is much larger than the internal cavity 142. For example, the internal cavity 642 facilitates a displaced volume of the golf club head 600 between about 120 cm$^2$ and 200 cm$^2$ in one implementation. However, in some implementations, the golf club head 60 can be configured to have a head volume between about 110 cm$^3$ and about 600 cm$^3$. In more particular implementations, the head volume may be between about 250 cm$^3$ and about 500 cm$^3$. In yet more specific implementations, the head volume may be between about 300 cm$^3$ and about 500 cm$^3$, between about 300 cm$^3$ and about 360 cm$^3$, between about 300 cm$^3$ and about 420 cm$^3$ or between about 420 cm$^3$ and about 500 cm$^3$. The golf club head 600 may have a volume between about 300 cm$^3$ and about 460 cm$^3$, and a total mass between about 145 g and about 245 g. Alternatively, the golf club head may have a volume between about 100 cm$^3$ and about 250 cm$^3$, and a total mass between about 145 g and about 260 g. In some implementations where the golf club head 600 is configured as a hybrid golf club head, the golf

US 10,953,293 B2

17

club head **600** may have a volume between about 60 cm³ and about 150 cm³, and a total mass between about 145 g and about 280 g.

The outer peripheral edge **633** of the strike plate **604** has a welded portion **634**, welded to the body **602**, and a non-welded portion **650** that is not welded to the body **602**. Rather, the non-welded portion **650** faces and is spaced apart from a slot edge **644** of the body **602** to define a sole slot **626** of the golf club head **600**. As shown in FIG. **20**, the sole slot **626** can be filled with a non-metal filler material **628**.

Although the illustrated embodiments show iron-type golf club heads and metal-wood-type golf club heads, it is recognized that the features, functions, and advantages associated with the iron-type golf club heads and metal-wood-type golf club heads also applies to hybrid-type golf club heads, driver-type golf club heads, and putter-type golf club heads.

As presented above, a ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is less than one. In some implementations, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is between about 0.40 and about 0.94. In yet certain implementations, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is between about 0.45 and about 0.80. In one implementation, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is about 0.625. According to further implementations, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is between about 0.70 and about 0.75.

According to some embodiments of a golf club head with a sole slot, the length LSS of the sole slot is between about 50 mm and about 65 mm. In one implementation, the length LSS of the sole slot is between about 50 mm and about 60 mm. In another implementation, the length LSS of the sole slot is between about 55 mm and about 65 mm.

In some embodiments of a golf club head with a face slot at the heel of the golf club head, the length LFS of the face slot at the heel is between about 16 mm and about 19 mm. In some embodiments of a golf club head with a face slot at the toe of the golf club head, the length LFS of the face slot at the toe is between about 33 mm and about 40 mm. In certain implementations, the length LFS of the face slot at the toe is between about 33 mm and about 37 mm.

Referring now to FIG. **22**, one embodiment of a golf club head **800** is shown. The golf club head **800** of FIG. **22** is analogous to the golf club head **100** of FIGS. **1-11**, with like numbers referring to like features. More specifically, features of the golf club head **800** of FIG. **22** that are analogous to features of the golf club head **100** have the same number, but in a different series (e.g., 800-series) format rather than the 100-series format of the golf club head **100**. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head **100** presented above are applicable to the analogous features of the golf club head **800** of FIG. **22**.

As described above and as shown in FIG. **22**, one embodiment of a golf club head **800** includes a body **802** and a strike plate **804** which may be welded to the body. The body **802** has a toe portion, a heel portion, a top portion **816** (e.g., top-line portion for iron-type golf club heads and crown portion for driver-type, hybrid-type, and metal-wood-type golf club heads), and a sole portion **818** (e.g., bottom

18

portion). The body **802** additionally includes a hosel extending from the heel portion. The hosel is configured to receive and engage with a shaft and grip of a golf club. The body may further include a slot edge **844** formed in the sole portion, and a sole slot **826** formed in the sole portion, as described above. The strike plate **804** includes at least a portion of a strike face **806** designed to impact a golf ball during a normal golf swing. In some implementations, the strike plate **804** includes an entirety of the strike face **806**. Generally, the strike plate **804** is defined as any piece of the golf club head **800** that includes at least a portion of the strike face.

The body **802** is configured to receive the portions of an outer peripheral edge **833** of the strike plate **804**, to be welded to the body **802** via the peripheral weld **820**. More specifically, the body **802** includes a plate opening **876** defined between the toe portion **814**, the heel portion **812**, the top portion **816**, and the sole portion **818** of the body **802**. As described above, the outer peripheral edge **833** of the strike plate **804** may include at least one welded portion **834** and at least one non-welded portion **850**.

The fit between the rim **836** of the plate interface **832** and the outer peripheral edge **833** of the strike plate **804** facilitates the butt welding together of the rim **836** of the body **802** and the outer peripheral edge **833** of the strike plate **804** with the peripheral weld **820**. As described above, the strike plate **804** may include a sole wrap portion **822** that effectively wraps around the sole portion **818** of the body **802** to define a portion of the bottom of the golf club head **800**. Additionally or alternatively, the sole wrap portion **822** may effectively wrap around the lower shelf **830** of the back portion **829**.

As described above and as shown in FIG. **22**, the back portion **829** may include a sole bar **831**, which is located in a low, rearward portion of the golf club head **800**. The sole bar **831** has a relatively large thickness in relation to the strike plate and other portions of the golf club head **800**, thereby accounting for a significant portion of the mass of the golf club head **800**, and thereby shifting a center of gravity (CG) of the golf club head **800** relatively lower and rearward. The back portion **829** also includes a lower shelf **830** and an upper shelf **840** protruding forwardly of the sole bar **831**. The lower shelf **830** and the upper shelf **840** are spaced rearwardly of the strike plate **804** such that a gap is defined between each of the lower shelf **830** and the upper shelf **840** of the back portion **829**. Defined between the lower shelf **830** and the upper shelf **840** is a portion of an internal cavity **842**, which may extend upwards to the top portion **816**. In the illustrated implementation, the internal cavity **842** is open to the sole slot **826**. The plate opening **876** is partially open to the back of the body **802**.

As opposed to the golf club head **100** of FIGS. **1-11**, which illustrates a cavity-back or muscle-back type golf club head, the golf club head **800** of FIG. **22** is a hollow-cavity-type golf club head. More specifically, while the internal cavity **142** and the back surface **154** of the strike plate **104** of the golf club head **100** are not enclosed, but rather are open to a rear of the golf club head **100**, the internal cavity **842** and the back surface **854** of the strike plate **804** of the golf club head **800** are enclosed or closed to a rear of the golf club head **800**. The back portion **829** of the golf club head **800** further includes a rear wall **877** that encloses a rearward side of the internal cavity **842**. The golf club head **800** having a hollow internal cavity **842** provides several advantages, such as an increased forgiveness for off-center hits on the strike face **806** of the strike plate **804**. In some embodiments, the volume of the golf club head **800** is between

US 10,953,293 B2

19

20

about 10 cm³ and about 120 cm³. For example, in some embodiments, the golf club head **800** has a volume between about 20 cm³ and about 110 cm³, such as between about 30 cm³ and about 100 cm³, such as between about 40 cm³ and about 90 cm³, such as between about 50 cm³ and about 80 cm³, and such as between about 60 cm³ and about 80 cm³. In addition, in some embodiments, the golf club head **800** has an overall depth that is between about 15 mm and about 100 mm. For example, in some embodiments, the golf club head **800** has an overall depth between about 20 mm and about 90 mm, such as between about 30 mm and about 80 mm and such as between about 40 mm and about 70 mm.

Other examples of cavity-back, muscle-back, and hollow-cavity iron-type golf club heads are described in U.S. patent application Ser. No. 14/981,330, filed Dec. 28, 2015, which is incorporated herein by reference.

In some implementations, the golf club head **800** includes weighted elements, such as a tungsten plug **896**, located at least partially within the internal cavity **842** in some implementations. Additionally, the body of the golf club heads of the present disclosure can include various features such as weighting elements, cartridges, and/or inserts or applied bodies as used for CG placement, vibration control or damping, or acoustic control or damping. For example, U.S. Pat. No. 6,811,496, incorporated herein by reference in its entirety, discloses the attachment of mass altering pins or cartridge weighting elements.

In one embodiment, the golf club of FIG. **24** has an internal cavity **942** that is partially or entirely filled with a filler material **901**.

In some implementations, the filler material **901** is made from a non-metal, such as a thermoplastic material, thermoset material, and the like, in some implementations. In other implementations, the internal cavity **842** is not filled with a filler material **901**, but rather maintains an open, vacant, cavity within the club head.

According to one embodiments, the filler material **901** is initially a viscous material that is injected or otherwise inserted into the club head through an injection port **907** located on the toe portion of the club head. The injection port **907** can be located anywhere on the club head **900** including the topline, sole, heel, or toe. Examples of materials that may be suitable for use as a filler material **901** to be placed into a club head include, without limitation: viscoelastic elastomers; vinyl copolymers with or without inorganic fillers; polyvinyl acetate with or without mineral fillers such as barium sulfate; acrylics; polyesters; polyurethanes; polyethers; polyamides; polybutadienes; polystyrenes; polyisoprenes; polyethylenes; polyolefins; styrene/isoprene block copolymers; hydrogenated styrenic thermoplastic elastomers; metallized polyesters; metallized acrylics; epoxies; epoxy and graphite composites; natural and synthetic rubbers; piezoelectric ceramics; thermoset and thermoplastic; foamed polymers; ionomers; low-density fiber glass; bitumen; silicone; and mixtures thereof. The metallized polyesters and acrylics can comprise aluminum as the metal. Commercially available materials include resilient polymeric materials such as Scotchweld™ (e.g., DP-105™) and Scotchdamp™ from 3M, Sorbothane™ from Sorbothane, Inc., DYAD™ and GP™ from Soundcoat Company Inc., Dynamat™ from Dynamat Control of North America, Inc., NoViFlex™ Sylomer™ from Pole Star Maritime Group, LLC, Isoplast™ from The Dow Chemical Company, Legetolex™ from Piqua Technologies, Inc., and Hybrar™ from the Kuraray Co., Ltd. In still other embodiments, the filler **901** material may be placed into the club head **900** and sealed in place with a plug **905**, or resilient cap or other structure formed of a metal, metal alloy, metallic, composite, hard plastic, resilient elastomeric, or other suitable material. In one embodiment, the plug **905** is a metallic plug that can be made from steel, aluminum, titanium, or a metallic alloy. In one embodiment, the plug **905** is an anodized aluminum plug that is colored a red, green, blue, gray, white, orange, purple, black, clear, yellow, or metallic color. In one embodiment, the plug **905** is a different or contrasting color from the majority color located on the club head body **900**.

In some embodiments, the filler material includes a slight recess or depression **903** that accommodates the variable face thickness of the striking plate **904**. In other words, the recess or depression **903** located in the filler material **901** mates or is keyed with a thickened portion of the striking plate **904**. In one embodiment, the thickened portion of the striking plate **904** occurs at the center of the striking plate **904**.

In one embodiment, the golf club head **900** includes a recess **909** that allows the weight **996** to be located. Once the weight **996** is positioned within the recess **909** and the strike plate **904** has been attached, the filler material **901** is injected through the port **907** and sealed with the plug **905**.

In one embodiment, the filler material **901** has a minor impact on the coefficient of restitution (herein "COR") as measured according to the United States Golf Association (USGA) rules set forth in the Procedure for Measuring the Velocity Ratio of a Club Head for Conformance to Rule 4-1e, Appendix II Revision 2 Feb. 8, 1999, herein incorporated by reference in its entirety.

Table 1 below provides examples of the COR change relative to a calibration plate of multiple club heads of the construction shown in FIG. **24** in both a filled and unfilled state. The calibration plate dimensions and weight are described in section 4.0 of the Procedure for Measuring the Velocity Ratio of a Club Head for Conformance to Rule 4-1e.

Due to the slight variability between different calibration plates, the values described below are described in terms of a change in COR relative to a calibration plate base value. For example, if a calibration plate has a 0.831 COR value, Example 1 for an un-filled head has a COR value of −0.019 less than 0.831 which would give Example 1 (Unfilled) a COR value of 0.812. The change in COR for a given head relative to a calibration plate is accurate and highly repeatable.

TABLE 1

| | COR Values Relative to a Calibration Plate | | |
|---|---|---|---|
| Example No. | Unfilled COR Relative to Calibration Plate | Filled COR Relative to Calibration Plate | COR Change Between Filled and Unfilled |
| 1 | −0.019 | −0.022 | −0.003 |
| 2 | −0.003 | −0.005 | −0.002 |
| 3 | −0.006 | −0.010 | −0.004 |
| 4 | −0.006 | −0.017 | −0.011 |
| 5 | −0.026 | −0.028 | −0.002 |
| 6 | −0.007 | −0.017 | −0.01 |
| 7 | −0.013 | −0.019 | −0.006 |
| 8 | −0.007 | −0.007 | 0 |
| 9 | −0.012 | −0.014 | −0.002 |
| 10 | −0.020 | −0.022 | −0.002 |
| Average | −0.0119 | −0.022 | −0.002 |

Table 1 illustrates that before the filler material **901** is introduced into the cavity **942** of golf club head **900**, an Unfilled COR drop off relative to the calibration plate (or first COR drop off value) is between 0 and −0.05, between

US 10,953,293 B2

21

0 and −0.03, between −0.00001 and −0.03, between −0.00001 and −0.025, between −0.00001 and −0.02, between −0.00001 and −0.015, between −0.00001 and −0.01, or between −0.00001 and −0.005.

In one embodiment, the average COR drop off or loss relative to the calibration plate for a plurality of Unfilled COR golf club head within a set of irons is between 0 and −0.05, between 0 and −0.03, between −0.00001 and −0.03, between −0.00001 and −0.025, between −0.00001 and −0.02, between −0.00001 and −0.015, or between −0.00001 and −0.01.

Table 1 further illustrates that after the filler material **901** is introduced into the cavity **942** of golf club head **900**, a Filled COR drop off relative to the calibration plate (or second COR drop off value) is more than the Unfilled COR drop off relative to the calibration plate. In other words, the addition of the filler material **901** in the Filled COR golf club heads slows the ball speed (Vout—Velocity Out) after rebounding from the face by a small amount relative to the rebounding ball velocity of the Unfilled COR heads.

In some embodiments shown in Table 1, the COR drop off or loss relative to the calibration plate for a Filled COR golf club head is between 0 and −0.05, between 0 and −0.03, between −0.00001 and −0.03, between −0.00001 and −0.025, between −0.00001 and −0.02, between −0.00001 and −0.015, between −0.00001 and −0.01, or between −0.00001 and −0.005.

In one embodiment, the average COR drop off or loss relative to the calibration plate for a plurality of Filled COR golf club head within a set of irons is between 0 and −0.05, between 0 and −0.03, between −0.00001 and −0.03, between −0.00001 and −0.025, between −0.00001 and −0.02, between −0.00001 and −0.015, between −0.00001 and −0.01, or between −0.00001 and −0.005.

However, the amount of COR loss or drop off for a Filled COR head is minimized when compared to other constructions and filler materials. The last column of Table 1 illustrates a COR change between the Unfilled and Filled golf club heads which are calculated by subtracting the Unfilled COR from the Filled COR table columns. The change in COR (COR change value) between the Filled and Unfilled club heads is between 0 and −0.1, between 0 and −0.05, between 0 and −0.04, between 0 and −0.03, between 0 and −0.025, between 0 and −0.02, between 0 and −0.015, between 0 and −0.01, between 0 and −0.009, between 0 and −0.008, between 0 and −0.007, between 0 and −0.006, between 0 and −0.005, between 0 and −0.004, between 0 and −0.003, or between 0 and −0.002. Remarkably, one club head was able to achieve a change in COR of zero between a filled and unfilled golf club head. In other words, no change in COR between the Filled and Unfilled club head state. In some embodiments, the COR change value is greater than −0.1, greater than −0.05, greater than −0.04, greater than −0.03, greater than −0.02, greater than −0.01, greater than −0.009, greater than −0.008, greater than −0.007, greater than −0.006, greater than −0.005, greater than −0.004, or greater than −0.003.

In some embodiments, at least one, two, three or four iron golf clubs out of an iron golf club set has a change in COR between the Filled and Unfilled states of between 0 and −0.1, between 0 and −0.05, between 0 and −0.04, between 0 and −0.03, between 0 and −0.02, between 0 and −0.01, between 0 and −0.009, between 0 and −0.008, between 0 and −0.007, between 0 and −0.006, between 0 and −0.005, between 0 and −0.004, between 0 and −0.003, or between 0 and −0.002.

In yet other embodiments, at least one pair or two pair of iron golf clubs in the set have a change in COR between the

22

Filled and Unfilled states of between 0 and −0.1, between 0 and −0.05, between 0 and −0.04, between 0 and −0.03, between 0 and −0.02, between 0 and −0.01, between 0 and −0.009, between 0 and −0.008, between 0 and −0.007, between 0 and −0.006, between 0 and −0.005, between 0 and −0.004, between 0 and −0.003, or between 0 and −0.002.

In other embodiments, an average of a plurality of iron golf clubs in the set has a change in COR between the Filled and Unfilled states of between 0 and −0.1, between 0 and −0.05, between 0 and −0.04, between 0 and −0.03, between 0 and −0.02, between 0 and −0.01, between 0 and −0.009, between 0 and −0.008, between 0 and −0.007, between 0 and −0.006, between 0 and −0.005, between 0 and −0.004, between 0 and −0.003, or between 0 and −0.002.

FIG. **25** illustrates a cross-sectional view through the center face of the golf club head shown in FIG. **24**. The filler material **901** fills the cavity **942** located above the sole slot **926**. The recess or depression **903** engages with the thickened portion of the striking plate **904**.

In some embodiments, the filler material **901** is a two part polyurethane foam that is a thermoset and is flexible after it is cured. In one embodiment, the two part polyurethane foam is any methylene diphenyl diisocyanate (a class of polyurethane prepolymer) or silicone based flexible or rigid polyurethane foam.

Referring now to FIG. **23**, referring to one embodiment, a method **700** of making a golf club head, such as the golf club heads described herein, includes peripherally discontinuously welding an outer peripheral edge of a strike plate to a body with the strike plate located between a heel portion, a sole portion, a toe portion, and a top portion of the body at **702**. Additionally, the method **700** includes filling a gap between the outer peripheral edge of the strike plate and the body with a filler material at **704**.

Reference throughout this specification to "one embodiment," "an embodiment," or similar language means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the present disclosure. Appearances of the phrases "in one embodiment," "in an embodiment," and similar language throughout this specification may, but do not necessarily, all refer to the same embodiment. Similarly, the use of the term "implementation" means an implementation having a particular feature, structure, or characteristic described in connection with one or more embodiments of the present disclosure, however, absent an express correlation to indicate otherwise, an implementation may be associated with one or more embodiments.

The schematic flow chart diagrams included herein are generally set forth as logical flow chart diagrams. As such, the depicted order and labeled steps are indicative of one embodiment of the presented method. Other steps and methods may be conceived that are equivalent in function, logic, or effect to one or more steps, or portions thereof, of the illustrated method. Additionally, the format and symbols employed are provided to explain the logical steps of the method and are understood not to limit the scope of the method. Although various arrow types and line types may be employed in the flow chart diagrams, they are understood not to limit the scope of the corresponding method. Indeed, some arrows or other connectors may be used to indicate only the logical flow of the method. For instance, an arrow may indicate a waiting or monitoring period of unspecified duration between enumerated steps of the depicted method. Additionally, the order in which a particular method occurs may or may not strictly adhere to the order of the corresponding steps shown.

77

US 10,953,293 B2

23

In the above description, certain terms may be used such as "up," "down," "upper," "lower," "horizontal," "vertical," "left," "right," "over," "under" and the like. These terms are used, where applicable, to provide some clarity of description when dealing with relative relationships. But, these terms are not intended to imply absolute relationships, positions, and/or orientations. For example, with respect to an object, an "upper" surface can become a "lower" surface simply by turning the object over. Nevertheless, it is still the same object. Further, the terms "including," "comprising," "having," and variations thereof mean "including but not limited to" unless expressly specified otherwise. An enumerated listing of items does not imply that any or all of the items are mutually exclusive and/or mutually inclusive, unless expressly specified otherwise. The terms "a," "an," and "the" also refer to "one or more" unless expressly specified otherwise. Further, the term "plurality" can be defined as "at least two." The term "about" in some embodiments, can be defined to mean within +/−5% of a given value.

Additionally, instances in this specification where one element is "coupled" to another element can include direct and indirect coupling. Direct coupling can be defined as one element coupled to and in some contact with another element. Indirect coupling can be defined as coupling between two elements not in direct contact with each other, but having one or more additional elements between the coupled elements. Further, as used herein, securing one element to another element can include direct securing and indirect securing. Additionally, as used herein, "adjacent" does not necessarily denote contact. For example, one element can be adjacent another element without being in contact with that element.

As used herein, the phrase "at least one of", when used with a list of items, means different combinations of one or more of the listed items may be used and only one of the items in the list may be needed. The item may be a particular object, thing, or category. In other words, "at least one of" means any combination of items or number of items may be used from the list, but not all of the items in the list may be required. For example, "at least one of item A, item B, and item C" may mean item A; item A and item B; item B; item A, item B, and item C; or item B and item C. In some cases, "at least one of item A, item B, and item C" may mean, for example, without limitation, two of item A, one of item B, and ten of item C; four of item B and seven of item C; or some other suitable combination.

Unless otherwise indicated, the terms "first," "second," etc. are used herein merely as labels, and are not intended to impose ordinal, positional, or hierarchical requirements on the items to which these terms refer. Moreover, reference to, e.g., a "second" item does not require or preclude the existence of, e.g., a "first" or lower-numbered item, and/or, e.g., a "third" or higher-numbered item.

As used herein, a system, apparatus, structure, article, element, component, or hardware "configured to" perform a specified function is indeed capable of performing the specified function without any alteration, rather than merely having potential to perform the specified function after further modification. In other words, the system, apparatus, structure, article, element, component, or hardware "configured to" perform a specified function is specifically selected, created, implemented, utilized, programmed, and/or designed for the purpose of performing the specified function. As used herein, "configured to" denotes existing characteristics of a system, apparatus, structure, article, element, component, or hardware which enable the system, appara-

24

tus, structure, article, element, component, or hardware to perform the specified function without further modification. For purposes of this disclosure, a system, apparatus, structure, article, element, component, or hardware described as being "configured to" perform a particular function may additionally or alternatively be described as being "adapted to" and/or as being "operative to" perform that function.

The present subject matter may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

1. A hollow body iron-type golf club head, comprising:
a body, comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, a rear wall, and a hosel of the golf club head;
a strike plate welded to the body, wherein:
the strike plate comprises a strike face of the golf club head, a second part of the sole portion of the golf club head, and a majority of a face-to-sole portion transition region between the strike face and the sole portion;
the strike plate, the heel portion, the sole portion, the toe portion, the top portion, and the rear wall enclose an internal cavity of the golf club head;
the second part of the sole portion has an internal surface that defines a portion of the internal cavity;
the strike plate has a central portion and a peripheral portion surrounding the central portion, wherein a thickness of the central portion is greater than a thickness of the peripheral portion; and
the first part of the sole portion comprises a recess formed in an internal surface of the first part of the sole portion;
a filler material within the internal cavity;
a tungsten weight located within the recess of the first part of the sole portion;
a threaded toe port formed in the toe portion of the golf club head, wherein the internal cavity is configured to receive the filler material through the threaded toe port;
a threaded plug that is threadably engaged with the threaded toe port to plug the threaded toe port;
a first COR drop off value when the internal cavity is unfilled;
a second COR drop off value when the internal cavity is at least partially filled with the filler material; and
a COR change value being a difference between the second COR drop off value and the first COR drop off value;
wherein the COR change value is between 0 and −0.01.

2. The golf club head according to claim 1, wherein the filler material is a foam.

3. The golf club head according to claim 1, wherein the filler material is a two part polyurethane based foam.

4. The golf club head according to claim 1, wherein the filler material is flexible after it is cured.

5. The golf club head according to claim 1, wherein the filler material is a thermoset.

6. The golf club head according to claim 1, wherein an unfilled COR of the golf club head is at least 0.812.

7. The golf club head according to claim 1, wherein the strike plate is made of a first material and the body is made of a second material that is different than the first material.

US 10,953,293 B2

25

**8**. The golf club head according to claim **1**, wherein:

the rear wall comprises a sole bar protruding from the first part of the sole portion into the internal cavity, wherein the sole bar is located in a low and rearward portion of the golf club head and has a relatively large thickness in relation to the strike plate;

the rear wall further comprises a forward sole bar protrusion protruding from the sole bar forward towards the strike plate;

the second part of the sole portion wraps underneath the forward sole bar protrusion protruding from the sole bar;

the filler material contacts an underside surface of the forward sole bar protrusion and contacts an interior surface of the second part of the sole portion;

a thickness of the second part of the sole portion is less than the thickness of the central portion of strike plate; and

at least a portion of the second part of the sole portion is welded along the first part of the sole portion.

**9**. The golf club head according to claim **1**, wherein:

the rear wall comprises a sole bar protruding from the first part of the sole portion into the internal cavity, wherein the sole bar is located in a low and rearward portion of the golf club head and has a relatively large thickness in relation to the strike plate;

wherein the filler material extends overtop the sole bar.

**10**. The golf club head according to claim **1**, wherein at least one of the strike plate and the body are formed of a stainless steel.

**11**. The golf club head according to claim **1**, wherein the filler material is a methylene diphenyl diisocyanate based foam.

**12**. The golf club head according to claim **1**, wherein part of the strike plate extends further toeward than the second part of the sole portion.

**13**. The golf club head according to claim **1**, wherein the recess comprises at least a rear wall and opposing side walls, and wherein the tungsten weight is at least partially surrounded by the recess.

**14**. The golf club head according to claim **1**, wherein the tungsten weight is at least partially surrounded by the filler material.

**15**. The golf club head according to claim **1**, wherein a majority of the tungsten weight is below the threaded toe port when the golf club head is in proper address position.

**16**. The golf club head according to claim **1**, wherein the body is cast and the strike plate is forged.

**17**. A golf club head, comprising:

a body, comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, a rear wall, and a hosel of the golf club head;

a strike plate welded to the body, wherein:

the strike plate comprises a strike face of the golf club head, a second part of the sole portion of the golf

26

club head, and a majority of a face-to-sole portion transition region between the strike face and the sole portion;

the strike plate, the heel portion, the sole portion, the toe portion, the top portion, and the rear wall enclose an internal cavity of the golf club head;

the second part of the sole portion has an internal surface that defines a portion of the internal cavity;

the strike plate has a central portion and a peripheral portion surrounding the central portion, wherein a thickness of the central portion is greater than a thickness of the peripheral portion; and

a filler material within the internal cavity;

a threaded toe port formed in the toe portion of the golf club head, wherein the internal cavity is configured to receive the filler material through the threaded toe port;

a threaded plug that is threadably engaged with the threaded toe port to plug the threaded toe port;

a first COR drop off value when the internal cavity is unfilled;

a second COR drop off value when the internal cavity is at least partially filled with the filler material; and

a COR change value being a difference between the second COR drop off value and the first COR drop off value, wherein the COR change value is between 0 and −0.01;

a sole bar protruding from the first part of the sole portion into the internal cavity, wherein the sole bar is located in a low and rearward portion of the golf club head and has a relatively large thickness in relation to the strike plate;

a forward sole bar protrusion protruding from the sole bar forward towards the strike plate;

the second part of the sole portion wraps underneath the forward sole bar protrusion protruding from the sole bar;

the filler material contacts an underside surface of the forward sole bar protrusion and contacts an interior surface of the second part of the sole portion;

a thickness of the second part of the sole portion is less than the thickness of the central portion of strike plate; and

at least a portion of the second part of the sole portion is welded along the first part of the sole portion.

**18**. The golf club head according to claim **17**, further comprising a tungsten weight located within the internal cavity.

**19**. The golf club head according to claim **18**, wherein the first part of the sole portion is configured to receive the tungsten weight.

**20**. The golf club head according to claim **19**, wherein the tungsten weight is received with in a recess and the recess comprises at least a rear wall and opposing side walls.

\* \* \* \* \*

# Exhibit 3

US011351426B2

(12) **United States Patent**
Demkowski et al.

(10) Patent No.: **US 11,351,426 B2**
(45) Date of Patent: **\*Jun. 7, 2022**

(54) **GOLF CLUB HEAD**

(71) Applicant: **Taylor Made Golf Company, Inc**, Carlsbad, CA (US)

(72) Inventors: **Paul M. Demkowski**, San Diego, CA (US); **Bret H. Wahl**, Escondido, CA (US); **Scott Taylor**, Bonita, CA (US); **Sanjay Kuttappa**, Oceanside, CA (US)

(73) Assignee: **TAYLOR MADE GOLF COMPANY, INC.**, Carlsbad, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/156,313**

(22) Filed: **Jan. 22, 2021**

(65) **Prior Publication Data**

US 2021/0236887 A1      Aug. 5, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 16/800,811, filed on Feb. 25, 2020, now Pat. No. 10,953,293, which is a
(Continued)

(51) **Int. Cl.**
*A63B 53/04* (2015.01)
*A63B 60/54* (2015.01)

(52) **U.S. Cl.**
CPC ........ *A63B 53/047* (2013.01); *A63B 53/0412* (2020.08); *A63B 53/0433* (2020.08);
(Continued)

(58) **Field of Classification Search**
CPC .............. A63B 53/047; A63B 53/0412; A63B 53/0433; A63B 53/0462; A63B 53/0466; A63B 53/0475; A63B 60/54; A63B 60/00
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,660,216 A      5/1972  Theodorson
4,180,269 A    12/1979  Thompson
(Continued)

FOREIGN PATENT DOCUMENTS

JP      H05-091732      12/1993
JP      H08308967      11/1996
(Continued)

OTHER PUBLICATIONS

United States Golf Associate and R&A Rules Limited, Interim Procedure for Measuring the Coefficient of Restitution of an Iron Clubhead Relative to a Baseline Plate; Revision 1.2, Nov. 30, 2005, pp. 1-6.
(Continued)

*Primary Examiner* — Sebastiano Passaniti
(74) *Attorney, Agent, or Firm* — Kunzler Bean & Adamson

(57) **ABSTRACT**

Described herein is a golf club head that comprises a body and a strike plate. The body comprises a heel portion, a sole portion, a toe portion, and a top portion. The strike plate comprises an outer peripheral edge and at least a portion of a strike face. Furthermore, the strike plate is welded to the body via a peripheral weld between the outer peripheral edge of the strike plate and the body. The outer peripheral edge of the strike plate comprises at least one welded portion, welded to the body via the peripheral weld, and at least one non-welded portion, not welded to the body.

**19 Claims, 22 Drawing Sheets**



US 11,351,426 B2

Page 2

### Related U.S. Application Data

continuation of application No. 15/706,632, filed on Sep. 15, 2017, now Pat. No. 10,625,126, which is a continuation-in-part of application No. 15/394,549, filed on Dec. 29, 2016, now Pat. No. 10,543,409.

(52) **U.S. Cl.**
CPC ....... *A63B 53/0462* (2020.08); *A63B 53/0466* (2013.01); *A63B 53/0475* (2013.01); *A63B 60/54* (2015.10)

(58) **Field of Classification Search**
USPC .................................. 473/324–350, 287–292
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,398,965 A | 8/1983 | Campau | |
| 4,728,105 A | 3/1988 | Kobayashi | |
| 5,178,392 A | 1/1993 | Santioni | |
| 5,184,823 A * | 2/1993 | Desboilles | A63B 53/047 |
| | | | 473/345 |
| 5,290,036 A * | 3/1994 | Fenton | A63B 53/04 |
| | | | 473/332 |
| 5,447,311 A | 9/1995 | Viollaz et al. | |
| 5,766,092 A | 6/1998 | Mimeur et al. | |
| 5,807,189 A | 9/1998 | Martin et al. | |
| 5,913,735 A | 6/1999 | Kenmi | |
| 6,117,023 A | 9/2000 | Onuki et al. | |
| 6,533,679 B1 | 3/2003 | McCabe et al. | |
| 6,638,183 B2 | 10/2003 | Takeda | |
| 6,688,989 B2 | 2/2004 | Best | |
| 6,811,496 B2 | 11/2004 | Wahl et al. | |
| 7,121,958 B2 * | 10/2006 | Cheng | A63B 53/047 |
| | | | 473/345 |
| 7,169,057 B2 | 1/2007 | Wood et al. | |
| 7,182,698 B2 | 2/2007 | Tseng | |
| 7,273,418 B2 | 9/2007 | Gilbert et al. | |
| 7,281,991 B2 | 10/2007 | Gilbert et al. | |
| 7,303,485 B2 | 12/2007 | Tseng | |
| 8,012,040 B2 | 9/2011 | Takechi | |
| 8,088,025 B2 * | 1/2012 | Wahl | A63B 60/00 |
| | | | 473/346 |
| 8,210,965 B2 | 7/2012 | Roach et al. | |
| 8,328,663 B2 * | 12/2012 | Wahl | A63B 53/047 |
| | | | 473/346 |
| 8,353,785 B2 | 1/2013 | Ines et al. | |
| 8,353,786 B2 | 1/2013 | Beach et al. | |
| 8,475,293 B2 | 7/2013 | Morin et al. | |
| 8,485,918 B2 | 7/2013 | Roach et al. | |
| 8,535,176 B2 * | 9/2013 | Bazzel | A63B 53/047 |
| | | | 473/345 |
| 8,708,837 B2 | 4/2014 | Roach et al. | |
| 8,814,725 B2 * | 8/2014 | Wahl | A63B 60/00 |
| | | | 473/346 |

| | | | |
|---|---|---|---|
| 8,974,317 B1 | 3/2015 | Griffin et al. | |
| 9,033,817 B2 | 5/2015 | Snyder | |
| 9,044,653 B2 * | 6/2015 | Wahl | A63B 60/52 |
| 9,138,621 B2 | 9/2015 | Roach et al. | |
| 9,192,830 B2 * | 11/2015 | Parsons | A63B 53/06 |
| 9,199,143 B1 | 12/2015 | Parsons et al. | |
| 9,468,821 B2 | 10/2016 | Parsons et al. | |
| 9,492,722 B2 | 11/2016 | Taylor et al. | |
| 9,764,208 B1 | 9/2017 | Parsons et al. | |
| 9,808,685 B1 * | 11/2017 | Westrum | A63B 53/047 |
| 10,039,965 B1 | 8/2018 | Seluga et al. | |
| 10,173,109 B1 * | 1/2019 | Seluga | A63B 60/00 |
| 10,258,843 B2 * | 4/2019 | Morales | A63B 53/047 |
| 10,596,425 B2 * | 3/2020 | Parsons | A63B 60/02 |
| 2005/0124437 A1 | 6/2005 | Imamoto | |
| 2006/0252575 A1 * | 11/2006 | Chen | A63B 60/00 |
| | | | 473/342 |
| 2007/0129166 A1 | 6/2007 | Shimazaki et al. | |
| 2010/0035017 A1 | 2/2010 | Green | |
| 2011/0028240 A1 | 2/2011 | Wahl et al. | |
| 2011/0230279 A1 * | 9/2011 | Oldknow | A63B 53/047 |
| | | | 473/350 |
| 2011/0275451 A1 | 11/2011 | Chao et al. | |
| 2013/0252754 A1 | 9/2013 | Bazzel et al. | |
| 2013/0281227 A1 | 10/2013 | Roach et al. | |
| 2013/0313201 A1 | 12/2013 | Wahl et al. | |
| 2014/0248977 A1 | 9/2014 | Morin et al. | |
| 2014/0274456 A1 | 9/2014 | Cardani et al. | |
| 2015/0133232 A1 | 5/2015 | Taylor et al. | |
| 2015/0328504 A1 | 11/2015 | Finn et al. | |
| 2015/0375065 A1 | 12/2015 | Beach et al. | |
| 2016/0038796 A1 | 2/2016 | Taylor et al. | |
| 2016/0193508 A1 | 7/2016 | Issertell et al. | |
| 2016/0287952 A1 | 10/2016 | James et al. | |
| 2018/0028883 A1 | 2/2018 | Morin et al. | |
| 2018/0185715 A1 | 7/2018 | Demkowski et al. | |
| 2020/0197761 A1 | 6/2020 | Demkowski et al. | |
| 2021/0162275 A1 | 6/2021 | Demkowski et al. | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 200431777 | 11/2004 |
| JP | 2006110348 | 4/2006 |
| JP | 2008036006 | 2/2008 |
| JP | 2008080095 | 4/2008 |
| JP | 2008272241 | 11/2008 |
| JP | 4291836 | 4/2009 |
| JP | 2012105821 | 6/2012 |

#### OTHER PUBLICATIONS

Notice of Allowance for U.S. Appl. No. 16/720,678 dated Sep. 30, 2020.
Japanese Office Action concerning Japanese Patent Application No. 2017-234079 dated Sep. 28, 2021.

* cited by examiner



FIG. 1



FIG. 2

U.S. Patent    Jun. 7, 2022    Sheet 3 of 22    US 11,351,426 B2



**FIG. 3**



FIG. 4



**FIG. 5**

U.S. Patent

Jun. 7, 2022

Sheet 6 of 22

US 11,351,426 B2



**FIG. 6**



*FIG. 7*



FIG. 8



FIG. 9



**FIG. 10**



FIG. 11

U.S. Patent

Jun. 7, 2022

Sheet 12 of 22

US 11,351,426 B2



*FIG. 12*



FIG. 13

U.S. Patent     Jun. 7, 2022     Sheet 14 of 22     US 11,351,426 B2



**FIG. 14**

U.S. Patent

Jun. 7, 2022

Sheet 15 of 22

US 11,351,426 B2



**FIG. 15**

U.S. Patent

Jun. 7, 2022

Sheet 16 of 22

US 11,351,426 B2



**FIG. 16**

PRIOR ART

**FIG. 17**

**FIG. 18**

**FIG. 19**



FIG. 20



FIG. 21



*FIG. 22*



FIG. 23



**FIG. 24**



**FIG. 25**

US 11,351,426 B2

1

# GOLF CLUB HEAD

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application references U.S. Pat. No. 9,044,653, filed Mar. 14, 2013, which claims the benefit of U.S. Provisional Patent Application No. 61/657,675, filed Jun. 8, 2012, both of which are hereby incorporated by reference herein in their entireties. This application also references U.S. Pat. No. 8,353,785, filed Apr. 19, 2010, which claims the benefit of U.S. Provisional Patent Application No. 61/214,487, filed Apr. 23, 2009, both of which are hereby incorporated by reference herein in their entireties. This application also references U.S. Pat. No. 6,811,496, filed Sep. 3, 2002, which is hereby incorporated by reference in its entirety. This application also references U.S. patent application Ser. No. 13/111,715, filed May 19, 2011, which is incorporated herein by reference in its entirety. This application further references U.S. patent application Ser. No. 14/981,330, filed Dec. 28, 2015, which claims the benefit of U.S. Provisional Patent Application No. 62/099,012, filed Dec. 31, 2014, and U.S. Provisional Patent Application No. 62/098,707, filed Dec. 31, 2014, all of which are incorporated herein by reference in their entirety.

