Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
Eric R. Maas, Bar No. 345450
EMaas@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: 858-720-5700
Facsimile: 858-720-5799

Ramsey M. Al-Salam, CA Bar # 109506
RAlsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000

Counsel for Defendant Costco Wholesale Corp.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR MADE GOLF COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP., and SOUTHERN CALIFORNIA DESIGN COMPANY d/b/a/ INDI GOLF,<br><br>Defendants. | Case No. 24-cv-0212-AGS-VET<br><br>NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION<br><br>Date:   April 19, 2024<br>Time:  2:30 p.m.<br>Judge: Hon. Andrew G. Schopler |

**PLEASE TAKE NOTICE THAT** on April 19, 2024 at 2:30 p.m., or as soon as the matter may be heard, in the courtroom of the Honorable Andrew G. Schopler at the United States District Court for the Southern District of California, Defendant Costco Wholesale Corp. ("Costco") will, and hereby does, move the Court to order Taylor Made Golf Company, Inc. ("Taylor Made") to arbitrate its claims against Costco and to stay of all Taylor Made's claims against Costco

pending arbitration.

    This motion is based upon this Notice of Motion, the supporting Memorandum of Points and Authorities, the Declaration of Eric R. Maas, the Proposed Order; all pleadings and papers filed in this action; and such other arguments and evidence as may properly come before the Court.

Dated: March 22, 2024                    **PERKINS COIE LLP**

By: */s/ Ramsey M. Al-Salam*
    Matthew C. Bernstein, Bar No. 199240
    MBernstein@perkinscoie.com
    Eric R. Maas, Bar No. 345450
    EMaas@perkinscoie.com
    PERKINS COIE LLP
    11452 El Camino Real, Ste 300
    San Diego, California 92130-2080
    Telephone: 858-720-5700
    Facsimile: 858-720-5799

    Ramsey M. Al-Salam, Bar # 109506
    RAlsalam@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206-359-8000
    Facsimile: 206-359-9000

*Counsel for Defendant Costco Wholesale Corp.*