Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
Eric R. Maas, Bar No. 345450
EMaas@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: 858-720-5700
Facsimile: 858-720-5799

Ramsey M. Al-Salam, Bar No. 109506
RAlsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000

Counsel for Defendant Costco Wholesale Corp.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR MADE GOLF COMPANY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORP., and SOUTHERN CALIFORNIA DESIGN COMPANY d/b/a/ INDI GOLF,<br><br>    Defendants. | Case No. 24-cv-0212-AGS-VET<br><br>DECLARATION OF ERIC R. MAAS IN SUPPORT OF MOTION TO COMPEL ARBITRATION |

## TABLE OF EXHIBITS

| Exhibit | Pages |
|---------|-------|
| Exhibit A | Pages 1-29 |
| Exhibit B | Pages 30-34 |

1. I am an attorney with the law firm of Perkins Coie LLP and counsel of record for Defendant Costco Wholesale Corp. ("Costco"). I submit this Declaration in support of Costco's Motion to Compel Arbitration.

2. Attached as **Exhibit A** is a copy of the executed Costco Wholesale Global Import Supplier Agreement between Plaintiff Taylor Made Golf Company, Inc. and Defendant Costco Wholesale Corporation.

3. Attached as **Exhibit B** is a copy of an excerpt from the American Arbitration Association Commercial Arbitration Rules and Mediation Procedures effective as of the date of execution of the Supplier Agreement attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 18, 2024

By: */s/ Eric R. Maas*
Eric R. Maas