## FIELD

This disclosure relates generally to golf clubs, and more particularly to a golf club head with a strike plate that is separately attached to a body of the golf club head.

## BACKGROUND

The performance of golf equipment is continuously advancing due to the development of innovative clubs and club designs. While all clubs in a golfer's bag are important, both scratch and novice golfers rely on the performance and feel of their irons, metal-woods, hybrids, and drivers for many commonly encountered playing situations.

Advancements in golf club head manufacturing techniques have facilitated the manufacturing of golf club heads with complex geometries. For example, separately forming and attaching together a strike plate and a body, a golf club head with a complex geometry, that might not otherwise be achievable using single-piece, fully-integrated manufacturing techniques, can be produced. Additionally, a golf club head with a separately formed and attached strike plate can facilitate the use of strike plates and bodies made from different materials and/or manufacturing techniques. Generally, the strike plate is welded to the body using a peripheral weld that extends continuously around the entire outer peripheral edge of the strike plate.

Although welding the strike plate to the body promotes the ability to make golf club heads with complex geometries, different materials, and different manufacturing techniques, the weld may also introduce weaknesses to the golf club head.

## SUMMARY

The subject matter of the present application has been developed in response to the present state of the art, and in particular, in response to the shortcomings of golf clubs and associated golf club heads, that have not yet been fully solved by currently available techniques. Accordingly, the subject matter of the present application has been developed

2

to provide a golf club and golf club head that overcome at least some of the above-discussed shortcomings of prior art techniques.

Described herein is a golf club head that comprises a body. The body comprises a heel portion, a sole portion, a toe portion, and a top portion, a filler material, and an internal cavity is configured to receive the filler material. A first COR drop off value when the internal cavity is unfilled. A second COR drop off value when the internal cavity is filled. a COR change value being a difference between the second COR drop off value and the first COR drop off value. The COR change value is between 0 and −0.1. The preceding subject matter of this paragraph characterizes example 1 of the present disclosure.

The COR change value is between 0 and −0.05. The preceding subject matter of this paragraph characterizes example 2 of the present disclosure, wherein example 2 also includes the subject matter according to example 1, above.

The first COR drop off value is between 0 and −0.05. The preceding subject matter of this paragraph characterizes example 3 of the present disclosure, wherein example 3 also includes the subject matter according to example 2, above.

The second COR drop off value is between 0 and −0.05. The preceding subject matter of this paragraph characterizes example 4 of the present disclosure, wherein example 4 also includes the subject matter according to example 3, above.

The filler material is a two part polyurethane foam. The preceding subject matter of this paragraph characterizes example 5 of the present disclosure, wherein example 5 also includes the subject matter according to any one of examples 1-4, above.

The filler material is a thermoset. The preceding subject matter of this paragraph characterizes example 6 of the present disclosure, wherein example 6 also includes the subject matter according to any one of examples 1-4, above.

The filler material is a methylene diphenyl diisocyanate. The preceding subject matter of this paragraph characterizes example 7 of the present disclosure, wherein example 7 also includes the subject matter according to any one of examples 1-4, above.

The filler material is flexible after it is cured. The preceding subject matter of this paragraph characterizes example 8 of the present disclosure, wherein example 8 also includes the subject matter according to any one of examples 1-4, above.

The outer peripheral edge of the strike plate further comprises a plurality of welded portions and a plurality of non-welded portions. The plurality of welded portions are spaced apart from each other by the plurality of non-welded portions. The preceding subject matter of this paragraph characterizes example 9 of the present disclosure, wherein example 9 also includes the subject matter according to example 1, above.

Further described herein is a golf club set, comprising at least one golf club head having a body. The body further comprises a heel portion, a sole portion, a toe portion, and a top portion, a filler material, and an internal cavity, the internal cavity is configured to receive the filler material. A first COR drop off value when the internal cavity is unfilled. A second COR drop off value when the internal cavity is filled. A COR change value being a difference between the second COR drop off value and the first COR drop off value. The COR change value is between 0 and −0.1. The preceding subject matter of this paragraph characterizes example 10 of the present disclosure.

At least two golf club heads within the golf club set have a COR change value between 0 and −0.1. The preceding

105

US 11,351,426 B2

3

subject matter of this paragraph characterizes example 11 of the present disclosure, wherein example 11 also includes the subject matter according to example 10, above.

An average COR change value of at least two golf club heads is between 0 and −0.1. The preceding subject matter of this paragraph characterizes example 12 of the present disclosure, wherein example 12 also includes the subject matter according to example 10, above.

The first COR drop off value is between 0 and −0.05 for the at least two golf club heads. The preceding subject matter of this paragraph characterizes example 13 of the present disclosure, wherein example 13 also includes the subject matter according to example 12, above.

The second COR drop off value is between 0 and −0.05 for the at least two golf club heads. The preceding subject matter of this paragraph characterizes example 14 of the present disclosure, wherein example 14 also includes the subject matter according to example 13, above.

Additionally described herein is a golf club head comprising a body. The body further comprises a heel portion, a sole portion, a toe portion, and a top portion, at least one filler material, at least one port, and an internal cavity, the internal cavity is configured to receive the at least one filler material through the at least one port. A first COR drop off value when the internal cavity is unfilled. A second COR drop off value when the internal cavity is filled. A COR change value being a difference between the second COR drop off value and the first COR drop off value. The COR change value is greater than −0.1. The preceding subject matter of this paragraph characterizes example 15 of the present disclosure.

A plug at least partially covers the port. The preceding subject matter of this paragraph characterizes example 16 of the present disclosure, wherein example 16 also includes the subject matter according to example 15, above.

The COR change value is greater than −0.05. The preceding subject matter of this paragraph characterizes example 17 of the present disclosure, wherein example 17 also includes the subject matter according to example 15, above.

The first COR drop off value is between 0 and −0.05. The preceding subject matter of this paragraph characterizes example 18 of the present disclosure, wherein example 18 also includes the subject matter according to example 17, above.

The second COR drop off value is between 0 and −0.05. The preceding subject matter of this paragraph characterizes example 19 of the present disclosure, wherein example 19 also includes the subject matter according to example 18, above.

The at least one filler material is a thermoset. The preceding subject matter of this paragraph characterizes example 20 of the present disclosure, wherein example 20 also includes the subject matter according to example 19, above.

The described features, structures, advantages, and/or characteristics of the subject matter of the present disclosure may be combined in any suitable manner in one or more embodiments and/or implementations. In the following description, numerous specific details are provided to impart a thorough understanding of embodiments of the subject matter of the present disclosure. One skilled in the relevant art will recognize that the subject matter of the present disclosure may be practiced without one or more of the specific features, details, components, materials, and/or methods of a particular embodiment or implementation. In other instances, additional features and advantages may be

4

recognized in certain embodiments and/or implementations that may not be present in all embodiments or implementations. Further, in some instances, well-known structures, materials, or operations are not shown or described in detail to avoid obscuring aspects of the subject matter of the present disclosure. The features and advantages of the subject matter of the present disclosure will become more fully apparent from the following description and appended claims, or may be learned by the practice of the subject matter as set forth hereinafter.

BRIEF DESCRIPTION OF THE DRAWINGS

In order that the advantages of the subject matter may be more readily understood, a more particular description of the subject matter briefly described above will be rendered by reference to specific embodiments that are illustrated in the appended drawings. Understanding that these drawings depict only typical embodiments of the subject matter and are not therefore to be considered to be limiting of its scope, the subject matter will be described and explained with additional specificity and detail through the use of the drawings, in which:

FIG. 1 is a perspective view from a top of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 2 is a front view of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 3 is perspective view from a bottom of the golf club head of FIG. 1, shown with a filler material removed from a sole slot, according to one or more examples of the present disclosure;

FIG. 4 is a perspective view from a bottom of the golf club head of FIG. 1, shown with the filler material in the sole slot, according to one or more examples of the present disclosure;

FIG. 5 is an exploded perspective view from a top of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 6 is a perspective view from a front of the golf club head of FIG. 1, shown with a strike plate removed, according to one or more examples of the present disclosure;

FIG. 7 is a bottom view of the golf club head of FIG. 1, shown with the strike plate removed, according to one or more examples of the present disclosure;

FIG. 8 is a perspective view from a front of the strike plate of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 9 is a perspective view from a back of the strike plate of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 10 is cross-sectional perspective view from a heel side of the golf club head of FIG. 1, taken along the line 10-10 of FIG. 2, according to one or more examples of the present disclosure;

FIG. 11 is cross-sectional side elevation view from a heel side of the golf club head of FIG. 1, taken along the line 10-10 of FIG. 2, according to one or more examples of the present disclosure;

FIG. 12 is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 13 is an exploded perspective view from a front of the golf club head of FIG. 12, according to one or more examples of the present disclosure;

FIG. 14 is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 15 is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

US 11,351,426 B2

5

FIG. **16** is a front view of an iron-type golf club head, according to the prior art;

FIG. **17** is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. **18** is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. **19** is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. **20** is a side elevation view of a metal-wood-type golf club head, according to one or more examples of the present disclosure;

FIG. **21** is a cross-sectional side elevation view of the golf club head of FIG. **19**, taken along a midplane of the golf club head, according to one or more examples of the present disclosure;

FIG. **22** is a cross-sectional side elevation view of an iron-type golf club head having a hollow cavity, according to one or more examples of the present disclosure;

FIG. **23** is a schematic flow chart of a method of making a golf club head, according to one or more examples of the present disclosure;

FIG. **24** is an exploded perspective view from a golf club head, according to one or more examples of the present disclosure; and

FIG. **25** is a cross-sectional view through the center face of the golf club head shown in FIG. **24**, according to one or more examples of the present disclosure.

DETAILED DESCRIPTION

The following describes embodiments of golf club heads in the context of an iron-type golf club and a metal-wood-type golf club, but the principles, methods and designs described may be applicable in whole or in part to utility golf clubs (also known as hybrid golf clubs), driver-type golf clubs, putter-type golf clubs, and the like.

The various embodiments of a golf club head described herein utilizes a peripheral weld to secure a strike plate to a body of the golf club head. Welding the strike plate to the body of the golf club head, as opposed to integrally forming the strike plate and the body as a one-piece construction (such as by casting) allows the strike plate to be made from a different material or made by a different manufacturing process than the body. Additionally, welding the strike plate to the body promotes the ability to make golf club head with unique and complex shapes and geometries. However, welding together the strike plate and the body also introduces certain consequences, such as the development of heat effected zones and stress risers in the weld, which ultimately weakens the golf club head, and stiffness of the strike face of the golf club head. The peripheral weld of the golf club head disclosed herein introduces portions of the outer peripheral edge of the strike plate that are not welded to the body, thereby increasing the strength of the golf club head compared to golf club heads with continuous or 360-degree welds welding the strike plate to the body. Additionally, introducing non-welded portions of the outer peripheral edge of the strike plate also promotes flex in the strike face of the golf club head, which promotes forgiveness and feel.

The discovered advantages of introducing non-welded portions in the outer peripheral edge of the strike plate outweigh the potential negative consequences of such non-welded portions that would otherwise discourage the use of non-welded portions in the outer peripheral edge. For example, non-welded portions in an outer peripheral edge of a strike plate may increase the potential for rust at the non-welded portions and stress risers at the intersection of

6

non-welded and welded portions of the outer peripheral edge. As another example, the chrome plating often used to plate a golf club head may crack or phantom lines may develop at the non-welded portions. Notwithstanding the potential disadvantages of introducing non-welded portions of a strike plate, the ability to reduce stress risers along the non-welded portions and promote the flex of the strike face through the use of non-welded portions, as discovered by the inventors of the present disclosure, encourages the use of non-welded portions in the outer peripheral edge of a strike plate.

Referring to FIGS. **1** and **2**, one embodiment of a golf club head **100** includes a body **102** and a strike plate **104** welded to the body **102**. The body **102** has a toe portion **114**, a heel portion **112**, a top portion **116** (e.g., top-line portion for iron-type golf club heads and crown portion for driver-type, hybrid-type, and metal-wood-type golf club heads), and a sole portion **118** (e.g., bottom portion). The body **102** additionally includes a hosel **108** extending from the heel portion **112**. The hosel **108** is configured to receive and engage with a shaft and grip **110** of a golf club **101**. The shaft extends from the hosel **108** and the grip is secured to the shaft at a location on the shaft opposite that of the golf club head **100**. The strike plate **104** includes at least a portion of a strike face **106** designed to impact a golf ball during a normal golf swing. In some implementations, the strike plate **104** includes an entirety of the strike face **106**. Generally, the strike plate **104** is defined as any piece of the golf club head **100** that is welded to a body **102** of the golf club head **100** and includes at least a portion of the strike face.

Generally, for many iron-type golf club heads, such as the golf club head **100**, the strike face **106** has a planar surface that is angled relative to a ground plane when the golf club head **100** is in an address position to define a loft of the golf club head **100**. In other words, the strike face **106** of an iron-type golf club head generally does not include a curved surface. Accordingly, the strike face **106** of the strike plate **104** of the iron-type golf club head **100** is defined as the portion of the strike face **106** with an outwardly facing planar surface. In other words, although a strike plate **104** may include a curved surface, such as an outer surface of a sole wrap portion **122** of the strike plate **104**, the strike face **106** does not include such a curved surface. In contrast, the strike face of a metal-wood, driver, or hybrid golf club head does have a curved surface that curves around a substantially upright axis. Because the sole wrap portion **122** wraps around a substantially horizontal axis, the strike face of the strike plate of the metal-wood, driver, and hybrid golf club head is defined as the portion of the strike face **106** with an outwardly facing surface curved about an upright axis, as opposed to a horizontal axis.

The strike plate **104** further includes grooves **107** formed in the strike face **106** to promote desirable flight characteristics (e.g., backspin) of the golf ball upon being impacted by the strike face **106**.

Referring to FIG. **5**, the strike plate **104** is formed separately from the body **102** and is separately attached to the body **102**. The body **102** and the strike plate **104** can be formed using the same type of process or different types of processes. In the illustrated embodiment, the body **102** is formed to have a one-piece monolithic construction using a first manufacturing process and the strike plate **104** is formed to have a separate one-piece monolithic construction using a second manufacturing process. However, in other embodiments, one or both of the body **102** and the strike plate **104** has a multiple-piece construction with each piece being made from the same or a different material. Addition-

US 11,351,426 B2

7

ally, the body **102** can be formed of the same material as or a different material than the strike plate **104**. The body **102** is made from a first material and the strike plate **104** is made from a second material. Separately forming and attaching together the body **102** and the strike plate **104** and making the body **102** and the strike plate **104** from the same or different materials, which allows flexibility in the types of manufacturing processes and materials used, promotes the ability to make a golf club head **100** that achieves a wide range of performance, aesthetic, and economic results.

In some implementations, the first manufacturing process is the same type of process as the second manufacturing process. For example, both the first and second manufacturing processes are casting processes in one implementation. As another example, both the first and second manufacturing processes are forging processes in one implementation. According to yet another example, both the first and second manufacturing processes are machining processes in one implementation.

However, in some other implementations, the first manufacturing process is a different type of process than the second manufacturing process. The first manufacturing process is one of a casting process, a machining process, and a forging process and the second manufacturing process is another of a casting process, a machining process, and a forging process in some examples. In one particular example, the first manufacturing process is a casting process and the second manufacturing process is a forging process. The first manufacturing process and/or the second manufacturing process can be a process as described in U.S. Pat. No. 9,044,653, which is incorporated herein in its entirety, such as hot press forging using a progressive series of dies and heat-treatment.

Whether the first and second manufacturing processes are the same or different, the first material of the body **102** can be the same as or different than the second material of the strike plate **104**. A first material is different than a second material when the first material has a different composition than the second material. Accordingly, materials from the same family, such as steel, but with different compositional characteristics, such as different carbon constituencies, are considered different materials. In one example, the first and second manufacturing processes are different, but the first and second materials are the same. In contrast, according to another example, the first and second manufacturing processes are the same and the first and second materials are different. According to yet another example, the first and second manufacturing processes are different and the first and second materials are different. In some implementations, the first and second materials are different, but come from the same family of similar materials, such as steel. For example, the first material can be 8620 carbon steel and the second material can be 1025 carbon steel. The first material being within the same family as the second material promotes the quality of the weld between the body **102** and the strike plate **104**.

The strike plate **104** can be made from maraging steel, maraging stainless steel, or precipitation-hardened (PH) stainless steel. In general, maraging steels have high strength, toughness, and malleability. Being low in carbon, they derive their strength from precipitation of inter-metallic substances other than carbon. The principle alloying element is nickel (15% to nearly 30%). Other alloying elements producing inter-metallic precipitates in these steels include cobalt, molybdenum, and titanium. In one embodiment, the maraging steel contains 18% nickel. Maraging stainless steels have less nickel than maraging steels but include

8

significant chromium to inhibit rust. The chromium augments hardenability despite the reduced nickel content, which ensures the steel can transform to martensite when appropriately heat-treated. In another embodiment, a maraging stainless steel C455 is utilized as the strike plate **104**. In other embodiments, the strike plate **104** is a precipitation hardened stainless steel such as 17-4, 15-5, or 17-7.

The body **102** of the golf club head **100** is made from 17-4 steel in one implementation. However another material, such as carbon steel (e.g., 1020, 1030, 8620, or 1040 carbon steel), chrome-molybdenum steel (e.g., 4140 Cr—Mo steel), Ni—Cr—Mo steel (e.g., 8620 Ni—Cr—Mo steel), austenitic stainless steel (e.g., 304, N50, or N60 stainless steel (e.g., 410 stainless steel) can be used.

In addition to those noted above, some examples of metals and metal alloys that can be used to form the components of the parts described include, without limitation: titanium alloys (e.g., 3-2.5, 6-4, SP700, 15-3-3-3, 10-2-3, or other alpha/near alpha, alpha-beta, and beta/near beta titanium alloys), aluminum/aluminum alloys (e.g., 3000 series alloys, 5000 series alloys, 6000 series alloys, such as 6061-T6, and 7000 series alloys, such as 7075), magnesium alloys, copper alloys, and nickel alloys.

In still other embodiments, the body **102** and/or the strike plate **104** of the golf club head **100** are made from fiber-reinforced polymeric composite materials, and are not required to be homogeneous. Examples of composite materials and golf club components comprising composite materials are described in U.S. patent application Ser. No. 13/111,715, filed May 19, 2011, which is incorporated herein by reference in its entirety.

The strike plate **104** is welded to the body **102** via a peripheral weld **120**. The peripheral weld **120** is peripherally discontinuous because it extends about less than all of the outer periphery of the strike plate **104** such that at least one portion of the outer periphery of the strike plate **104** is not welded to the body **102**. In other words, the peripheral weld **120** extends about only a portion of an outer peripheral edge **133** of the strike plate **104**. Accordingly, less than 360-degrees of the outer peripheral edge **133** of the strike plate **104** is welded to the body **102**. The peripheral weld **120** can be considered a discontinuous weld because it has an ending point that is different than its starting point.

The portion or portions of the outer periphery of the strike plate **104** not being welded to the body **102** promotes an increase in the flexibility of the strike plate **104** relative to the body **102**. As shown in FIG. **3**, the entirety of the portion of the outer periphery of the strike plate **104** that defines the strike face **106** is welded to the body **102** via the peripheral weld **120**. Moreover, the portion of the outer periphery of the strike plate **104** not welded to the body **102** is located along the sole wrap portion **122**. More specifically, an outer peripheral edge **133**, or perimeter, of the strike plate **104** defined along the sole wrap portion **122** of the strike plate **104** is not welded to the body **102**. In the embodiment shown in FIG. **3**, not only is the outer peripheral edge **133** of the strike plate **104** not welded to the body **102**, but the outer peripheral edge **133** of the strike plate **104** is spaced apart from the body **102** such that a gap is defined between the outer peripheral edge **133** of the strike plate **104** and the body **102**. The gap defines a sole slot **126** of the golf club head **100**. Generally, the sole slot **126** is a groove or channel formed in a sole of the golf club head **100**. The sole slot **126** is elongate in a lengthwise direction substantially parallel to the strike face **106** and has a length LSS (see, e.g., FIG. **3**). As shown in FIGS. **1-11**, in some implementations, the sole slot **126** is a through-slot, or a slot that is open on a sole

US 11,351,426 B2

9

portion side of the sole slot **126** and open on an internal cavity side or interior side of the sole slot **126**. However, in other implementations, the sole slot **126** is not a through-slot, but rather is closed on an internal cavity side or interior side of the sole slot **126**.

The sole slot **126** can be any of various flexible boundary structures (FBS) as described in U.S. Pat. No. 9,044,653, filed Mar. 14, 2013, which is incorporated by reference herein in its entirety. Additionally, or alternatively, the golf club head **100** can include one or more other FBS at any of various other locations on the golf club head **100**.

In some implementations, the sole slot **126** is filled with a filler material **128** (see, e.g., FIGS. **4** and **11**). The filler material **128** is made from a non-metal, such as a thermo-plastic material, thermoset material, and the like, in some implementations. In other implementations, the sole slot **126** is not filled with a filler material **128**, but rather maintains an open, vacant, space within the sole slot **126**.

According to one embodiments, the filler material **128** is initially a viscous material that is injected or otherwise inserted into the sole slot **126**. Examples of materials that may be suitable for use as a filler to be placed into a slot, channel, or other flexible boundary structure include, without limitation: viscoelastic elastomers; vinyl copolymers with or without inorganic fillers; polyvinyl acetate with or without mineral fillers such as barium sulfate; acrylics; polyesters; polyurethanes; polyethers; polyamides; polyb-utadienes; polystyrenes; polyisoprenes; polyethylenes; poly-olefins; styrene/isoprene block copolymers; hydrogenated styrenic thermoplastic elastomers; metallized polyesters; metallized acrylics; epoxies; epoxy and graphite compos-ites; natural and synthetic rubbers; piezoelectric ceramics; thermoset and thermoplastic rubbers; foamed polymers; ionomers; low-density fiber glass; bitumen; silicone; and mixtures thereof. The metallized polyesters and acrylics can comprise aluminum as the metal. Commercially available materials include resilient polymeric materials such as Scotchweld™ (e.g., DP-105™) and Scotchdamp™ from 3M, Sorbothane™ from Sorbothane, Inc., DYAD™ and GP™ from Soundcoat Company Inc., Dynamat™ from Dynamat Control of North America, Inc., NoViFlex™ Sylomer™ from Pole Star Maritime Group, LLC, Isoplast™ from The Dow Chemical Company, Legetolex™ from Piqua Technologies, Inc., and Hybrar™ from the Kuraray Co., Ltd. In some embodiments, a solid filler material may be press-fit or adhesively bonded into a slot, channel, or other flexible boundary structure. In other embodiments, a filler material may poured, injected, or otherwise inserted into a slot or channel and allowed to cure in place, forming a sufficiently hardened or resilient outer surface. In still other embodi-ments, a filler material may be placed into a slot or channel and sealed in place with a resilient cap or other structure formed of a metal, metal alloy, metallic, composite, hard plastic, resilient elastomeric, or other suitable material.

Referring to FIGS. **5** and **6**, the body **102** is configured to receive the portions of an outer peripheral edge **133** of the strike plate **104**, to be welded to the body **102** via the peripheral weld **120**, in seated engagement. More specifi-cally, the body **102** includes a plate opening **176** defined between the toe portion **114**, the heel portion **112**, the top portion **116**, and the sole portion **118** of the body **102**. Generally, the plate opening **176** receives the strike plate **104** and helps to secure the strike plate **104** to the body **102**. The plate opening **176** extends from a front side of the body **102** to a back side of the body **102**. The body **102** additionally includes a plate interface **132** formed in the body **102** along at least a portion of the periphery of the plate opening **176**.

10

Generally, the plate interface **132** promotes attachment of the strike plate **104** to the body **102** by supporting the strike plate **104** against the body **102** and promoting the formation of a peripheral weld **120** between the strike plate **104** and the body **102**. Accordingly, the plate interface **132** is formed along at least the portion or portions of the periphery of the plate opening **176** that will be welded to the strike plate **104**. In the illustrated embodiment of FIGS. **5** and **6**, because the strike plate **104** is not welded to the body **102** at the sole portion **118** of the body **102**, the plate interface **132** does not extend along the periphery of the plate opening **176** at the sole portion **118** of the body **102**. However, in the illustrated embodiment of FIGS. **5** and **6**, because the peripheral weld **120** is formed between the strike plate **104** and the body **102** continuously along the heel portion **112**, the toe portion **114**, and the top portion **116**, the plate interface **132** is formed in and extends continuously along the portions of the periphery of the plate opening **176** at the heel portion **112**, the toe portion **114**, and the top portion **116**. According to other embodiments, such as shown in FIGS. **12**, **13**, and **16-18**, because the peripheral weld does not extend along one or more portions of one or more of the heel portion **112**, the toe portion **114**, and the top portion **116**, although not shown, an plate interface may not be present along corresponding portions of the periphery of the plate opening.

Referring again to FIGS. **5** and **6**, the plate interface **132** includes a rim **136** and a ledge **138**. The rim **136** defines a surface that faces an interior of the body **102** and the ledge **138** defines a surface that faces the front of the body **102**. The rim **136** is transverse relative to the ledge **138**.

The rim **136** is sized to be substantially flush against or just off of the outer peripheral edge **133** of the strike plate **104**. The fit between the rim **136** of the plate interface **132** and the outer peripheral edge **133** of the strike plate **104** facilitates the butt welding together of the rim **136** of the body **102** and the outer peripheral edge **133** of the strike plate **104** with the peripheral weld **120**. In other words, the peripheral weld **120** is located between and welds together the rim **136** of the plate interface **132** and the outer periph-eral edge **133** of the strike plate **104**. As shown in FIG. **6**, the rim **136** may extend beyond the plate interface **132**, such as along the sole portion **118** of the body **102**, to facilitate welding of the welded portions **134** of the outer peripheral edge **133** located on the sole wrap portion **122**.

The peripheral weld **120** is formed using any of various welding techniques, such as those disclosed in U.S. Pat. No. 8,353,785, which is incorporated herein by reference in its entirety. Moreover, the characteristics and type (e.g., bead, groove, fillet, surface, tack, plug, slot, friction, and resis-tance welds) of the peripheral weld **120** can be that same or analogous to those described in U.S. Pat. No. 8,353,785. For example, in one implementation, the peripheral weld **120** is formed using one or more of a tungsten inert gas (TIG) or metal inert gas (MIG) welding technique. In other imple-mentations, the peripheral weld **120** is formed using one or more of a laser welding technique or a plasma welding technique.

The ledge **138** abuts a back surface of the strike plate **104** to support the strike plate **104** in place on the body **102**. Additionally, the ledge **138**, being abutted against the strike plate **104**, facilitates the transfer of ball-striking loads from the strike plate **104** to the body **102**.

Referring still to FIGS. **5** and **6**, as well as FIGS. **10** and **11**, the body **102** further includes a back portion **129** coupled to and extending rearwardly from the sole portion **118**. The back portion **129** is also coupled to and extends rearwardly from lower parts of the heel portion **112** and the toe portion

US 11,351,426 B2

11

114. The back portion 129 includes a sole bar 131, which is located in a low, rearward portion of the golf club head 100. The sole bar 131 has a relatively large thickness in relation to the strike plate and other portions of the golf club head 100, thereby accounting for a significant portion of the mass of the golf club head 100, and thereby shifting a center of gravity (CG) of the golf club head 100 relatively lower and rearward. The back portion 129 also includes a lower shelf 130 and an upper shelf 140 protruding forwardly of the sole bar 131. The lower shelf 130 and the upper shelf 140 are spaced rearwardly of the strike plate 104 such that a gap is defined between each of the lower shelf 130 and the upper shelf 140 of the back portion 129. Defined between the lower shelf 130 and the upper shelf 140 is a portion of an internal cavity 142, which may extend upwards to the top portion 116. In the illustrated implementation, the internal cavity 142 is open to the sole slot 126. The plate opening 176 is partially open to the back of the body 102.

Referring to FIG. 7, a slot edge 144 is formed in the sole portion 118 of the body 102. The slot edge 144 is elongate and extends lengthwise along the sole portion 118 in a direction substantially parallel to the strike face 106. The slot edge 144 is open to or faces the plate opening 176. However, as shown, in some implementations, opposing ends of the slot edge 144 may have a substantially button-hook shape such that opposing end portions of the slot edge 144 face away from the plate opening 176.

Referring to FIGS. 8 and 9, the strike plate 104 has a back surface 154 that opposes the strike face 106. The strike plate 104 includes an inverted cone 152 protruding from the back surface 154. Generally, the inverted cone 152 is aligned with an ideal striking location on the strike face 106. The inverted cone 152 promotes a larger sweet spot for the golf club head 100, which facilitates a reduction in loss of distance on mishits. The outer peripheral edge 133 extends along and defines that outermost periphery of the strike plate 104. The outer peripheral edge 133 of the strike plate 104 includes at least one welded portion 134 and at least one non-welded portion 150. In the illustrated embodiment of FIGS. 8 and 9, the welded portion 134 of the strike plate 104 is a continuous edge that extends from one end of the non-welded portion 150, along the sole wrap portion 122, around the strike face 106, and along an opposite end of the non-welded portion. The non-welded portion 150 extends along an entire length of the sole wrap portion 122 and faces a direction that is substantially perpendicular to that of the welded portion 134.

Referring now to FIGS. 10 and 11, the sole wrap portion 122 effectively wraps around the sole portion 118 of the body 102 to define a portion of the bottom of the golf club head 100. Accordingly, the sole wrap portion 122 is angled relative to the strike face 106. In the illustrated embodiment of FIGS. 10 and 11, the sole wrap portion 122 also effectively wraps around the lower shelf 130 of the back portion 129. The non-welded portion 150 of the outer peripheral edge 133 of the strike plate 104 faces the slot edge 144 of the body 102. In one implementation, the non-welded portion 150 is parallel to the slot edge 144 and has a length LNW (see, e.g., FIG. 3). The gap defined between the non-welded portion 150 of the outer peripheral edge 133 and the slot edge 144 defines the sole slot 126 of the golf club head 100. Accordingly, the non-welded portion 150 defines a forward slot wall of the sole slot 126 and the slot edge 144 defines a rearward slot wall of the sole slot 126. There is no weld between the non-welded portion 150 of the outer peripheral edge 133 of the strike plate 104 and the slot edge 144. In contrast, there is a weld between the welded portion

12

134 of the outer peripheral edge 133 of the strike plate 104 and the rim 136 of the body 102.

As shown in FIG. 10, a distance D1 between a first point 94 (which is the point at which the strike face 106 projects onto the ground plane 96 when the golf club head 100 is in a proper address position on the ground plane 96) and a second point 98 (which is the point at which a plane bisecting the sole slot 126 projects onto the ground plane 96 when the golf club head 100 is in a proper address position on the ground plane 96) is between about 3.5 mm and about 8 mm in some implementations, and between about 4 mm and about 7 mm in other implementations.

To effectively plug the sole slot 126, and prevent debris (e.g., water, grass, dirt, etc.) from entering the internal cavity 142, the filler material 128 is located within the slot 126. The filler material 128 may also help to achieve other desired performance objectives, including desired changes to the sound and feel of the club head by damping vibrations that occur when the club head strikes a golf ball. Because the filler material 128 does not fuse with either the body 102 or the strike plate 104, the filler material 128 is not considered a weld. Moreover, because the filler material 128 is considerably weaker than either the body 102 or the strike plate 104, the filler material 128 is not considered a weld. Additionally, because the filler material 128 is a non-metal, it is not considered a weld.

According to some embodiments, a total peripheral length of the outer peripheral edge 133 of the strike plate 104 of the golf club head 100 is between about 185 mm and about 220 mm or between about 209 mm and about 214 mm. In some embodiments, a height of the heel portion 112 of the body 102 is between about 25 mm and about 27 mm. In certain embodiments, a height of the toe portion 114 of the body 102 is between about 50 mm and about 52 mm. In yet some embodiments, a length of the sole portion 118 of the body 102 is between about 58 mm and about 64 mm. According to some embodiments, a total length of the body 102 is between about 53 mm and about 65 mm. In certain embodiments, a width of the sole portion 118 at the heel of the golf club head 100 is between about 10 mm and about 12 mm.

Referring now to FIGS. 12-15, respective embodiments of a golf club head 200, a golf club head 300, and a golf club head 400 are shown. The respective golf club heads of FIGS. 12-15 are analogous to the golf club head 100 of FIGS. 1-11, with like numbers referring to like features. More specifically, features of the golf club heads of FIGS. 12-15 that are analogous to features of the golf club head 100 have the same number, but in a different series (e.g., 200-series, 300-series, 400-series, etc.) format rather than the 100-series format of the golf club head 100. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head 100 presented above are applicable to the analogous features of the respective golf club heads of FIGS. 12-15.

Like the golf club head 100 of FIGS. 1-11, each of the golf club head 200, the golf club head 300, and the golf club head 400 includes at least one slot partially defined by a non-welded portion of a strike plate. However, unlike the golf club head 100 of FIGS. 1-11, the at least one slot of each of the golf club head 200, the golf club head 300, and the golf club head 400 is not a sole slot (e.g., a slot formed in the sole portion of the golf club head). Rather, the slots of the golf club head 200, the golf club head 300, and the golf club head 400 are face slots (e.g., slots formed in or directly adjacent the strike face of the golf club head). Additionally, although

US 11,351,426 B2

13

not shown, each of the face slots of the various illustrated embodiments described below can be filled with a filler material.

For example, referring to FIGS. 12 and 13, the golf club head 200 includes a face slot 260 at a toe portion 214 of the body 202 and a face slot 262 at a heel portion 212 of the body 202. Each of the face slots 260, 262 is defined between a respective non-welded portion 250 of the outer peripheral edge 233 of the strike plate 204 and a respective slot edge 244 of the body 202. The remaining portions of the outer peripheral edge 233 of the strike plate 204 are embodiments welded to the body 202 via the peripheral weld 220. As shown, in one example, each of the non-welded portions 250 of the outer peripheral edge 233 of the strike plate 204 and the slot edges 244 of the body 202 define a groove formed into the respective outer peripheral edge 233 and the body 202. Opposing grooves of a non-welded portion 250 and a slot edge 244 together define a respective one of the face slots 260, 262.

Different than the golf club head 100, the peripheral weld 220 is made up of two separate weld sections, as opposed to a single weld section as with the peripheral weld 120. Put another way, the outer peripheral edge 233 of the strike plate 204 includes two welded portions separated from each other by the two non-welded portions 250. The welded portions of the peripheral weld 220 are located adjacent the top portion 216 of the body 202 and the sole portion 218 of the body 202, respectively. The face slots 260, 262 at the heel portion 212 and the toe portion 214, respectively, of the golf club head 200 promotes flexibility and deflection of the golf club head 200 for heel-ward and toe-ward off-center hits, respectively, which improves the performance of the golf club head 200.

As another example, referring to FIG. 14, the golf club head 300 includes a face slot 360 at a toe portion 314 of the body 302, a face slot 362 at a heel portion 312 of the body 302, and a face slot 364 at a top portion 316 of the body 302. Each of the face slots 360, 362, 364 is defined between a respective non-welded portion 350 of the outer peripheral edge 333 of the strike plate 304 and a respective slot edge 344 of the body 302. The remaining portions of the outer peripheral edge 333 of the strike plate 304 are welded portions welded to the body 302 via the peripheral weld 320. Different than the golf club head 200, the peripheral weld 320 is made up of three separate weld sections, as opposed to two weld sections as with the peripheral weld 220. Put another way, the outer peripheral edge 333 of the strike plate 304 includes three welded portions separated from each other by the three non-welded portions 350. The welded portions of the peripheral weld 320 are located adjacent the sole portion 318 of the body 202, adjacent an intersection of the toe portion 314 and top portion 316, and adjacent an intersection of the heel portion 312 and the top portion 316, respectively. The face slots 360, 362, 364 at the heel portion 312, toe portion 314, and top portion 316, respectively, of the golf club head 300 promotes flexibility and deflection of the golf club head 200 for heel-ward, toe-ward, and high off-center hits, respectively, which improves the performance of the golf club head 200.

According to another example, referring to FIG. 15, the golf club head 400 includes a face slot 466 at a sole portion 418 of the body 202. The face slot 266 is defined between a non-welded portion 450 of the outer peripheral edge 433 of the strike plate 404 and a slot edge 444 of the body 402. The remaining portions of the outer peripheral edge 433 of the strike plate 404 are welded portions welded to the body 402 via the peripheral weld 420. The face slot 466 at the sole

14

portion 418 of the golf club head 400 promotes flexibility and deflection of the golf club head 400 for low off-center hits, which improves the performance of the golf club head 400.

Generally, each of the face slots of the various embodiments of a golf club head is a groove or channel formed in a portion of the face (e.g., adjacent a strike face) of the golf club head. The face slots are elongate in a lengthwise direction and each has a length LFS. Although the sole slots and face slots of the present disclosure are substantially straight in the illustrated embodiments, in other embodiments, the sole slots and face slots can be curved or non-straight. As shown in FIGS. 12-15, in some implementations, the face slots are through-slots, or slots that are open on a strike face side of the face slots and open on an internal cavity side or back side of the face slots. However, in other implementations, the face slots are not through-slots, but rather are closed on an internal cavity side or back side of the face slots.

Although FIGS. 12-15 illustrate golf club heads with several different configurations of face slots, it is recognized that golf club heads can have other configurations of face slots without departing from the essence of the present disclosure. For example, a golf club head may have four separate face slots, one at each of the heel portion, toe portion, top portion, and sole portion of the golf club head. Moreover, although the golf club heads illustrated in FIGS. 12-15 show a single face slot per respective heel, toe, top, and sole portion of the golf club head, in other embodiments, the golf club head includes two or more face slots at one or more of the heel, toe, top, and sole portions of the golf club head.

Referring to FIGS. 16-19, various golf club heads are shown with the placement of weld contours being emphasized by heavier or darker lines. Each of the golf club heads includes a strike plate that is welded to a body. Moreover, the golf club heads 500B-D are analogous to the golf club head 100, with like numbers referring to like features. More specifically, features of the golf club heads of FIGS. 17-19 that are analogous to features of the golf club head 100 have the same number, but in a different series (e.g., 500-series) format rather than the 100-series format of the golf club head 100. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head 100 presented above are applicable to the analogous features of the respective golf club heads of FIGS. 17-19.

A representation of a conventional golf club head 500A is shown in FIG. 16. The golf club head 500A has a continuous weld 520A or a weld that extends around 360-degrees of the outer peripheral edge of the strike plate 504A. In contrast, the golf club head 500B shown in FIG. 17 has a peripheral weld 520B or a weld that does not extend around 360-degrees of the outer peripheral edge 533B of the strike plate 504B. More specifically, the peripheral weld 520B extends about only a portion (e.g., a portion adjacent the top portion 516B and a portion adjacent the sole portion 518B) of the outer peripheral edge 533B of the strike plate 504B. Accordingly, the outer peripheral edge 533B includes two welded portions 534B each adjacent a respective one of the top portion 516B and the sole portion 518B. The remaining portions of the outer peripheral edge 533B of the strike plate 504B are non-welded portions 550B located adjacent the heel portion 512B and toe portion 514B, respectively, of the body 502B.

Like the golf club head 500B shown in FIG. 17, the golf club head 500C of FIG. 18 has a peripheral weld 520C or a

US 11,351,426 B2

15

weld that does not extend around 360-degrees of the outer peripheral edge 533C of the strike plate 504C. However, unlike the golf club head 500B, the peripheral weld 520C of the golf club head 500C includes multiple welded portions at each of the heel portion 512C, the toe portion 514C, the top portion 516C, and the sole portion 518C of the body 502C. Accordingly, the outer peripheral edge 533C includes at least two welded portions 534C adjacent each of the heel portion 512C, the toe portion 514C, the top portion 516C, and the sole portion 518C of the body 502C. The remaining portions of the outer peripheral edge 533C of the strike plate 504C are non-welded portions 550C where at least two non-welded portions 550C are located adjacent each of the heel portion 512C, the toe portion 514C, the top portion 516C, and the sole portion 518C of the body 502C. The peripheral weld 520C can be described to have a stich pattern about the strike plate 504C.

Similar to the golf club head 500B of FIG. 17, the golf club head 500D shown in FIG. 18 has a peripheral weld 520D or a weld that does not extend around 360-degrees of the outer peripheral edge 533D of the strike plate 504D. However, the peripheral weld 520D is configured such that the outer peripheral edge 533D of the strike plate 504D includes four welded portions 534B each at a respective one of four corners of the outer peripheral edge 533D. The remaining portions of the outer peripheral edge 533D of the strike plate 504D are non-welded portions 550D each located adjacent a respective one of the heel portion 512D, toe portion 514D, top portion 516D, and sole portion 518D, respectively, of the body 502D.

Although the golf club heads 500B-D are not shown to have face slots like the respective golf club heads 200, 300, 400 of FIGS. 12-15, it is recognized that at any one or more of the non-welded portions of the outer peripheral edge of the strike plate of the golf club heads 500B-D of FIGS. 17-19, the golf club head can include a face slot that is partially defined by a corresponding one of the non-welded portions.

Referring to the golf club head 100 of FIGS. 1-11 and 17-19, but applicable to all embodiments of the golf club head of the present disclosure, the outer peripheral edge 133 of the strike plate 104 has a total peripheral length. The total peripheral length of the outer peripheral edge 133 is defined as the distance, circumferentially along the outer peripheral edge 133, between a starting point and an ending point at the same location as the starting point. Similarly, the peripheral weld 120 has a total weld length. For a peripheral weld 120 that has multiple weld segments or sections, the total weld length of the peripheral weld 120 is defined as the sum of the individual weld lengths of the weld segments. Moreover, the individual length of a weld segment is equal to the individual length LW of the welded portion 134 of the outer peripheral edge 133 defined by the weld segment. Accordingly, the total weld length of the peripheral weld 120 is equal to a total length of the welded portion 134 of the outer peripheral edge 133 of the strike plate 104. For an outer peripheral edge 133 that has multiple welded portions 134, the total length of the welded portion 134 is defined as the sum of the individual lengths LW of the welded portions 150. Correspondingly, a total length of the non-welded portion 150 of the outer peripheral edge 133 is equal to the difference between the total peripheral length of the outer peripheral edge 133 and the total length of the welded portion 134 of the outer peripheral edge 133. For an outer peripheral edge 133 that has multiple non-welded portions 150, the total length of the non-welded portion 150 is defined as the sum of the individual lengths LNW of the non-welded portions 150.

16

Based on the foregoing, a ratio of the total length of the welded portion(s) 134 of the outer peripheral edge 133 to the total peripheral length of the strike plate 104 is less than one. In some implementations, the ratio of the total length of the welded portion(s) 134 of the outer peripheral edge 133 to the total peripheral length of the strike plate 104 is between about 0.40 and about 0.94. In yet certain implementations, the ratio of the total length of the welded portion(s) 134 of the outer peripheral edge 133 to the total peripheral length of the strike plate 104 is between about 0.45 and about 0.80. According to further implementations, the ratio of the total length of the welded portion(s) 134 of the outer peripheral edge 133 to the total peripheral length of the strike plate 104 is between about 0.70 and about 0.75.

Referring to FIG. 17, for example, in some embodiments, the length LW of each welded portion 534B of the outer peripheral edge 533B is more than the length LNW of each non-welded portion 550B of the outer peripheral edge 533B. However, in other embodiments, such as shown in FIG. 19, for example, the length LW of each welded portion 534D of the outer peripheral edge 533D is less than the length LNW of each non-welded portion 550D of the outer peripheral edge 533D. As also shown in FIG. 19, for example, in certain embodiments, at least two (e.g., all in some implementations) of the welded portions 534D of the outer peripheral edge 533D have different lengths. However, in other embodiments, such as shown in FIG. 18, for example, at least two of the welded portions 534C of the outer peripheral edge 533C have the same length. According to some implementations, all of the welded portions 534C of the outer peripheral edge 533C have the same length.

Referring now to FIGS. 20 and 21, another embodiment of a golf club head 600 is shown. The golf club head 600 is analogous to the golf club head 100, with like numbers referring to like features. More specifically, features of the golf club head 600 of FIGS. 20 and 21 that are analogous to features of the golf club head 100 have the same number, but in a different series (e.g., 600-series) format rather than the 100-series format of the golf club head 100. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head 100 presented above are applicable to the analogous features of the golf club head 600 of FIGS. 20 and 21.

In contrast to the golf club head 100, which is an iron-type golf club head, the golf club head 600 is a metal-wood-type golf club head or a driver-type golf club head. Accordingly, the body 602 and strike plate 604 of the golf club head 600 define an internal cavity 642 that is much larger than the internal cavity 142. For example, the internal cavity 642 facilitates a displaced volume of the golf club head 600 between about 120 cm² and 200 cm² in one implementation. However, in some implementations, the golf club head 60 can be configured to have a head volume between about 110 cm³ and about 600 cm³. In more particular implementations, the head volume may be between about 250 cm³ and about 500 cm³. In yet more specific implementations, the head volume may be between about 300 cm³ and about 500 cm³, between about 300 cm³ and about 360 cm³, between about 300 cm³ and about 420 cm³ or between about 420 cm³ and about 500 cm³. The golf club head 600 may have a volume between about 300 cm³ and about 460 cm³, and a total mass between about 145 g and about 245 g. Alternatively, the golf club head may have a volume between about 100 cm³ and about 250 cm³, and a total mass between about 145 g and about 260 g. In some implementations where the golf club head 600 is configured as a hybrid golf club head, the golf

US 11,351,426 B2

17

club head **600** may have a volume between about 60 cm³ and about 150 cm³, and a total mass between about 145 g and about 280 g.

The outer peripheral edge **633** of the strike plate **604** has a welded portion **634**, welded to the body **602**, and a non-welded portion **650** that is not welded to the body **602**. Rather, the non-welded portion **650** faces and is spaced apart from a slot edge **644** of the body **602** to define a sole slot **626** of the golf club head **600**. As shown in FIG. **20**, the sole slot **626** can be filled with a non-metal filler material **628**.

Although the illustrated embodiments show iron-type golf club heads and metal-wood-type golf club heads, it is recognized that the features, functions, and advantages associated with the iron-type golf club heads and metal-wood-type golf club heads also applies to hybrid-type golf club heads, driver-type golf club heads, and putter-type golf club heads.

As presented above, a ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is less than one. In some implementations, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is between about 0.40 and about 0.94. In yet certain implementations, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is between about 0.45 and about 0.80. In one implementation, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is about 0.625. According to further implementations, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is between about 0.70 and about 0.75.

According to some embodiments of a golf club head with a sole slot, the length LSS of the sole slot is between about 50 mm and about 65 mm. In one implementation, the length LSS of the sole slot is between about 50 mm and about 60 mm. In another implementation, the length LSS of the sole slot is between about 55 mm and about 65 mm.

In some embodiments of a golf club head with a face slot at the heel of the golf club head, the length LFS of the face slot at the heel is between about 16 mm and about 19 mm. In some embodiments of a golf club head with a face slot at the toe of the golf club head, the length LFS of the face slot at the toe is between about 33 mm and about 40 mm. In certain implementations, the length LFS of the face slot at the toe is between about 33 mm and about 37 mm.

Referring now to FIG. **22**, one embodiment of a golf club head **800** is shown. The golf club head **800** of FIG. **22** is analogous to the golf club head **100** of FIGS. **1**–**11**, with like numbers referring to like features. More specifically, features of the golf club head **800** of FIG. **22** that are analogous to features of the golf club head **100** have the same number, but in a different series (e.g., 800-series) format rather than the 100-series format of the golf club head **100**. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head **100** presented above are applicable to the analogous features of the golf club head **800** of FIG. **22**.

As described above and as shown in FIG. **22**, one embodiment of a golf club head **800** includes a body **802** and a strike plate **804** which may be welded to the body **802**. The body **802** has a toe portion, a heel portion, a top portion **816** (e.g., top-line portion for iron-type golf club heads and crown portion for driver-type, hybrid-type, and metal-wood-type golf club heads), and a sole portion **818** (e.g., bottom

18

portion). The body **802** additionally includes a hosel extending from the heel portion. The hosel is configured to receive and engage with a shaft and grip of a golf club. The body may further include a slot edge **844** formed in the sole portion, and a sole slot **826** formed in the sole portion, as described above. The strike plate **804** includes at least a portion of a strike face **806** designed to impact a golf ball during a normal golf swing. In some implementations, the strike plate **804** includes an entirety of the strike face **806**. Generally, the strike plate **804** is defined as any piece of the golf club head **800** that includes at least a portion of the strike face.

The body **802** is configured to receive the portions of an outer peripheral edge **833** of the strike plate **804**, to be welded to the body **802** via the peripheral weld **820**. More specifically, the body **802** includes a plate opening **876** defined between the toe portion **814**, the heel portion **812**, the top portion **816**, and the sole portion **818** of the body **802**. As described above, the outer peripheral edge **833** of the strike plate **804** may include at least one welded portion **834** and at least one non-welded portion **850**.

The fit between the rim **836** of the plate interface **832** and the outer peripheral edge **833** of the strike plate **804** facilitates the butt welding together of the rim **836** of the body **802** and the outer peripheral edge **833** of the strike plate **804** with the peripheral weld **820**. As described above, the strike plate **804** may include a sole wrap portion **822** that effectively wraps around the sole portion **818** of the body **802** to define a portion of the bottom of the golf club head **800**. Additionally or alternatively, the sole wrap portion **822** may effectively wrap around the lower shelf **830** of the back portion **829**.

As described above and as shown in FIG. **22**, the back portion **829** may include a sole bar **831**, which is located in a low, rearward portion of the golf club head **800**. The sole bar **831** has a relatively large thickness in relation to the strike plate and other portions of the golf club head **800**, thereby accounting for a significant portion of the mass of the golf club head **800**, and thereby shifting a center of gravity (CG) of the golf club head **800** relatively lower and rearward. The back portion **829** also includes a lower shelf **830** and an upper shelf **840** protruding forwardly of the sole bar **831**. The lower shelf **830** and the upper shelf **840** are spaced rearwardly of the strike plate **804** such that a gap is defined between each of the lower shelf **830** and the upper shelf **840** of the back portion **829**. Defined between the lower shelf **830** and the upper shelf **840** is a portion of an internal cavity **842**, which may extend upwards to the top portion **816**. In the illustrated implementation, the internal cavity **842** is open to the sole slot **826**. The plate opening **876** is partially open to the back of the body **802**.

As opposed to the golf club head **100** of FIGS. **1**–**11**, which illustrates a cavity-back or muscle-back type golf club head, the golf club head **800** of FIG. **22** is a hollow-cavity-type golf club head. More specifically, while the internal cavity **142** and the back surface **154** of the strike plate **104** of the golf club head **100** are not enclosed, but rather are open to a rear of the golf club head **100**, the internal cavity **842** and the back surface **854** of the strike plate **804** of the golf club head **800** are enclosed or closed to a rear of the golf club head **800**. The back portion **829** of the golf club head **800** further includes a rear wall **877** that encloses a rearward side of the internal cavity **842**. The golf club head **800** having a hollow internal cavity **842** provides several advantages, such as an increased forgiveness for off-center hits on the strike face **806** of the strike plate **804**. In some embodiments, the volume of the golf club head **800** is between

**113**

US 11,351,426 B2

19

about 10 cm³ and about 120 cm³. For example, in some embodiments, the golf club head **800** has a volume between about 20 cm³ and about 110 cm³, such as between about 30 cm³ and about 100 cm³, such as between about 40 cm³ and about 90 cm³, such as between about 50 cm³ and about 80 cm³, and such as between about 60 cm³ and about 80 cm³. In addition, in some embodiments, the golf club head **800** has an overall depth that is between about 15 mm and about 100 mm. For example, in some embodiments, the golf club head **800** has an overall depth between about 20 mm and about 90 mm, such as between about 30 mm and about 80 mm and such as between about 40 mm and about 70 mm.

Other examples of cavity-back, muscle-back, and hollow-cavity iron-type golf club heads are described in U.S. patent application Ser. No. 14/981,330, filed Dec. 28, 2015, which is incorporated herein by reference.

In some implementations, the golf club head **800** includes weighted elements, such as a tungsten plug **896**, located at least partially within the internal cavity **842** in some implementations. Additionally, the body of the golf club heads of the present disclosure can include various features such as weighting elements, cartridges, and/or inserts or applied bodies as used for CG placement, vibration control or damping, or acoustic control or damping. For example, U.S. Pat. No. 6,811,496, incorporated herein by reference in its entirety, discloses the attachment of mass altering pins or cartridge weighting elements.

In one embodiment, the golf club of FIG. **24** has an internal cavity **942** that is partially or entirely filled with a filler material **901**.

In some implementations, the filler material **901** is made from a non-metal, such as a thermoplastic material, thermoset material, and the like, in some implementations. In other implementations, the internal cavity **842** is not filled with a filler material **901**, but rather maintains an open, vacant, cavity within the club head.

According to one embodiments, the filler material **901** is initially a viscous material that is injected or otherwise inserted into the club head through an injection port **907** located on the toe portion of the club head. The injection port **907** can be located anywhere on the club head **900** including the topline, sole, heel, or toe. Examples of materials that may be suitable for use as a filler material **901** to be placed into a club head include, without limitation: viscoelastic elastomers; vinyl copolymers with or without inorganic fillers; polyvinyl acetate with or without mineral fillers such as barium sulfate; acrylics; polyesters; polyurethanes; polyethers; polyamides; polybutadienes; polystyrenes; polyisoprenes; polyethylenes; polyolefins; styrene/isoprene block copolymers; hydrogenated styrenic thermoplastic elastomers; metallized polyesters; metallized acrylics; epoxies; epoxy and graphite composites; natural and synthetic rubbers; piezoelectric ceramics; thermoset and thermoplastic foamed polymers; ionomers; low-density fiber glass; bitumen; silicone; and mixtures thereof. The metallized polyesters and acrylics can comprise aluminum as the metal. Commercially available materials include resilient polymeric materials such as Scotchweld™ (e.g., DP-105™) and Scotchdamp™ from 3M, Sorbothane™ from Sorbothane, Inc., DYAD™ and GP™ from Soundcoat Company Inc., Dynamat™ from Dynamat Control of North America, Inc., NoViFlex™ Sylomer™ from Pole Star Maritime Group, LLC, Isoplast™ from The Dow Chemical Company, Legetolex™ from Piqua Technologies, Inc., and Hybrar™ from the Kuraray Co., Ltd. In still other embodiments, the filler **901** material may be placed into the club head **900** and sealed in place with a plug **905**, or resilient cap or other

20

structure formed of a metal, metal alloy, metallic, composite, hard plastic, resilient elastomeric, or other suitable material. In one embodiment, the plug **905** is a metallic plug that can be made from steel, aluminum, titanium, or a metallic alloy. In one embodiment, the plug **905** is an anodized aluminum plug that is colored a red, green, blue, gray, white, orange, purple, black, clear, yellow, or metallic color. In one embodiment, the plug **905** is a different or contrasting color from the majority color located on the club head body **900**.

In some embodiments, the filler material includes a slight recess or depression **903** that accommodates the variable face thickness of the striking plate **904**. In other words, the recess or depression **903** located in the filler material **901** mates or is keyed with a thickened portion of the striking plate **904**. In one embodiment, the thickened portion of the striking plate **904** occurs at the center of the striking plate **904**.

In one embodiment, the golf club head **900** includes a recess **909** that allows the weight **996** to be located. Once the weight **996** is positioned within the recess **909** and the strike plate **904** has been attached, the filler material **901** is injected through the port **907** and sealed with the plug **905**.

In one embodiment, the filler material **901** has a minor impact on the coefficient of restitution (herein "COR") as measured according to the United States Golf Association (USGA) rules set forth in the Procedure for Measuring the Velocity Ratio of a Club Head for Conformance to Rule 4-1e, Appendix II Revision 2 Feb. 8, 1999, herein incorporated by reference in its entirety.

Table 1 below provides examples of the COR change relative to a calibration plate of multiple club heads of the construction shown in FIG. **24** in both a filled and unfilled state. The calibration plate dimensions and weight are described in section 4.0 of the Procedure for Measuring the Velocity Ratio of a Club Head for Conformance to Rule 4-1e.

Due to the slight variability between different calibration plates, the values described below are described in terms of a change in COR relative to a calibration plate base value. For example, if a calibration plate has a 0.831 COR value, Example 1 for an un-filled has a COR value of −0.019 less than 0.831 which would give Example 1 (Unfilled) a COR value of 0.812. The change in COR for a given head relative to a calibration plate is accurate and highly repeatable.

TABLE 1

| | | | |
|---|---|---|---|
| COR Values Relative to a Calibration Plate | | | |
| Example No. | Unfilled COR Relative to Calibration Plate | Filled COR Relative to Calibration Plate | COR Change Between Filled and Unfilled |
| 1 | −0.019 | −0.022 | −0.003 |
| 2 | −0.003 | −0.005 | −0.002 |
| 3 | −0.006 | −0.010 | −0.004 |
| 4 | −0.006 | −0.017 | −0.011 |
| 5 | −0.026 | −0.028 | −0.002 |
| 6 | −0.007 | −0.017 | −0.01 |
| 7 | −0.013 | −0.019 | −0.006 |
| 8 | −0.007 | −0.007 | 0 |
| 9 | −0.012 | −0.014 | −0.002 |
| 10 | −0.020 | −0.022 | −0.002 |
| Average | −0.0119 | −0.022 | −0.002 |

Table 1 illustrates that before the filler material **901** is introduced into the cavity **942** of golf club head **900**, an Unfilled COR drop off relative to the calibration plate (or first COR drop off value) is between 0 and −0.05, between

US 11,351,426 B2

21                                              22

0 and −0.03, between −0.00001 and −0.03, between −0.00001 and −0.025, between −0.00001 and −0.02, between −0.00001 and −0.015, between −0.00001 and −0.01, or between −0.00001 and −0.005.

In one embodiment, the average COR drop off or loss relative to the calibration plate for a plurality of Unfilled COR golf club head within a set of irons is between 0 and −0.05, between 0 and −0.03, between −0.00001 and −0.03, between −0.00001 and −0.025, between −0.00001 and −0.02, between −0.00001 and −0.015, or between −0.00001 and −0.01.

Table 1 further illustrates that after the filler material **901** is introduced into the cavity **942** of golf club head **900**, a Filled COR drop off relative to the calibration plate (or second COR drop off value) is more than the Unfilled COR drop off relative to the calibration plate. In other words, the addition of the filler material **901** in the Filled COR golf club heads slows the ball speed (Vout—Velocity Out) after rebounding from the face by a small amount relative to the rebounding ball velocity of the Unfilled COR heads.

In some embodiments shown in Table 1, the COR drop off or loss relative to the calibration plate for a Filled COR golf club head is between 0 and −0.05, between 0 and −0.03, between −0.00001 and −0.03, between −0.00001 and −0.025, between −0.00001 and −0.02, between −0.00001 and −0.015, between −0.00001 and −0.01, or between −0.00001 and −0.005.

In one embodiment, the average COR drop off or loss relative to the calibration plate for a plurality of Filled COR golf club head within a set of irons is between 0 and −0.05, between 0 and −0.03, between −0.00001 and −0.03, between −0.00001 and −0.025, between −0.00001 and −0.02, between −0.00001 and −0.015, between −0.00001 and −0.01, or between −0.00001 and −0.005.

However, the amount of COR loss or drop off for a Filled COR head is minimized when compared to other constructions and filler materials. The last column of Table 1 illustrates a COR change between the Unfilled and Filled golf club heads which are calculated by subtracting the Unfilled COR from the Filled COR table columns. The change in COR (COR change value) between the Filled and Unfilled club heads is between 0 and −0.1, between 0 and −0.05, between 0 and −0.04, between 0 and −0.03, between 0 and −0.025, between 0 and −0.02, between 0 and −0.015, between 0 and −0.01, between 0 and −0.009, between 0 and −0.008, between 0 and −0.007, between 0 and −0.006, between 0 and −0.005, between 0 and −0.004, between 0 and −0.003, or between 0 and −0.002. Remarkably, one club head was able to achieve a change in COR of zero between a filled and unfilled golf club head. In other words, no change in COR between the Filled and Unfilled club head state. In some embodiments, the COR change value is greater than −0.1, greater than −0.05, greater than −0.04, greater than −0.03, greater than −0.02, greater than −0.01, greater than −0.009, greater than −0.008, greater than −0.007, greater than −0.006, greater than −0.005, greater than −0.004, or greater than −0.003.

In some embodiments, at least one, two, three or four iron golf clubs out of an iron golf club set has a change in COR between the Filled and Unfilled states of between 0 and −0.1, between 0 and −0.05, between 0 and −0.04, between 0 and −0.03, between 0 and −0.02, between 0 and −0.01, between 0 and −0.009, between 0 and −0.008, between 0 and −0.007, between 0 and −0.006, between 0 and −0.005, between 0 and −0.004, between 0 and −0.003, or between 0 and −0.002.

In yet other embodiments, at least one pair or two pair of iron golf clubs in the set have a change in COR between the Filled and Unfilled states of between 0 and −0.1, between 0 and −0.05, between 0 and −0.04, between 0 and −0.03, between 0 and −0.02, between 0 and −0.01, between 0 and −0.009, between 0 and −0.008, between 0 and −0.007, between 0 and −0.006, between 0 and −0.005, between 0 and −0.004, between 0 and −0.003, or between 0 and −0.002.

In other embodiments, an average of a plurality of iron golf clubs in the set has a change in COR between the Filled and Unfilled states of between 0 and −0.1, between 0 and −0.05, between 0 and −0.04, between 0 and −0.03, between 0 and −0.02, between 0 and −0.01, between 0 and −0.009, between 0 and −0.008, between 0 and −0.007, between 0 and −0.006, between 0 and −0.005, between 0 and −0.004, between 0 and −0.003, or between 0 and −0.002.

FIG. **25** illustrates a cross-sectional view through the center face of the golf club head shown in FIG. **24**. The filler material **901** fills the cavity **942** located above the sole slot **926**. The recess or depression **903** engages with the thickened portion of the striking plate **904**.

In some embodiments, the filler material **901** is a two part polyurethane foam that is a thermoset and is flexible after it is cured. In one embodiment, the two part polyurethane foam is any methylene diphenyl diisocyanate (a class of polyurethane prepolymer) or silicone based flexible or rigid polyurethane foam.

Referring now to FIG. **23**, referring to one embodiment, a method **700** of making a golf club head, such as the golf club heads described herein, includes peripherally discontinuously welding an outer peripheral edge of a strike plate to a body with the strike plate located between a heel portion, a sole portion, a toe portion, and a top portion of the body at **702**. Additionally, the method **700** includes filling a gap between the outer peripheral edge of the strike plate and the body with a filler material at **704**.

Reference throughout this specification to "one embodiment," "an embodiment," or similar language means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the present disclosure. Appearances of the phrases "in one embodiment," "in an embodiment," and similar language throughout this specification may, but do not necessarily, all refer to the same embodiment. Similarly, the use of the term "implementation" means an implementation having a particular feature, structure, or characteristic described in connection with one or more embodiments of the present disclosure, however, absent an express correlation to indicate otherwise, an implementation may be associated with one or more embodiments.

The schematic flow chart diagrams included herein are generally set forth as logical flow chart diagrams. As such, the depicted order and labeled steps are indicative of one embodiment of the presented method. Other steps and methods may be conceived that are equivalent in function, logic, or effect to one or more steps, or portions thereof, of the illustrated method. Additionally, the format and symbols employed are provided to explain the logical steps of the method and are understood not to limit the scope of the method. Although various arrow types and line types may be employed in the flow chart diagrams, they are understood not to limit the scope of the corresponding method. Indeed, some arrows or other connectors may be used to indicate only the logical flow of the method. For instance, an arrow may indicate a waiting or monitoring period of unspecified duration between enumerated steps of the depicted method. Additionally, the order in which a particular method occurs may or may not strictly adhere to the order of the corresponding steps shown.

US 11,351,426 B2

23

In the above description, certain terms may be used such as "up," "down," "upper," "lower," "horizontal," "vertical," "left," "right," "over," "under" and the like. These terms are used, where applicable, to provide some clarity of description when dealing with relative relationships. But, these terms are not intended to imply absolute relationships, positions, and/or orientations. For example, with respect to an object, an "upper" surface can become a "lower" surface simply by turning the object over. Nevertheless, it is still the same object. Further, the terms "including," "comprising," "having," and variations thereof mean "including but not limited to" unless expressly specified otherwise. An enumerated listing of items does not imply that any or all of the items are mutually exclusive and/or mutually inclusive, unless expressly specified otherwise. The terms "a," "an," and "the" also refer to "one or more" unless expressly specified otherwise. Further, the term "plurality" can be defined as "at least two." The term "about" in some embodiments, can be defined to mean within +/−5% of a given value.

Additionally, instances in this specification where one element is "coupled" to another element can include direct and indirect coupling. Direct coupling can be defined as one element coupled to and in some contact with another element. Indirect coupling can be defined as coupling between two elements not in direct contact with each other, but having one or more additional elements between the coupled elements. Further, as used herein, securing one element to another element can include direct securing and indirect securing. Additionally, as used herein, "adjacent" does not necessarily denote contact. For example, one element can be adjacent another element without being in contact with that element.

As used herein, the phrase "at least one of", when used with a list of items, means different combinations of one or more of the listed items may be used and only one of the items in the list may be needed. The item may be a particular object, thing, or category. In other words, "at least one of" means any combination of items or number of items may be used from the list, but not all of the items in the list may be required. For example, "at least one of item A, item B, and item C" may mean item A; item A and item B; item B; item A, item B, and item C; or item B and item C. In some cases, "at least one of item A, item B, and item C" may mean, for example, without limitation, two of item A, one of item B, and ten of item C; four of item B and seven of item C; or some other suitable combination.

Unless otherwise indicated, the terms "first," "second," etc. are used herein merely as labels, and are not intended to impose ordinal, positional, or hierarchical requirements on the items to which these terms refer. Moreover, reference to, e.g., a "second" item does not require or preclude the existence of, e.g., a "first" or lower-numbered item, and/or, e.g., a "third" or higher-numbered item.

As used herein, a system, apparatus, structure, article, element, component, or hardware "configured to" perform a specified function is indeed capable of performing the specified function without any alteration, rather than merely having potential to perform the specified function after further modification. In other words, the system, apparatus, structure, article, element, component, or hardware "configured to" perform a specified function is specifically selected, created, implemented, utilized, programmed, and/or designed for the purpose of performing the specified function. As used herein, "configured to" denotes existing characteristics of a system, apparatus, structure, article, element, component, or hardware which enable the system, appara-

24

tus, structure, article, element, component, or hardware to perform the specified function without further modification. For purposes of this disclosure, a system, apparatus, structure, article, element, component, or hardware described as being "configured to" perform a particular function may additionally or alternatively be described as being "adapted to" and/or as being "operative to" perform that function.

The present subject matter may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

**1.** A hollow body iron-type golf club head, comprising:

a body, comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, a rear wall, and a hosel of the golf club head;

a strike plate welded to the body, wherein:

the strike plate comprises a strike face of the golf club head, a second part of the sole portion of the golf club head, and a majority of a face-to-sole portion transition region between the strike face and the sole portion;

the strike plate, the heel portion, the sole portion, the toe portion, the top portion, and the rear wall enclose an internal cavity of the golf club head;

the second part of the sole portion has an internal surface that defines a portion of the internal cavity;

the strike plate has a thickness that varies; and

the first part of the sole portion comprises a recess formed in an internal surface of the first part of the sole portion;

a filler material within the internal cavity;

a tungsten weight located within the recess of the first part of the sole portion;

an injection port formed in the golf club head, wherein the internal cavity is configured to receive the filler material through the injection port;

a plug that is engaged with the injection port to plug the injection port;

a first COR drop off value when the internal cavity is unfilled;

a second COR drop off value when the internal cavity is at least partially filled with the filler material; and

a COR change value being a difference between the second COR drop off value and the first COR drop off value;

wherein the COR change value is between 0 and −0.01.

**2.** The golf club head according to claim **1**, wherein the filler material is a foam.

**3.** The golf club head according to claim **1**, wherein the filler material is a two-part polyurethane based foam.

**4.** The golf club head according to claim **1**, wherein the filler material is a thermoset.

**5.** The golf club head according to claim **1**, wherein the strike plate is made of a first material and the body is made of a second material that is different than the first material.

**6.** The golf club head according to claim **1**, wherein:

the rear wall comprises a sole bar protruding from the first part of the sole portion into the internal cavity, wherein the sole bar is located in a low and rearward portion of the golf club head and has a relatively large thickness in relation to the strike plate;

US 11,351,426 B2

25

the rear wall further comprises a forward sole bar protrusion protruding from the sole bar forward towards the strike plate;

the second part of the sole portion wraps underneath the forward sole bar protrusion protruding from the sole bar;

the filler material contacts an underside surface of the forward sole bar protrusion and contacts an interior surface of the second part of the sole portion;

a thickness of the second part of the sole portion is less than a thickness of a central portion of the strike plate; and

at least a portion of the second part of the sole portion is welded along the first part of the sole portion.

**7**. The golf club head according to claim **1**, wherein:

the rear wall comprises a sole bar protruding from the first pail of the sole portion into the internal cavity, wherein the sole bar is located in a low and rearward portion of the golf club head and has a relatively large thickness in relation to the strike plate; and

the filler material extends overtop the sole bar.

**8**. The golf club head according to claim **1**, wherein the filler material is a methylene diphenyl diisocyanate based foam.

**9**. The golf club head according to claim **1**, wherein part of the strike plate extends further toeward than the second part of the sole portion.

**10**. The golf club head according to claim **1**, wherein the recess comprises at least a rear wall and opposing side walls, and wherein the tungsten weight is at least partially surrounded by the recess.

**11**. The golf club head according to claim **1**, wherein the tungsten weight is at least partially surrounded by the filler material.

**12**. The golf club head according to claim **1**, wherein the body is cast and the strike plate is forged.

**13**. A hollow body iron-type golf club head, comprising:

a body, comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, a rear wall, and a hosel of the golf club head;

a strike plate welded to the body, wherein:

the strike plate comprises a strike face of the golf club head, a second part of the sole portion of the golf club head, and a majority of a face-to-sole portion transition region between the strike face and the sole portion;

the strike plate, the heel portion, the sole portion, the toe portion, the top portion, and the rear wall enclose an internal cavity of the golf club head;

the second part of the sole portion has an internal surface that defines a portion of the internal cavity; and

the strike plate has a thickness that varies;

a filler material within the internal cavity;

an injection port formed in the golf club head, wherein the internal cavity is configured to receive the filler material through the injection port;

a plug that is engaged with the injection port to plug the injection port;

a first COR drop off value when the internal cavity is unfilled;

a second COR drop off value when the internal cavity is at least partially filled with the filler material; and

a tungsten weight located within the internal cavity;

a COR change value being a difference between the second COR drop off value and the first COR drop off valve;

26

wherein:

the COR change value is between 0 and −0.01;

the rear wall comprises a sole bar protruding from the first part of the sole portion into the internal cavity, wherein the sole bar is located in a low and rearward portion of the golf club head and has a relatively large thickness in relation to the strike plate; and

the filler material extends overtop the sole bar.

**14**. The golf club head according to claim **13**, wherein a thickness of the second part of the sole portion is less than a thickness of a central portion of the strike plate.

**15**. The golf club head according to claim **13**, wherein the filler material is initially a viscous material that is injected into the internal cavity of the golf club head through the injection port.

**16**. The golf club head according to claim **13**, wherein part of the strike plate extends further toeward than the second part of the sole portion.

**17**. A hollow body iron-type golf club head, comprising:

a body, comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, a rear wall, and a hosel of the golf club head;

a strike plate welded to the body, wherein:

the strike plate comprises a strike face of the golf club head, a second part of the sole portion of the golf club head, and a majority of a face-to-sole portion transition region between the strike face and the sole portion;

the strike plate, the heel portion, the sole portion, the toe portion, the top portion, and the rear wall enclose an internal cavity of the golf club head;

the second part of the sole portion has an internal surface that defines a portion of the internal cavity;

the strike plate has a thickness that varies; and

the first part of the sole portion comprises a recess formed in an internal surface of the first part of the sole portion;

an elastomer material within the internal cavity; and

a tungsten weight located within the recess of the first part of the sole portion;

wherein the elastomer material contacts an interior surface of the strike plate, contacts the tungsten weight, and is interposed between the tungsten weight and the interior surface of the strike plate such that no portion of the tungsten weight contacts the interior surface of the strike plate.

**18**. The golf club head of claim **17**, wherein:

the internal cavity comprises a thickness that is perpendicular to the strike face;

the thickness of the interval cavity varies in a direction extending from the top portion to the sole portion;

the internal cavity is thickest at a first location;

the strike plate is thickest at a second location; and

a line, perpendicular to the strike face, passes through both the first location and the second location.

**19**. The golf club head of claim **17**, wherein:

the internal cavity comprises a thickness that is perpendicular to the strike face;

the thickness of the interval cavity varies in a direction extending from the top portion to the sole portion;

the thickness of the internal cavity increases, in the direction extending from the top portion to the sole portion, to a first location;

the thickness of the internal cavity decreases, in the direction extending from the top portion to the sole portion, away from the first location;

**117**

US 11,351,426 B2

27                                                                          28

the strike plate is thickest at a second location; and

a line, perpendicular to the strike face, passes through
    both the first location and the second location.

\* \* \* \* \*

# Exhibit 4

US011420097B2

(12) **United States Patent**
Demkowski et al.

(10) Patent No.: **US 11,420,097 B2**
(45) Date of Patent: **\*Aug. 23, 2022**

(54) **GOLF CLUB HEAD**

(71) Applicant: **Taylor Made Golf Company, Inc**, Carlsbad, CA (US)

(72) Inventors: **Paul M. Demkowski**, San Diego, CA (US); **Bret H. Wahl**, Escondido, CA (US); **Scott Taylor**, Bonita, CA (US)

(73) Assignee: **TAYLOR MADE GOLF COMPANY, INC.**, Carlsbad, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/106,575**

(22) Filed: **Nov. 30, 2020**

(65) **Prior Publication Data**
US 2021/0162275 A1     Jun. 3, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 16/720,678, filed on Dec. 19, 2019, now Pat. No. 10,881,925, which is a continuation of application No. 15/394,549, filed on Dec. 29, 2016, now Pat. No. 10,543,409.

(51) **Int. Cl.**
**A63B 53/04**     (2015.01)
**A63B 60/52**     (2015.01)

(52) **U.S. Cl.**
CPC ........ **A63B 53/047** (2013.01); **A63B 53/0466** (2013.01); **A63B 60/52** (2015.10); **A63B 53/042** (2020.08); **A63B 53/0408** (2020.08); **A63B 53/0416** (2020.08); **A63B 53/0433** (2020.08); **A63B 53/0475** (2013.01)

(58) **Field of Classification Search**
CPC .......................... A63B 53/047; A63B 53/0475
USPC ................................................. 473/324–350
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,660,216 A | 5/1972 | Theordorson | |
| 4,180,269 A | 12/1979 | Thompson et al. | |
| 4,398,965 A \* | 8/1983 | Campau | A63B 53/047 148/522 |
| 4,728,105 A | 3/1988 | Kobayashi | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | H05-091732 | 12/1993 |
| JP | H08308967 | 11/1996 |

(Continued)

OTHER PUBLICATIONS

Japanese Office Action concerning Japanese Patent Application No. 2017-234079 dated Sep. 28, 2021.

*Primary Examiner* — Alvin A Hunter
(74) *Attorney, Agent, or Firm* — Kunzler Bean & Adamson

(57)     **ABSTRACT**

Described herein is a golf club head that comprises a body and a strike plate. The body comprises a heel portion, a sole portion, a toe portion, and a top portion. The strike plate comprises an outer peripheral edge and at least a portion of a strike face. Furthermore, the strike plate is welded to the body via a peripheral weld between the outer peripheral edge of the strike plate and the body. The outer peripheral edge of the strike plate comprises at least one welded portion, welded to the body via the peripheral weld, and at least one non-welded portion, not welded to the body.

**19 Claims, 20 Drawing Sheets**



**120**

## US 11,420,097 B2

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,178,392 | A | 1/1993 | Santioni et al. |
| 5,184,823 | A | 2/1993 | Desboilles et al. |
| 5,290,036 | A | 3/1994 | Fenton et al. |
| 5,447,311 | A | 9/1995 | Viollaz |
| 5,472,203 | A * | 12/1995 | Schmidt .................. A63B 60/52 |
| | | | 473/350 |
| 5,766,092 | A | 6/1998 | Mimeur et al. |
| 5,807,189 | A | 9/1998 | Martin et al. |
| 5,913,735 | A | 6/1999 | Kenmi |
| 6,045,456 | A * | 4/2000 | Best ...................... A63B 53/047 |
| | | | 473/291 |
| 6,117,023 | A | 9/2000 | Onuki et al. |
| 6,159,109 | A * | 12/2000 | Langslet ............... A63B 60/00 |
| | | | 473/332 |
| 6,533,679 | B1 | 3/2003 | McCabe et al. |
| 6,638,183 | B2 | 10/2003 | Takeda |
| 6,688,989 | B2 | 2/2004 | Best |
| 6,811,496 | B2 | 11/2004 | Wahl et al. |
| 6,991,559 | B2 * | 1/2006 | Yabu ...................... A63B 53/047 |
| | | | 473/332 |
| 7,121,958 | B2 | 10/2006 | Cheng et al. |
| 7,169,057 | B2 | 1/2007 | Wood et al. |
| 7,182,698 | B2 | 2/2007 | Tseng |
| 7,226,366 | B2 * | 6/2007 | Galloway .............. A63B 60/00 |
| | | | 473/342 |
| 7,273,418 | B2 | 9/2007 | Gilbert et al. |
| 7,281,991 | B2 | 10/2007 | Gilbert et al. |
| 7,303,485 | B2 | 12/2007 | Tseng |
| 7,371,188 | B2 * | 5/2008 | Chen ...................... A63B 53/04 |
| | | | 473/329 |
| 7,476,162 | B2 * | 1/2009 | Stites .................... A63B 60/02 |
| | | | 473/332 |
| 7,582,024 | B2 * | 9/2009 | Shear .................... A63B 53/04 |
| | | | 473/329 |
| 7,662,051 | B2 * | 2/2010 | Chen ...................... A63B 53/047 |
| | | | 473/342 |
| 8,012,040 | B2 | 9/2011 | Takechi |
| 8,088,025 | B2 | 1/2012 | Wahl |
| 8,206,241 | B2 * | 6/2012 | Boyd .................... A63B 53/047 |
| | | | 473/332 |
| 8,210,965 | B2 | 7/2012 | Roach et al. |
| 8,353,785 | B2 | 1/2013 | Ines et al. |
| 8,353,786 | B2 | 1/2013 | Beach et al. |
| 8,475,293 | B2 * | 7/2013 | Morin .................... A63B 53/047 |
| | | | 473/329 |
| 8,485,918 | B2 | 7/2013 | Roach et al. |
| 8,708,837 | B2 | 4/2014 | Roach et al. |
| 8,821,313 | B1 * | 9/2014 | Dawson ............... A63B 53/047 |
| | | | 473/329 |
| 8,911,301 | B1 * | 12/2014 | Allen .................... A63B 53/047 |
| | | | 473/329 |
| 8,932,150 | B2 | 1/2015 | Ines et al. |
| 8,956,242 | B2 * | 2/2015 | Rice ...................... A63B 53/0466 |
| | | | 473/329 |
| 8,974,317 | B1 | 3/2015 | Griffin et al. |
| 9,033,817 | B2 | 5/2015 | Snyder et al. |
| 9,044,653 | B2 | 6/2015 | Wahl et al. |
| 9,138,621 | B2 | 9/2015 | Roach et al. |
| 9,138,622 | B1 * | 9/2015 | DeMille ............. A63B 53/0475 |

| | | | |
|---|---|---|---|
| 9,199,143 | B1 | 12/2015 | Parsons et al. |
| 9,211,451 | B1 * | 12/2015 | Westrum ............... A63B 60/00 |
| 9,468,819 | B2 * | 10/2016 | Rice .................... A63B 53/04 |
| 9,468,821 | B2 | 10/2016 | Parsons et al. |
| 9,492,722 | B2 * | 11/2016 | Taylor ................. A63B 53/047 |
| 9,586,105 | B1 * | 3/2017 | Westrum ............... A63B 60/42 |
| 9,623,298 | B2 * | 4/2017 | Ban ..................... A63B 60/52 |
| 9,675,850 | B2 * | 6/2017 | Bennett ............... A63B 53/06 |
| 9,764,208 | B1 | 9/2017 | Parsons et al. |
| 9,808,685 | B1 | 11/2017 | Westrum |
| 9,849,357 | B2 * | 12/2017 | Wahl .................... A63B 60/52 |
| 9,937,395 | B2 * | 4/2018 | Taylor ................. A63B 60/00 |
| 10,039,965 | B1 * | 8/2018 | Seluga ................. A63B 60/00 |
| 10,099,092 | B2 * | 10/2018 | Morin ................. A63B 60/52 |
| 10,112,084 | B2 * | 10/2018 | Stokke ................. A63B 53/047 |
| 10,293,223 | B2 * | 5/2019 | Kii ..................... A63B 53/047 |
| 10,543,409 | B2 * | 1/2020 | Demkowski ........ A63B 53/047 |
| 10,625,124 | B2 * | 4/2020 | Morin ................. A63B 60/52 |
| 10,625,126 | B2 * | 4/2020 | Demkowski ........ A63B 53/047 |
| 10,843,046 | B2 * | 11/2020 | Bennett ............... A63B 53/04 |
| 10,870,042 | B2 * | 12/2020 | Wahl .................... A63B 53/047 |
| 10,881,925 | B2 * | 1/2021 | Demkowski ........ A63B 60/52 |
| 2005/0124437 | A1 | 6/2005 | Imamoto |
| 2006/0252575 | A1 * | 11/2006 | Chen ..................... A63B 60/00 |
| | | | 473/342 |
| 2007/0129162 | A1 | 6/2007 | Pan et al. |
| 2007/0129166 | A1 | 6/2007 | Shimazaki et al. |
| 2009/0062032 | A1 | 3/2009 | Boyd et al. |
| 2010/0035017 | A1 | 2/2010 | Green |
| 2011/0028240 | A1 * | 2/2011 | Wahl ..................... B23P 17/04 |
| | | | 473/346 |
| 2011/0275451 | A1 | 11/2011 | Chao et al. |
| 2013/0150177 | A1 * | 6/2013 | Takechi ............... A63B 60/02 |
| | | | 473/332 |
| 2013/0252751 | A1 | 9/2013 | Bazzel |
| 2013/0281227 | A1 | 10/2013 | Roach et al. |
| 2013/0331201 | A1 * | 12/2013 | Wahl .................... A63B 60/52 |
| | | | 473/329 |
| 2014/0248977 | A1 | 9/2014 | Morin et al. |
| 2014/0274456 | A1 | 9/2014 | Cardani et al. |
| 2015/0133232 | A1 * | 5/2015 | Taylor ................. A63B 60/00 |
| | | | 473/329 |
| 2015/0328504 | A1 | 11/2015 | Finn et al. |
| 2015/0375065 | A1 | 12/2015 | Beach et al. |
| 2016/0038796 | A1 | 2/2016 | Taylor et al. |
| 2016/0193508 | A1 | 7/2016 | Issertell et al. |
| 2016/0287952 | A1 | 10/2016 | James et al. |
| 2018/0028883 | A1 | 2/2018 | Morin et al. |
| 2018/0185717 | A1 | 7/2018 | Demkowski et al. |
| 2020/0188740 | A1 | 6/2020 | Demkowski et al. |
| 2021/0046360 | A1 | 2/2021 | Demkowski et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2004313777 | 11/2004 |
| JP | 2006110348 | 4/2006 |
| JP | 2008036006 | 2/2008 |
| JP | 2008080095 | 4/2008 |
| JP | 2008272241 | 11/2008 |
| JP | 4291836 | 4/2009 |
| JP | 2012105821 | 6/2012 |

* cited by examiner

**U.S. Patent**    Aug. 23, 2022    Sheet 1 of 20    US 11,420,097 B2



*FIG. 1*

U.S. Patent         Aug. 23, 2022        Sheet 2 of 20         US 11,420,097 B2



FIG. 2



**FIG. 3**



FIG. 4



*FIG. 5*

126



*FIG. 6*

127



*FIG. 7*

**128**



*FIG. 8*



FIG. 9



**FIG. 10**



**FIG. 11**



*FIG. 12*



FIG. 13



**FIG. 14**



FIG. 15

FIG. 17

FIG. 19

FIG. 16
PRIOR ART

FIG. 18



*FIG. 20*



FIG. 21



**FIG. 22**

U.S. Patent     Aug. 23, 2022     Sheet 20 of 20     US 11,420,097 B2



*FIG. 23*

141

US 11,420,097 B2

1

## GOLF CLUB HEAD

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application references U.S. Pat. No. 9,044,653, filed Mar. 14, 2013, which claims the benefit of U.S. Provisional Patent Application No. 61/657,675, filed Jun. 8, 2012, both of which are hereby incorporated by reference herein in their entireties. This application also references U.S. Pat. No. 8,353,785, filed Apr. 19, 2010, which claims the benefit of U.S. Provisional Patent Application No. 61/214,487, filed Apr. 23, 2009, both of which are hereby incorporated by reference herein in their entireties. This application also references U.S. Pat. No. 6,811,496, filed Sep. 3, 2002, which is hereby incorporated by reference in its entirety. This application also references U.S. patent application Ser. No. 13/111,715, filed May 19, 2011, which is incorporated herein by reference in its entirety. This application further references U.S. patent application Ser. No. 14/981,330, filed Dec. 28, 2015, which claims the benefit of U.S. Provisional Patent Application No. 62/099,012, filed Dec. 31, 2014, and U.S. Provisional Patent Application No. 62/098,707, filed Dec. 31, 2014, all of which are incorporated herein by reference in their entirety.

### FIELD

This disclosure relates generally to golf clubs, and more particularly to a golf club head with a strike plate that is separately attached to a body of the golf club head.

### BACKGROUND

The performance of golf equipment is continuously advancing due to the development of innovative clubs and club designs. While all clubs in a golfer's bag are important, both scratch and novice golfers rely on the performance and feel of their irons, metal-woods, hybrids, and drivers for many commonly encountered playing situations.

Advancements in golf club head manufacturing techniques have facilitated the manufacturing of golf club heads with complex geometries. For example, separately forming and attaching together a strike plate and a body, a golf club head with a complex geometry, that might not otherwise be achievable using single-piece, fully-integrated manufacturing techniques, can be produced. Additionally, a golf club head with a separately formed and attached strike plate can facilitate the use of strike plates and bodies made from different materials and/or manufacturing techniques. Generally, the strike plate is welded to the body using a peripheral weld that extends continuously around the entire outer peripheral edge of the strike plate.

Although welding the strike plate to the body promotes the ability to make golf club heads with complex geometries, different materials, and different manufacturing techniques, the weld may also introduce weaknesses to the golf club head.

### SUMMARY

The subject matter of the present application has been developed in response to the present state of the art, and in particular, in response to the shortcomings of golf clubs and associated golf club heads, that have not yet been fully solved by currently available techniques. Accordingly, the subject matter of the present application has been developed to provide a golf club and golf club head that overcome at least some of the above-discussed shortcomings of prior art techniques.

Described herein is a golf club head that comprises a body and a strike plate. The body comprises a heel portion, a sole portion, a toe portion, and a top portion. The strike plate comprises an outer peripheral edge and at least a portion of a strike face. Furthermore, the strike plate is welded to the body via a peripheral weld between the outer peripheral edge of the strike plate and the body. The outer peripheral edge of the strike plate comprises at least one welded portion, welded to the body via the peripheral weld, and at least one non-welded portion, not welded to the body. The preceding subject matter of this paragraph characterizes example 1 of the present disclosure.

The strike plate is located between the heel portion, the sole portion, the toe portion, and the top portion of the body. The preceding subject matter of this paragraph characterizes example 2 of the present disclosure, wherein example 2 also includes the subject matter according to example 1, above.

A ratio of the total length of the at least one welded portion of the outer peripheral edge to the total peripheral length of the outer peripheral edge of the strike plate is between 0.40 and 0.94. The preceding subject matter of this paragraph characterizes example 3 of the present disclosure, wherein example 3 also includes the subject matter according to any one of examples 1-2, above.

The ratio of the total length of the at least one welded portion of the outer peripheral edge to the total peripheral length of the outer peripheral edge of the strike plate is between 0.45 and 0.80. The preceding subject matter of this paragraph characterizes example 4 of the present disclosure, wherein example 4 also includes the subject matter according to example 3, above.

The strike plate comprises a sole wrap portion angled relative to the strike face. The at least one non-welded portion of the outer peripheral edge extends along the sole wrap portion of the strike plate. The preceding subject matter of this paragraph characterizes example 5 of the present disclosure, wherein example 5 also includes the subject matter according to any one of examples 1-4, above.

The sole portion of the body comprises a slot edge. The at least one non-welded portion of the outer peripheral edge of the strike plate is spaced apart from the slot edge. The golf club head comprises a sole slot defined between the slot edge of the sole portion of the body and the at least one non-welded portion of the outer peripheral edge of the strike plate. The preceding subject matter of this paragraph characterizes example 6 of the present disclosure, wherein example 6 also includes the subject matter according to example 5, above.

The golf club head further comprises a filler material located within the sole slot.

The preceding subject matter of this paragraph characterizes example 7 of the present disclosure, wherein example 7 also includes the subject matter according to example 6, above.

The at least one non-welded portion of the outer peripheral edge of the strike plate is spaced apart from the body. The golf club head comprises a gap defined between the at least one non-welded portion of the outer peripheral edge of the strike plate and the body. The preceding subject matter of this paragraph characterizes example 8 of the present disclosure, wherein example 8 also includes the subject matter according to any one of examples 1-7, above.

The outer peripheral edge of the strike plate further comprises a plurality of welded portions and a plurality of

US 11,420,097 B2

**3**

non-welded portions. The plurality of welded portions are spaced apart from each other by the plurality of non-welded portions. The preceding subject matter of this paragraph characterizes example 9 of the present disclosure, wherein example 9 also includes the subject matter according to any one of examples 1-8, above.

Each of the plurality of welded portions of the outer peripheral edge of the strike plate has the same length. The preceding subject matter of this paragraph characterizes example 10 of the present disclosure, wherein example 10 also includes the subject matter according to example 9, above.

Each of the plurality of welded portions of the outer peripheral edge of the strike plate has a different length. The preceding subject matter of this paragraph characterizes example 11 of the present disclosure, wherein example 11 also includes the subject matter according to example 9, above.

At least two of the at least one non-welded portion of the plurality of non-welded portions is directly adjacent the heel portion of the body, the at least one non-welded portion of the plurality of non-welded portions is directly adjacent the toe portion of the body, the at least one non-welded portion of the plurality of non-welded portions is directly adjacent the top portion of the body, and the at least one non-welded portion of the plurality of non-welded portions is directly adjacent the sole portion of the body. The preceding subject matter of this paragraph characterizes example 12 of the present disclosure, wherein example 12 also includes the subject matter according to any one of examples 9-11, above.

At least three of the at least one non-welded portion of the plurality of non-welded portions is directly adjacent the heel portion of the body, the at least one non-welded portion of the plurality of non-welded portions is directly adjacent the toe portion of the body, the at least one non-welded portion of the plurality of non-welded portions is directly adjacent the top portion of the body, and the at least one non-welded portion of the plurality of non-welded portions is directly adjacent the sole portion of the body. The preceding subject matter of this paragraph characterizes example 13 of the present disclosure, wherein example 13 also includes the subject matter according to example 12, above.

The at least one non-welded portion of the plurality of non-welded portions is directly adjacent the heel portion of the body. The at least one non-welded portion of the plurality of non-welded portions is directly adjacent the toe portion of the body. The at least one non-welded portion of the plurality of non-welded portions is directly adjacent the top portion of the body. The at least one non-welded portion of the plurality of non-welded portions is directly adjacent the sole portion of the body. The preceding subject matter of this paragraph characterizes example 14 of the present disclosure, wherein example 14 also includes the subject matter according to example 13, above.

The body is made from a first material. The strike plate is made from a second material. The first material is different than the second material. The preceding subject matter of this paragraph characterizes example 15 of the present disclosure, wherein example 15 also includes the subject matter according to any one of examples 1-14, above.

The body further comprises a plate interface. The strike plate is in seated engagement with the plate interface. The peripheral weld is between the plate interface of the body and the strike plate. The preceding subject matter of this paragraph characterizes example 16 of the present disclo-

**4**

sure, wherein example 16 also includes the subject matter according to any one of examples 1-15, above.

The golf club head is an iron-type golf club head. The preceding subject matter of this paragraph characterizes example 17 of the present disclosure, wherein example 17 also includes the subject matter according to any one of examples 1-16, above.

The golf club head is a metal-wood-type golf club head. The preceding subject matter of this paragraph characterizes example 18 of the present disclosure, wherein example 18 also includes the subject matter according to any one of examples 1-16, above.

Also disclosed herein is a golf club comprising a golf club head, a shaft, and a grip. The golf club head comprises a body and a strike plate. The body comprises a heel portion, a sole portion, a toe portion, a top portion, and a hosel, extending from the heel portion. The strike plate comprises an outer peripheral edge and at least a portion of a strike face. The outer peripheral edge of the strike plate is welded to the body via a peripheral weld. The peripheral weld has a starting point and an ending point, the ending point being different than the starting point. The shaft is engaged with and extends from the hosel of the golf club head. The grip is secured to the shaft at a location on the shaft opposite that of the golf club head. The preceding subject matter of this paragraph characterizes example 19 of the present disclosure.

Additionally disclosed herein is a golf club head comprising a body and a strike plate. The body comprises a heel portion, a sole portion, a toe portion, and a top portion. The strike plate comprises an outer peripheral edge and at least a portion of a strike face. Furthermore, the strike plate is welded to the body via a peripheral weld between the outer peripheral edge of the strike plate and the body. A ratio of a total weld length of the peripheral weld to a total peripheral length of the outer peripheral edge of the strike plate is less than one. The preceding subject matter of this paragraph characterizes example 20 of the present disclosure.

The described features, structures, advantages, and/or characteristics of the subject matter of the present disclosure may be combined in any suitable manner in one or more embodiments and/or implementations. In the following description, numerous specific details are provided to impart a thorough understanding of embodiments of the subject matter of the present disclosure. One skilled in the relevant art will recognize that the subject matter of the present disclosure may be practiced without one or more of the specific features, details, components, materials, and/or methods of a particular embodiment or implementation. In other instances, additional features and advantages may be recognized in certain embodiments and/or implementations that may not be present in all embodiments or implementations. Further, in some instances, well-known structures, materials, or operations are not shown or described in detail to avoid obscuring aspects of the subject matter of the present disclosure. The features and advantages of the subject matter of the present disclosure will become more fully apparent from the following description and appended claims, or may be learned by the practice of the subject matter as set forth hereinafter.

BRIEF DESCRIPTION OF THE DRAWINGS

In order that the advantages of the subject matter may be more readily understood, a more particular description of the subject matter briefly described above will be rendered by reference to specific embodiments that are illustrated in the

US 11,420,097 B2

5

appended drawings. Understanding that these drawings depict only typical embodiments of the subject matter and are not therefore to be considered to be limiting of its scope, the subject matter will be described and explained with additional specificity and detail through the use of the drawings, in which:

FIG. 1 is a perspective view from a top of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 2 is a front view of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 3 is perspective view from a bottom of the golf club head of FIG. 1, shown with a filler material removed from a sole slot, according to one or more examples of the present disclosure;

FIG. 4 is a perspective view from a bottom of the golf club head of FIG. 1, shown with the filler material in the sole slot, according to one or more examples of the present disclosure;

FIG. 5 is an exploded perspective view from a top of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 6 is a perspective view from a front of the golf club head of FIG. 1, shown with a strike plate removed, according to one or more examples of the present disclosure;

FIG. 7 is a bottom view of the golf club head of FIG. 1, shown with the strike plate removed, according to one or more examples of the present disclosure;

FIG. 8 is a perspective view from a front of the strike plate of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 9 is a perspective view from a back of the strike plate of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 10 is cross-sectional perspective view from a heel side of the golf club head of FIG. 1, taken along the line 10-10 of FIG. 2, according to one or more examples of the present disclosure;

FIG. 11 is cross-sectional side elevation view from a heel side of the golf club head of FIG. 1, taken along the line 10-10 of FIG. 2, according to one or more examples of the present disclosure;

FIG. 12 is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 13 is an exploded perspective view from a front of the golf club head of FIG. 12, according to one or more examples of the present disclosure;

FIG. 14 is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 15 is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 16 is a front view of an iron-type golf club head, according to the prior art;

FIG. 17 is a front view of an iron-type golf club head, according to one or (j more examples of the present disclosure;

FIG. 18 is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 19 is a front view of an iron-type golf club head, according to one or more examples of the present disclosure;

FIG. 20 is a side elevation view of a metal-wood-type golf club head, according to one or more examples of the present disclosure;

FIG. 21 is a cross-sectional side elevation view of the golf club head of FIG. 19, taken along a midplane of the golf club head, according to one or more examples of the present disclosure;

6

FIG. 22 is a cross-sectional side elevation view of an iron-type golf club head having a hollow cavity, according to one or more examples of the present disclosure; and

FIG. 23 is a schematic flow chart of a method of making a golf club head, according to one or more examples of the present disclosure.

DETAILED DESCRIPTION

The following describes embodiments of golf club heads in the context of an iron-type golf club and a metal-wood-type golf club, but the principles, methods and designs described may be applicable in whole or in part to utility golf clubs (also known as hybrid golf clubs), driver-type golf clubs, putter-type golf clubs, and the like.

The various embodiments of a golf club head described herein utilizes a peripheral weld to secure a strike plate to a body of the golf club head. Welding the strike plate to the body of the golf club head, as opposed to integrally forming the strike plate and the body as a one-piece construction (such as by casting) allows the strike plate to be made from a different material or made by a different manufacturing process than the body. Additionally, welding the strike plate to the body promotes the ability to make golf club head with unique and complex shapes and geometries. However, welding together the strike plate and the body also introduces certain consequences, such as the development of heat effected zones and stress risers in the weld, which ultimately weakens the golf club head, and stiffness of the strike face of the golf club head. The peripheral weld of the golf club head disclosed herein introduces portions of the outer peripheral edge of the strike plate that are not welded to the body, thereby increasing the strength of the golf club head compared to golf club heads with continuous or 360-degree welds welding the strike plate to the body. Additionally, introducing non-welded portions of the outer peripheral edge of the strike plate also promotes flex in the strike face of the golf club head, which promotes forgiveness and feel.

The discovered advantages of introducing non-welded portions in the outer peripheral edge of the strike plate outweigh the potential negative consequences of such non-welded portions that would otherwise discourage the use of non-welded portions in the outer peripheral edge. For example, non-welded portions in an outer peripheral edge of a strike plate may increase the potential for rust at the non-welded portions and stress risers at the intersection of non-welded and welded portions of the outer peripheral edge. As another example, the chrome plating often used to plate a golf club head may crack or phantom lines may develop at the non-welded portions. Notwithstanding the potential disadvantages of introducing non-welded portions of a strike plate, the ability to reduce stress risers along the non-welded portions and promote the flex of the strike face through the use of non-welded portions, as discovered by the inventors of the present disclosure, encourages the use of non-welded portions in the outer peripheral edge of a strike plate.

Referring to FIGS. 1 and 2, one embodiment of a golf club head 100 includes a body 102 and a strike plate 104 welded to the body 102. The body 102 has a toe portion 114, a heel portion 112, a top portion 116 (e.g., top-line portion for iron-type golf club heads and crown portion for driver-type, hybrid-type, and metal-wood-type golf club heads), and a sole portion 118 (e.g., bottom portion). The body 102 additionally includes a hosel 108 extending from the heel portion 112. The hosel 108 is configured to receive and engage with a shaft and grip 110 of a golf club 101. The shaft

US 11,420,097 B2

7

extends from the hosel **108** and the grip is secured to the shaft at a location on the shaft opposite that of the golf club head **100**. The strike plate **104** includes at least a portion of a strike face **106** designed to impact a golf ball during a normal golf swing. In some implementations, the strike plate **104** include an entirety of the strike face **106**. Generally, the strike plate **104** is defined as any piece of the golf club head **100** that is welded to a body **102** of the golf club head **100** and includes at least a portion of the strike face.

Generally, for many iron-type golf club heads, such as the golf club head **100**, the strike face **106** has a planar surface that is angled relative to a ground plane when the golf club head **100** is in an address position to define a loft of the golf club head **100**. In other words, the strike face **106** of an iron-type golf club head generally does not include a curved surface. Accordingly, the strike face **106** of the strike plate **104** of the iron-type golf club head **100** is defined as the portion of the strike face **106** with an outwardly facing planar surface. In other words, although a strike plate **104** may include a curved surface, such as an outer surface of a sole wrap portion **122** of the strike plate **104**, the strike face **106** does not include such a curved surface. In contrast, the strike face of a metal-wood, driver, or hybrid golf club head does have a curved surface that curves around a substantially upright axis. Because the sole wrap portion **122** wraps around a substantially horizontal axis, the strike face of the strike plate of the metal-wood, driver, and hybrid golf club head is defined as the portion of the strike face **106** with an outwardly facing surface curved about an upright axis, as opposed to a horizontal axis.

The strike plate **104** further includes grooves **107** formed in the strike face **106** to promote desirable flight characteristics (e.g., backspin) of the golf ball upon being impacted by the strike face **106**.

Referring to FIG. **5**, the strike plate **104** is formed separately from the body **102** and is separately attached to the body **102**. The body **102** and the strike plate **104** can be formed using the same type of process or different types of processes. In the illustrated embodiment, the body **102** is formed to have a one-piece monolithic construction using a first manufacturing process and the strike plate **104** is formed to have a separate one-piece monolithic construction using a second manufacturing process. However, in other embodiments, one or both of the body **102** and the strike plate **104** has a multiple-piece construction with each piece being made from the same or a different material. Additionally, the body **102** can be formed of the same material as or a different material than the strike plate **104**. The body **102** is made from a first material and the strike plate **104** is made from a second material. Separately forming and attaching together the body **102** and the strike plate **104** and making the body **102** and the strike plate **104** from the same or different materials, which allows flexibility in the types of manufacturing processes and materials used, promotes the ability to make a golf club head **100** that achieves a wide range of performance, aesthetic, and economic results.

In some implementations, the first manufacturing process is the same type of process as the second manufacturing process. For example, both the first and second manufacturing processes are casting processes in one implementation. As another example, both the first and second manufacturing processes are forging processes in one implementation. According to yet another example, both the first and second manufacturing processes are machining processes in one implementation.

However, in some other implementations, the first manufacturing process is a different type of process than the

8

second manufacturing process. The first manufacturing process is one of a casting process, a machining process, and a forging process and the second manufacturing process is another of a casting process, a machining process, and a forging process in some examples. In one particular example, the first manufacturing process is a casting process and the second manufacturing process is a forging process. The first manufacturing process and/or the second manufacturing process can be a process as described in U.S. Pat. No. 9,044,653, which is incorporated herein in its entirety, such as hot press forging using a progressive series of dies and heat-treatment.

Whether the first and second manufacturing processes are the same or different, the first material of the body **102** can be the same as or different than the second material of the strike plate **104**. A first material is different than a second material when the first material has a different composition than the second material. Accordingly, materials from the same family, such as steel, but with different compositional characteristics, such as different carbon constituencies, are considered different materials. In one example, the first and second manufacturing processes are different, but the first and second materials are the same. In contrast, according to another example, the first and second manufacturing processes are the same and the first and second materials are different. According to yet another example, the first and second manufacturing processes are different and the first and second materials are different. In some implementations, the first and second materials are different, but come from the same family of similar materials, such as steel. For example, the first material can be 8620 carbon steel and the second material can be 1025 carbon steel. The first material being within the same family as the second material promotes the quality of the weld between the body **102** and the strike plate **104**.

The strike plate **104** can be made from maraging steel, maraging stainless steel, or precipitation-hardened (PH) stainless steel. In general, maraging steels have high strength, toughness, and malleability. Being low in carbon, they derive their strength from precipitation of inter-metallic substances other than carbon. The principle alloying element is nickel (15% to nearly 30%). Other alloying elements producing inter-metallic precipitates in these steels include cobalt, molybdenum, and titanium. In one embodiment, the maraging steel contains 18% nickel. Maraging stainless steels have less nickel than maraging steels but include significant chromium to inhibit rust. The chromium augments hardenability despite the reduced nickel content, which ensures the steel can transform to martensite when appropriately heat-treated. In another embodiment, a maraging stainless steel C455 is utilized as the strike plate **104**. In other embodiments, the strike plate **104** is a precipitation hardened stainless steel such as 17-4, 15-5, or 17-7.

The body **102** of the golf club head **100** is made from 17-4 steel in one implementation. However another material, such as carbon steel (e.g., 1020, 1030, 8620, or 1040 carbon steel), chrome-molybdenum steel (e.g., 4140 Cr—Mo steel), Ni—Cr—Mo steel (e.g., 8620 Ni—Cr—Mo steel), austenitic stainless steel (e.g., 304, N50, or N60 stainless steel (e.g., 410 stainless steel) can be used.

In addition to those noted above, some examples of metals and metal alloys that can be used to form the components of the parts described include, without limitation: titanium alloys (e.g., 3-2.5, 6-4, SP700, 15-3-3-3, 10-2-3, or other alpha/near alpha, alpha-beta, and beta/near beta titanium alloys), aluminum/aluminum alloys (e.g., 3000 series alloys,

US 11,420,097 B2

9

5000 series alloys, 6000 series alloys, such as 6061-T6, and 7000 series alloys, such as 7075), magnesium alloys, copper alloys, and nickel alloys.

In still other embodiments, the body 102 and/or the strike plate 104 of the golf club head 100 are made from fiber-reinforced polymeric composite materials, and are not required to be homogeneous. Examples of composite materials and golf club components comprising composite materials are described in U.S. patent application Ser. No. 13/111,715, filed May 19, 2011, which is incorporated herein by reference in its entirety.

The strike plate 104 is welded to the body 102 via a peripheral weld 120. The peripheral weld 120 is peripherally discontinuous because it extends about less than all of the outer periphery of the strike plate 104 such that at least one portion of the outer periphery of the strike plate 104 is not welded to the body 102. In other words, the peripheral weld 120 extends about only a portion of an outer peripheral edge 133 of the strike plate 104. Accordingly, less than 360-degrees of the outer peripheral edge 133 of the strike plate 104 is welded to the body 102. The peripheral weld 120 can be considered a discontinuous weld because it has an ending point that is different than it's starting point.

The portion or portions of the outer periphery of the strike plate 104 not being welded to the body 102 promotes an increase in the flexibility of the strike plate 104 relative to the body 102. As shown in FIG. 3, the entirety of the portion of the outer periphery of the strike plate 104 that defines the strike face 106 is welded to the body 102 via the peripheral weld 120. Moreover, the portion of the outer periphery of the strike plate 104 not welded to the body 102 is located along the sole wrap portion 122. More specifically, an outer peripheral edge 133, or perimeter, of the strike plate 104 defined along the sole wrap portion 122 of the strike plate 104 is not welded to the body 102. In the embodiment shown in FIG. 3, not only is the outer peripheral edge 133 of the strike plate 104 not welded to the body 102, but the outer peripheral edge 133 of the strike plate 104 is spaced apart from the body 102 such that a gap is defined between the outer peripheral edge 133 of the strike plate 104 and the body 102. The gap defines a sole slot 126 of the golf club head 100. Generally, the sole slot 126 is a groove or channel formed in a sole of the golf club head 100. The sole slot 126 is elongate in a lengthwise direction substantially parallel to the strike face 106 and has a length LSS (see, e.g., FIG. 3). As shown in FIGS. 1-11, in some implementations, the sole slot 126 is a through-slot, or a slot that is open on a sole portion side of the sole slot 126 and open on an internal cavity side or interior side of the sole slot 126. However, in other implementations, the sole slot 126 is not a through-slot, but rather is closed on an internal cavity side or interior side of the sole slot 126.

The sole slot 126 can be any of various flexible boundary structures (FBS) as described in U.S. Pat. No. 9,044,653, filed Mar. 14, 2013, which is incorporated by reference herein in its entirety. Additionally, or alternatively, the golf club head 100 can include one or more other FBS at any of various other locations on the golf club head 100.

In some implementations, the sole slot 126 is filled with a filler material 128 (see, e.g., FIGS. 4 and 11). The filler material 128 is made from a non-metal, such as a thermo-plastic material, thermoset material, and the like, in some implementations. In other implementations, the sole slot 126 is not filled with a filler material 128, but rather maintains an open, vacant, space within the sole slot 126.

According to one embodiments, the filler material 128 is initially a viscous material that is injected or otherwise

10

inserted into the sole slot 126. Examples of materials that may be suitable for use as a filler to be placed into a slot, channel, or other flexible boundary structure include, without limitation: viscoelastic elastomers; vinyl copolymers with or without inorganic fillers; polyvinyl acetate with or without mineral fillers such as barium sulfate; acrylics; polyesters; polyurethanes; polyethers; polyamides; polyb-utadienes; polystyrenes; polyisoprenes; polyethylenes; poly-olefins; styrene/isoprene block copolymers; hydrogenated styrenic thermoplastic elastomers; metallized polyesters; metallized acrylics; epoxies; epoxy and graphite compos-ites; natural and synthetic rubbers; piezoelectric ceramics; thermoset and thermoplastic rubbers; foamed polymers; ionomers; low-density fiber glass; bitumen; silicone; and mixtures thereof. The metallized polyesters and acrylics can comprise aluminum as the metal. Commercially available materials include resilient polymeric materials such as Scotchweld™ (e.g., DP-105™) and Scotchdamp™ from 3M, Sorbothane™ from Sorbothane, Inc., DYAD™ and GP™ from Soundcoat Company Inc., Dynamat™ from Dynamat Control of North America, Inc., NoViFlex™ Sylomer™ from Pole Star Maritime Group, LLC, Isoplast™ from The Dow Chemical Company, Legetolex™ from Piqua Technologies, Inc., and Hybrar™ from the Kuraray Co., Ltd. In some embodiments, a solid filler material may be press-fit or adhesively bonded into a slot, channel, or other flexible boundary structure. In other embodiments, a filler material may poured, injected, or otherwise inserted into a slot or channel and allowed to cure in place, forming a sufficiently hardened or resilient outer surface. In still other embodi-ments, a filler material may be placed into a slot or channel and sealed in place with a resilient cap or other structure formed of a metal, metal alloy, metallic, composite, hard plastic, resilient elastomeric, or other suitable material.

Referring to FIGS. 5 and 6, the body 102 is configured to receive the portions of an outer peripheral edge 133 of the strike plate 104, to be welded to the body 102 via the peripheral weld 120, in seated engagement. More specifi-cally, the body 102 includes a plate opening 176 defined between the toe portion 114, the heel portion 112, the top portion 116, and the sole portion 118 of the body 102. Generally, the plate N opening 176 receives the strike plate 104 and helps to secure the strike plate 104 to the body 102. The plate opening 176 extends from a front side of the body 102 to a back side of the body 102. The body 102 addition-ally includes a plate interface 132 formed in the body 102 along at least a portion of the periphery of the plate opening 176. Generally, the plate interface 132 promotes attachment of the strike plate 104 to the body 102 by supporting the strike plate 104 against the body 102 and promoting the formation of a peripheral weld 120 between the strike plate 104 and the body 102. Accordingly, the plate interface 132 is formed along at least the portion or portions of the periphery of the plate opening 176 that will be welded to the strike plate 104. In the illustrated embodiment of FIGS. 5 and 6, because the strike plate 104 is not welded to the body 102 at the sole portion 118 of the body 102, the plate interface 132 does not extend along the periphery of the plate opening 176 at the sole portion 118 of the body 102. However, in the illustrated embodiment of FIGS. 5 and 6, because the peripheral weld 120 is formed between the strike plate 104 and the body 102 continuously along the heel portion 112, the toe portion 114, and the top portion 116, the plate interface 132 is formed in and extends continuously along the portions of the periphery of the plate opening 176 at the heel portion 112, the toe portion 114, and the top portion 116. According to other embodiments, such as

US 11,420,097 B2

11

shown in FIGS. **12**, **13**, and **16-18**, because the peripheral weld does not extend along one or more portions of one or more of the heel portion **112**, the toe portion **114**, and the top portion **116**, although not shown, an plate interface may not be present along corresponding portions of the periphery of the plate opening.

Referring again to FIGS. **5** and **6**, the plate interface **132** includes a rim **136** and a ledge **138**. The rim **136** defines a surface that faces an interior of the body **102** and the ledge **138** defines a surface that faces the front of the body **102**. The rim **136** is transverse relative to the ledge **138**.

The rim **136** is sized to be substantially flush against or just off of the outer peripheral edge **133** of the strike plate **104**. The fit between the rim **136** of the plate interface **132** and the outer peripheral edge **133** of the strike plate **104** facilitates the butt welding together of the rim **136** of the body **102** and the outer peripheral edge **133** of the strike plate **104** with the peripheral weld **120**. In other words, the peripheral weld **120** is located between and welds together the rim **136** of the plate interface **132** and the outer peripheral edge **133** of the strike plate **104**. As shown in FIG. **6**, the rim **136** may extend beyond the plate interface **132**, such as along the sole portion **118** of the body **102**, to facilitate welding of the welded portions **134** of the outer peripheral edge **133** located on the sole wrap portion **122**.

The peripheral weld **120** is formed using any of various welding techniques, such as those disclosed in U.S. Pat. No. 8,353,785, which is incorporated herein by reference in its entirety. Moreover, the characteristics and type (e.g., bead, groove, fillet, surface, tack, plug, slot, friction, and resistance welds) of the peripheral weld **120** can be that same or analogous to those described in U.S. Pat. No. 8,353,785. For example, in one implementation, the peripheral weld **120** is formed using one or more of a tungsten inert gas (TIG) or metal inert gas (MIG) welding technique. In other implementations, the peripheral weld **120** is formed using one or more of a laser welding technique or a plasma welding technique.

The ledge **138** abuts a back surface of the strike plate **104** to support the strike plate **104** in place on the body **102**. Additionally, the ledge **138**, being abutted against the strike plate **104**, facilitates the transfer of ball-striking loads from the strike plate **104** to the body **102**.

Referring still to FIGS. **5** and **6**, as well as FIGS. **10** and **11**, the body **102** further includes a back portion **129** coupled to and extending rearwardly from the sole portion **118**. The back portion **129** is also coupled to and extends rearwardly from lower parts of the heel portion **112** and the toe portion **114**. The back portion **129** includes a sole bar **131**, which is located in a low, rearward portion of the golf club head **100**. The sole bar **131** has a relatively large thickness in relation to the strike plate and other portions of the golf club head **100**, thereby accounting for a significant portion of the mass of the golf club head **100**, and thereby shifting a center of gravity (CG) of the golf club head **100** relatively lower and rearward. The back portion **129** also includes a lower shelf **130** and an upper shelf **140** protruding forwardly of the sole bar **131**. The lower shelf **130** and the upper shelf **140** are spaced rearwardly of the strike plate **104** such that a gap is defined between each of the lower shelf **130** and the upper shelf **140** of the back portion **129**. Defined between the lower shelf **130** and the upper shelf **140** is a portion of an internal cavity **142**, which may extend upwards to the top portion **116**. In the illustrated implementation, the internal cavity **142** is open to the sole slot **126**. The plate opening **176** is partially open to the back of the body **102**.

12

Referring to FIG. **7**, a slot edge **144** is formed in the sole portion **118** of the body **102**. The slot edge **144** is elongate and extends lengthwise along the sole portion **118** in a direction substantially parallel to the strike face **106**. The slot edge **144** is open to or faces the plate opening **176**. However, as shown, in some implementations, opposing ends of the slot edge **144** may have a substantially button-hook shape such that opposing end portions of the slot edge **144** face away from the plate opening **176**.

Referring to FIGS. **8** and **9**, the strike plate **104** has a back surface **154** that opposes the strike face **106**. The strike plate **104** includes an inverted cone **152** protruding from the back surface **154**. Generally, the inverted cone **152** is aligned with an ideal striking location on the strike face **106**. The inverted cone **152** promotes a larger sweet spot for the golf club head **100**, which facilitates a reduction in loss of distance on mishits. The outer peripheral edge **133** extends along and defines that outermost periphery of the strike plate **104**. The outer peripheral edge **133** of the strike plate **104** includes at least one welded portion **134** and at least one non-welded portion **150**. In the (j illustrated embodiment of FIGS. **8** and **9**, the welded portion **134** of the strike plate **104** is a continuous edge that extends from one end of the non-welded portion **150**, along the sole wrap portion **122**, around the strike face **106**, and along an opposite end of the non-welded portion. The non-welded portion **150** extends along an entire length of the sole wrap portion **122** and faces a direction that is substantially perpendicular to that of the welded portion **134**.

Referring now to FIGS. **10** and **11**, the sole wrap portion **122** effectively wraps around the sole portion **118** of the body **102** to define a portion of the bottom of the golf club head **100**. Accordingly, the sole wrap portion **122** is angled relative to the strike face **106**. In the illustrated embodiment of FIGS. **10** and **11**, the sole wrap portion **122** also effectively wraps around the lower shelf **130** of the back portion **129**. The non-welded portion **150** of the outer peripheral edge **133** of the strike plate **104** faces the slot edge **144** of the body **102**. In one implementation, the non-welded portion **150** is parallel to the slot edge **144** and has a length LNW (see, e.g., FIG. **3**). The gap defined between the non-welded portion **150** of the outer peripheral edge **133** and the slot edge **144** defines the sole slot **126** of the golf club head **100**. Accordingly, the non-welded portion **150** defines a forward slot wall of the sole slot **126** and the slot edge **144** defines a rearward slot wall of the sole slot **126**. There is no weld between the non-welded portion **150** of the outer peripheral edge **133** of the strike plate **104** and the slot edge **144**. In contrast, there is a weld between the welded portion **134** of the outer peripheral edge **133** of the strike plate **104** and the rim **136** of the body **102**.

As shown in FIG. **10**, a distance D1 between a first point **94** (which is the point at which the strike face **106** projects onto the ground plane **96** when the golf club head **100** is in a proper address position on the ground plane **96**) and a second point **98** (which is the point at which a plane bisecting the sole slot **126** projects onto the ground plane **96** when the golf club head **100** is in a proper address position on the ground plane **96**) is between about 3.5 mm and about 8 mm in some implementations, and between about 4 mm and about 7 mm in other implementations.

To effectively plug the sole slot **126**, and prevent debris (e.g., water, grass, dirt, etc.) from entering the internal cavity **142**, the filler material **128** is located within the slot **126**. The filler material **128** may also help to achieve other desired performance objectives, including desired changes to the sound and feel of the club head by damping vibrations that

US 11,420,097 B2

13

occur when the club head strikes a golf ball. Because the filler material 128 does not fuse with either the body 102 or the strike plate 104, the filler material 128 is not considered a weld. Moreover, because the filler material 128 is considerably weaker than either the body 102 or the strike plate 104, the filler material 128 is not considered a weld. Additionally, because the filler material 128 is a non-metal, it is not considered a weld.

According to some embodiments, a total peripheral length of the outer peripheral edge 133 of the strike plate 104 of the golf club head 100 is between about 185 mm and about 220 mm or between about 209 mm and about 214 mm. In some embodiments, a height of the heel portion 112 of the body 102 is between about 25 mm and about 27 mm. In certain embodiments, a height of the toe portion 114 of the body 102 is between about 50 mm and about 52 mm. In yet some embodiments, a length of the sole portion 118 of the body 102 is between about 58 mm and about 64 mm. According to some embodiments, a total length of the body 102 is between about 53 mm and about 65 mm. In certain embodiments, a width of the sole portion 118 at the heel of the golf club head 100 is between about 10 mm and about 12 mm.

Referring now to FIGS. 12-15, respective embodiments of a golf club head 200, a golf club head 300, and a golf club head 400 are shown. The respective golf club heads of FIGS. 12-15 are analogous to the golf club head 100 of FIGS. 1-11, with like numbers referring to like features. More specifically, features of the golf club heads of FIGS. 12-15 that are analogous to features of the golf club head 100 have the same number, but in a different series (e.g., 200-series, 300-series, 400-series, etc.) format rather than the 100-series format of the golf club head 100. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head 100 presented above are applicable to the analogous features of the respective golf club heads of FIGS. 12-15.

Like the golf club head 100 of FIGS. 1-11, each of the golf club head 200, the golf club head 300, and the golf club head 400 includes at least one slot partially defined by a non-welded portion of a strike plate. However, unlike the golf club head 100 of FIGS. 1-11, the at least one slot of each of the golf club head 200, the golf club head 300, and the golf club head 400 is not a sole slot (e.g., a slot formed in the sole portion of the golf club head). Rather, the slots of the golf club head 200, the golf club head 300, and the golf club head 400 are face slots (e.g., slots formed in or directly adjacent the strike face of the golf club head). Additionally, although not shown, each of the face slots of the various illustrated embodiments described below can be filled with a filler material.

For example, referring to FIGS. 12 and 13, the golf club head 200 includes a face slot 260 at a toe portion 214 of the body 202 and a face slot 262 at a heel portion 212 of the body 202. Each of the face slots 260, 262 is defined between a respective non-welded portion 250 of the outer peripheral edge 233 of the strike plate 204 and a respective slot edge 244 of the body 202. The remaining portions of the outer peripheral edge 233 of the strike plate 204 are welded portions welded to the body 202 via the peripheral weld 220. As shown, in one example, each of the non-welded portions 250 of the outer peripheral edge 233 of the strike plate 204 and the slot edges 244 of the body 202 define a groove formed into the respective outer peripheral edge 233 and the body 202. Opposing grooves of a non-welded portion 250 and a slot edge 244 together define a respective one of the face slots 260, 262.

14

Different than the golf club head 100, the peripheral weld 220 is made up of two separate weld sections, as opposed to a single weld section as with the peripheral weld 120. Put another way, the outer peripheral edge 233 of the strike plate 204 includes two welded portions separated from each other by the two non-welded portions 250. The welded portions of the peripheral weld 220 are located adjacent the top portion 216 of the body 202 and the sole portion 218 of the body 202, respectively. The face slots 260, 262 at the heel portion 212 and the toe portion 214, respectively, of the golf club head 200 promotes flexibility and deflection of the golf club head 200 for heel-ward and toe-ward off-center hits, respectively, which improves the performance of the golf club head 200.

As another example, referring to FIG. 14, the golf club head 300 includes a face slot 360 at a toe portion 314 of the body 302, a face slot 362 at a heel portion 312 of the body 302, and a face slot 364 at a top portion 316 of the body 302. Each of the face slots 360, 362, 364 is defined between a respective non-welded portion 350 of the outer peripheral edge 333 of the strike plate 304 and a respective slot edge 344 of the body 302. The remaining portions of the outer peripheral edge 333 of the strike plate 304 are welded portions welded to the body 302 via the peripheral weld 320. Different than the golf club head 300, the peripheral weld 320 is made up of three separate weld sections, as opposed to two weld sections as with the peripheral weld 220. Put another way, the outer peripheral edge 333 of the strike plate 304 includes three welded portions separated from each other by the three non-welded portions 350. The welded portions of the peripheral weld 320 are located adjacent the sole portion 318 of the body 302, adjacent an intersection of the toe portion 314 and top portion 316, and adjacent an intersection of the heel portion 312 and the top portion 316, respectively. The face slots 360, 362, 364 at the heel portion 312, toe portion 314, and top portion 316, respectively, of the golf club head 300 promotes flexibility and deflection of the golf club head 200 for heel-ward, toe-ward, and high off-center hits, respectively, which improves the performance of the golf club head 200.

According to another example, referring to FIG. 15, the golf club head 400 includes a face slot 466 at a sole portion 418 of the body 202. The face slot 266 is defined between a non-welded portion 450 of the outer peripheral edge 433 of the strike plate 404 and a slot edge 444 of the body 402. The remaining portions of the outer peripheral edge 433 of the strike plate 404 are welded portions welded to the body 402 via the peripheral weld 420. The face slot 466 at the sole portion 418 of the golf club head 400 promotes flexibility and deflection of the golf club head 400 for low off-center hits, which improves the performance of the golf club head 400.

Generally, each of the face slots of the various embodiments of a golf club head is a groove or channel formed in a portion of the face (e.g., adjacent a strike face) of the golf club head. The face slots are elongate in a lengthwise direction and each has a length LFS. Although the sole slots and face slots of the present disclosure are substantially straight in the illustrated embodiments, in other embodiments, the sole slots and face slots can be curved or non-straight. As shown in FIGS. 12-15, in some implementations, the face slots are through-slots, or slots that is open on a strike face side of the face slots and open on an internal cavity side or back side of the face slots. However, in other implementations, the face slots are not through-slots, but rather are closed on an internal cavity side or back side of the face slots.

148

US 11,420,097 B2

15

Although FIGS. **12-15** illustrate golf club heads with several different configurations of face slots, it is recognized that golf club heads can have other configurations of face slots without departing from the essence of the present disclosure. For example, a golf club head may have four separate face slots, one at each of the heel portion, toe portion, top portion, and sole portion of the golf club head. Moreover, although the golf club heads illustrated in FIGS. **12-15** show a single face slot per respective heel, toe, top, and sole portion of the golf club head, in other embodiments, the golf club head includes two or more face slots at one or more of the heel, toe, top, and sole portions of the golf club head.

Referring to FIGS. **16-19**, various golf club heads are shown with the placement of weld contours being emphasized by heavier or darker lines. Each of the golf club heads includes a strike plate that is welded to a body. Moreover, the golf club heads **500**B-D are analogous to the golf club head **100**, with like numbers referring to like features. More specifically, features of the golf club heads of FIGS. **17-19** that are analogous to features of the golf club head **100** have the same number, but in a different series (e.g., 500-series) format rather than the 100-series format of the golf club head **100**. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head **100** presented above are applicable to the analogous features of the respective golf club heads of FIGS. **17-19**.

A representation of a conventional golf club head **500**A is shown in FIG. **16**. The golf club head **500**A has a continuous weld **520**A or a weld that extends around 360-degrees of the outer peripheral edge of the strike plate **504**A. In contrast, the golf club head **500**B shown in FIG. **17** has a peripheral weld **520**B or a weld that does not extend around 360-degrees of the outer peripheral edge **533**B of the strike plate **504**B. More specifically, the peripheral weld **520**B extends about only a portion (e.g., a portion adjacent the top portion **516**B) and a portion adjacent the sole portion **518**B) of the outer peripheral edge **533**B of the strike plate **504**B. Accordingly, the outer peripheral edge **533**B includes two welded portions **534**B each adjacent a respective one of the top portion **516**B and the sole portion **518**B. The remaining portions of the outer peripheral edge **533**B of the strike plate **504**B are non-welded portions **550**B located adjacent the heel portion **512**B and toe portion **514**B, respectively, of the body **502**B.

Like the golf club head **500**B shown in FIG. **17**, the golf club head **500**C of FIG. **18** has a peripheral weld **520**C or a weld that does not extend around 360-degrees of the outer peripheral edge **533**C of the strike plate **504**C. However, unlike the golf club head **500**B, the peripheral weld **520**C of the golf club head **500**C includes multiple welded portions at each of the heel portion **512**C, the toe portion **514**C, the top portion **516**C, and the sole portion **518**C of the body **502**C. Accordingly, the outer peripheral edge **533**C includes at least two welded portions **534**C adjacent each of the heel portion **512**C, the toe portion **514**C, the top portion **516**C, and the sole portion **518**C of the body **502**C. The remaining portions of the outer peripheral edge **533**C of the strike plate **504**C are non-welded portions **550**C where at least two non-welded portions **550**C are located adjacent each of the heel portion **512**C, the toe portion **514**C, the top portion **516**C, and the sole portion **518**C of the body **502**C. The peripheral weld **520**C can be described to have a stich pattern about the strike plate **504**C.

Similar to the golf club head **500**B of FIG. **17**, the golf club head **500**D shown in FIG. **18** has a peripheral weld

16

**520**D or a weld that does not extend around 360-degrees of the outer peripheral edge **533**D of the strike plate **504**D. However, the peripheral weld **520**D is configured such that the outer peripheral edge **533**D of the strike plate **504**D includes four welded portions **534**B each at a respective one of four corners the outer peripheral edge **533**D. The remaining portions of the outer peripheral edge **533**D of the strike plate **504**D are non-welded portions **550**D each located adjacent a respective one of the heel portion **512**D, toe portion **514**D, top portion **516**D, and sole portion **518**D, respectively, of the body **502**D.

Although the golf club heads **500**B-D are not shown to have face slots like the respective golf club heads **200**, **300**, **400** of FIGS. **12-15**, it is recognized that at any one or more of the non-welded portions of the outer peripheral edge of the strike plate of the golf club heads **500**B-D of FIGS. **17-19**, the golf club head can include a face slot that is partially defined by a corresponding one of the non-welded portions.

Referring to the golf club head **100** of FIGS. **1-11** and **17-19**, but applicable to all embodiments of the golf club head of the present disclosure, the outer peripheral edge **133** of the strike plate **104** has a total peripheral length. The total peripheral length of the outer peripheral edge **133** is defined as the distance, circumferentially along the outer peripheral edge **133**, between a starting point and an ending point at the same location as the starting point. Similarly, the peripheral weld **120** has a total weld length. For a peripheral weld **120** that has multiple weld segments or sections, the total weld length of the peripheral weld **120** is defined as the sum of the individual weld lengths of the weld segments. Moreover, the individual length of a weld segment is equal to the individual length $LW$ of the welded portion **134** of the outer peripheral edge **133** defined by the weld segment. Accordingly, the total weld length of the peripheral weld **120** is equal to a total length of the welded portion **134** of the outer peripheral edge **133** of the strike plate **104**. For an outer peripheral edge **133** that has multiple welded portions **134**, the total length of the welded portion **134** is defined as the sum of the individual lengths $LW$ of the welded portions **150**. Correspondingly, a total length of the non-welded portion **150** of the outer peripheral edge **133** is equal to the difference between the total peripheral length of the outer peripheral edge **133** and the total length of the welded portion **134** of the outer peripheral edge **133**. For an outer peripheral edge **133** that has multiple non-welded portions **150**, the total length of the non-welded portion **150** is defined as the sum of the individual lengths $LNW$ of the non-welded portions **150**.

Based on the foregoing, a ratio of the total length of the welded portion(s) **134** of the outer peripheral edge **133** to the total peripheral length of the strike plate **104** is less than one. In some implementations, the ratio of the total length of the welded portion(s) **134** of the outer peripheral edge **133** to the total peripheral length of the strike plate **104** is between about 0.40 and about 0.94. In yet certain implementations, the ratio of the total length of the welded portion(s) **134** of the outer peripheral edge **133** to the total peripheral length of the strike plate **104** is between about 0.45 and about 0.80. According to further implementations, the ratio of the total length of the welded portion(s) **134** of the outer peripheral edge **133** to the total peripheral length of the strike plate **104** is between about 0.70 and about 0.75.

Referring to FIG. **17**, for example, in some embodiments, the length $LW$ of each welded portion **534**B of the outer peripheral edge **533**B is more than the length $LNW$ of each non-welded portion **550**B of the outer peripheral edge **533**B. However, in other embodiments, such as shown in FIG. **19**,

US 11,420,097 B2

17                                                           18

for example, the length LW of each welded portion **534**D of the outer peripheral edge **533**D is less than the length LNW of each non-welded portion **550**D of the outer peripheral edge **533**D. As also shown in FIG. **19**, for example, in certain embodiments, at least two (e.g., all in some implementations) of the welded portions **534**D of the outer peripheral edge **533**D have different lengths. However, in other embodiments, such as shown in FIG. **18**, for example, at least two of the welded portions **534**C of the outer peripheral edge **533**C have the same length. According to some implementations, all of the welded portions **534**C of the outer peripheral edge **533**C have the same length.

Referring now to FIGS. **20** and **21**, another embodiment of a golf club head **600** is shown. The golf club head **600** is analogous to the golf club head **100**, with like numbers referring to like features. More specifically, features of the golf club head **600** of FIGS. **20** and **21** that are analogous to features of the golf club head **100** have the same number, but in a different series (e.g., 600-series) format rather than the 100-series format of the golf club head **100**. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head **100** presented above are applicable to the analogous features of the golf club head **600** of FIGS. **20** and **21**.

In contrast to the golf club head **100**, which is an iron-type golf club head, the golf club head **600** is a metal-wood-type golf club head or a driver-type golf club head. Accordingly, the body **602** and strike plate **604** of the golf club head **600** define an internal cavity **642** that is much larger than the internal cavity **142**. For example, the internal cavity **642** facilitates a displaced volume of the golf club head **600** between about 120 cm³ and 200 cm³ in one implementation. However, in some implementations, the golf club head **60** can be configured to have a head volume between about 110 cm³ and about 600 cm³. In more particular implementations, the head volume may be between about 250 cm³ and about 500 cm³. In yet more specific implementations, the head volume may be between about 300 cm³ and about 500 cm³, N between about 300 cm³ and about 360 cm³, between about 300 cm³ and about 420 cm³ or between about 420 cm³ and about 500 cm³. The golf club head **600** may have a volume between about 300 cm³ and about 460 cm³, and a total mass between about 145 g and about 245 g. Alternatively, the golf club head may have a volume between about 100 cm³ and about 250 cm³, and a total mass between about 145 g and about 260 g. In some implementations where the golf club head **600** is configured as a hybrid golf club head, the golf club head **600** may have a volume between about 60 cm³ and about 150 cm³, and a total mass between about 145 g and about 280 g.

The outer peripheral edge **633** of the strike plate **604** has a welded portion **634**, welded to the body **602**, and a non-welded portion **650** that is not welded to the body **602**. Rather, the non-welded portion **650** faces and is spaced apart from a slot edge **644** of the body **602** to define a sole slot **626** of the golf club head **600**. As shown in FIG. **20**, the sole slot **626** can be filled with a non-metal filler material **628**.

Although the illustrated embodiments show iron-type golf club heads and metal-wood-type golf club heads, it is recognized that the features, functions, and advantages associated with the iron-type golf club heads and metal-wood-type golf club heads also applies to hybrid-type golf club heads, driver-type golf club heads, and putter-type golf club heads.

As presented above, a ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is less than one.

In some implementations, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is between about 0.40 and about 0.94. In yet certain implementations, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is between about 0.45 and about 0.80. In one implementation, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is about 0.625. According to further implementations, the ratio of the total length of the welded portion(s) **634** of the outer peripheral edge **633** to the total peripheral length of the strike plate **604** is between about 0.70 and about 0.75.

According to some embodiments of a golf club head with a sole slot, the length LSS of the sole slot is between about 50 mm and about 65 mm. In one implementation, the length LSS of the sole slot is between about 50 mm and about 60 mm. In another implementation, the length LSS of the sole slot is between about 55 mm and about 65 mm.

In some embodiments of a golf club head with a face slot at the heel of the golf club head, the length LFS of the face slot at the heel is between about 16 mm and about 19 mm. In some embodiments of a golf club head with a face slot at the toe of the golf club head, the length LFS of the face slot at the toe is between about 33 mm and about 40 mm. In certain implementations, the length LFS of the face slot at the toe is between about 33 mm and about 37 mm.

Referring now to FIG. **22**, one embodiment of a golf club head **800** is shown. The golf club head **800** of FIG. **22** is analogous to the golf club head **100** of FIGS. **1-11**, with like numbers referring to like features. More specifically, features of the golf club head **800** of FIG. **22** that are analogous to features of the golf club head **100** have the same number, but in a different series (e.g., 800-series) format rather than the 100-series format of the golf club head **100**. Therefore, unless otherwise noted, the description, including the structure, function, and advantages, of the features of the golf club head **100** presented above are applicable to the analogous features of the golf club head **800** of FIG. **22**.

As opposed to the golf club head **100** of FIGS. **1-11**, which illustrates a cavity-back or muscle-back type golf club head, the golf club head **800** of FIG. **22** is a hollow-cavity-type golf club head. More specifically, while the internal cavity **142** and the back surface **154** of the strike plate **104** of the golf club head **100** are not enclosed, but rather are open to a rear of the golf club head **100**, the internal cavity **842** and the back surface **854** of the strike plate **804** of the golf club head **800** are enclosed or closed to a rear of the golf club head **800**. The back portion **829** of the golf club head **800** further includes a rear wall **833** that encloses a rearward side of the internal cavity **842**. The golf club head **800** having a hollow internal cavity **842** provides several advantages, such as an increased forgiveness for off-center hits on the strike face **806** of the strike plate **804**. In some embodiments, the volume of the golf club head **800** is between about 10 cm³ and about 120 cm³. For example, in some embodiments, the golf club head **800** has a volume between about 20 cm³ and about 110 cm³, such as between about 30 cm³ and about 100 cm³, such as between about 40 cm³ and about 90 cm³, such as between about 50 cm³ and about 80 cm³, and such as between about 60 cm³ and about 80 cm³. In addition, in some embodiments, the golf club head **800** has an overall depth that is between about 15 mm and about 100 mm. For example, in some embodiments, the golf club head **800** has an overall depth between about 20 mm and

US 11,420,097 B2

19                                                              20

about 90 mm, such as between about 30 mm and about 80 mm and such as between about 40 mm and about 70 mm.

Other examples of cavity-back, muscle-back, and hollow-cavity iron-type golf club heads are described in U.S. patent application Ser. No. 14/981,330, filed Dec. 28, 2015, which is incorporated herein by reference.

In some implementations, the golf club head **800** includes weighted elements, such as a tungsten plug **896**, located at least partially within the internal cavity **842** in some implementations. Additionally, the body of the golf club heads of the present disclosure can include various features such as weighting elements, cartridges, and/or inserts or applied bodies as used for CG placement, vibration control or damping, or acoustic control or damping. For example, U.S. Pat. No. 6,811,496, incorporated herein by reference in its entirety, discloses the attachment of mass altering pins or cartridge weighting elements.

Referring now to FIG. **23**, referring to one embodiment, a method **700** of making a golf club head, such as the golf club heads described herein, includes peripherally discontinuously welding an outer peripheral edge of a strike plate to a body with the strike plate located between a heel portion, a sole portion, a toe portion, and a top portion of the body at **702**. Additionally, the method **700** includes filling a gap between the outer peripheral edge of the strike plate and the body with a filler material at **704**.

Reference throughout this specification to "one embodiment," "an embodiment," or similar language means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the present disclosure. Appearances of the phrases "in one embodiment," "in an embodiment," and similar language throughout this specification may, but do not necessarily, all refer to the same embodiment. Similarly, the use of the term "implementation" means an implementation having a particular feature, structure, or characteristic described in connection with one or more embodiments of the present disclosure, however, absent an express correlation to indicate otherwise, an implementation may be associated with one or more embodiments.

The schematic flow chart diagrams included herein are generally set forth as logical flow chart diagrams. As such, the depicted order and labeled steps are indicative of one embodiment of the presented method. Other steps and methods may be conceived that are equivalent in function, logic, or effect to one or more steps, or portions thereof, of the illustrated method. Additionally, the format and symbols employed are provided to explain the logical steps of the method and are understood not to limit the scope of the method. Although various arrow types and line types may be employed in the flow chart diagrams, they are understood not to limit the scope of the corresponding method. Indeed, some arrows or other connectors may be used to indicate only the logical flow of the method. For instance, an arrow may indicate a waiting or monitoring period of unspecified duration between enumerated steps of the depicted method. Additionally, the order in which a particular method occurs may or may not strictly adhere to the order of the corresponding steps shown.

In the above description, certain terms may be used such as "up," "down," "upper," "lower," "horizontal," "vertical," "left," "right," "over," "under" and the like. These terms are used, where applicable, to provide some clarity of description when dealing with relative relationships. But, these terms are not intended to imply absolute relationships, positions, and/or orientations. For example, with respect to an object, an "upper" surface can become a "lower" surface simply by turning the object over. Nevertheless, it is still the same object. Further, the terms "including," "comprising," "having," and variations thereof mean "including but not limited to" unless expressly specified otherwise. An enumerated listing of items does not imply that any or all of the items are mutually exclusive and/or mutually inclusive, unless expressly specified otherwise. The terms "a," "an," and "the" also refer to "one or more" unless expressly specified otherwise. Further, the term "plurality" can be defined as "at least two." The term "about" in some embodiments, can be defined to mean within +/−5% of a given value.

Additionally, instances in this specification where one element is "coupled" to another element can include direct and indirect coupling. Direct coupling can be defined as one element coupled to and in some contact with another element. Indirect coupling can be defined as coupling between two elements not in direct contact with each other, but having one or more additional elements between the coupled elements. Further, as used herein, securing one element to another element can include direct securing and indirect securing. Additionally, as used herein, "adjacent" does not necessarily denote contact. For example, one element can be adjacent another element without being in contact with that element.

As used herein, the phrase "at least one of", when used with a list of N items, means different combinations of one or more of the listed items may be used and only one of the items in the list may be needed. The item may be a particular object, thing, or category. In other words, "at least one of" means any combination of items or number of items may be used from the list, but not all of the items in the list may be required. For example, "at least one of item A, item B, and item C" may mean item A; item A and item B; item B; item A, item B, and item C; or item B and item C. In some cases, "at least one of item A, item B, and item C" may mean, for example, without limitation, two of item A, one of item B, and ten of item C; four of item B and seven of item C; or some other suitable combination.

Unless otherwise indicated, the terms "first," "second," etc. are used herein merely as labels, and are not intended to impose ordinal, positional, or hierarchical requirements on the items to which these terms refer. Moreover, reference to, e.g., a "second" item does not require or preclude the existence of, e.g., a "first" or lower-numbered item, and/or, e.g., a "third" or higher-numbered item.

As used herein, a system, apparatus, structure, article, element, component, or hardware "configured to" perform a specified function is indeed capable of performing the specified function without any alteration, rather than merely having potential to perform the specified function after further modification. In other words, the system, apparatus, structure, article, element, component, or hardware "configured to" perform a specified function is specifically selected, created, implemented, utilized, programmed, and/or designed for the purpose of performing the specified function. As used herein, "configured to" denotes existing characteristics of a system, apparatus, structure, article, element, component, or hardware which enable the system, apparatus, structure, article, element, component, or hardware to perform the specified function without further modification. For purposes of this disclosure, a system, apparatus, structure, article, element, component, or hardware described as being "configured to" perform a particular function may additionally or alternatively be described as being N "adapted to" and/or as being "operative to" perform that function.

151

US 11,420,097 B2

21

The present subject matter may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

**1**. An iron-type golf club head having an internal cavity, comprising:

a body, comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, and a hosel of the golf club head;

a strike plate welded to the body, wherein:

the strike plate comprises a strike face of the golf club head, a second part of the sole portion of the golf club head, and a majority of a face-to-sole transition region between the strike face and the sole portion;

the second part of the sole portion has an internal surface that defines a portion of the internal cavity;

the strike plate has a central portion and a peripheral portion surrounding the central portion; and

a thickness of the central portion is greater than a thickness of the peripheral portion;

a sole bar protruding from the first part of the sole portion into the internal cavity, wherein the sole bar is located in a low and rearward portion of the golf club head and has a relatively large thickness in relation to the strike plate;

a lower forward sole bar protrusion protruding from the sole bar forward towards the strike plate, wherein the second part of the sole portion wraps underneath the lower forward sole bar protrusion protruding from the sole bar; and

an elastomer material that contacts an underside surface of the lower forward sole bar protrusion, wherein the elastomer material contacts a back surface of the strike plate and the elastomer material contacts an interior surface of the second part of the sole portion;

wherein:

a thickness of the second part of the sole portion is less than the thickness of the central portion of strike plate;

at least a portion of the second part of the sole portion is welded along the first part of the sole portion; and

the first part of the sole portion further comprises a recess having at least a rear wall and opposing side walls, and wherein a weight is at least partially surrounded by the recess.

**2**. The iron-type golf club head according to claim **1**, wherein the elastomer material is a foam.

**3**. The iron-type golf club head according to claim **1**, wherein the elastomer material is polyurethane.

**4**. The iron-type golf club head according to claim **1**, wherein the elastomer material is a thermoplastic.

**5**. The iron-type golf club head according to claim **1**, wherein the elastomer material is a thermoset.

**6**. The iron-type golf club head according to claim **1**, wherein the elastomer material is initially a viscous material that is injected.

**7**. The iron-type golf club head according to claim **1**, wherein the strike plate is made of a first material and the body is made of a second material that is different than the first material.

**8**. The iron-type golf club head according to claim **1**, wherein at least one of the strike plate and the body are formed of a stainless steel.

22

**9**. The iron-type golf club head according to claim **1**, wherein part of the strike plate extends further toeward than the second part of the sole portion.

**10**. The iron-type golf club head according to claim **1**, wherein the lower forward sole bar protrusion defines a lower shelf and the sole bar further comprises an upper forward sole bar protrusion protruding from the sole bar forward towards the strike plate, and wherein the upper forward sole bar protrusion defines an upper shelf, wherein the recess is located in between the lower shelf and the upper shelf.

**11**. The iron-type golf club head according to claim **10**, wherein the weight is at least partially received within the recess.

**12**. The iron-type golf club head according to claim **1**, wherein at least one of the body and the strike plate are forged.

**13**. A golf club head having an internal cavity, comprising:

a body, comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, and a hosel of the golf club head;

a strike plate welded to the body, wherein:

the strike plate comprises a strike face of the golf club head, a second part of the sole portion of the golf club head, and a majority of a face-to-sole transition region between the strike face and the sole portion;

the second part of the sole portion has an internal surface that defines a portion of the internal cavity; and

the strike plate has a central portion and a peripheral portion surrounding the central portion; and

a thickness of the central portion is greater than a thickness of the peripheral portion;

a thickened portion protruding from the first part of the sole portion into the internal cavity, wherein the thickened portion is located in a low portion of the golf club head and rearward of the second part of the sole portion, and the thickened portion has a relatively large thickness in relation to the strike plate and has a thickness greater than the central portion of the strike plate;

an elastomer material that contacts a back surface of the strike plate and contacts an interior surface of the second part of the sole portion; and

a lower shelf, protruding from the sole bar forward towards the strike plate, and an upper shelf, protruding from the sole bar forward towards the strike plate;

wherein:

a thickness of the second part of the sole portion is less than the thickness of the central portion of strike plate; and

at least a portion of the second part of the sole portion is welded along the first part of the sole portion.

**14**. The golf club head according to claim **13**, further comprising a recess located between the lower shelf and the upper shelf.

**15**. The golf club head according to claim **14**, wherein at least a portion of the elastomer material is located forward of the recess.

**16**. The golf club head according to claim **15**, further comprising a weight positioned between the lower shelf and the upper shelf.

**17**. An iron-type golf club head having an internal cavity, comprising:

US 11,420,097 B2

23

a body, comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, and a hosel of the golf club head;

a strike plate welded to the body, wherein:

the strike plate comprises a strike face of the golf club head, a second part of the sole portion of the golf club head, and a majority of a face-to-sole transition region between the strike face and the sole portion;

the second part of the sole portion has an internal surface that defines a portion of the internal cavity;

the strike plate has a central portion and a peripheral portion surrounding the central portion; and

a thickness of the central portion is greater than a thickness of the peripheral portion;

a sole bar protruding from the first part of the sole portion into the internal cavity, wherein the sole bar is located in a low and rearward portion of the golf club head and has a relatively large thickness in relation to the strike plate;

one or more lower sole bar recesses; and

an elastomer material that contacts a back surface of the strike plate and contacts an interior surface of the second part of the sole portion;

24

wherein:

a thickness of the second part of the sole portion is less than the thickness of the central portion of strike plate;

at least a portion of the second part of the sole portion is welded along the first part of the sole portion; and

at least a portion of the elastomer material is located forward of the one or more lower sole bar recesses.

**18**. The iron-type golf club head according to claim **17**, wherein at least one of the body and the strike plate are forged.

**19**. The iron-type golf club head according to claim **17**, wherein:

the one or more lower sole bar recesses comprises a toe recess and a heel recess;

at least a portion of the toe recess is located toeward of a geometric center of the strike face; and

at least a portion of the heel recess is located heelward of the geometric center of the strike face.

* * * * *

# Exhibit 5

US011559727B2

(12) **United States Patent**
Demkowski et al.

(10) Patent No.: **US 11,559,727 B2**
(45) Date of Patent: **Jan. 24, 2023**

(54) **GOLF CLUB HEAD**

(71) Applicant: **Taylor Made Golf Company, Inc**, Carlsbad, CA (US)

(72) Inventors: **Paul Demkowski**, Cardiff, CA (US); **Matt Bovee**, Carlsbad, CA (US); **Mike Walker**, Vista, CA (US); **Boo Ohashi**, Vista, CA (US); **Connor Halberg**, San Clemente, CA (US)

(73) Assignee: **TAYLOR MADE GOLF COMPANY, INC.**, Carlsbad, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 3 days.

(21) Appl. No.: **17/087,596**

(22) Filed: **Nov. 2, 2020**

(65) **Prior Publication Data**
US 2021/0046360 A1    Feb. 18, 2021

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 16/800,811, filed on Feb. 25, 2020, now Pat. No. 10,953,293, (Continued)

(51) **Int. Cl.**
*A63B 53/04*        (2015.01)
*A63B 60/54*        (2015.01)

(52) **U.S. Cl.**
CPC ........ *A63B 53/047* (2013.01); *A63B 53/0412* (2020.08); *A63B 53/0433* (2020.08); (Continued)

(58) **Field of Classification Search**
CPC .............. A63B 53/047; A63B 53/0475; A63B 53/0462; A63B 53/0412; A63B 53/0433; A63B 53/0466; A63B 60/54 (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,660,216 A | 5/1972 | Theodorson |
| 4,180,269 A | 12/1979 | Thompson |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | H05-091732 | 12/1993 |
| JP | H08308967 | 11/1996 |

(Continued)

OTHER PUBLICATIONS

United States Golf Associate and R&A Rules Limited, Interim Procedure for Measuring the Coefficient of Restitution of an Iron Clubhead Relative to a Baseline Plate; Revision 1.2, Nov. 30, 2005, pp. 1-6.

(Continued)

*Primary Examiner* — Sebastiano Passaniti
(74) *Attorney, Agent, or Firm* — Kunzler Bean & Adamson

(57) **ABSTRACT**

Disclosed herein is an iron-type golf club head that comprises a body, made of a first material having a first density. The iron-type golf club head also comprises a weight located within the internal cavity. The iron-type golf club head further comprises a filler material that has a density no less than 0.21 g/cc. The filler material has a mass no less than 2.5 grams and no more than 8 grams. The internal cavity has an internal cavity volume ranging between 5 cc to 20 cc. A ratio of the internal cavity volume to external club head volume ranges between 0.14 and 0.385. The internal cavity has a minimum front-to-back depth above a midplane of the golf club head of no less than 1.4 mm and a maximum front-to-back depth of the internal cavity above the midplane of the golf club head is no more than 13 mm.

**22 Claims, 9 Drawing Sheets**



155

## US 11,559,727 B2

Page 2

### Related U.S. Application Data

which is a continuation of application No. 15/706,632, filed on Sep. 15, 2017, now Pat. No. 10,625,126, which is a continuation-in-part of application No. 15/394,549, filed on Dec. 29, 2016, now Pat. No. 10,543,409.

(60) Provisional application No. 62/929,083, filed on Oct. 31, 2019.

(52) **U.S. Cl.**
CPC ....... *A63B 53/0462* (2020.08); *A63B 53/0466* (2013.01); *A63B 53/0475* (2013.01); *A63B 60/54* (2015.10)

(58) **Field of Classification Search**
USPC .................................. 473/324–350, 287–292
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,398,965 | A | 8/1983 | Campau |
| 4,728,105 | A * | 3/1988 | Kobayashi ........... A63B 53/047 |
| | | | 473/348 |
| 5,178,392 | A | 1/1993 | Santoni |
| 5,184,823 | A | 2/1993 | Desboilles et al. |
| 5,290,036 | A | 3/1994 | Fenton et al. |
| 5,447,311 | A | 9/1995 | Viollaz et al. |
| 5,766,092 | A * | 6/1998 | Mimeur ................. A63B 60/00 |
| | | | 473/332 |
| 5,807,189 | A | 9/1998 | Martin et al. |
| 5,913,735 | A * | 6/1999 | Kenmi ................. A63B 60/00 |
| | | | 29/447 |
| 6,117,023 | A | 9/2000 | Onuki et al. |
| 6,533,679 | B1 * | 3/2003 | McCabe ............... A63B 60/02 |
| | | | 473/335 |
| 6,638,183 | B2 * | 10/2003 | Takeda ................. A63B 53/047 |
| | | | 473/335 |
| 6,688,989 | B2 * | 2/2004 | Best ...................... A63B 60/54 |
| | | | 473/332 |
| 6,811,496 | B2 | 11/2004 | Wahl et al. |
| 7,121,958 | B2 | 10/2006 | Cheng et al. |
| 7,169,057 | B2 * | 1/2007 | Wood ................. A63B 53/0475 |
| | | | 473/290 |
| 7,182,698 | B2 * | 2/2007 | Tseng ................. A63B 53/0475 |
| | | | 473/332 |
| 7,273,418 | B2 | 9/2007 | Gilbert et al. |
| 7,281,991 | B2 | 10/2007 | Gilbert et al. |
| 7,303,485 | B2 | 12/2007 | Tseng |
| 8,012,040 | B2 | 9/2011 | Takechi |
| 8,088,025 | B2 | 1/2012 | Wahl et al. |
| 8,210,965 | B2 | 7/2012 | Roach et al. |
| 8,328,663 | B2 | 12/2012 | Wahl et al. |
| 8,353,785 | B2 | 1/2013 | Ines et al. |
| 8,353,786 | B2 | 1/2013 | Beach et al. |
| 8,475,293 | B2 | 7/2013 | Morin et al. |
| 8,485,918 | B2 | 7/2013 | Roach et al. |
| 8,535,176 | B2 | 9/2013 | Bazzel et al. |
| 8,708,837 | B2 | 4/2014 | Roach et al. |
| 8,814,725 | B2 | 8/2014 | Wahl et al. |
| 8,974,317 | B1 | 3/2015 | Griffin et al. |
| 9,033,817 | B2 | 5/2015 | Snyder |
| 9,044,653 | B2 | 6/2015 | Wahl et al. |
| 9,138,621 | B2 | 9/2015 | Roach et al. |
| 9,192,830 | B2 | 11/2015 | Parsons et al. |
| 9,199,143 | B1 | 12/2015 | Parsons et al. |
| 9,468,821 | B2 * | 10/2016 | Parsons .............. A63B 53/0475 |
| 9,492,722 | B2 | 11/2016 | Taylor et al. |
| 9,764,208 | B1 * | 9/2017 | Parsons .............. A63B 53/0475 |
| 9,808,685 | B1 | 11/2017 | Westrum et al. |
| 10,039,965 | B1 | 8/2018 | Seluga et al. |
| 10,173,109 | B1 | 1/2019 | Seluga et al. |
| 10,258,843 | B2 | 4/2019 | Morales et al. |
| 10,596,425 | B2 | 3/2020 | Parsons et al. |
| 2005/0124437 | A1 | 6/2005 | Imamoto |
| 2006/0252575 | A1 | 11/2006 | Chen |
| 2007/0129166 | A1 * | 6/2007 | Shimazaki ......... A63B 53/0475 |
| | | | 473/345 |
| 2010/0035017 | A1 | 2/2010 | Green |
| 2011/0028240 | A1 | 2/2011 | Wahl et al. |
| 2011/0230279 | A1 | 9/2011 | Oldknow et al. |
| 2011/0275451 | A1 | 11/2011 | Chao et al. |
| 2013/0252754 | A1 | 9/2013 | Bazzel et al. |
| 2013/0281227 | A1 | 10/2013 | Roach et al. |
| 2013/0331201 | A1 | 12/2013 | Wahl et al. |
| 2014/0248977 | A1 | 9/2014 | Morin et al. |
| 2014/0274456 | A1 | 9/2014 | Cardani et al. |
| 2015/0133232 | A1 | 5/2015 | Taylor et al. |
| 2015/0328504 | A1 | 11/2015 | Finn et al. |
| 2015/0375065 | A1 | 12/2015 | Beach et al. |
| 2016/0038796 | A1 | 2/2016 | Taylor et al. |
| 2016/0193508 | A1 | 7/2016 | Issertell et al. |
| 2016/0287952 | A1 | 10/2016 | James et al. |
| 2018/0028883 | A1 | 2/2018 | Morin et al. |
| 2018/0185715 | A1 | 7/2018 | Demkowski et al. |
| 2020/0197761 | A1 | 6/2020 | Demkowski et al. |
| 2021/0162275 | A1 | 6/2021 | Demkowski et al. |
| 2021/0236887 | A1 | 8/2021 | Demkowski et al. |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2004313777 | 11/2004 |
| JP | 2006110348 | 4/2006 |
| JP | 2008036006 | 2/2008 |
| JP | 2008080095 | 4/2008 |
| JP | 2008272241 | 11/2008 |
| JP | 4291836 | 7/2009 |
| JP | 2012105821 | 6/2012 |
| JP | 2018110844 | 7/2018 |

#### OTHER PUBLICATIONS

Japanese Office Action for Japanese Patent Application No. 2017-234079 dated Sep. 8, 2021.

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**

U.S. Patent          Jan. 24, 2023          Sheet 3 of 9          US 11,559,727 B2



FIG. 6

159



**FIG. 7A**



**FIG. 7B**



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11**



**FIG. 12**

US 11,559,727 B2

1

## GOLF CLUB HEAD

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Patent Application No. 62/929,083, filed Oct. 31, 2019, and is a continuation-in-part of U.S. patent application Ser. No. 16/800,811, filed Feb. 25, 2020, which is a continuation of U.S. Pat. No. 10,625,126, filed Sep. 15, 2017, which is a continuation-in-part of U.S. Pat. No. 10,543,409, filed Dec. 29, 2016. This application also references U.S. patent application Ser. No. 15/394,549, filed Dec. 29, 2016, and U.S. patent application Ser. No. 15/706,632, filed Sep. 15, 2017, which is a continuation-in-part of U.S. patent application Ser. No. 15/394,549, both of which are incorporated by reference herein in their entireties. This application also references U.S. Pat. No. 9,044,653, filed Mar. 14, 2013, which claims the benefit of U.S. Provisional Patent Application No. 61/657,675, filed Jun. 8, 2012, both of which are hereby incorporated by reference herein in their entireties. This application further references U.S. Pat. No. 8,353,785, filed Apr. 19, 2010, which claims the benefit of U.S. Provisional Patent Application No. 61/214,487, filed Apr. 23, 2009, both of which are hereby incorporated by reference herein in their entireties. This application also references U.S. Pat. No. 6,811,496, filed Sep. 3, 2002, which is hereby incorporated by reference in its entirety. This application additionally references U.S. patent application Ser. No. 13/111,715, filed May 19, 2011, which is incorporated herein by reference in its entirety. This application further references U.S. patent application Ser. No. 14/981,330, filed Dec. 28, 2015, which claims the benefit of U.S. Provisional Patent Application No. 62/099,012, filed Dec. 31, 2014, U.S. Provisional Patent Application No. 62/098,707, filed Dec. 31, 2014, and U.S. Provisional Patent Application No. 62/846,492, filed May 10, 2019,

### FIELD

This disclosure relates generally to golf clubs, and more particularly to a golf club head with a strike plate that is separately attached to a body of the golf club head.

### BACKGROUND

The performance of golf equipment is continuously advancing due to the development of innovative clubs and club designs. While all clubs in a golfer's bag are important, both scratch and novice golfers rely on the performance and feel of their irons for many commonly encountered playing situations.

Advancements in golf club head manufacturing techniques have facilitated the manufacturing of golf club heads with advanced geometries, configurations, and materials. Many performance considerations affect the design and material properties of a golf club head. However, in some instances, one performance characteristic may be sacrificed for another performance characteristic based on the design and or material selected for the golf club head. Making a golf club head that utilizes advances geometries, configurations, and materials without significantly negatively impacting performance characteristics can be difficult.

### SUMMARY

The subject matter of the present application has been developed in response to the present state of the art, and in particular, in response to the shortcomings of golf clubs and associated golf club heads, that have not yet been fully solved by currently available techniques. Accordingly, the subject matter of the present application has been developed to provide a golf club and golf club head that overcome at least some of the above-discussed shortcomings of prior art techniques.

Disclosed herein is an iron-type golf club head that comprises a body, made of a first material having a first density. The body comprises a heel portion, a toe portion, a sole portion, a top portion, a front portion, comprising a strike face, a rear portion, comprising a rear wall, and an internal cavity enclosed by the heel portion, the toe portion, the sole portion, the top portion, the front portion and the rear wall of the rear portion. The iron-type golf club head also comprises a weight, made of a second material having a second density greater than the first density. The weight is located within the internal cavity. The iron-type golf club head further comprises a filler material, located within the internal cavity and interposed between the weight and the front portion. The filler material has a density no less than 0.21 g/cc. The filler material has a mass no less than 2.5 grams and no more than 8 grams. The golf club head has an external club head volume ranging between 40 cc to 55 cc. The internal cavity has an internal cavity volume ranging between 5 cc to 20 cc. A ratio of the internal cavity volume to external club head volume ranges between 0.14 and 0.385. The internal cavity has a minimum front-to-back depth above a midplane of the golf club head of no less than 1.4 mm and a maximum front-to-back depth of the internal cavity above the midplane of the golf club head is no more than 13 mm. The midplane is located halfway between a maximum toe height and a ground plane when the club head is a proper address position. No more than one external weight is located external to the interior cavity. An external weight is defined as anything coupled to the body having a mass more than 3 grams. The preceding subject matter of this paragraph characterizes example 1 of the present disclosure.

The body further comprises a weight channel, located within the internal cavity and open to the front portion. The weight is located within the weight channel. The weight channel and the weight are elongated and parallel to the strike face. The preceding subject matter of this paragraph characterizes example 2 of the present disclosure, wherein example 2 also includes the subject matter according to example 1, above.

The weight has a length, height, and depth. The length of the weight is at least eight times greater than each one of the height and the depth of the weight. The preceding subject matter of this paragraph characterizes example 3 of the present disclosure, wherein example 3 also includes the subject matter according to example 2, above.

The weight channel comprises a closed back side, a closed top side, a closed bottom side, and an open front side. The weight extends forwardly toward the front portion beyond the open front side of the weight channel weight extends forwardly toward the front portion beyond the open front side of the weight channel. The preceding subject matter of this paragraph characterizes example 4 of the present disclosure, wherein example 4 also includes the subject matter according to any one of examples 1-3, above.

The body further comprises a back-constraining wall that is formed in the sole portion and faces the front portion. The body also comprises an internal overhang, extending forwardly from the back-constraining wall. The internal overhang defines an internal shelf that is angled relative to the

US 11,559,727 B2

3

back-constraining wall. The body additionally comprises an upper-constraining wall that extends forwardly from the back-constraining wall and is vertically offset from the internal shelf. The body also comprises a side-constraining wall that extends forwardly from the back-constraining wall at a heelward side of the back-constraining wall and adjoins the internal shelf and the upper-constraining wall. The weight channel is defined by the back-constraining wall, the internal shelf, the upper-constraining wall, and the side-constraining wall. The weight is made of a material having a density of at least 12 g/cc. The preceding subject matter of this paragraph characterizes example 5 of the present disclosure, wherein example 5 also includes the subject matter according to any one of examples 1-4, above.

The foam has a density greater than 0.35 g/cc. The preceding subject matter of this paragraph characterizes example 6 of the present disclosure, wherein example 6 also includes the subject matter according to any one of examples 1-5, above.

The front portion further comprises a face opening and a strike plate comprising a sole wrap portion coupled to and enclosing the face opening. A thickness of the strike plate defining the strike face is less than or equal to 2.85 mm and greater than or equal to 1.1 mm. The preceding subject matter of this paragraph characterizes example 7 of the present disclosure, wherein example 7 also includes the subject matter according to any one of examples 1-6, above.

The front portion further comprises a face opening and a strike plate comprising a top wrap portion coupled to and enclosing the face opening. A thickness of the strike plate defining the strike face is less than or equal to 2.85 mm and greater than or equal to 1.1 mm. The preceding subject matter of this paragraph characterizes example 8 of the present disclosure, wherein example 8 also includes the subject matter according to any one of examples 1-7, above.

The strike plate comprises an internal surface, opposite the strike face, and a weld guide protruding from the internal surface and extending along, and offset to, an outer peripheral edge of the strike plate. The preceding subject matter of this paragraph characterizes example 9 of the present disclosure, wherein example 9 also includes the subject matter according to example 8, above.

Further disclosed herein is an iron-type golf club head that comprises a body, made of a first material having a first density. The body comprises a heel portion, a toe portion, a sole portion, a top portion, a front portion, comprising a strike face, a rear portion, comprising a rear wall, and an internal cavity enclosed by the heel portion, the toe portion, the sole portion, the top portion, the front portion and the rear wall of the rear portion. The iron-type golf club head also comprises a weight that is made of a second material having a second density greater than the first density. The weight is located within the internal cavity. The iron-type golf club head further comprises a filler material, located within the internal cavity and interposed between the weight and the front portion. The filler material has a density no less than 0.21 g/cc. The filler material has a mass no less than 2.5 grams and no more than 8 grams. The golf club head has an external club head volume ranging between 40 cc to 55 cc. The internal cavity has an internal cavity volume ranging between 5 cc to 20 cc. A ratio of the internal cavity volume to external club head volume ranges between 0.204 and 0.385. The internal cavity has a minimum front-to-back depth above a midplane of the golf club head of no less than 1.4 mm, a first front-to-back depth proximate the midplane of the golf club head, a second front-to-back depth proximate a topline portion of the internal cavity of the golf club

4

head, and a third front-to-back depth of the internal cavity located in between the midplane of the golf club and the topline portion of the internal cavity. The third front-to-back depth of the internal cavity is less than the first front-to-back depth and the second front-to-back depth. The third front-to-back depth of the internal cavity is less than 5 mm. The midplane is located halfway between a maximum toe height and a ground plane when the club head is in a proper address position. The preceding subject matter of this paragraph characterizes example 10 of the present disclosure.

Additionally disclosed herein is an iron-type golf club head that comprises a body, made of a first material having a first density. The body comprises a heel portion, a toe portion, a sole portion, a top portion, a front portion, comprising a strike face, a rear portion, comprising a rear wall, and an internal cavity enclosed by the heel portion, the toe portion, the sole portion, the top portion, the front portion and the rear wall of the rear portion. The iron-type golf club head also comprises a filler material that is located within the internal cavity and interposed between the weight and the front portion. A loft of the golf club head at proper address position is less than 35 degrees. A maximum thickness of the strike face is less than 3.1 mm. A minimum thickness of the strike face is less than 2.0 mm and no less than 1.0 mm. A density of the filler material is between 0.20 grams per cubic centimeter (g/cc) and 0.71 g/cc. An external volume of the golf club head is between 40 cc and 55 cc. The golf club head has a coefficient of restitution value greater than 0.79. A maximum front-to-back depth proximate the topline portion of the internal cavity of the golf club is no more than 6 mm. The preceding subject matter of this paragraph characterizes example 11 of the present disclosure.

The strike plate comprises a sole wrap portion that defines a part of the sole portion. The preceding subject matter of this paragraph characterizes example 12 of the present disclosure, wherein example 12 also includes the subject matter according to example 11, above.

The strike plate comprises a sole wrap portion that defines a part of the sole portion. The strike plate comprises a top wrap portion that defines a part of the top portion. The preceding subject matter of this paragraph characterizes example 13 of the present disclosure, wherein example 13 also includes the subject matter according to any one of examples 11-12, above.

The internal cavity has a sole portion, a central portion, and a topline portion, and a front-to-back depth of the internal cavity is maximum proximate the central portion. The preceding subject matter of this paragraph characterizes example 14 of the present disclosure, wherein example 14 also includes the subject matter according to any one of examples 11-13, above.

A maximum front-to-back depth proximate the topline portion of the internal cavity of the golf club is no more than 4.5 mm. The preceding subject matter of this paragraph characterizes example 15 of the present disclosure, wherein example 15 also includes the subject matter according to any one of examples 11-14, above.

The internal cavity has a minimum front-to-back depth above a midplane of the golf club head of no less than 1.0 mm, a first front-to-back depth proximate the midplane of the golf club head, a second front-to-back depth proximate a topline portion of the internal cavity of the golf club head, and a third front-to-back depth of the internal cavity located halfway in between the midplane of the golf club and the topline portion of the internal cavity, and the third front-to-back depth of the internal cavity may range between 55% to

167

US 11,559,727 B2

5

195% of a maximum front-to-back internal cavity depth proximate the topline portion of the internal cavity. The preceding subject matter of this paragraph characterizes example 16 of the present disclosure, wherein example 16 also includes the subject matter according to any one of examples 11-15, above.

A ratio of the internal cavity volume to external club head volume ranges between 0.204 and 0.385. The preceding subject matter of this paragraph characterizes example 17 of the present disclosure, wherein example 17 also includes the subject matter according to example 16, above.

The filler material is a two-part polyurethane foam. The preceding subject matter of this paragraph characterizes example 18 of the present disclosure, wherein example 18 also includes the subject matter according to example 17, above.

The mass of the filler material is between 2 grams and 10 grams. The preceding subject matter of this paragraph characterizes example 19 of the present disclosure, wherein example 19 also includes the subject matter according to example 18, above.

The face material is a high strength steel having a tensile strength of no less than 570 MPa, and a maximum face thickness is no more than 2.85 mm and a minimum face thickness is no less than 1.1 mm. The preceding subject matter of this paragraph characterizes example 20 of the present disclosure, wherein example 20 also includes the subject matter according to any one of examples 18-19, above.

The described features, structures, advantages, and/or characteristics of the subject matter of the present disclosure may be combined in any suitable manner in one or more examples and/or implementations. In the following description, numerous specific details are provided to impart a thorough understanding of examples of the subject matter of the present disclosure. One skilled in the relevant art will recognize that the subject matter of the present disclosure may be practiced without one or more of the specific features, details, components, materials, and/or methods of a particular example or implementation. In other instances, additional features and advantages may be recognized in certain examples and/or implementations that may not be present in all examples or implementations. Further, in some instances, well-known structures, materials, or operations are not shown or described in detail to avoid obscuring aspects of the subject matter of the present disclosure. The features and advantages of the subject matter of the present disclosure will become more fully apparent from the following description and appended claims, or may be learned by the practice of the subject matter as set forth hereinafter.

BRIEF DESCRIPTION OF THE DRAWINGS

In order that the advantages of the subject matter may be more readily understood, a more particular description of the subject matter briefly described above will be rendered by reference to specific examples that are illustrated in the appended drawings. Understanding that these drawings depict only typical examples of the subject matter and are not therefore to be considered to be limiting of its scope, the subject matter will be described and explained with additional specificity and detail through the use of the drawings, in which:

FIG. 1 is a perspective view of an iron-type golf club head, from a front of the golf club head, according to one or more examples of the present disclosure;

6

FIG. 2 is perspective view of the golf club head of FIG. 1, from a rear of the golf club head, according to one or more examples of the present disclosure;

FIG. 3 is a front view of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 4 is a top view of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 5. Is a bottom view of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 6 is an exploded perspective view of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 7A is a perspective view of the golf club head of FIG. 1, with a strike plate and filler material removed, according to one or more examples of the present disclosure;

FIG. 7B is a perspective view of the golf club head of FIG. 1, with a strike plate and filler material removed, according to one or more examples of the present disclosure;

FIG. 8 is a cross-sectional perspective view of the golf club head of FIG. 1, taken along the line 8-8 of FIG. 2, according to one or more examples of the present disclosure;

FIG. 9 is a perspective view of a strike plate of the golf club head of FIG. 1, according to one or more examples of the present disclosure;

FIG. 10 is a cross-sectional side view of the golf club head of FIG. 1, taken along the line 8-8 of FIG. 2, according to one or more examples of the present disclosure;

FIG. 11 is a cross-sectional side view of a golf club head, taken along a line similar to the line 8-8 of FIG. 2, according to one or more examples of the present disclosure; and

FIG. 12 is a cross-sectional side view of a golf club head, taken along a line similar to the line 8-8 of FIG. 2, according to one or more examples of the present disclosure.

DETAILED DESCRIPTION

The following describes examples of golf club heads in the context of an iron-type golf club, but the principles, methods and designs described may be applicable in whole or in part to utility golf clubs (also known as hybrid golf clubs), metal-wood-type golf club, driver-type golf clubs, putter-type golf clubs, and the like.

U.S. Patent Application Publication No. 2014/0302946 A1 ('946 App), published Oct. 9, 2014, which is incorporated herein by reference in its entirety, describes a "reference position" similar to the address position used to measure the various parameters discussed throughout this application. The address or reference position is based on the procedures described in the United States Golf Association and R&A Rules Limited, "Procedure for Measuring the Club Head Size of Wood Clubs," Revision 1.0.0, (Nov. 21, 2003). Unless otherwise indicated, all parameters are specified with the club head in the reference position.

FIGS. 3 and 10 are examples that show a golf club head in the address position (i.e. the club head is positioned such that a hosel axis, of the club head, is at a 60 degree lie angle relative to a ground plane and the club face is square relative to an imaginary target line). As shown in FIGS. 3 and 10, positioning a golf club head 100 in the reference position lends itself to using a club head origin coordinate system for making various measurements. Additionally, the USGA methodology may be used to measure the various parameters described throughout this application including head height, club head center of gravity (CG) location, and moments of inertia (MOI) about the various axes.

For further details or clarity, the reader is advised to refer to the measurement methods described in the '946 App and

168

US 11,559,727 B2

7

the USGA procedure. Notably, however, the origin and axes used in this application may not necessarily be aligned or oriented in the same manner as those described in the '946 App or the USGA procedure. Further details are provided below on locating the club head origin coordinate system.

Referring to FIGS. 1 and 2, one example of a golf club head 100 is shown. The golf club head 100 is a hollow-body-type golf club head that includes a body 102. The body 102 has a toe portion 114, a heel portion 112, a top portion 116 (e.g., top-line portion), and a sole portion 118 (e.g., bottom portion). Additionally, the body 102 includes a hosel 108 that extends from the heel portion 112 of the body 102. The hosel 108 is configured to receive and engage with a shaft and grip of a golf club. As shown in FIGS. 7A and 7B, in some examples, the golf club head 100 includes a ferrule 187 that helps secure the shaft to the hosel 108. The ferrule 187 is a ring-shaped structure with a portion received within the hosel 108 and having a central bore that receives an end of the shaft. In some examples, the ferrule 187 has a one-piece, monolithic, construction, which promotes rigidity and strength of the coupling between the shaft and the hosel 108. The shaft extends from the hosel 108 and the grip is secured to the shaft at a location on the shaft opposite that of the golf club head 100. In certain examples, the hosel 108 includes a hosel slot proximate the heel portion 112 of the body 102 of the golf club head 100. The ferrule 187 can be replaced by an adjustable head-shaft connection system, such as disclosed in U.S. Pat. No. 8,622,847, which is hereby incorporated by reference, to help adjust the launch characteristics of the golf club head 100.

The body 102 also includes a front portion 120 and a rear portion 122. The front portion 120 includes a strike face 106 designed to impact a golf ball during a normal golf swing. The strike face 106 has a face length (LF) that is equal to the distance between a par line 195 of the golf club head 100 and a toewardmost point of the golf club head 100 as shown in FIG. 3. The par line 195 is defined as the theoretical line defining the transition on the front portion 120 between a flat surface to a curved surface generally proximate to the heel end of the golf club head. Put another way, the par line 195 defines where the flat surface of the front portion 120 ends and the curved surface of the front portion 120 begins. In some examples, the face length (LF) is equal to or less than 74 mm (e.g., equal to or less than 70.5 mm).

The rear portion 122 includes a rear wall 162 opposite the strike face 106. The rear wall 162 is co-formed with the rear portion 122 to form a one-piece, seamless, and unitary monolithic construction with the rear portion 122. The body 102 further includes an internal cavity 132 that is define as the space between the toe portion 114, the heel portion 112, the top portion 116, the sole portion 118, the front portion 120, and the rear portion 122.

In some examples, the golf club head 100 is configured with dimensions similar to a blade-style golf club head. For example, an offset, in a front-to-rear direction, between a forwardmost portion of the hosel 108 and a leading edge 109 of the strike face 106 is between 1.5 mm and 4.0 mm, preferably less than 3.5 mm. According to another example, a blade length (LB) of the body 102 is between 73 mm and 83 mm, preferably between 76 mm and 80 mm. In yet another example, an overall width of the sole portion 118 is between 19 mm and 26 mm, preferably between 22 mm and 25 mm, at the toe and between 14 mm and 21 mm, preferably between 15 mm and 20 mm, at the heel.

As used herein, the blade length (LB) of the golf club head 100 is the distance between a ground plane intersection point (GPIP) and the toewardmost point of the golf club head 100,

8

when the golf club head 100 is in proper address position on the ground plane 191, which includes the grooves 111 being parallel to the ground plane 191 (see, e.g., FIG. 3). The GPIP is defined as the intersection of the ground plane 191 and a central axis 193 of the hosel 108 when the golf club head 100 is in proper address position on the ground plane 191.

Generally, for many iron-type golf club heads, such as the golf club head 100, the strike face 106 has a planar surface that is angled relative to a ground plane when the golf club head 100 is in an address position to define a loft of the golf club head 100. In other words, the strike face 106 of an iron-type golf club head generally does not include a curved surface. Accordingly, the strike face 106 of the iron-type golf club head 100 is defined as the portion of the strike face 106 with an outwardly facing planar surface. The front portion 120 further includes grooves 111 formed in the strike face 106 to promote desirable flight characteristics (e.g., back-spin) of the golf ball upon being impacted by the strike face 106.

The strike face 106 of the golf club head 100 is formed separately from the rest of the body 102 and attached to the rest of the body 102, such as via a weld. More specifically, the strike face 106 is defined by a strike plate 152 that is separately formed and welded to the front portion 120 of the body 102. In some examples, the strike face 106 includes undulations as shown and described in U.S. patent application Ser. No. 16/160,974, filed Oct. 15, 2018, and U.S. patent application Ser. No. 16/160,884, filed Oc. 15, 2018, which are both incorporated herein by reference in their entirety.

Referring to FIG. 6, the strike plate 152 is formed separately from the rest of the front portion 120 of the body 102 and is separately attached to the front portion 120 of the body 102. Notwithstanding the strike plate 152 forming part of the body 102, unless otherwise noted, for convenience, reference to the body 102 will refer to the portions of the body 102 excluding the strike plate 152. The body 102 and the strike plate 152 can be formed using the same type of process or different types of processes. In the illustrated example, the body 102 is formed to have a one-piece, seamless, unitary monolithic construction using a first manufacturing process and the strike plate 152 is formed to have a separate one-piece, seamless, unitary monolithic construction using a second manufacturing process. However, in other examples, one or both of the body 102 and the strike plate 152 has a multiple-piece construction with each piece being made from the same or a different material. Additionally, the body 102 can be formed of the same material as or a different material than the strike plate 152. The body 102 is made from a first material and the strike plate 252 is made from a second material. Separately forming and attaching together the body 102 and the strike plate 152 and making the body 102 and the strike plate 152 from the same or different materials, which allows flexibility in the types of manufacturing processes and materials used, promotes the ability to make a golf club head 100 that achieves a wide range of performance, aesthetic, and economic results.

In some implementations, the first manufacturing process is the same type of process as the second manufacturing process. For example, both the first and second manufacturing processes are casting processes in one implementation. As another example, both the first and second manufacturing processes are forging processes in one implementation. According to yet another example, both the first and second manufacturing processes are machining processes in one implementation.

**169**

US 11,559,727 B2

9

However, in some other implementations, the first manufacturing process is a different type of process than the second manufacturing process. The first manufacturing process is one of a casting process, a machining process, and a forging process and the second manufacturing process is another of a casting process, a machining process, and a forging process in some examples. In one particular example, the first manufacturing process is a casting process and the second manufacturing process is a forging process. The first manufacturing process and/or the second manufacturing process can be a process as described in U.S. Pat. No. 9,044,653, which is incorporated herein in its entirety, such as hot press forging using a progressive series of dies and heat-treatment.

Whether the first and second manufacturing processes are the same or different, the first material of the body 102 can be the same as or different than the second material of the strike plate 152. A first material is different than a second material when the first material has a different composition than the second material. Accordingly, materials from the same family, such as steel, but with different compositional characteristics, such as different carbon constituencies, are considered different materials. In one example, the first and second manufacturing processes are different, but the first and second materials are the same. In contrast, according to another example, the first and second manufacturing processes are the same and the first and second materials are different. According to yet another example, the first and second manufacturing processes are different and the first and second materials are different. In some implementations, the first and second materials are different, but come from the same family of similar materials, such as titanium or steel.

In some examples, the second material of the strike plate 152 is different than, but in the same family as, as the first material of the body 102. The first material, being within the same family as the second material, promotes the quality of the weld between the body 102 and the strike plate 152. However, in other examples, the second material of the strike plate 152 is different than and in a different family as the first material of the body 102. For example, the material of the body 102 can be a titanium alloy and the material of the strike plate 152 can be a steel alloy or a fiber-reinforced polymeric composite material.

According to some examples, the strike plate 152 is welded to the body 102 via a peripheral weld, such as the peripheral weld 153 (see, e.g., FIG. 8). The peripheral weld 153 can be peripherally continuous (extends about all of the outer periphery of the strike plate 152). However, in the illustrated examples, the peripheral weld 153 is peripherally discontinuous (extends about less than all of the outer periphery of the strike plate 152 such that at least one portion of the outer periphery of the strike plate 152 is not welded to the body 102). For example, as shown in FIGS. 8-10, the strike plate 152 includes a sole wrap portion 123 that is not welded to the body 102. More specifically, an outer peripheral edge 135, or perimeter, of the strike plate 152 defined along the sole wrap portion 123 of the strike plate 152 is not welded to the body 102. The sole wrap portion 123 effectively wraps around the sole portion 118 of the body 102 to define a portion of the bottom or the sole portion 118 of the golf club head 100. Accordingly, the sole wrap portion 123 is angled relative to the strike face 106. In some examples, as shown in FIG. 10, the sole wrap portion 123 also effectively wraps around (e.g., is vertically underneath when the strike face 106 is perpendicular to the ground plane 191) an internal shelf 180 of the sole portion 118.

10

As shown in FIG. 11, in some examples, the strike plate 142 includes the sole wrap portion 123 and further includes a top wrap portion 129. The top wrap portion 126 forms a part of the top portion 116 of the body 102 in a manner similar to the sole wrap portion 123 forming a part of the sole portion 118. In contrast, according to certain examples as shown in FIG. 12, the strike plate 142 has neither a sole wrap portion 123 nor a top wrap portion 129, such that no portion of the strike plate 142 forms part of the top portion 116 or the sole portion 118.

Referring to FIGS. 6 and 9, in some examples, the strike plate 152 also includes a jog feature 170 (e.g., notch) on a toeward side of the strike plate 152. The jog feature 170 defines a transition from the peripheral edge of the sole wrap portion 123 to the peripheral edge of the toe portion of the strike plate 152. The jog feature 170 promotes a part of the strike plate 152 extending further toeward than the sole wrap portion 123. Accordingly, the jog feature 170 defines an intersection between the sole wrap portion 123 and the part of the strike plate 152 that extends toeward of the sole wrap portion 123.

Not only is the outer peripheral edge 135 of the sole wrap portion 123 of the strike plate 152 not welded to the body 102, but the outer peripheral edge of the sole wrap portion 123 is spaced apart from the body 102 such that a gap is defined between the outer peripheral edge 135 of the strike plate 104 and the body 102. The gap defines a sole slot 150 of the golf club head 100. Generally, the sole slot 150 is a groove or channel formed in a sole of the golf club head 100. The sole slot 150 is elongated in a lengthwise direction, substantially parallel to the strike face 106, and has a length LSS (see, e.g., FIG. 5). In the illustrated examples, the sole slot 150 is a through-slot, or a slot that is open on a sole portion side of the sole slot 150 and open on an internal cavity side or interior side of the sole slot 150. However, in other examples, the sole slot 150 is not a through-slot, but rather is closed on an internal cavity side or interior side of the sole slot 150.

The sole slot 150 can be any of various flexible boundary structures (FBS) as described in U.S. Pat. No. 9,044,653, filed Mar. 14, 2013, which is incorporated by reference herein in its entirety. Additionally, or alternatively, the golf club head 100 can include one or more other FBS at any of various other locations on the golf club head 100.

In some examples, the sole slot 150 is filled with a filler material 151 (see, e.g., FIGS. 8 and 11). The filler material 151 is made from a non-metal, such as a thermoplastic material, thermoset material, and the like, in some implementations. Accordingly, the filler material 151 does not weld the sole wrap portion 123 to the body 102. In other implementations, the sole slot 150 is not filled with a filler material 151, but rather maintains an open, vacant, space within the sole slot 150. According to some examples, the filler material 151 is initially a viscous material that is injected or otherwise inserted into the sole slot 150. Examples of materials that may be suitable for use as a filler to be placed into a slot, channel, or other flexible boundary structure include, without limitation: viscoelastic elastomers; vinyl copolymers with or without inorganic fillers; polyvinyl acetate with or without mineral fillers such as barium sulfate; acrylics; polyesters; polyurethanes; polyethers; polyamides; polybutadienes; polystyrenes; polyisoprenes; polyethylenes; polyolefins; styrene/isoprene block copolymers; hydrogenated styrenic thermoplastic elastomers; metallized polyesters; metallized acrylics; epoxies; epoxy and graphite composites; natural and synthetic rubbers; piezoelectric ceramics; thermoset and thermoplas-

170

US 11,559,727 B2

11

tic rubbers; foamed polymers; ionomers; low-density fiber glass; bitumen; silicone; and mixtures thereof. The metallized polyesters and acrylics can comprise aluminum as the metal. Commercially available materials include resilient polymeric materials such as Scotchweld™ (e.g., DP-105™) and Scotchdamp™ from 3M, Sorbothane™ from Sorbothane, Inc., DYAD™ and GP™ from Soundcoat Company Inc., Dynamat™ from Dynamat Control of North America, Inc., NoViFlex™ Sylomer™ from Pole Star Maritime Group, LLC, Isoplast™ from The Dow Chemical Company, Legetolex™ from Piqua Technologies, Inc., and Hybrar™ from the Kuraray Co., Ltd.

In some examples, a solid filler material may be press-fit or adhesively bonded into the sole slot 150. In other examples, a filler material may poured, injected, or otherwise inserted into the sole slot 150 and allowed to cure in place, forming a sufficiently hardened or resilient outer surface. In still other examples, a filler material may be placed into the sole slot 150 and sealed in place with a resilient cap or other structure formed of a metal, metal alloy, metallic, composite, hard plastic, resilient elastomeric, or other suitable material.

Although in the above examples, the sole wrap portion 123 of the strike plate 152 is not welded to the body 102, such that a sole slot 150 is formed, according to other examples, the sole wrap portion 123 is welded to the body 102 and the golf club head 100 does not include a sole slot 150 (see, e.g., FIG. 11). The sole wrap portion 123 is welded along the sole portion 118 at a location between approximately 4 mm and approximately 11 mm rearward of the leading edge 109. The omission of a sole slot 150 in the sole portion 118 may provide an aesthetic look and feel that is preferred by some players.

Additionally, as shown in FIG. 12, in certain examples, the strike plate 152 does not include a sole wrap portion 123 such that the bottom of the strike plate 152 is welded to the front portion 120 above the leading edge 109. In such examples, the sole portion 118 can include a sole slot or, as depicted in FIG. 12, not include a sole slot. Furthermore, with reference to FIG. 11 as mentioned above, according to some examples, the strike plate 152 includes a crown or top wrap portion 129 that at least partially wraps around the top of the face portion 120 to define a part of the top portion 116 of the body 102. A crown or top wrap portion may be beneficial to avoid weld burn through which can be caused when welding on the face. To avoid weld-burn-through a minimum internal cavity depth of at least 1.0 mm is desired. However, this is not necessary in the case of a strike plate with a top wrap portion.

The body 102 is configured to receive the portions of an outer peripheral edge of the strike plate 152, to be welded to the body 102 via the peripheral weld 153. The front portion 120 of the body 102 includes a face opening 177 defined between the toe portion 114, the heel portion 112, the top portion 116, and the sole portion 118 of the body 102. Generally, the face opening 177 receives the strike plate 152 and helps to secure the strike plate 152 to the body 102. The face opening 177 extends entirely through the front portion 120 and is open to an internal cavity 132 of the body 102. The strike plate 152 in effect covers the face opening 177, thus enclosing the internal cavity 132 and forming the hollow body of the golf club head 100.

Although not shown, the front portion 120 of the body 102 can additionally include a plate interface formed along at least a portion of the periphery of the face opening 177. The plate interface promotes attachment of the strike plate 152 to the body 102 by supporting the strike plate 152

12

against the body 102 and promoting the formation of the peripheral weld 153 between the strike plate 152 and the body 102. Accordingly, the plate interface is formed along at least the portion or portions of the periphery of the face opening 177 to which the strike plate 152 is welded. The plate interface can include a rim and a ledge. The rim defines a surface that faces an interior of the body 102 and the ledge defines a surface that faces the front of the body 102. The rim is transverse relative to the ledge and sized to be substantially flush against or just off of the outer peripheral edge of the strike plate 152. The fit between the rim of the plate interface and the outer peripheral edge of the strike plate 152 facilitates the butt welding together of the rim and the outer peripheral edge of the strike plate 152 with the peripheral weld 153.

The peripheral weld 153 is formed using any of various welding techniques, such as those disclosed in U.S. Pat. No. 8,353,785, which is incorporated herein by reference in its entirety. Moreover, the characteristics and type (e.g., bead, groove, fillet, surface, tack, plug, slot, friction, and resistance welds) of the peripheral weld 153 can be that same or analogous to those described in U.S. Pat. No. 8,353,785. For example, in one implementation, the peripheral weld is formed using one or more of a tungsten inert gas (TIG) or metal inert gas (MIG) welding technique. In other implementations, the peripheral weld is formed using one or more of a laser welding technique or a plasma welding technique.

Referring to FIGS. 8 and 9, according to certain examples, the strike plate 152 includes a weld guide 190 protruding from an internal surface 159 of the strike plate 152. The weld guide 190 extends along the outer peripheral edge of the strike plate 152 at a location offset from the outer peripheral edge. The weld guide 190 provides a visual guide for locating an ideal weld bead and helps an inspector determine the quality of the peripheral weld 153 by comparing the peripheral weld 153 to the weld guide 190 using an X-Ray machine. In some examples, a corresponding weld guide may be located on the front portion of the strike plate to further help locate the weld placement. Any front weld guide and weld bead would later be ground off.

Referring to FIGS. 6, 7A, and 7B, the internal shelf 180 defines a horizontal surface (e.g., when the golf club head 100 is in the proper address position) that extends substantially parallel to the strike face 106 or in a heel-to-toe direction. With the internal shelf 180 formed in the sole portion 118, the internal shelf 180 is below the geometric center 182 of the strike face 106. The internal shelf 180 is rearwardly offset from the internal surface 159 of the strike plate 152 and extends from a back-constraining wall 179 formed in the sole portion 118. As shown in FIG. 10, the internal shelf 180 extends a distance (DIS) forwardly from the back-constraining wall 179. In some examples, at least a portion of the internal shelf 180 is formed in an upper surface of an internal overhang 175 (e.g., second overhang) that overhangs a portion of the sole portion 118 in a direction substantially parallel to the strike face 106. The internal overhang 175 extends forwardly from the back-constraining wall 179. As shown in FIGS. 7A and 7B, the internal shelf 180 is configured to receive and directly support the weight 140. In other words, the weight 140 is attached to and lays flat against the internal shelf 180 as will be explained in more detail.

The internal shelf 180 also partially defines a weight channel 176 within the internal cavity 132 of the body 102. The weight channel 176 is enclosed within the internal cavity 132 but is open to the internal cavity 132 on a front side and a toeward side of the weight channel 176. In

US 11,559,727 B2

13

contrast, the weight channel 176 is closed to the internal cavity 132 on a bottom side, back side, top side, and heelward side of the weight channel 176. Accordingly, the weight channel 176 has a closed bottom side, a closed back side, a closed top side, a closed heelward end, an open toeward end, and an open front side. The bottom side of the weight channel 176 is defined by the internal shelf 180 of the sole portion 118. The back side of the weight channel 176 is defined by the back-constraining wall 179 of the sole portion 118. The top side of the weight channel 176 is defined by an upper-constraining wall 172 (e.g., first overhang) that protrudes forwardly from the back-constraining wall 179 towards the strike face 106 a distance (DUCW). The upper-constraining wall 172 is vertically offset from the internal shelf 180. The heelward side of the weight channel 176 is defined by a side-constraining wall 174 that also protrudes forwardly from the back-constraining wall 179 towards the strike face 106 and is adjoined with the upper-constraining wall 172 and the internal shelf 180. The body 102 does not include a side-constraining wall at the toeward side of the weight channel 176. Accordingly, the weight channel 176 includes an open toeward end 178 at the toeward side of the weight channel 176. The weight channel 176 has a length (LWC) that extends from the open toeward end 178 to the closed heelward end. The weight channel 176 is elongated with its length (LWC) extending parallel to the strike face 106.

Referring to FIGS. 7A and 7B, the weight 140 is seated within the weight channel 176. For example, the weight 140 is seated against the internal shelf 180, the back-constraining wall 179, the upper-constraining wall 172, and the side-constraining wall 174. In certain examples, the weight 140 is retained in seated engagement with the weight channel 176 by attaching the weight 140 to the surfaces of the internal shelf 180, the back-constraining wall 179, the upper-constraining wall 172, and the side-constraining wall 174 that define the weight channel 176. According to one example, the weight 140 is attached to the surfaces of the weight channel 176 by adhering or adhesively bonding (e.g., gluing, such as with glue or epoxy) the weight 140 to at least one of the surfaces. In another example, the weight 140 is attached to the surfaces of the weight channel 176 by welding, brazing, soldering, or mechanically fastening the weight 140 to the surfaces. Other than an adhesive material or weldment, there is no intervening layers (e.g., damping material) between the weight 140 and the body 102 of the golf club head 100. A filler material 133 in the internal cavity 132, as will be described in more detail, can also help to retain the weight 140 in the weight channel 176 by encapsulating the weight 140 in the weight channel 176. But, because the weight 140 is seated in the weight channel 176, no portion of the filler material 133 is located behind the weight 140 between the weight 140 and the back-constraining wall 179 or under the weight 140 between the weight 140 and the internal shelf 180.

When retained in seated engagement with the weight channel 176, the weight 140 is proud of the upper-constraining wall 172 and the side-constraining wall 174. In other words, as shown in FIG. 10, the weight 140 is sized to extend out of the weight channel 176, beyond the upper-constraining wall 172 and the side-constraining wall 174, toward the strike face 106. Referring to FIG. 6, the weight 140 is elongated in the heel-to-toe direction. More specifically, the weight 140 has a length (LW), a height (HW), and a depth (DW), where the length (LW) is greater than each one of the height (HW) and the depth (DW). In certain implementations, the weight 140 is elongated and the length

14

(LW) is at least four times, five times, six times, seven times, or eight times each one of the height (HW) and/or the depth (DW). Moreover, the length (LW) of the weight 140 is equal to or less than the length (LWC) of the weight channel 176 and the depth (DW) of the weight 140 is more than the distance (DUCW) of the upper-constraining wall 172 and less than the distance (DIS) of the internal shelf 180. In some examples, the height (HW) of the weight 140 and the depth (DW) of the weight 140 is between 4 mm and 6 mm, such as 5 mm. The weight 140 is situated in the weight channel 176 such that the length (LW) of the weight 140 is parallel to the strike face 106. Accordingly, when situated in this manner as shown in FIG. 10, the depth (DW) of the weight 140, being greater than the distance (DUCW), results in the weight 140 extending beyond the upper-constraining wall 172. Such an arrangement facilitates an improved center-of-gravity (CG) projection.

The length (LW) of the weight 140 is such that a toe portion of the weight 140 is located at least 20 mm toeward of the geometric center 182 of the strike face 106, a heel portion of the weight 140 is located at least 20 mm heelward of the geometric center 182 of the strike face 106, and a central portion (between the toe portion and a heel portion) of the weight 140 is located within 20 mm of the geometric center 182 of the strike face 106. In some examples, the center of gravity of the weight 140 is shifted toeward to offset the weight of the hosel 108 and shift the CG of the golf club head 100 closer to the geometric center 182 of the strike face 106, and in some cases toeward of the geometric center 182 of the strike face 106. According to certain examples, length (LW) of the weight 140 is between 30 mm and 50 mm, such as 40 mm. In some examples, the length (LW) of the weight 140 is between 35% and 65% of a blade length LB of the body 102.

At proper address position, as shown in FIG. 10, the weight 140 is at a height (HWT) above the ground plane 191. In other words, no portion of the weight 140 is above the height (HWT) when the golf club head 100 is in the proper address position on the ground plane 191. Also, at proper address position on the ground plane 191, the geometric center 182 (e.g., center face) of the strike face 106 is at a height (HGC) above the ground plane 191. The height (HWT) of the weight 140 is less than the height (HGC) of the geometric center 182 of the strike face 106. Locating the weight 140 lower on the golf club head 100 (e.g., closer to the ground plane 191 when in proper address position) promotes a lower z-axis coordinate (e.g., z-up value) of the center of gravity of the golf club head 100. In some examples, the height (HWT) of the weight 140 is less than the z-axis coordinate of the center of gravity of the golf club head 100 (i.e., the z-up value of the golf club head 100). In certain examples, the z-axis coordinate of the center of gravity of the golf club head 100 is between 10 mm and 20 mm, such as between 17.9 mm and 19.2 mm.

The golf club head 100 includes a sole bar at a bottom-rear portion of the golf club head. In some examples, the sole bar has a front-to-back depth of at least 9 mm and a height from the ground plane 191, as shown in FIG. 10, of at least 9 mm. According to certain examples, the sole bar height is at least 10 to 20 times the thickness of the topline.

In some examples, the body 102, including the heel portion 112, the toe portion 114, the sole portion 118, the top portion 116, the front portion 120, the rear portion 122, and the strike plate 152 is made of a metal alloy, such as a steel alloy or a titanium alloy, or made of a non-metal material, such as a fiber-reinforced polymeric material.

US 11,559,727 B2

15

As used herein, the steel alloy can be any of various steel alloys known in the art. For example, the steel alloy can be 8620 carbon steel or 1025 carbon steel. According to some examples, the strike plate 152 can be made from maraging steel, maraging stainless steel, or precipitation-hardened (PH) stainless steel. In general, maraging steels have high strength, toughness, and malleability. Being low in carbon, they derive their strength from precipitation of inter-metallic substances other than carbon. The principle alloying element is nickel (15% to nearly 30%). Other alloying elements producing inter-metallic precipitates in these steels include cobalt, molybdenum, and titanium. In one embodiment, the maraging steel contains 18% nickel. Maraging stainless steels have less nickel than maraging steels but include significant chromium to inhibit rust. The chromium augments hardenability despite the reduced nickel content, which ensures the steel can transform to martensite when appropriately heat-treated. In another embodiment, a maraging stainless steel C455 is utilized as the strike plate 104. In other embodiments, the strike plate 104 is a precipitation hardened stainless steel such as 17-4, 15-5, or 17-7.

The body 102 of the golf club head 100, excluding the strike plate 152, is made from 17-4 steel in one implementation. However another material, such as carbon steel (e.g., 1020, 1030, 8620, or 1040 carbon steel), chrome-molybdenum steel (e.g., 4140 Cr—Mo steel), Ni—Cr—Mo steel (e.g., 8620 Ni—Cr—Mo steel), austenitic stainless steel (e.g., 304, N50, or N60 stainless steel (e.g., 410 stainless steel) can be used.

As used herein, the titanium alloy can be any of various titanium alloys. According to certain examples, the titanium alloy includes one or more of 9-1-1, 3-2.5, 6-4, SP700, 15-3-3-3, 10-2-3, or other alpha/near alpha, alpha-beta, and beta/near beta titanium alloys. The density of the titanium alloy is less than 8 grams-per-cubic centimeter in some examples.

In one example, the titanium alloy is a 9-1-1 titanium alloy. Titanium alloys comprising aluminum (e.g., 8.5-9.5% Al), vanadium (e.g., 0.9-1.3% V), and molybdenum (e.g., 0.8-1.1% Mo), optionally with other minor alloying elements and impurities, herein collectively referred to a "9-1-1 Ti", can have less significant alpha case, which renders HF acid etching unnecessary or at least less necessary compared to faces made from conventional 6-4 Ti and other titanium alloys. Further, 9-1-1 Ti can have minimum mechanical properties of 820 MPa yield strength, 958 MPa tensile strength, and 10.2% elongation. These minimum properties can be significantly superior to typical cast titanium alloys, such as 6-4 Ti, which can have minimum mechanical properties of 812 MPa yield strength, 936 MPa tensile strength, and ~6% elongation. In certain examples, the titanium alloy is 8-1-1 Ti.

In another example, the titanium alloy is an alpha-beta titanium alloy comprising 6.5% to 10% Al by weight, 0.5% to 3.25% Mo by weight, 1.0% to 3.0% Cr by weight, 0.25% to 1.75% V by weight, and/or 0.25% to 1% Fe by weight, with the balance comprising Ti (one example is sometimes referred to as "1300" or "ZA1300" titanium alloy). In another representative example, the alloy may comprise 6.75% to 9.75% Al by weight, 0.75% to 3.25% or 2.75% Mo by weight, 1.0% to 3.0% Cr by weight, 0.25% to 1.75% V by weight, and/or 0.25% to 1% Fe by weight, with the balance comprising Ti. In yet another representative example, the alloy may comprise 7% to 9% Al by weight, 1.75% to 3.25% Mo by weight, 1.25% to 2.75% Cr by weight, 0.5% to 1.5% V by weight, and/or 0.25% to 0.75% Fe by weight, with the balance comprising Ti. In a further

16

representative example, the alloy may comprise 7.5% to 8.5% Al by weight, 2.0% to 3.0% Mo by weight, 1.5% to 2.5% Cr by weight, 0.75% to 1.25% V by weight, and/or 0.375% to 0.625% Fe by weight, with the balance comprising Ti. In another representative example, the alloy may comprise 8% Al by weight, 2.5% Mo by weight, 2% Cr by weight, 1% V by weight, and/or 0.5% Fe by weight, with the balance comprising Ti (such titanium alloys can have the formula Ti-8Al-2.5Mo-2Cr-1V-0.5Fe). As used herein, reference to "Ti-8Al-2.5Mo-2Cr-1V-0.5Fe" refers to a titanium alloy including the referenced elements in any of the proportions given above. Certain examples may also comprise trace quantities of K, Mn, and/or Zr, and/or various impurities.

Ti-8Al-2.5Mo-2Cr-1V-0.5Fe can have minimum mechanical properties of 1150 MPa yield strength, 1180 MPa ultimate tensile strength, and 8% elongation. These minimum properties can be significantly superior to other cast titanium alloys, including 6-4 Ti and 9-1-1 Ti, which can have the minimum mechanical properties noted above. In some examples, Ti-8Al-2.5Mo-2Cr-1V-0.5Fe can have a tensile strength of from about 1180 MPa to about 1460 MPa, a yield strength of from about 1150 MPa to about 1415 MPa, an elongation of from about 8% to about 12%, a modulus of elasticity of about 110 GPa, a density of about 4.45 g/cm³, and a hardness of about 43 on the Rockwell C scale (43 HRC). In particular examples, the Ti-8Al-2.5Mo-2Cr-1V-0.5Fe alloy can have a tensile strength of about 1320 MPa, a yield strength of about 1284 MPa, and an elongation of about 10%. The Ti-8Al-2.5Mo-2Cr-1V-0.5Fe alloy, particularly when used to cast golf club head bodies, promotes less deflection for the same thickness due to a higher ultimate tensile strength compared to other materials. In some implementations, providing less deflection with the same thickness benefits golfers with higher swing speeds because over time the face of the golf club head will maintain its original shape over time.

In addition to those noted above, some examples of metals and metal alloys that can be used to form the components of the parts described include, without limitation: aluminum/aluminum alloys (e.g., 3000 series alloys, 5000 series alloys, 6000 series alloys, such as 6061-T6, and 7000 series alloys, such as 7075), magnesium alloys, copper alloys, and nickel alloys.

In still other embodiments, the body 102 and/or the strike plate 152 of the golf club head 100 are made from fiber-reinforced polymeric composite materials, and are not required to be homogeneous. Examples of composite materials and golf club components comprising composite materials are described in U.S. patent application Ser. No. 13/111,715, filed May 19, 2011, which is incorporated herein by reference in its entirety.

The weight 140, in some examples, is made of a high-density material that is different than the materials of the body 102, including the strike plate 152. As defined herein, a high-density material is a material having a density of at least 7.5 grams-per-cubic-centimeter (g/cc) and a density greater than the density of the body 102, including the strike plate 152. In some examples, the density of the high-density material is at least 12 g/cc, 14 g/cc, or 16 g/cc. Various metal materials have qualifying densities. In some examples, the high-density material of the weight 140 is a tungsten alloy, which can be any one of various tungsten alloys. In one example, the weight 140 has a mass of at least 10 grams, at least 12 grams (e.g., 12.2 grams), or at least 13 grams (e.g., 13.5 grams). The total mass of the weight 140 can be at least 30% of the total mass of the golf club head 100, such as, for

173

US 11,559,727 B2

17

example, between 35% and 50% or preferably between 39% and 46% of the total mass of the golf club head **100**. According to one example, the mass of the weight **140** is at least 2 times the mass of the filler material **133**.

According to some examples, the weight **140** has a variable mass per unit length that varies along its length (LW). Additionally, in certain examples, the weight **140** has a variable density (e.g., tapers) along a length of the weight, such that, for example, the toe portion of the weight **140** has a greater density than the heel portion or central portion of the weight **140**.

In the illustrated examples, a cross-sectional shape of the weight **140** is constant along the length (LW) of the weight **140**. The cross-sectional shape of the weight **140** is square or rectangular in certain examples. However, the weight **140** can have a cross-sectional shape this is another standard shape or a non-standard complex shape. In some examples, a cross-sectional shape of the weight **140** varies along the length (LW) of the weight **140**. The weight **140** is symmetrical in certain examples and non-symmetrical in other examples. More specifically, in some examples, both the mass distribution and the shape of the weight **140** can be symmetrical or non-symmetrical. The weight **140** has a one-piece, unitary and seamless, monolithic construction in some examples.

In certain examples of the golf club head **100**, as shown in FIGS. **6**, **8**, and **10**, the internal cavity **132** is partially or entirely filled with a filler material **133**. According to certain examples, the total volume of the golf club head **100** is between 40 cc and 55 cc, such as between 47 cc and 51 cc, and the total volume of the filler material **133** in the internal cavity **132** is between 11 cc and 17 cc. In some implementations, the filler material **133** is made from a non-metal, such as a thermoplastic material, thermoset material, and the like. In other implementations, the internal cavity **132** is not filled with a filler material **133**, but rather maintains an open, vacant, cavity within the club head.

According to some examples, the filler material **133** is initially a viscous material that is injected or otherwise inserted into the club head through an injection port **107** (see, e.g., FIGS. **1** and **6**) located on the toe portion **114** of the golf club head **100**. However, in other examples, the injection port **107** can be located anywhere on the golf club head **100**, including the top portion **116**, the rear portion **122** (e.g., the rear wall **162**), the sole portion **118**, the heel portion **112**, the toe portion **114**, or through the hosel **108**. In certain examples, the injection port **107** is located in the toe portion **114**, which includes a build-up of mass to accommodate the port. The injection port **107** has a length equal to a thickness of the toe portion **114**, which in some examples is at least 7.0 mm. In certain examples, the injection port **107** is oriented such that a central axis extending through the injection port **107** does not intersect the front portion **106**. However, in other examples, the injection port **107** is oriented such that its central axis intersects the front portion **106**.

The injection port **107** can be sealed with a plug **105** after the filler material **133** is injected into the internal cavity **132**. In one example, the plug **105** is a metallic plug that can be made from steel, aluminum, titanium, or a metallic alloy. According to an example, the plug **105** is an anodized aluminum plug that is colored a red, green, blue, gray, white, orange, purple, black, clear, yellow, or metallic color. In one example, the plug **105** is a different or contrasting color from the majority color located on the body **102** of the golf club head **100**. In still other examples, the filler material **133** may be pre-formed and placed into the golf club head **100** and sealed in place with a plug, cover, resilient cap, or other

18

structure formed of a metal, metal alloy, metallic, composite, hard plastic, resilient elastomeric, or other suitable material. According to certain examples, the plug **105** acts as a weight to affect the toeward weighting and corresponding performance characteristics of the golf club head **100**. For example, the plug **105** can be selected from, and interchangeable with, one of several disparately weighted plugs to customize the performance characteristics of the golf club head **100**. In one example, the plug **105** has a mass of between 0.2 grams and 15 grams, and in certain examples, the plug **105** is equal to or more than 3 grams. Accordingly, the plug **105** can be made of a low-density material, such as aluminum, or a high-density material, such as a tungsten alloy as disclosed herein.

Examples of materials that may be suitable for use as the filler material **133** to be injected or placed into the internal cavity **132** of the golf club head **100** include, without limitation: viscoelastic elastomers; vinyl copolymers with or without inorganic fillers; polyvinyl acetate with or without mineral fillers such as barium sulfate; acrylics; polyesters; polyurethanes; polyethers; polyamides; polybutadienes; polystyrenes; polyisoprenes; polyethylenes; polyolefins; styrene/isoprene block copolymers; hydrogenated styrenic thermoplastic elastomers; metallized polyesters; metallized acrylics; epoxies; epoxy and graphite composites; natural and synthetic rubbers; piezoelectric ceramics; thermoset and thermoplastic rubbers; foamed polymers; ionomers; low-density fiber glass; bitumen; silicone; and mixtures thereof. The metallized polyesters and acrylics can comprise aluminum as the metal. Commercially available materials include resilient polymeric materials such as Scotchweld™ (e.g., DP-105™) and Scotchdamp™ from 3M, Sorbothane™ from Sorbothane, Inc., DYAD™ and GP™ from Soundcoat Company Inc., Dynamat™ from Dynamat Control of North America, Inc., NoViFlex™ Sylomer™ from Pole Star Maritime Group, LLC, Isoplast™ from The Dow Chemical Company, Legetolex™ from Piqua Technologies, Inc., and Hybrar™ from the Kuraray Co., Ltd. In some examples, the filler material **133** is a two-part polyurethane foam that is a thermoset and is flexible after it is cured. In one example, the two-part polyurethane foam is any methylene diphenyl diisocyanate (a class of polyurethane prepolymer) or silicone based flexible or rigid polyurethane foam. Referring to FIG. **6**, whether injected or pre-formed and inserted into the internal cavity **132**, the filler material **133** when hardened includes a recess **197** to accommodate the cone **192** of the strike plate **152**. The filler material **133** can be any one or more of the filler materials, which have a density between 0.03 g/cc and 0.19 g/cc, disclosed in U.S. Pat. No. 8,088,025, which is incorporated herein by reference in its entirety.

However, as discussed above, in some examples, the filler material **133** is a two-part polyurethane foam that is a thermoset and is flexible after it is cured. In one example, the two-part polyurethane foam is any methylene diphenyl diisocyanate (a class of polyurethane prepolymer) or silicone based flexible or rigid polyurethane foam. In the case of a two-part polyurethane foam, the density of the filler material **133**, after it is fully formed within the internal cavity **132**, is at least 0.21 g/cc, such as between about 0.21 g/cc and about 0.71 g/cc or between about 0.22 g/cc and about 0.49 g/cc. In certain embodiments, the density of the filler material **133** is in the range of about 0.22 g/cc to about 0.71 g/cc, or between about 0.35 g/cc and 0.60 g/cc. The corresponding mass of the filler material **133**, which is dependent on the volume of the internal cavity **132** in some examples, is between 2.5 grams and 10 grams, inclusively (e.g., greater than 4 grams and less than 7 grams or 8 grams)

US 11,559,727 B2

19

in certain implementations. The density of the filler material **133** impacts the COR, durability, strength, and filling capacity of the club head. In general, a lower density material will have less of an impact on the COR of a club head. As mentioned, the density of the filler material **133** is the density after the filler material **133** is fully formed within and enclosed by the internal cavity **132**.

In some examples, the filler material **133** includes two foams with different densities. According to one example, a foam with a higher density is injected and situated in a lower portion of the internal cavity **132**, such as against the weight **140**. Then, a foam with a lower density is injected and situated in a higher portion of the internal cavity **132** on top of the higher-density foam. Such a configuration helps to lower the z-up value of the golf club head **100**, while still providing the benefits of foam as the filler material **133**.

During development of the golf club head **100**, use of a lower density filler material having a density less than 0.21 g/cc was investigated, but the lower density did not meet certain sound performance criteria. This resulted in using a filler material **133** having a density of at least 0.21 g/cc to meet sound performance criteria with minimal impact to COR as demonstrated in Table 1 below.

According to some examples, an internal volume of the golf club head **100** (i.e., the volume of the internal cavity **132** before the filler material **133** is added) is between about 5.5 cc and about 18 cc. Referring to FIG. **10**, a width (WIC), or front-to-back depth) of the internal cavity **132** above the midplane (MP) of the golf club head **100**, which is the plane parallel to the ground plane **191** and at a height above the ground plane **191** equal to one half the height of the tallest extent of the toe portion **114** from the ground plane **191** when the golf club head **100** is in the proper address position on the ground plane **191**, varies between 1.4 mm and 13 mm, inclusive (e.g., between 1.5 mm and 12 mm, inclusive, or between 3.0 mm and 10 mm, inclusive). In some examples, a width of the internal cavity **132**, above the midplane (MP) decreases and increases from a top of the internal cavity **132** towards the bottom of the internal cavity **132** and/or from the midplane (MP) toward the top of the internal cavity **132**. The external volume of the golf club head **100** is between 40 cc and 55 cc in certain examples. Accordingly, the ratio of internal volume to external volume of the golf club head **100** is between 0.14 and 0.385 (e.g., between 0.22 and 0.36), inclusive. In some examples, a first width (WIC) of the internal cavity **132** above the midplane (MP) is greater than a second width (WIC) of the internal cavity **132** below the midplane (MP), and a third width (WIC) of the internal cavity **132** between the first width (WIC) and the second width (WIC) is greater than the first width (WIC) and the second width (WIC).

In some examples, a maximum front-to-back internal cavity depth proximate the topline portion of the internal cavity of the golf club is no more than 6 mm. In some examples, a minimum front-to-back internal cavity depth is no less than 1.0 mm. In some examples, the internal cavity has a minimum front-to-back depth above a midplane of the golf club head of no less than 1.0 mm, a first front-to-back depth proximate the midplane of the golf club head, a second front-to-back depth proximate a topline portion of the internal portion of the golf club head, and a third front-to-back depth of the internal cavity located in halfway between the midplane of the golf club and the topline portion of the internal cavity, and the third front-to-back depth of the internal cavity may range between 55% to 195% of a maximum front-to-back internal cavity depth proximate the topline portion of the internal cavity.

20

In one example, the filler material **133** has a minor impact on the coefficient of restitution (herein "COR") as measured according to the United States Golf Association (USGA) rules set forth in the Procedure for Measuring the Velocity Ratio of a Club Head for Conformance to Rule 4-1e, Appendix II Revision 2 Feb. 8, 1999, herein incorporated by reference in its entirety.

Table 1 below provides examples of the COR change relative to a calibration plate of multiple club heads having the construction of the golf club head **100** disclosed herein in both a filled and unfilled state. The calibration plate dimensions and weight are described in section 4.0 of the Procedure for Measuring the Velocity Ratio of a Club Head for Conformance to Rule 4-1e.

Due to the slight variability between different calibration plates, the values described below are described in terms of a change in COR relative to a calibration plate base value. For example, if a calibration plate has a 0.831 COR value, Example 1 for an un-filled head has a COR value of −0.019 less than 0.831 which would give Example 1 (Unfilled) a COR value of 0.812. The change in COR for a given head relative to a calibration plate is accurate and highly repeatable.

TABLE 1

| | COR Values Relative to a Calibration Plate | | |
|---|---|---|---|
| Example No. | Unfilled COR Relative to Calibration Plate | Filled COR Relative to Calibration Plate | COR Change Between Filled and Unfilled |
| 1 | −0.019 | −0.022 | −0.003 |
| 2 | −0.003 | −0.005 | −0.002 |
| 3 | −0.006 | −0.010 | −0.004 |
| 4 | −0.006 | −0.017 | −0.011 |
| 5 | −0.026 | −0.028 | −0.002 |
| 6 | −0.007 | −0.017 | −0.01 |
| 7 | −0.013 | −0.019 | −0.006 |
| 8 | −0.007 | −0.007 | 0 |
| 9 | −0.012 | −0.014 | −0.002 |
| 10 | −0.020 | −0.022 | −0.002 |
| Average | −0.0119 | −0.022 | −0.002 |

Table 1 illustrates that before the filler material **133** is introduced into the internal cavity **132** of golf club head **100**, an Unfilled COR drop off relative to the calibration plate (or first COR drop off value) is between 0 and −0.05, between 0 and −0.03, between −0.00001 and −0.03, between −0.00001 and −0.025, between −0.00001 and −0.02, between −0.00001 and −0.015, between −0.00001 and −0.01, or between −0.00001 and −0.005.

In one example, the average COR drop off or loss relative to the calibration plate for a plurality of an Unfilled COR golf club head within a set of irons is between 0 and −0.05, between 0 and −0.03, between −0.00001 and −0.03, between −0.00001 and −0.025, between −0.00001 and −0.02, between −0.00001 and −0.015, or between −0.00001 and −0.01.

Table 1 further illustrates that after the filler material **133** is introduced into the internal cavity **132** of golf club head **100**, a Filled COR drop off relative to the calibration plate (or second COR drop off value) is more than the Unfilled COR drop off relative to the calibration plate. In other words, the addition of the filler material **133** in the Filled COR golf club heads slows the ball speed (Vout—Velocity Out) after rebounding from the face by a small amount relative to the rebounding ball velocity of the Unfilled COR heads.

US 11,559,727 B2

21

In some examples shown in Table 1, the COR drop off or loss relative to the calibration plate for a Filled COR golf club head is between 0 and –0.05, between 0 and –0.03, between –0.00001 and –0.03, between –0.00001 and –0.025, between –0.00001 and –0.02, between –0.00001 and –0.015, between –0.00001 and –0.01, or between –0.00001 and –0.005. According to one example, a COR change value (e.g., the difference between a measured COR value of the iron-type golf club head **100** and a United States Golf Association (USGA)-governed calibration plate COR value) of the golf club head **100** is at least –0.025.

In one example, the average COR drop off or loss relative to the calibration plate for a plurality of Filled COR golf club head within a set of irons is between 0 and –0.05, between 0 and –0.03, between –0.00001 and –0.03, between –0.00001 and –0.025, between –0.00001 and –0.02, between –0.00001 and –0.015, between –0.00001 and –0.01, or between –0.00001 and –0.005.

However, the amount of COR loss or drop off for a Filled COR head is minimized when compared to other constructions and filler materials. The last column of Table 1 illustrates a COR change between the Unfilled and Filled golf club heads which are calculated by subtracting the Unfilled COR from the Filled COR table columns. The change in COR (COR change value) between the Filled and Unfilled club heads is between 0 and –0.1, between 0 and –0.05, between 0 and –0.04, between 0 and –0.03, between 0 and –0.025, between 0 and –0.02, between 0 and –0.015, between 0 and –0.01, between 0 and –0.009, between 0 and –0.008, between 0 and –0.007, between 0 and –0.006, between 0 and –0.005, between 0 and –0.004, between 0 and –0.003, or between 0 and –0.002. Remarkably, one club head was able to achieve a change in COR of zero between a filled and unfilled golf club head. In other words, no change in COR between the Filled and Unfilled club head state. In some examples, the COR change value is no more than 0.1, no more than 0.05, no more than 0.04, no more than 0.03, no more than 0.02, no more than 0.01, no more than 0.009, no more than 0.008, no more than 0.007, no more than 0.006, no more than 0.005, no more than 0.004, or no more than 0.003.

In some examples, at least one, two, three or four iron golf clubs out of an iron golf club set has a change in COR between the Filled and Unfilled states of between 0 and –0.1, between 0 and –0.05, between 0 and –0.04, between 0 and –0.03, between 0 and –0.02, between 0 and –0.01, between 0 and –0.009, between 0 and –0.008, between 0 and –0.007, between 0 and –0.006, between 0 and –0.005, between 0 and –0.004, between 0 and –0.003, or between 0 and –0.002.

In yet other examples, at least one pair or two pair of iron golf clubs in the set have a change in COR between the Filled and Unfilled states of between 0 and –0.1, between 0 and –0.05, between 0 and –0.04, between 0 and –0.03, between 0 and –0.02, between 0 and –0.01, between 0 and –0.009, between 0 and –0.008, between 0 and –0.007, between 0 and –0.006, between 0 and –0.005, between 0 and –0.004, between 0 and –0.003, or between 0 and –0.002.

In other examples, an average of a plurality of iron golf clubs in the set has a change in COR between the Filled and Unfilled states of between 0 and –0.1, between 0 and –0.05, between 0 and –0.04, between 0 and –0.03, between 0 and –0.02, between 0 and –0.01, between 0 and –0.009, between 0 and –0.008, between 0 and –0.007, between 0 and –0.006, between 0 and –0.005, between 0 and –0.004, between 0 and –0.003, or between 0 and –0.002.

22

A minimum COR of the golf club head is preferably no less 0.80, such as no less than 0.81, such as no less than 0.815, such as no less than 0.82.

In certain examples, the golf club head **100** is configured to facilitate tuning of the characteristic time (CT) of the golf club heads after production of the golf club heads, as shown and described in U.S. Provisional Patent Application No. 62/846,492, filed May 10, 2019, which is incorporated herein by reference in its entirety. For example, the filler material in the internal cavity of the golf club heads can be the same as or similar to those disclosed in U.S. Provisional Patent Application No. 62/846,492.

The golf club head **100**, having a hollow internal cavity, provides several advantages, such as an increased forgiveness for off-center hits on the strike face. In some examples, the volume of the golf club head **100** is between about 10 cc and about 120 cc. In some examples, the golf club head **100** has a volume between about 20 cc and about 110 cc, such as between about 30 cc and about 100 cc, such as between about 40 cc and about 90 cc, such as between 45 cc and 55 cc, such as between about 50 cc and about 80 cc, and such as between about 60 cc and about 80 cc. In addition, in some examples, the golf club head **100** has an overall depth, equal to a maximum width $W_{sole}$ of the sole portion **118**, that is between about 15 mm and about 100 mm. For example, in some examples, the golf club head **100** has an overall depth between about 20 mm and about 90 mm, such as between about 30 mm and about 80 mm and such as between about 40 mm and about 70 mm.

Referring to FIG. **8**, the thicknesses of various portions of the golf club head **100** are shown. The golf club head **100** has a topline thickness $T_{topline}$, a face minimum thickness $T_{facemin}$, a face maximum thickness $T_{facemax}$, a sole wrap thickness $T_{solewrap}$, a sole thickness $T_{sole}$, and a rear thickness $T_{rear}$. The topline thickness $T_{topline}$ is the minimum thickness of the wall of the body defining the top portion **116** of the body **102** of the golf club head **100**. The face minimum thickness $T_{facemin}$ is the minimum thickness of the strike plate **152** of the body **102**. In contrast, the face maximum thickness $T_{facemax}$ is the maximum thickness of the strike plate **152** of the body **102**. According to some examples, the face minimum thickness $T_{facemin}$, topline thickness $T_{topline}$, and rear thickness $T_{rear}$ are all generally less than a maximum face thickness located proximate to a central portion of the face, and preferably less than 2 mm, such as less than 1.8 mm, but more than 1.1 mm. According to certain examples, the golf club head **100** is configured to meet one or more of the ratios, between the thicknesses of the golf club head **100** and the volume of the filler material **133**, disclosed in U.S. Patent Application Publication No. 2019/0143183, which is incorporated herein by reference in its entirety. As used herein, thicknesses of the face portion or strike plate exclude any grooves in the face portion or the strike plate. A ratio of the face thickness in mm to the filler material volume in cubic centimeters (cc) may range from 0.05 to 0.65.

In some examples, the strike plate **152** has a variable thickness such that the face minimum thickness $T_{facemin}$ is different than the minimum thickness of the strike plate **152** of the body **102**. For example, as shown in FIG. **9**, the strike plate **152** has a cone **192** on the internal surface **159** of the strike plate **152** that results in a variation in the thickness of the strike plate **152**. The cone **192** can be centered on the geometric center **182** of the strike face **106** or toewardly offset from the geometric center **182**. In some examples, the center of the cone **192** is inclusively between 3 mm and 8 mm (e.g., at least 4 mm or at least 6 mm toeward) of the

176

US 11,559,727 B2

23

geometric center **182**, such that toeward portion of the cone **192** is more massive than heelward portion of the cone **192**. This creates a more stiff toeward region, which helps create a draw bias. If one wished to create a fade bias one could move the center of the cone **192** heelward. Typically center of the cone **192** is more toeward (5-8 mm) for lower lofts e.g. less than 32 degrees and less toeward for greater lofts e.g. greater than 34 degrees.

The sole wrap thickness $T_{solewrap}$ is the minimum thickness of the wall of the strike plate **152** of the body **102** defining the transition between the front portion **106** and the sole portion **118** of the body **102** of the golf club head **100**. However, in some examples the strike plate may not wrap onto the sole or the strike plate and body may be formed as a unitary monolithic construction, in which case the sole wrap thickness is simply the thickness proximate the transition between the front portion and the sole portion of the body, which some may refer to as a hinge region. The sole wrap thickness will generally blend into a similar sole thickness and similar face thickness. The sole thickness $T_{sole}$ is the minimum thickness of the wall of the strike plate **152** of the body **102** defining the sole portion **118** of the body **102** of the golf club head **100**. The rear thickness $T_{rear}$ is the minimum thickness of the rear wall **162** of the body **102** of the golf club head **100**. Additionally, the golf club head **100** has a maximum width $W_{topline}$ of the topline at the top portion **116** of the golf club head **100** that is between 5.0 mm and 9.0 mm in some examples, and between 5.7 mm and 6.5 mm in certain examples.

According to some examples, the topline thickness $T_{topline}$ is between 1.1 mm and 1.75 mm, inclusive (e.g., 1.6 mm), the face minimum thickness $T_{facemin}$ is between 1.1 mm and 2.7 mm, inclusive (e.g., between 1.3 mm and 2.0 mm, inclusive), the face maximum thickness $T_{facemax}$ is less than 3.7 mm, such as less than 3.0 mm or less than 2.85 mm, inclusive, the sole wrap thickness $T_{solewrap}$ is between 1.2 and 3.3 mm, inclusive (e.g., between 2.45 mm and 3.05 mm, inclusive), the sole thickness $T_{sole}$ is between 1.2 mm and 3.3 mm, inclusive (e.g., between 1.7 mm and 2.75 mm, inclusive), and/or the rear thickness $T_{rear}$ is between 1 mm and 3 mm, inclusive (e.g., between 1.8 mm and 2.2 mm, inclusive). In certain examples, a ratio of the sole wrap thickness $T_{solewrap}$ to the face maximum thickness $T_{facemax}$ is between 0.40 and 0.75, inclusive, a ratio of the sole wrap thickness $T_{solewrap}$ to the face maximum thickness $T_{facemax}$ is between 0.4 and 0.75, inclusive (e.g., between 0.44 and 0.64, inclusive, or between 0.49 and 0.62, inclusive), a ratio of the topline thickness $T_{topline}$ to the face maximum thickness $T_{facemax}$ is between 0.4 and 1.0, inclusive (e.g., between 0.44 and 0.64, inclusive, or between 0.49 and 0.62, inclusive), and/or a ratio of the sole wrap thickness $T_{solewrap}$ to the weight height HW is between 0.05 and 0.21, inclusive (e.g., between 0.07 and 0.15, inclusive).

According to some examples, the golf club head **100** includes additional features or is made from additional processes described in one or more of U.S. Pat. No. 8,535, 177, issued Sep. 17, 2013; U.S. Pat. No. 8,845,450, issued Sep. 20, 2014; U.S. Pat. No. 8,328,663, issued Dec. 11, 2012; U.S. patent application Ser. No. 14/565,057, filed Dec. 9, 2014; U.S. Pat. No. 9,975,018, issued May 22, 2018; U.S. Pat. No. 9,044,653, issued Jun. 2, 2015; U.S. Pat. No. 9,033,819, issued May 19, 2015; U.S. Pat. No. 6,811,496, issued Nov. 2, 2004; U.S. patent application Ser. No. 15/649, 508, filed Jul. 13, 2017; U.S. patent application Ser. No. 15/859,274 filed Dec. 29, 2017; U.S. patent application Ser. No. 15/394,549, filed Dec. 29, 2016; U.S. patent application Ser. No. 15/706,632, filed Sep. 15, 2017; U.S. patent appli-

24

cation Ser. No. 16/059,801, filed Aug. 9, 2018; U.S. patent application Ser. No. 16/161,337, filed Oct. 16, 2018; U.S. patent application Ser. No. 16/434,162, filed Jun. 6, 2019; U.S. patent application Ser. No. 15/681,678, filed Aug. 21, 2017; U.S. Pat. No. 8,088,025, issued Jan. 3, 2012; U.S. Pat. No. 10,155,143, issued Dec. 18, 2018; U.S. Pat. No. 9,731, 176, issued Aug. 15, 2017, which are all incorporated herein by reference in their entirety. Some features of the golf club head **100** are similar to the features of the iron-type golf club head shown and described in U.S. patent application Ser. No. 15/706,632, filed Sep. 15, 2017, which is incorporated herein in its entirety.

Reference throughout this specification to "one example," "an example," or similar language means that a particular feature, structure, or characteristic described in connection with the example is included in at least one example of the present disclosure. Appearances of the phrases "in one example," "in an example," and similar language throughout this specification may, but do not necessarily, all refer to the same example. Similarly, the use of the term "implementation" means an implementation having a particular feature, structure, or characteristic described in connection with one or more examples of the present disclosure, however, absent an express correlation to indicate otherwise, an implementation may be associated with one or more examples.

The schematic flow chart diagrams included herein are generally set forth as logical flow chart diagrams. As such, the depicted order and labeled steps are indicative of one example of the presented method. Other steps and methods may be conceived that are equivalent in function, logic, or effect to one or more steps, or portions thereof, of the illustrated method. Additionally, the format and symbols employed are provided to explain the logical steps of the method and are understood not to limit the scope of the method. Although various arrow types and line types may be employed in the flow chart diagrams, they are understood not to limit the scope of the corresponding method. Indeed, some arrows or other connectors may be used to indicate only the logical flow of the method. For instance, an arrow may indicate a waiting or monitoring period of unspecified duration between enumerated steps of the depicted method. Additionally, the order in which a particular method occurs may or may not strictly adhere to the order of the corresponding steps shown.

In the above description, certain terms may be used such as "up," "down," "upper," "lower," "horizontal," "vertical," "left," "right," "over," "under" and the like. These terms are used, where applicable, to provide some clarity of description when dealing with relative relationships. But, these terms are not intended to imply absolute relationships, positions, and/or orientations. For example, with respect to an object, an "upper" surface can become a "lower" surface simply by turning the object over. Nevertheless, it is still the same object. Further, the terms "including," "comprising," "having," and variations thereof mean "including but not limited to" unless expressly specified otherwise. An enumerated listing of items does not imply that any or all of the items are mutually exclusive and/or mutually inclusive, unless expressly specified otherwise. The terms "a," "an," and "the" also refer to "one or more" unless expressly specified otherwise. Further, the term "plurality" can be defined as "at least two." The term "about" in some examples, can be defined to mean within +/−5% of a given value.

Additionally, instances in this specification where one element is "coupled" to another element can include direct and indirect coupling. Direct coupling can be defined as one

US 11,559,727 B2

25     26

element coupled to and in some contact with another element. Indirect coupling can be defined as coupling between two elements not in direct contact with each other, but having one or more additional elements between the coupled elements. Further, as used herein, securing one element to another element can include direct securing and indirect securing. Additionally, as used herein, "adjacent" does not necessarily denote contact. For example, one element can be adjacent another element without being in contact with that element.

As used herein, the phrase "at least one of", when used with a list of items, means different combinations of one or more of the listed items may be used and only one of the items in the list may be needed. The item may be a particular object, thing, or category. In other words, "at least one of" means any combination of items or number of items may be used from the list, but not all of the items in the list may be required. For example, "at least one of item A, item B, and item C" may mean item A; item A and item B; item B; item A, item B, and item C; or item B and item C. In some cases, "at least one of item A, item B, and item C" may mean, for example, without limitation, two of item A, one of item B, and ten of item C; four of item B and seven of item C; or some other suitable combination.

Unless otherwise indicated, the terms "first," "second," etc. are used herein merely as labels, and are not intended to impose ordinal, positional, or hierarchical requirements on the items to which these terms refer. Moreover, reference to, e.g., a "second" item does not require or preclude the existence of, e.g., a "first" or lower-numbered item, and/or, e.g., a "third" or higher-numbered item.

As used herein, a system, apparatus, structure, article, element, component, or hardware "configured to" perform a specified function is indeed capable of performing the specified function without any alteration, rather than merely having potential to perform the specified function after further modification. In other words, the system, apparatus, structure, article, element, component, or hardware "configured to" perform a specified function is specifically selected, created, implemented, utilized, programmed, and/or designed for the purpose of performing the specified function. As used herein, "configured to" denotes existing characteristics of a system, apparatus, structure, article, element, component, or hardware which enable the system, apparatus, structure, article, element, component, or hardware to perform the specified function without further modification. For purposes of this disclosure, a system, apparatus, structure, article, element, component, or hardware described as being "configured to" perform a particular function may additionally or alternatively be described as being "adapted to" and/or as being "operative to" perform that function.

The present subject matter may be embodied in other specific forms without departing from its spirit or essential characteristics. The described examples are to be considered in all respects only as illustrative and not restrictive. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

1. An iron-type golf club head, comprising:
a body, made of a first material having a first density, wherein the body comprises:
a heel portion;
a toe portion;
a sole portion;
a top portion;
a front portion, comprising a strike face;
a rear portion, comprising a rear wall; and
an internal cavity enclosed by the heel portion, the toe portion, the sole portion, the top portion, the front portion and the rear wall of the rear portion;
an internal weight, made of a second material having a second density greater than the first density, wherein the internal weight is enclosed within the internal cavity; and
a filler material, located within the internal cavity and interposed between the weight and the front portion; wherein:
the filler material has a mass no more than 8 grams;
the golf club head has an external club head volume ranging between 40 cc to 55 cc;
the internal cavity has an internal cavity volume ranging between 5 cc to 20 cc;
a ratio of the internal cavity volume to external club head volume ranges between 0.14 and 0.385;
the internal cavity has a minimum front-to-back depth above a midplane of the golf club head of no less than 1.4 mm and a maximum front-to-back depth of the internal cavity above the midplane of the golf club head is no more than 13 mm;
the midplane is located halfway between a maximum toe height and a ground plane when the club head is in a proper address position;
no more than one external weight, defined as an object coupled to the body having a mass more than 3 grams, is located external to the interior cavity;
the body further comprises a weight channel, enclosed within the internal cavity;
the internal weight is located within the weight channel; and
the weight channel comprises a closed back side, a closed top side, a closed bottom side, and an open front side.

2. The iron-type golf club head according to claim 1, wherein
the weight channel and the weight are elongated and parallel to the strike face.

3. The iron-type golf club head according to claim 1, wherein:
the weight has a length, height, and depth; and
the length of the weight is at least eight times greater than each one of the height and the depth of the weight.

4. The iron-type golf club head according to claim 1, wherein
the weight extends forwardly toward the front portion beyond the open front side of the weight channel.

5. The iron-type golf club head according to claim 1, wherein the body further comprises:
a back-constraining wall, formed in the sole portion and facing the front portion;
an internal overhang, extending forwardly from the back-constraining wall, wherein the internal overhang defines an internal shelf that is angled relative to the back-constraining wall;
an upper-constraining wall, extending forwardly from the back-constraining wall and vertically offset from the internal shelf; and
a side-constraining wall, extending forwardly from the back-constraining wall at a heelward side of the back-constraining wall and adjoining the internal shelf and the upper-constraining wall;
wherein the weight channel is defined by the back-constraining wall, the internal shelf, the upper-constraining wall, and the side-constraining wall; and

US 11,559,727 B2

27

wherein the weight is made of a material having a density of at least 12 g/cc.

**6**. The iron-type golf club head according to claim **1**, wherein the filler material has a density greater than 0.35 g/cc.

**7**. The iron-type golf club head according to claim **1**, wherein the front portion further comprises:

a face opening; and

a strike plate comprising a sole wrap portion coupled to and enclosing the face opening;

wherein a thickness of the strike plate defining the strike face is less than or equal to 2.85 mm and greater than or equal to 1.1 mm.

**8**. The iron-type golf club head according to claim **1**, wherein the front portion further comprises:

a face opening; and

a strike plate comprising a top wrap portion coupled to and enclosing the face opening;

wherein a thickness of the strike plate defining the strike face is less than or equal to 2.85 mm and greater than or equal to 1.1 mm.

**9**. The iron-type golf club head according to claim **8**, wherein the strike plate comprises an internal surface, opposite the strike face, and a weld guide protruding from the internal surface and extending along, and offset to, an outer peripheral edge of the strike plate.

**10**. The iron-type golf club head according to claim **1**, wherein the mass of the filler material is no less than 2.5 grams.

**11**. An iron-type golf club head, comprising:

a body, made of a first material having a first density, wherein the body comprises:

a heel portion;

a toe portion;

a sole portion;

a top portion;

a front portion, comprising a strike face;

a rear portion, comprising a rear wall;

an internal cavity enclosed by the heel portion, the toe portion, the sole portion, the top portion, the front portion and the rear wall of the rear portion;

a back-constraining wall, formed in the sole portion and facing the front portion;

an internal overhang, extending forwardly from the back-constraining wall, wherein the internal overhang defines an internal shelf that is angled relative to the back-constraining wall;

an upper-constraining wall, extending forwardly from the back-constraining wall and vertically offset from the internal shelf; and

a side-constraining wall, extending forwardly from the back-constraining wall and adjoining the internal shelf and the upper-constraining wall;

a weight, made of a second material having a second density greater than the first density, wherein the weight is located within the internal cavity; and

a filler material, located within the internal cavity and interposed between the weight and the front portion;

wherein:

the filler material has a mass no more than 8 grams;

the golf club head has an external club head volume ranging between 40 cc to 55 cc;

the internal cavity has an internal cavity volume ranging between 5 cc to 20 cc;

a ratio of the internal cavity volume to external club head volume ranges between 0.204 and 0.385;

28

the internal cavity has a minimum front-to-back depth above a midplane of the golf club head of no less than 1.4 mm, a first front-to-back depth proximate the midplane of the golf club head, a second front-to-back depth proximate a topline portion of the internal cavity of the golf club head, and a third front-to-back depth of the internal cavity located in between the midplane of the golf club and the topline portion of the internal cavity, wherein the third front-to-back depth of the internal cavity is less than the first front-to-back depth and the second front-to-back depth;

the third front-to-back depth of the internal cavity is less than 5 mm;

the midplane is located halfway between a maximum toe height and a ground plane when the club head is in a proper address position;

the weight channel is defined by the back-constraining wall, the internal shelf, the upper-constraining wall, and the side-constraining wall; and

the weight is made of a material having a density of at least 12 g/cc.

**12**. The iron-type golf club head according to claim **11**, wherein the mass of the filler material is no less than 2.5 grams.

**13**. An iron-type golf club head, comprising:

a body, made of a first material having a first density, wherein the body comprises:

a heel portion;

a toe portion;

a sole portion;

a top portion;

a front portion, comprising a strike face;

a rear portion, comprising a rear wall; and

an internal cavity enclosed by the heel portion, the toe portion, the sole portion, the top portion, the front portion and the rear wall of the rear portion; and

an internal weight, made of a second material having a second density greater than the first density, wherein the internal weight is enclosed within the internal cavity such that no portion of the internal weight defines an exterior surface of the iron-type golf club head;

a filler material, located within the internal cavity and interposed between the weight and the front portion;

wherein:

a loft of the golf club head at a proper address position is less than 35 degrees;

a maximum thickness of the strike face is less than or equal to 3.1 mm;

a minimum thickness of the strike face is no less than 1.0 mm;

an external volume of the golf club head is between 40 cc and 55 cc; and

the golf club head has a coefficient of restitution value greater than 0.79;

the body further comprises a weight channel, enclosed within the internal cavity;

the weight channel comprises a closed back side, a closed top side, a closed bottom side, and an open front side; and

a maximum front-to-back depth proximate the topline portion of the internal cavity of the golf club is no more than 6 mm.

**14**. The iron-type golf club head according to claim **13**, wherein:

**179**

US 11,559,727 B2

29

30

the front portion further comprises a face opening and a strike plate;

the strike plate defines the strike face;

the strike plate is coupled to and encloses the face opening; and

the strike plate comprises a sole wrap portion that defines a part of the sole portion.

**15**. The iron-type golf club head according to claim **14**, wherein:

the strike plate comprises a top wrap portion that defines a part of the top portion.

**16**. The iron-type golf club head according to claim **13**, wherein the internal cavity has a sole portion, a central portion, and a topline portion, and a front-to-back depth of the internal cavity is maximum proximate the central portion.

**17**. The iron-type golf club head according to claim **13**, wherein a maximum front-to-back depth proximate the topline portion of the internal cavity of the golf club is no more than 4.5 mm.

**18**. The iron-type golf club head according to claim **13**, wherein the internal cavity has a minimum front-to-back depth above a midplane of the golf club head of no less than 1.0 mm, a first front-to-back depth proximate the midplane of the golf club head, a second front-to-back depth proximate a topline portion of the internal cavity of the golf club head, and a third front-to-back depth of the internal cavity located halfway in between the midplane of the golf club and the topline portion of the internal cavity, and the third front-to-back depth of the internal cavity may range between 55% to 195% of a maximum front-to-back internal cavity depth proximate the topline portion of the internal cavity.

**19**. The iron-type golf club head according to claim **18**, wherein a ratio of the internal cavity volume to external club head volume ranges between 0.204 and 0.385.

**20**. The iron-type golf club head according to claim **19**, wherein the filler material is a two-part polyurethane foam.

**21**. The iron-type golf club head according to claim **20**, wherein a mass of the filler material is no more than 10 grams.

**22**. The iron-type golf club head according to claim **20**, wherein the face material is a high strength steel having a tensile strength of no less than 570 MPa, and a maximum face thickness is no more than 2.85 mm and a minimum face thickness is no less than 1.1 mm.

* * * * *

**180**

# Exhibit 6

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. RE47,653 FOR KIRKLAND SIGNATURE™ IRONS**

Taylor Made provides the following claim chart demonstrating that the accused Kirkland Signature™ irons (the "accused products") meet each and every limitation, either literally or under the doctrine of equivalents, of at least claim 1 of the U.S. Patent No. RE47,653 ("the '653 patent") and thus infringes at least claim 1 pursuant to 35 U.S.C. § 271(a). Taylor Made reserves the right to modify and/or supplement the claim chart herein where appropriate as discovery progresses.

| '653 Patent Claims | The Accused Kirkland Signature™ Irons |
|---|---|
| 1. A hollow iron-type golf club head comprising: | Assuming *arguendo* the preamble is limiting, the accused products are iron-type golf club heads. *See* https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (describing the accused products as "players irons" and including "4-9 Iron and Pitching Wedge"). <br><br> Moreover, the accused products are hollow as evidenced by the diagram provided by Costco and as evidenced by cross section images of the accused products. <br><br>  <br><br> *Id.* (annotated). |

Exhibit 6

2

182

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. RE47,653 FOR KIRKLAND SIGNATURE™ IRONS**



Hollow cavity filled
with filler material

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| | |
|---|---|
| a heel portion, a sole portion, a toe portion, a top-line portion, a front portion, a rear portion, and a striking face having an unsupported surface area within a range of about 300 mm$^2$ to about 4,000 mm$^2$; | The accused products have a heel portion, sole portion, toe portion, top-line portion, front portion, and rear portion, as shown in the images below. The accused products have a striking face having an unsupported face surface area of approximately 2,958 mm$^2$, which is within a range of between about 300mm$^2$ to about 4,000 mm$^2$. |

Exhibit 6

3

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. RE47,653 FOR KIRKLAND SIGNATURE™ IRONS**



https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

Exhibit 6

4

**184**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. RE47,653 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>



Unsupported striking face

*Id.* (annotated)

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

</td>
</tr>
<tr>
<td>

a back wall in the rear portion enclosing a substantial portion of the rear portion to create a substantially enclosed cavity, the enclosed cavity being defined by at least a rear surface of the striking face, an inner back wall surface, and the sole portion;

</td>
<td>

The accused products have a back wall in the fear portion that encloses a substantial portion of the rear portion to create a substantially enclosed cavity. Further, the substantially enclosed cavity of the accused products is defined by at least the rear surface of the striking face, an inner back wall surface, and the sole portion.

These features are illustrated in the exploded diagram of the accused product below. When the club is in its natural "unexploded state" the cavity is substantially enclosed by the aforementioned features.

</td>
</tr>
</table>

Exhibit 6

5

**185**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. RE47,653 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>



*Id*. (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

</td>
</tr>
<tr>
<td>a filler material located within the enclosed cavity, the filler material occupying about 50% to about 99% of the total club head cavity volume in the enclosed cavity, the golf</td>
<td>The accused products have a filler material located within the enclosed cavity. On information and belief, the filler material of the accused products occupies about 50% to 99% of the total club head cavity volume. The accused products further have an aperture in</td>
</tr>
</table>

Exhibit 6

6

**186**

| club head defining an aperture into the enclosed cavity, the aperture being configured to allow the cavity to be filled with the filler material; | the golf club head that connects to the enclosed cavity, allowing the enclosed cavity to be filled with the filter material.  *Id.* (annotated) |

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. RE47,653 FOR KIRKLAND SIGNATURE™ IRONS**



Hollow cavity filled with filler material

Costco's website describes the filler material as a "urethane insert" that is "injected." https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| | |
|---|---|
| wherein the enclosed cavity has a volume between about 10 cc and 20 cc; | The enclosed cavity of the accused products has a volume of approximately 17.8 cubic centimeters, which is between about 10 cc and 20 cc.<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |

Exhibit 6

8

**188**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. RE47,653 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| wherein the striking face thickness is less than 3 mm; and | The accused products have a maximum striking face thickness of approximately 2.5, which is less than 3 mm.<br><br><br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| wherein a coefficient of restitution of the club head is greater than about 0.8. | The accused products have a coefficient of restitution of the club head greater than about 0.8. On information and belief, testing and further discovery will show that the coefficient of restitution of the accused club heads is greater than about 0.8.<br><br>Alternatively, on information and belief, the accused product golf club heads have a coefficient of restitution value that is insubstantially different from a coefficient of restitution value greater than about 0.8 and the accused products perform substantially the same function, in substantially the same way, to effect substantially the same result as the claimed golf club head having a coefficient of restitution value greater than about 0.8. |

Exhibit 6

9

**189**

# Exhibit 7

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**

Taylor Made provides the following claim chart demonstrating that the accused Kirkland Signature™ irons ("the accused products") meet each and every limitation, either literally or under the doctrine of equivalents, of at least claim 1 of the U.S. Patent No. 10,953,293 ("the '293 patent") and thus infringes at least claim 1 pursuant to 35 U.S.C. § 271(a). Taylor Made reserves the right to modify and/or supplement the claim chart herein where appropriate as this action progresses.

| '293 Patent Claims | The Accused Kirkland Signature™ Irons |
|---|---|
| 1. A hollow body iron-type golf club head, comprising: | Assuming *arguendo* the preamble is limiting, the accused products are iron-type golf club heads. *See* https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (describing the accused products as "players irons" and including "4-9 Iron and Pitching Wedge").<br><br>Moreover, the accused products are hollow bodied as evidenced by the diagram provided by Costco and as evidenced by cross section images of the accused products<br><br><br><br>*Id.* (annotated). |

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**



Hollow cavity filled
with filler material

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| a body, comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, a rear wall, and a hosel of the golf club head; | The accused products have a body comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, a rear wall, and a hosel of the golf club head, as shown in the images below. |

Exhibit 7

3

192

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**



https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| a strike plate welded to the body, wherein: | The accused products have a strike plate. On information and belief, the strike plate of the accused products is welded to the body. This is evidenced by the presence of a weld bead, as indicated in the figure below. |
|---|---|

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| |  |
| | To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| the strike plate comprises a strike face of the golf club head, a second part of the sole portion of the golf club head, and a majority of a face-to-sole portion transition region between the strike face and the sole portion; | The accused products have a strike plate that is comprised of a strike face, a second part of the sole portion, and a majority of the face-to-sole transition region between the strike face and the sole portion. These features are shown in the cross-sectional view of the accused product below. |

Exhibit 7

5

**194**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | <br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| the strike plate, the heel portion, the sole portion, the toe portion, the top portion, and the rear wall enclose an internal cavity of the golf club head; | As shown in the figure below, the strike plate, heel portion, sole portion, toe portion, top portion, and rear wall of the accused products enclose an internal cavity of the accused products. The figure below shows an exploded view of the accused products. The internal cavity is enclosed by the specified features when the club is in its normal "unexploded" state. |

Exhibit 7

6

**195**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | 

https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| the second part of the sole portion has an internal surface that defines a portion of the internal cavity; | As shown below, the second part of the sole portion has an internal surface that defines a portion of the internal cavity. |

7

Exhibit 7

**196**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**



Internal cavity →

Internal surface of second part of sole portion, defining a potion of internal cavity

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| the strike plate has a central portion and a peripheral portion surrounding the central portion, wherein a thickness of the central portion is greater than a thickness of the peripheral portion; and | The accused products have a strike plate that has a central portion (shown with a red annotation in the figure below) and a peripheral portion (shown with a blue annotation in the figure below) that surrounds the central portion. |
|---|---|

Exhibit 7

8

197

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**



https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

The central portion of the strike plate of the accused products has a thickness that is greater than a thickness of the peripheral portion. As shown below, the strike plate on the pictured accused product is approximately 2.5 mm thick in a central portion and only approximately 2.1 mm thick in a peripheral portion.

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| |  To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| the first part of the sole portion comprises a recess formed in an internal surface of the first part of the sole portion; | The accused products have a first part of the sole portion that comprises a recess formed in the internal surface of the first part of the sole portion, as shown below in the annotated cross-sectional picture of the accused products. |

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**



Recess formed in internal surface of first part of sole portion

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| | |
|---|---|
| a filler material within the internal cavity; | The internal cavity of the accused products has a filler material within it, as shown in the figures below. |

Exhibit 7

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**



Filler material within internal cavity

Filler Material within internal cavity

https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

Exhibit 7

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a tungsten weight located within the recess of the first part of the sole portion; | The accused products have a weight shown in the in the figures below, located within the recess of the first part of the sole portion. Costco's web listing of the accused products states that the irons have "an internal tungsten weight." *See* https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024). Thus, the accused products have a tungsten weight located within the recess of the first part of the sole portion. |

13

Exhibit 7

**202**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**



Tungsten weight within recess

Tungsten weight within recess

Exhibit 7

14

**203**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a threaded toe port formed in the toe portion of the golf club head, wherein the internal cavity is configured to receive the filler material through the threaded toe port; | The accused products have a threaded toe port formed in the toe portion of the golf club head. The internal cavity is connected to the exterior via the toe port and thus the internal cavity is configured to receive the filler material through the threaded toe port.<br><br>Threaded toe port<br><br>*Id.* (annotated).<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a threaded plug that is threadably engaged with the threaded toe port to plug the threaded toe port; | The accused products have a threaded plug, shown in the diagram below, that is threadably engaged with the threaded toe port to plug the threaded toe port. The diagram below is an |

15

Exhibit 7

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | exploded view. When the club is in its natural "unexploded" state, the plug is threaded into the toe port to plug the port.<br><br><br><br>*Id.* (annotated).<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a first COR drop off value when the internal cavity is unfilled; | When tested, the accused products have a first COR drop off value when the internal cavity is unfilled.<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a second COR drop off value when the internal cavity is at least partially filled with the filler material; and | When tested, the accused products have a second COR drop off value when the internal cavity is at least partially filled with the filler material. |

16

Exhibit 7

**205**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 10,953,293 FOR KIRKLAND SIGNATURE™ IRONS**

|  | To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
|---|---|
| a COR change value being a difference between the second COR drop off value and the first COR drop off value; | When tested, the accused products have a COR change value that is the difference between the second COR drop off value and the first COR drop off value.<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| wherein the COR change value is between 0 and −0.01. | When tested, the accused products have a COR change value between 0 and −0.01.<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |

17

Exhibit 7

Exhibit 8

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**

Taylor Made provides the following claim chart demonstrating that the accused Kirkland Signature™ irons (the "accused products") meet each and every limitation, either literally or under the doctrine of equivalents, of at least claim 17 of the U.S. Patent No. 11,351,426 ("the '426 patent") and thus infringes at least claim 17 pursuant to 35 U.S.C. § 271(a). Taylor Made reserves the right to modify and/or supplement the claim chart herein where appropriate as discovery progresses.

| '426 Patent Claims | The Accused Kirkland Signature™ Irons |
|---|---|
| 17. A hollow body iron-type golf club head comprising: | Assuming *arguendo* the preamble is limiting, the accused products are iron-type golf club heads. *See* https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (describing the accused products as "players irons" and including "4-9 Iron and Pitching Wedge"). Moreover, the accused products are hollow bodied as evidenced by the diagram provided by Costco and as evidenced by cross section images of the accused products  *Id.* (annotated). |

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**

|  |  |
|---|---|
|  |  Hollow cavity filled with filler material |
|  | To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a body, comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, a rear wall, and a hosel of the golf club head; | The accused products have a body comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, a rear wall, and a hosel of the golf club head, as shown in the images below. |

Exhibit 8

3

**209**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**



https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| | |
|---|---|
| a strike plate welded to the body, wherein: | The accused products have a strike plate. On information and belief, the strike plate of the accused products is welded to the body. This is evidenced by the presence of a weld bead, as indicated in the figure below. |

Exhibit 8

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>



To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.
</td>
</tr>
<tr>
<td>the strike plate comprises a strike face of the golf club head, a second part of the sole portion of the golf club head, and a majority of a face-to-sole portion transition region between the strike face and the sole portion;</td>
<td>The accused products have a strike plate that is comprised of a strike face, a second part of the sole portion, and a majority of the face-to-sole transition region between the strike face and the sole portion. These features are shown in the cross-sectional view of the accused product below.</td>
</tr>
</table>

5

Exhibit 8

**211**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**

|  | |
|---|---|
|  | Strike face<br><br>Majority of face-to-sole portion transition region<br><br>Second part of sole portion<br><br>To the extent the accused products are found not to literally infringe this limitation; Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| the strike plate, the heel portion, the sole portion, the toe portion, the top portion, and the rear wall enclose an internal cavity of the golf club head; | As shown in the figure below, the strike plate, heel portion, sole portion, toe portion, top portion, and rear wall of the accused products enclose an internal cavity of the accused products. The figure below shows an exploded view of the accused products. The internal cavity is enclosed by the specified features when the club is in its normal "unexploded" state. |

6

Exhibit 8

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**



https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| the second part of the sole portion has an internal surface that defines a portion of the internal cavity; | As shown below, the second part of the sole portion has an internal surface that defines a portion of the internal cavity. |

7

Exhibit 8

**213**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>



Internal cavity →

Internal surface of second part of sole portion, defining a potion of internal cavity

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

</td>
</tr>
<tr>
<td>the strike plate has a thickness that varies; and</td>
<td>The strike plate of the accused products has a thickness that varies. As shown below, the strike plate on the pictured accused product varies in thickness from at least 2.5 mm to 2.1 mm.</td>
</tr>
</table>

Exhibit 8

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**

|  |  |
|---|---|
|  | <br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| the first part of the sole portion comprises a recess formed in an internal surface of the first part of the sole portion; | The accused products have a first part of the sole portion that comprises a recess formed in the internal surface of the first part of the sole portion, as shown below in the annotated cross-sectional picture of the accused products. |

9

Exhibit 8

**215**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**



Recess formed in internal surface of first part of sole portion

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| | |
|---|---|
| an elastomer material within the internal cavity; and | The internal cavity of the accused products has an elastomer material within it, as shown in the figures below. |

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**



https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>



internal cavity filled with elastomer

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

</td>
</tr>
<tr>
<td>a tungsten weight located within the recess of the first part of the sole portion;</td>
<td>The accused products have a weight shown in the in the figures below, located within the recess of the first part of the sole portion. Costco's web listing of the accused products states that the irons have "an internal tungsten weight." *See* https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024). Thus, the accused products have a tungsten weight located within the recess of the first part of the sole portion.</td>
</tr>
</table>

Exhibit 8

12

**218**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**



Tungsten weight within recess

Exhibit 8

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | 

https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| wherein the elastomer material contacts an interior surface of the strike plate, contacts the tungsten weight, and is interposed between the tungsten weight and the interior surface of the strike plate such that no portion of the tungsten weight contacts the interior surface of the strike plate. | As the figure below illustrates, the accused products have an elastomer material that contacts both the interior surface of the strike plate and the tungsten weight and is interposed between them such that no portion of the tungsten weight contacts the interior surface of the strike plate. |

Exhibit 8

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,351,426 FOR KIRKLAND SIGNATURE™ IRONS**



Elastomer in contact with strike face and tungsten weight

Tungsten weight within recess

Interior surface of strike face

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

Exhibit 8

15

Exhibit 9

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**

Taylor Made provides the following claim chart demonstrating that the accused Kirkland Signature™ irons (the "accused products") meet each and every limitation, either literally or under the doctrine of equivalents, of at least claim 13 of the U.S. Patent No. 11,420,097 ("the '097 patent") and thus infringes at least claim 13 pursuant to 35 U.S.C. § 271(a). Taylor Made reserves the right to modify and/or supplement the claim chart herein where appropriate as this action progresses.

| '097 Patent Claims | The Accused Kirkland Signature™ Irons |
|---|---|
| 13. A golf club head having an internal cavity, comprising: | Assuming *arguendo* the preamble is limiting, the accused products are iron-type golf club heads. *See* https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (describing the accused products as "players irons" and including "4-9 Iron and Pitching Wedge"). Moreover, the accused products have an internal cavity as evidenced by the diagram provided by Costco and as evidenced by cross section images of the accused products  *Id.* (annotated). |

Exhibit 9

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>

Internal cavity (filled here with elastomer) →

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.</td>
</tr>
<tr>
<td>a body, comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, and a hosel of the golf club head;</td>
<td>The accused products have a body comprising a heel portion, a first part of a sole portion, a toe portion, a top portion, and a hosel of the golf club head, as shown in the images below.</td>
</tr>
</table>

Exhibit 9

3

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**



*Id.* (annotated).

Exhibit 9

4

225

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a strike plate welded to the body, wherein: | The accused products have a strike plate. On information and belief, the strike plate of the accused products is welded to the body, as evidenced by the weld bead visible in the cross sectional photograph of the accused products below.<br><br><br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| the strike plate comprises a strike face of the golf club head, a second part of the sole portion of the golf club head, and a majority | The accused products have a strike plate that is comprised of a strike face, a second part of the sole portion, and a majority of the face-to-sole transition region between the strike face |

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| of a face-to-sole transition region between the strike face and the sole portion; | and the sole portion. These features are shown in the cross-sectional view of the accused product below.<br><br><br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| the second part of the sole portion has an internal surface that defines a portion of the internal cavity; and | As shown below, the second part of the sole portion has an internal surface that defines a portion of the internal cavity. |

6

Exhibit 9

**227**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>



Internal cavity

Internal surface of second part of sole portion, defining a potion of internal cavity

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.
</td>
</tr>
<tr>
<td>the strike plate has a central portion and a peripheral portion surrounding the central portion; and</td>
<td>The accused products have a strike plate that has a central portion (shown with a red annotation in the figure below) and a peripheral portion (shown with a blue annotation in the figure below) that surrounds the central portion.</td>
</tr>
</table>

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>



https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

</td>
</tr>
<tr>
<td>a thickness of the central portion is greater than a thickness of the peripheral portion;</td>
<td>The central portion of the strike plate of the accused products has a thickness that is greater than a thickness of the peripheral portion. As shown below, the strike plate on the pictured accused product is approximately 2.5 mm thick in a central portion and only approximately 2.1 mm thick in a peripheral portion.</td>
</tr>
</table>

8

Exhibit 9

**229**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | <br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a thickened portion protruding from the first part of the sole portion into the internal cavity, wherein the thickened portion is located in a low portion of the golf club head and rearward of the second part of the sole portion, and the thickened portion has a relatively large thickness in relation to the strike plate and has a thickness greater than the central portion of the strike plate; | The accused products have a thickened portion that protrudes from the first part of the sole portion into the internal cavity, as shown in the figure below. Further, the thickened portion is located in a low portion of the golf club head and is rearward of the second part of the sole portion. The thickened portion also has a relatively large thickness when compared to the strike plate and its thickness is greater than the thickness of the central portion of the strike plate. |

9

Exhibit 9

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | Second part of sole portion<br><br>Thickened portion protruding into internal cavity<br><br>First part of sole portion<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| an elastomer material that contacts a back surface of the strike plate and contacts an interior surface of the second part of the sole portion; and | The accused products have an elastomer material that contacts a back surface of the strike plate and contacts an interior surface of the second part of the sole portion, as shown in the figures below. |

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**



Elastomer within internal cavity

https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

11

Exhibit 9

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**



Elastomer in contact with strike plate and second part of sole portion

Back surface of strike plate

Second part of sole portion

To the extent the accused products are found not to literally infringe this limitation; Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| | |
|---|---|
| a lower shelf, protruding from the sole bar forward towards the strike plate, and an upper shelf, protruding from the sole bar forward towards the strike plate; | The accused products have a sole bar with a lower shelf protruding from the sole bar forward towards the strike plate. The accused products also have an upper shelf protruding from the sole bar forward toward the strike plate. |

Exhibit 9

12

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| wherein a thickness of the second part of the sole portion is less than the thickness of the central portion of strike plate; and | A thickness of the second part of the sole portion of the accused products is less than the thickness of the central portion of the strike plate. Based on measurements of the accused products, as shown in the figure below, the thickness of the central portion of the strike plate is approximately 2.5 mm, whereas the thickness of a second part of the sole portion is approximately 2 mm. |

Exhibit 9

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>



2.5 mm (central)

2 mm (second part of sole portion)

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.
</td>
</tr>
<tr>
<td>at least a portion of the second part of the sole portion is welded along the first part of the sole portion.</td>
<td>On information and belief, the accused products have at least a portion of the second part of the sole portion welded along the first part of the sole portion, as shown in the figure below. On information and belief, a weld bead runs between the first and second parts of the sole portion, indicating the two parts are welded.</td>
</tr>
</table>

14

Exhibit 9

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,420,097 FOR KIRKLAND SIGNATURE™ IRONS**



Second part of sole portion    Weld bead    First part of sole portion

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

# Exhibit 10

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

Taylor Made provides the following claim chart demonstrating that the accused Kirkland Signature™ irons (the "accused products") meet each and every limitation, either literally or under the doctrine of equivalents, of at least claim 13 of the U.S. Patent No. 11,559,727 ("the '727 patent") and thus infringes at least claim 13 pursuant to 35 U.S.C. § 271(a). Taylor Made reserves the right to modify and/or supplement the claim chart herein where appropriate as this action progresses.

| '727 Patent Claims | The Accused Kirkland Signature™ Irons |
|---|---|
| 13. An iron-type golf club head, comprising: | Assuming *arguendo* the preamble is limiting, the accused products are iron-type golf club heads. *See* https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (describing the accused products as "players irons" and including "4-9 Iron and Pitching Wedge").<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a body, made of a first material having a first density, wherein the body comprises: | The accused products have a body, made of a first material having a first density. Specifically, the Costco website states that the accused products have "a stainless steel body." *See id*. Stainless steel has a first density.<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a heel portion; | The accused products have a body having a heel portion. |

Exhibit 10

2

**238**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

|  |  |
|---|---|
|  | Heel portion<br><br><br><br>*Id.* (annotated).<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a toe portion; | The accused products have a body having a toe portion. |

Exhibit 10

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | Toe portion ←  |
| | *Id.* (annotated). |
| | To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a sole portion; | The accused products have a body having a sole portion. |

Exhibit 10

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

|  |  |
|---|---|
|  | Sole portion<br><br><br><br>*Id.* (annotated).<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a top portion; | The accused products have a body having a top portion. |

Exhibit 10

5

**241**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**



Top portion

*Id.* (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| | |
|---|---|
| a front portion, comprising a strike face; | The accused products have a body having a front portion that is comprised of a strike face. |

Exhibit 10

6

242

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>



*Id.* (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

</td>
</tr>
<tr>
<td>a rear portion, comprising a rear wall; and</td>
<td>The accused products have a body having a rear portion that is comprised of a rear wall.</td>
</tr>
</table>

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**



*Id.* (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| | |
|---|---|
| an internal cavity enclosed by the heel portion, the toe portion, the sole portion, the top portion, the front portion and the rear wall of the rear portion; and | The accused products have an internal cavity that is enclosed by the heel portion, the toe portion, the sole portion, the top portion, the front portion, and the rear wall of the rear portion. The exploded view of the accused product below shows how these features define the internal cavity. In the accused products' natural "unexploded" state, the internal cavity is enclosed by these features. |

Exhibit 10

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**



Enclosed internal cavity

Top portion

Front portion

Rear wall of the rear portion

Toe portion

Sole portion

Heel portion (behind red filler material)

*Id.* (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

| an internal weight, made of a second material having a second density greater than the first density, wherein the internal weight is enclosed within the internal cavity such that no portion of the internal weight defines an exterior surface of the iron-type golf club head; | The accused products have an internal weight made of tungsten, which is a second material from the first material (stainless steel). The Costco website states that the accused products have "an internal tungsten weight." *See id.* |
| | On information and belief, the density of tungsten is greater than the density of stainless steel and therefore the accused products have an internal weight made of a second material that has a greater density than the first density. |

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | As shown in the figures below, the internal tungsten weight of the accused products is enclosed within the internal cavity and no portion of the internal weight defines an exterior surface of the iron-type golf club head.<br><br>Tungsten weight within recess  |

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>



Tungsten weight within recess

https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

</td>
</tr>
<tr>
<td>a filler material, located within the internal cavity and interposed between the weight and the front portion;</td>
<td>The accused products have a filter material within the internal cavity. Costco's website identifies the filler material as an "injected urethane insert." *See id.* As shown below, the filler material is located within the internal cavity and is interposed between the weight and the front portion.</td>
</tr>
</table>

11

Exhibit 10

**247**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| | 

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| wherein: a loft of the golf club head at a proper address position is less than 35 degrees; | The accused products have a loft of the golf club head at a proper address position of less than 35 degrees. *See* https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024).

As the chart provided on Costco's website indicates, at least the 4, 5, 6, and 7 irons of the accused products have a loft of less than 35 degrees. |

Exhibit 10

12

248

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| |  |

KIRKLAND Signature — PLAYERS IRON SET SPECIFICATIONS

| CLUB | 4 | 5 | 6 | 7 | 8 | 9 | P |
|---|---|---|---|---|---|---|---|
| LOFT DEGREES | 20 | 23 | 27 | 31 | 35 | 40 | 45 |

https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

In particular, if the "loft of the golf club head at a proper address" for the accused products differs from the specifications provided by Costco, and are not less than 35 degrees, the accused product's loft of the golf club head at a proper address is insubstantially different from a loft of the golf club head at a proper address of less than 35 degrees. Further, the loft at a proper address of the accused products functions in substantially the same way, to effect substantially the same result, or is only insubstantially different from the claimed loft of less than 35 degrees.

| a maximum thickness of the strike face is less than or equal to 3.1 mm; | The accused products have a maximum thickness of the strike face that is less than 3.1 mm. Specifically, the maximum thickness of the strike face is approximately 2.5 mm. |
|---|---|

13

Exhibit 10

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**



2.5 mm (central)

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

Exhibit 10

14

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| a minimum thickness of the strike face is no less than 1.0 mm; | The minimum thickness of the strike face of the accused products is not less than 1.0 mm. Specifically, the minimum thickness of the strike face of the accused products is around 2.1 mm.<br><br><br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| an external volume of the golf club head is between 40 cc and 55 cc; and | The external volume of the golf club head of the accused products is between 40 cc and 55 cc. The accused club heads have external volumes ranging from 47 cc to 53 cc, which are between 40 cc and 55 cc.<br><br>To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |

15

Exhibit 10

**251**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

| | |
|---|---|
| the golf club head has a coefficient of restitution value greater than 0.79; | The accused products have a coefficient of restitution of the club head greater than 0.79. On information and belief, testing and further discovery will show that the coefficient of restitution of the accused club heads is greater than 0.79.<br><br>Alternatively, on information and belief, the accused product golf club heads have a coefficient of restitution value that is insubstantially different from a coefficient of restitution value greater than 0.79 and the accused products perform substantially the same function, in substantially the same way, to effect substantially the same result as the claimed golf club head having a coefficient of restitution value greater than 0.79. |
| the body further comprises a weight channel, enclosed within the internal cavity; | The body of the accused products further comprises a weight channel that is enclosed within the internal cavity. The channel is evident in the figures below. |

16

Exhibit 10

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**



Exhibit 10

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**

<table>
<tr>
<td></td>
<td>



Tungsten weight within weight channel

https://www.costco.com/kirkland-signature-7-piece-players-iron-set%2C-right-handed.product.4000236767.html (last visited January 29, 2024) (annotated).

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

</td>
</tr>
<tr>
<td>the weight channel comprises a closed back side, a closed top side, a closed bottom side, and an open front side; and</td>
<td>As shown in the figure below, the weight channel of the accused products comprises a closed back, top, and bottom sides and an open front side. The closed back, top, and bottom sides are annotated with blue lines.</td>
</tr>
</table>

Exhibit 10

18

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**



Weight channel (shown by blue annotations)

Weight

|  |  |
|---|---|
|  | To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different. |
| a maximum front-to-back depth proximate the topline portion of the internal cavity of the golf club is no more than 6 mm. | The accused products have a maximum front-to-back depth proximate to the top line portion of the internal cavity of the golf club that is not more than 6 mm. As shown in the figure below, the maximum front-to-back depth proximate to the topline portion of the internal cavity is approximately 3.7 mm, which is not more than 6 mm. |

19

Exhibit 10

**255**

**INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,559,727 FOR KIRKLAND SIGNATURE™ IRONS**



3.7 mm

To the extent the accused products are found not to literally infringe this limitation, Taylor Made reserves the right to demonstrate the presence of an equivalent because the accused products perform substantially the same function in substantially the same way to effect substantially the same result, or are only insubstantially different.

Exhibit 10

20