# EXHIBIT A

(Page 1 of 29)



63955-00

**FILLER**

PROMPT4
**VENDOR FILE**

.xception

| | | | |
|---|---|---|---|
| Date: | 2/10/2010 | | |
| To: | Supervisor, Vendor Maintenance | | Fax: (425) 313-8108 |
| From: | RANDY SWANBERG (Buyer) | | Ext: 6267 |
| Supplier Name: | TAYLOR MADE GOLF CO. | | A/P Vendor Number: 63955- |
| Dept #: | 26 | | BBA #: - |

**The supplier named above shall not be required to execute the Costco Wholesale Supplier Agreement for the following reason:**

NEED TO CUT PO's TODAY  IMPORT VENDOR AGREE-
MENT WILL BE HANDED IN THIS WEEK

☑ Temporary Pending Status (30 days)    ☐ Permanent

_____
Signature of GMM

_____/____/____
Date (MM/DD/YYYY)

_____
Print Name

Please forward the original to VENDOR MAINTENANCE and keep a copy for your files.

| | |
|---|---|
| **To be completed by Vendor Maintenance:** | |
| Received By: | Date: 2/10/10 |

*Accounting Systems Development & Documentation*
*ApprovalforSupplierAgreementException.dot*

*Revised: December 2007*

**EXHIBIT A**
**PAGE 1**



**FILLER**

PROMPT4

**VENDOR FILE**



*63955-00*

Date: December _1_, 2009                         Supplier A/P No. _63955-01_    Revised 06.19.09

Merchandise/Category _____ Golf Merchandise _____

## COSTCO WHOLESALE GLOBAL
## IMPORT SUPPLIER AGREEMENT

This Import Supplier Agreement ("Import Agreement") is entered into this _1st_ day of December, 2009
("Effective Date") between Taylor Made Golf Company, Inc. ("Supplier")
                                        (Print full and legal name. Must match VPPA.)
and the Costco Wholesale entity(ies) designated below:

☐  **Costco Wholesale Corporation & Subsidiaries - All**
☑  Costco Wholesale Corporation – U.S.        ☐  Costco Wholesale Canada Ltd.
☐  Costco de Mexico, S.A. de C.V.             ☐  Costco Wholesale UK Ltd.
☐  Costco Wholesale Japan, Ltd.               ☐  Costco President Taiwan, Inc.
☐  Costco Wholesale Australia Pty, Ltd.       ☐  Costco Wholesale Korea, Ltd.

Unless specified otherwise, all references in this Import Agreement to "Costco" shall include the Costco Wholesale entities designated above ("Designated Costco Entity").

The parties agree as follows:

1. **AGREEMENT DOCUMENTS.**

    1.1  <u>Description of Agreement Documents.</u> All Purchase Orders issued by Costco shall be subject to the terms of each of the following documents (collectively the "Agreement Documents"):

        (a)  this Import Agreement together with all referenced Attachments ("Import Agreement");
        (b)  each Supplier Purchase Program Agreement, and
        (c)  Item Agreement(s), Attachment(s) A, Extranet Access agreements and any other unexpired agreements (such as special program agreements, warehouse displays, promotions or rebates) that have been or will be signed between Supplier and Costco.

        The above Agreement Documents collectively are part of this Import Agreement and are incorporated herein by reference.  In case of any inconsistency among any Agreement Documents, the more recent document shall take priority over previous documents as to its subject matter, and the most specific document shall take priority over more general documents. Some Agreement documents may use the term "Vendor" rather than "Supplier."  For purposes of this Agreement the terms are interchangeable.

        Notwithstanding anything to the contrary herein, this Import Agreement pertains only to merchandise sold to Costco where Costco is the "Importer of Record" into the United States (the "Destination Country").

    1.2  <u>No Obligation.</u> **The Import Agreement is not a Purchase Order and does not impose an obligation upon Costco to purchase any merchandise from Supplier (nor does it impose any obligation upon Supplier to sell any merchandise to Costco).  Purchase Orders are described in Section 7.**

2.  **GENERAL TERMS.**

    2.1  <u>Parties.</u> The terms and conditions set forth in this Import Agreement apply to every purchase, sale, shipment and delivery of Merchandise from Supplier to Costco and related transactions, unless otherwise agreed in writing and signed by both parties. A purchase may be made in the name of "Costco," even if it applies to another or more than one Costco Designated Entity.

SUPPLIER INITIAL EACH PAGE ①                                                        Page 1 of 17

*999 Lake Drive, Issaquah, Washington 98027 U.S.A.*

**EXHIBIT A**
**PAGE 2**



Revised 06.19.09

The term "Supplier" means the entity which directly or indirectly provides Merchandise to Costco and includes the entity's parents, affiliates, subsidiaries, agents, representatives and other business names and trade names used by the entity in the selling of Merchandise to Costco.

2.2 Relationship of the Parties. The relationship between Costco and Supplier is that of an independent contractor and Supplier agrees that it is not, has not and shall not hold itself out as an agent of Costco. This Import Agreement does not create any exclusive relationship between Supplier and Costco.

3.    MERCHANDISE: CONTAINER SECURITY AND SHIPPING METHOD. "Merchandise" includes all units of all goods described in any Costco Purchase Order and all packaging, color, box or label and related film, instructions, warnings, warranties and other materials and services normally included or otherwise delivered with such Merchandise.

3.1 Security of Containers. Supplier agrees to comply with the security guidelines applicable in each Destination Country and those set forth in Costco's document entitled "SECURITY OF CONTAINERS ON SHIPMENTS TO ALL COSTCO DESTINATIONS." Supplier must sign and date an acknowledgement that it received the document and will comply and ensure that its factories comply with the guidelines.

3.2 Unitization of Container Loading. Supplier shall execute the *Costco Agreement to Unitize*, which requires that Supplier comply with the unitizing guidelines for Merchandise set forth in Costco's "UNITIZING OF CONTAINER LOADING AT OVERSEAS FACTORIES." If Supplier is unable to comply with these requirements, it must obtain a written waiver from Costco.

3.3 Pallets and Other Wood Packing Material. In the event pallets are used during shipment, pallets must conform to Costco specifications and specifications and/or regulations of the Destination Country, including those pertaining to wood materials.

4.    CODE OF CONDUCT & FACTORY AUDIT, NAME AND LOCATION.

4.1 Code of Conduct. Supplier has received and had opportunity to review Costco's Code of Conduct. Suppliers certifies that each factory and subcontractor factories used in producing Merchandise comply with and shall remain in compliance with Costco's Code of Conduct, and, without limitation, that each factory and all subcontractor factories:

  (a) Comply with the labor and environmental laws in the country of production.
  (b) Do not and will not use any form of compulsory or illegal child labor and does not physically abuse workers.

4.2 Confirmation of Subcontractor Factories Compliance. Upon Costco's request, Supplier shall obtain and provide to Costco a signed confirmation from the owner of the prime factory that all factories or subfactories used are in compliance with the Code of Conduct.

4.3 Right to Cancel. Costco, at its discretion, may cancel any or all outstanding Purchase Orders in the event Supplier or any of its factories or subcontractors violates the Code of Conduct and/or security of containers.

4.4 Factory Audit Requirement. If an audit report identifies any non-compliance with the security of containers, Supplier shall submit a corrective action plan and/or submit to reaudit as required by Costco. Any waiver of this audit requirement must be approved, in writing, in advance, by Costco.

4.5 Audits. Costco or its authorized third party auditing company may audit at any time and with prior notice Supplier's prime factory and subcontractor factories to verify compliance with the Code of Conduct and/or security of containers.

SUPPLIER INITIAL EACH PAGE                                       Page 2 of 17

*999 Lake Drive, Issaquah, Washington 98027 U.S.A.*



Revised 06.19.09

4.6 Name/Physical Location of the Prime Factory. Supplier must include the name and physical location of the prime factory in the Item Agreement and if requested by Costco, any other form, including but not limited to invoice, Import Standard Quote form, Merchandise Specification Confirmation form, letter of credit, commercial invoice, Merchandise inspection report, and Code of Conduct audit report. The factory name/location in all of these documents must match. Supplier agrees not to change the factory or sub-factories or Country of Origin without first advising Costco in writing and submitting a sample from the new factory. Supplier must obtain Costco's written approval of these changes prior to shipment. If Supplier changes a factory or sub-factory, Supplier shall ensure that the quality of the Merchandise produced conforms to the quality of Merchandise produced prior to the change.

## 5.  PRICING.

5.1 Item Agreement Form. Upon request, Supplier shall reconfirm its best quote for the Merchandise on FOB port of origin terms (unless otherwise specified by Costco), using Costco's Item Agreement Form. Supplier shall fill in all information completely and shall include the name/address/country and factory manager contact name and phone number of the prime factory and the exchange rate used in determining the Merchandise price.

5.2 Price Changes. The prices on Costco's Purchase Order are not subject to increase or additional charges because of increased cost, changes in law, exchange rate loss, or any other reason. Supplier must give Costco thirty (30) days' advance written notice of any price changes.

## 6.  PAYMENT; RETAINER; DEDUCTIONS

6.1 Payment and Retainer Terms. Payment and any specific retainer terms are set forth in Attachment A.

6.2 Factoring. Supplier shall not assign its payment rights, including to its account a factor, without prior written notice by Supplier to Costco's buying or imports department. Said assignee is only entitled to payment validly owed to Supplier and said assignment does not confer upon assignee any other rights. The assignment shall not be changed or discontinued without the prior written consent of both Supplier and the third party.

6.3 Payments Delayed. If Costco delays any payment(s) because of non-compliance with this Import Agreement, Costco shall not be liable for any interest.

6.4 Authorized Deductions. Costco may deduct any amounts Supplier owes to Costco under the Agreement from unpaid Supplier invoices including but not limited to:

(a)  *Failure to Unitize Containers.* If Supplier fails to unitize containers, pursuant to Section 3.2, Costco may deduct labor charges incurred by Costco to unload the Merchandise.

(b)  *Defective Pallets.* If Merchandise is shipped on pallets that do not comply with Section 3.3, Costco may deduct defective pallet charges and charge supplier for repalletizing merchandise on correct pallets.

(c)  *Failure to Comply with Section 17.* Costco may also deduct any amounts it incurs due to Supplier's failure to comply with any of its obligations or warranties under Section 17.

(d)  *Rejected Merchandise.* Costco may deduct amounts for Rejected Merchandise pursuant to Section 18.

(e)  *Compensation Remedies.* Costco may deduct any amounts Supplier owes to Costco pursuant to Section 19.

6.5 Settlement of Authorized Deductions.

(a)  *Open Accounts.* On open account transactions, Costco shall be permitted to deduct any debit balance owed by Supplier.

(b)  *Letters of Credit.* On letter of credit transactions, Supplier shall reduce each draw under any letter of credit until such amounts are deducted, or, at Costco's option, Supplier shall execute documents as necessary to allow the letter of credit amount to be so reduced.

**EXHIBIT A**
**PAGE 4**



Revised 06.19.09

(c) *Cash Payment.* If there are no unpaid invoices, no letters of credit draws, and no unused retainers, Supplier shall pay all debit balances owed to Costco.

**7.**     **PURCHASE ORDERS; CREDIT PACKET; INVOICES; COSTCO CLAIM FORM.**

7.1 <u>Acceptance of Offer; Projections.</u> Supplier may ship only against a written Costco purchase order ("Purchase Order") that Supplier has accepted in writing. Except as specified in a written Purchase Order, projections, past purchasing history and representations about quantities to be purchased are not binding and Costco shall not be liable for any act or expenditure (including for equipment, labor, materials or packaging) by Supplier in reliance on them.

7.2 <u>Invoices.</u> Depending on payment type, Supplier shall present a commercial invoice and other required shipping documents in accordance with Costco's terms and conditions as stated in Costco's instructions for open account payment terms or in letters of credit.

7.3 <u>Costco Standard Supplier Claim Form.</u> Any claims by Supplier regarding unpaid invoices, partial payments, RTVs, rebate or audit deductions, etc. must be submitted on a Costco Standard Supplier Claim Form.

**8.**     **QUALITY; SPECIFICATIONS; SAMPLE APPROVAL; TESTING & INSPECTION**

8.1 <u>Quality of Merchandise.</u> The parties agree on the great importance of the quality, safety and performance of the Merchandise. Supplier shall reference the "Costco Quality Assurance Policy" for additional requirements.

8.2 <u>Merchandise Specifications.</u> The parties contemplate that Supplier will produce and sell to Costco special make up products ("SMU Merchandise") from time to time. All SMU Merchandise (including the Merchandise ingredients, materials, parts, quality, appearance, labeling, instructions, directions, and packaging) shall conform to the specifications for all Merchandise ordered by Costco (the "SMU Merchandise Specifications"). The SMU Merchandise shall also conform to the sample submitted to and approved in writing by Costco, and shall not contain any changes from the sample, unless approved in writing, in advance, by Costco, provided, however, that Costco's approval shall not be needed for changes that do not impact the quality, cosmetics or performance of the product and that Supplier is concurrently implementing to merchandise bearing its own trademarks.

8.3 <u>Merchandise Specification Confirmation Form.</u> Supplier shall provide detailed SMU Merchandise Specifications on a Merchandise Specification Confirmation form. Supplier shall fill out completely and sign and date the Merchandise Specification Confirmation form on its own company letterhead.

8.4 <u>Revisions to Specifications.</u> Supplier agrees not to change the SMU Merchandise Specifications without first advising Costco in a written, revised Merchandise Specification sheet signed and dated by Supplier and obtaining Costco's written approval of the changes and the new sample unless the change does not impact the quality, cosmetics or performance of the product and Supplier is concurrently implementing the change to merchandise bearing its own trademarks.

8.5 <u>Production Sample of SMU Merchandise and Packaging.</u> Supplier must submit a production sample and packaging relating SMU Merchandise to for Costco's approval prior to bulk production,. Costco may approve or disapprove of each in its sole reasonable discretion, and Supplier shall not supply any SMU Merchandise or packaging not approved in writing by Costco. Costco's approval of any SMU Merchandise sample or packaging shall not relieve Supplier's responsibility to ensure that the Merchandise and/or packaging comply with all applicable laws.

8.6 <u>Non-SMU Merchandise.</u> If Supplier sells non-SMU Merchandise to Costco (such as in-line Merchandise or opportunity buys), then Supplier represents that the quality of such Merchandise shall be consistent with the high quality of TaylorMade branded products generally.

SUPPLIER INITIAL EACH PAGE                                                                 Page 4 of 17

*999 Lake Drive, Issaquah, Washington 98027 U.S.A.*



Revised 06.19.09

9.    **MERCHANDISE: REPRESENTATIONS AND WARRANTIES.**

9.1  Conforming Merchandise.  Supplier shall use due care in the design, manufacture and marking of the Merchandise and warrants that all Merchandise shall: (i) be free from defects and malfunctions, (ii) have adequate warnings and instructions, (iii) be shipped in the quantities specified in the Purchase Order, and shall strictly conform to the Merchandise Specifications and approved samples.

9.2  Health and Safety Laws.  Supplier represents and warrants that the Merchandise will not present a health and safety risk when properly used.  Supplier will comply with all applicable health and safety laws and regulations of the Destination Countries.

9.3  Compliance with All Applicable Laws and Industry Standards.  Supplier represents and warrants that all Merchandise (including all labeling and packaging) shall be designed, produced, manufactured, processed, packaged, labeled, accurately marked, tagged, tested, certified, weighed, inspected, shipped and sold in compliance with all applicable industry standards and all applicable federal, state, provincial and local laws, treaties and regulations of each Destination Country, including by way of example all laws and regulations relating to labor, health, safety, environment, serial and identification numbers, labeling,  Country of Origin designation; and Customs and language requirements, and including, without limitation and specifically pertaining to U.S. imports, all FDA (Food and Drug Administration) toxic substances, OSHA (Occupational Safety and Health Administration) and EPA (Environmental Protection Agency) regulations, Federal Meat Inspection Act or Poultry Products Inspection Act, or any other food safety statute and the requirements of California Proposition 65 (collectively "Laws"). Supplier agrees to execute and provide to Costco, on request, all certifications, guaranties and other documents regarding and verifying compliance with such Laws, for each Destination Country, including any Material Safety Data Sheet ("MSDS").

9.4  Merchandise Non-infringing.  Supplier represents and warrants to Costco that the Merchandise and its resale will not infringe or violate any patent, trademark, trade dress, trade name, copyright, trade secret or other right of any third party.

9.5  Ability to Sell.   Supplier represents and warrants that it is not a party to any agreement or understanding, and that there is no other impediment or restriction that limits, prohibits or prevents Supplier from selling and delivering the Merchandise to Costco or limits, prohibits or prevents Costco from reselling the Merchandise.

9.6  Notice. Supplier must give prompt written notice to Costco of any facts it learns indicating that Merchandise does not comply with the Laws, regulations and/or standards in Section 9.3 of any Destination Country or any other provisions of this Import Agreement.

9.7  Right to Cancel for Non-Compliance. Costco may cancel any Purchase Order if it reasonably believes Merchandise to be delivered does not comply with the requirements of this Section 9.

10.    **ELECTRICAL STANDARDS.**

10.1 Electrical Certifications.  All electrical Merchandise must be listed by Underwriter's Laboratories, Inc. (UL) or for non-UL countries, the local equivalent.  All standards, even government-approved or required standards, must be approved in advance by Costco.  Upon Costco's request, all current UL or equivalent reports must be made available at Supplier's expense to Costco or its designated testing laboratories.

10.2 Access to Supplier's Listing Files or Certification Records.  Supplier shall grant Costco access to all relevant electrical certification  files for each Destination Country and the Destination Country's electrical standards verification of all approved parts and components.

SUPPLIER INITIAL EACH PAGE 

*999 Lake Drive, Issaquah, Washington 98027 U.S.A.*

**EXHIBIT A**
**PAGE 6**



Revised 06.19.09

**11.     PACKAGING; HANGTAG; LABEL; INSTRUCTIONS.**

11.1 Country of Origin. Each unit of Merchandise and each piece to a set shall be marked with the Country of Origin in a matter conforming to the regulations of the Destination Country.

11.2 Identifying the Importing Party. The correct name and address of the importing party must be indicated on the packaging, including the color box or label, or on the Merchandise, as required by the law of each Destination Country.

11.3 Packaging; Notice of Infringement. All artwork, including color proof, for packaging/hangtags/labels for SMU Merchandise shall first be approved in writing by Costco prior to printing and shall conform to Costco's packaging instructions. Supplier agrees to promptly notify Costco of any packaging design with respect to SMU Merchandise that may infringe upon the rights of others.

11.4 Label Language and Regulatory Requirements. All printed information shall be in the Destination Country's required language(s) and shall otherwise comply with the Destination Country's label-related requirements, including those related to Country of Origin, Merchandise safety and warning, laws and regulations, instructions and warranty information, unless a requirement is waived in writing by Costco.

**12.     ALTERNATE SUPPLIER SOURCES.** [Intentionally deleted.]

**13.     BAR CODES; ITEM NUMBERS.** Supplier shall place on all merchandise sold to Costco an accurate Global Trade Item Number (GTIN) that complies with the GS1 standards.   Supplier will promptly supply Costco with its manufacturer assigned GTIN number.  If Supplier fails to place an accurate GTIN on any Merchandise, it shall be responsible for Costco's internal and external costs, plus associated fines and/or attorneys fees incurred as a result of such failure.  Upon request by Costco, Supplier shall place Costco's assigned item number of all Merchandise.  For the United States the GTIN shall be the UPC if the Supplier packages the Merchandise.

**14.     DISPLAY MATERIAL.** [Intentionally deleted.]

**15.     SHIPMENT; DELIVERY.**

15.1 Shipping Point. The shipping point for each sale shall be FOB port of origin or as otherwise indicated in the Purchase Order or if the delivery term requires delivery to a forwarder, the place where delivery is to be made under that term.

15.2 Vessel Incoterms; Title and Risk of Loss. If the Purchase Order designates an FOB sale or some other type of sale with delivery to an ocean port or carrier for ocean shipment, the terms of sale and delivery will be FOB Vessel Incoterms 2000 or the most current version.  If the bill of lading indicates a Free on Board delivery, title and risk of loss shall pass to Costco after the Merchandise has passed the ship's rail at the named port.  If the bill of lading indicates an Ex Works delivery, Costco will arrange for pickup of the Merchandise at Supplier's factory and title and risk of loss shall pass to Costco when Costco takes possession of the merchandise.

15.3 Ship Window. For FOB port of origin sale, Supplier must ship within the "Ship Window," which commences on either:
    (a) The date when a container is consigned and received by Costco's designated overseas freight forwarder at its designated container yard; or
    (b) The date the Merchandise is loaded on board by the carrier as indicated on the Bill of Lading if no freight forwarder or container yard has been designated, or if the cargo receipt date is not indicated on the forwarder's cargo receipt or combined transport bill of lading. Supplier must ensure the forwarder's cargo receipt date is indicated on the freight forwarder's cargo receipt or combined transport bill of lading.

SUPPLIER INITIAL EACH PAGE                                       Page 6 of 17

*999 Lake Drive, Issaquah, Washington 98027 U.S.A.*

**EXHIBIT A
PAGE 7**



Revised 06.19.09

15.4 <u>Shipment Dates; Storage Costs.</u>  Supplier shall not ship before the first date of the "Ship Window" on the Purchase Order, unless Supplier first obtains written authorization from Costco. Supplier will pay any storage charges resulting from any early shipment, unless Costco agrees otherwise in writing. The storage charges shall be settled in cash within thirty (30) days from the date incurred. Supplier shall not ship after the last date of the "Ship Window" on the Purchase Order, unless authorized by Costco, in writing.

15.5 <u>Late Shipment.</u>  For any late shipment, Costco shall have the option to use the next available fast vessel or air shipment or mini-landbridge and charge Supplier the difference between the fast vessel or mini-landbridge or air freight rate and Costco's regular ocean freight rate.  This amount must be settled in cash within thirty (30) days from Costco's invoice.  For the purposes of this paragraph, a shipment will be considered "late" if not shipped as required by the confirmed purchase order,  provided however that a shipment will not be considered "late" if Costco has authorized an extension in writing or if the delay was caused by  flood, hurricane, typhoon, earthquake, war, insurrection, fire, third-party worker strikes, or other similar cause fully beyond Supplier's reasonable control or influence; and Supplier immediately gives Costco written notice and documentation of this cause.

**16.    SHIPPING AND IMPORT DOCUMENTS.**

16.1 <u>Complete and Accurate Documents.</u>  Supplier shall provide Costco with legible commercial invoices, bills of lading, packing lists and all other documents that are or may be required in order to import Merchandise into the Destination Country, determine duty treatment and antidumping compliance, and address all tariff and nontariff restrictions. All such documents shall legibly show the complete Costco Purchase Order and Item Number(s) to which they relate and all other information required by Customs and Costco for entry into each Destination Country. Commercial invoices must clearly state the actual prime factory name and physical location.

16.2 <u>Entry Denied or Delayed.</u> Supplier shall be liable for any import duties, penalties, taxes and interest owed if the Customs authorities in the importing country deny or delay entry of any Merchandise as a result of false, misleading, defective or missing documents.  To cover such amounts, Costco, at its option, may deduct (a) from the and retainer and/or (b) from any unpaid invoices or letter of credit draws, or (c) Supplier shall pay the amount (or any remaining balance) to Costco.

16.3 <u>Documents Needed to Expedite Customs Clearance.</u>  In order to expedite Customs clearance, Supplier agrees to provide all documents requested by Costco and Customs, and distribute all documents per Costco's instructions or, absent those instructions, as follows:

    (a)  1/3 <u>original</u> Ocean B/L or FCR, or combined transport B/L or its equivalent, any <u>original</u> special Customs documents (Textile Visa export license, Form A, etc.), and a complete set of all other documents express mailed directly to Costco's Customs broker, or presented directly to Costco's Customs broker's overseas office;

    (b)  1/3 <u>original</u> Ocean B/L or FCR, or combined transport B/L or its equivalent, and a complete non-negotiable set of all other documents express mailed directly to Costco, Attn. Import Department, or as otherwise instructed by Costco; and

    (c)  The remaining 1/3 <u>original</u> Ocean B/L or FCR, or combined transport B/L or its equivalent, and a complete set of shipping documents shall be sent (i) to the applicable bank if payment terms are L/C or (ii) by express mail directly to Costco, Attn. Accounts Payable at the mailing addresses specified by Costco if payment terms are open account, or as otherwise instructed by Costco.

Each Ocean B/L and FCR, or combined transport B/L or its equivalent, must be "<u>Consigned to Costco Wholesale</u>", or under the specific Costco name and address as instructed by Costco, for each Destination Country.

SUPPLIER INITIAL EACH PAGE                                                                                            Page 7 of 17

*999 Lake Drive, Issaquah, Washington 98027 U.S.A.*

**EXHIBIT A**
**PAGE 8**

**COSTCO WHOLESALE**

Revised 06.19.09

16.4 <u>Supplier's Failure to Timely Provide Customs Documents.</u> If complete and correct documents are not timely received by Costco's Customs broker, Costco and it's bank, and

    (a) If any demurrage charges are incurred, Supplier shall pay Costco for the demurrage charges. Supplier shall settle this amount in cash within thirty (30) days from the date the charges were incurred;

    (b) If Customs clearance is so delayed as to affect Costco's sales and inventory control plan, Supplier shall compensate Costco as described under Section 19.3; and/or

    (c) If Customs clearance is so delayed as to affect Costco's sales and inventory control plan, Costco may cancel the applicable Purchase Order(s) or subsequent Purchase Order(s). Supplier is responsible for all related import and other charges for the return of the cancelled Purchase Order containers.

Costco will not be responsible for interest or other charges if any payment to Supplier is delayed due to missing, late or incorrect documents.

**17.    PREFERENTIAL DUTY CLAIMS; IMPORT QUOTA; ANTI-DUMPING.**

17.1 <u>Preferential Duty Claims.</u> Should Supplier make GSP, GPT or similar preferential duty claims granted by the government of the Destination Country to the Country of Origin, and in the event of a denial by Customs of this special duty claim at the time of entry or during a subsequent Customs audit, Supplier shall be liable for any duties, penalties and interest owed to Customs. Supplier shall be responsible for maintaining all records necessary to substantiate the preferential duty claim.

17.2 <u>Import Quota.</u> For Merchandise subject to import quota into the Destination Country, if the quota fill rate is 80% or more, Costco may not authorize a letter of credit or other types of prepayment to Supplier until the Merchandise has cleared Customs and received by Costco. If the quota classification is full or the visa is incorrect or invalid, and Costco is unable to clear Customs at the time of entry, Costco may return the Merchandise to Supplier. Supplier agrees to compensate Costco for all charges Costco incurs as a result of events described in this section, and for lost sales as provided under Section 19.6.

17.3 <u>Antidumping Duty.</u> Supplier warrants, that the Merchandise is not subject to any antidumping duty or countervailing duty investigation or order in any country where the Merchandise is manufactured and/or sold. Without limiting any other remedies, Costco may cancel any Purchase Order for Merchandise that is or becomes the subject of an antidumping duty or countervailing duty investigation or order.

**18.    REJECTION OF NON-CONFORMING MERCHANDISE; CUSTOMER RETURNS; RECALLS.**

18.1 <u>Rejected Merchandise.</u> Supplier shall allow Costco or its designated inspector to inspect Merchandise during the manufacturing process or prior to shipment. Costco may, at any time, reject and/or return to Supplier any Merchandise, shipment or portion thereof that

    (a) does not conform to the sample (if applicable) or product specifications, unless (1) the variation could have been detected by the inspection referenced above or (2) does not impact the quality, cosmetics or performance of the product and is consistent with merchandise bearing Supplier's own trademarks;

    (b) contains deviations in quality that exceed generally acceptable industry standards;

    (c) fails to comply with applicable Laws;

    (d) is shipped in quantities other than those specified in the Purchase Order.

    (e) causes Supplier to violate any of its warranties set forth in sections 9.1, 9.2, 9.3, or 9.4.

Merchandise described in subsections (a) – (e) are referred to herein as "Rejected Merchandise."

**COSTCO WHOLESALE**

Revised 06.19.09

18.2 <u>Refund for Rejected Merchandise.</u> With respect to any Rejected Merchandise (including Rejected Merchandise which may have been processed and/or commingled with other product), Supplier shall grant a full refund at the Net Landed Cost to Costco, or Costco may deduct such amount against amounts it owes to Supplier, in addition to any other remedies available to Costco. If Costco desires a refund (as opposed to deducting the amount against other amounts owed to Supplier), it shall invoice Supplier and Supplier shall pay the invoice within thirty (30) days of receipt. Supplier shall pay all reasonable expenses of unpacking, examining, repacking, storing, holding, reshipping and/or returning any Rejected Merchandise.

18.3 <u>Customer Returns.</u> Supplier shall only be responsible to Costco for returns of Merchandise that are "Defective Merchandise" (as defined below).

18.4 <u>Defective Merchandise.</u> "Defective Merchandise" means any Merchandise which: (a) does not conform to the sample (if applicable) or product specifications (except for features that do not impact the quality, cosmetics or performance of the merchandise and that are features of Supplier merchandise bearing Supplier's own trademarks; (b) contains deviations in quality that exceed generally acceptable industry standards; or (c) fails to comply with applicable Laws.

18.5 <u>Refund for Defective Merchandise.</u> With respect to any Defective Merchandise (including Defective Merchandise which may have been processed and/or commingled with other product), Supplier shall grant a full refund at the Net Landed Cost to Costco, or Costco may deduct such amount against amounts it owes to Supplier, in addition to any other remedies available to Costco. If Costco desires a refund (as opposed to deducting the amount against other amounts owed to Supplier), it shall invoice Supplier and Supplier shall pay the invoice within thirty (30) days of receipt. Supplier shall pay all reasonable expenses of unpacking, examining, repacking, storing, holding, reshipping and/or returning any Defective Merchandise. For the avoidance of doubt, with respect to any Defective Merchandise the provisions of this paragraph shall survive for the longer of: (a) two (2) years from the date of purchase by Costco of the Defective Merchandise; or (b) the length of then current TaylorMade Limited Consumer Warranty applicable to such Defective Merchandise (the current TaylorMade Limited Consumer Warranty can be found at: www.taylormadegolf.com/footer/warranty.html). With regard to returns under subsection (a), if Costco believes that return is appropriate and justified, it will communicate its rationale to Supplier, and the parties will first have a good faith discussion prior to the potential return. For the avoidance of doubt, poor sales are not an appropriate basis for return under this Section.

18.6 <u>Recalled Merchandise.</u> "Recalled Merchandise" means any Merchandise:

(a) For which Customs or other government or consumer protection agency or electrical listing agency or product certification agency requires or recommends the recall, remarking, or any changes to the Merchandise or its labeling, denies entry or orders the return of the Merchandise or units for seizure, destruction, or re-export, or

(b) Subject to any voluntary recalls initiated or agreed-upon by Supplier related to health or safety.

**19. <u>COMPENSATION FOR DEFECTIVE, REJECTED AND RECALLED MERCHANDISE AND SUPPLIER NON-PERFORMANCE.</u>** Without limiting any other remedies available to or rights of Costco, Supplier shall compensate Costco as follows:

19.1 <u>Defective and Rejected Merchandise.</u> See Sections 18.2 and 18.5 above..

19.2 <u>Recalled Merchandise.</u> Supplier shall compensate Costco for all units at their Net Landed Cost plus reasonable expenses relating to handling, customer notification, shipping, return, seizure, repair, salvage, destruction, modification, re-export or remarking.

**COSTCO WHOLESALE**

Revised 06.19.09

19.3 <u>Net Landed Cost.</u> "Net Landed Cost" means the FOB port of origin price paid by Costco + ocean freight + import duty + GST + all other import related charges (including brokerage) + inland freight and handling from port of entry to Costco depot + outbound freight and handling from Costco depot to the Costco warehouse. For any shipment with terms other than FOB port of origin, the above stated formula will apply adjusted to accommodate the applicable delivery term.

19.4 <u>Reasonable Estimate of Damages.</u> Supplier understands that in the event of Defective, Rejected or Recalled Merchandise Costco expends a significant amount of administrative and management time that is difficult or impossible to quantify, and also may suffer damage to its business reputation. Consequently, Supplier will pay Costco nine percent (9%) of the Net Landed Costco of any Defective, Rejected or Recalled Merchandise. The compensation in this Section 19 represents a reasonable estimate of damages that Costco will incur, and is not a penalty.

20. **INSURANCE.**

20.1 <u>Required Coverages.</u> Supplier shall obtain and maintain, at its expense, a policy or policies of Commercial General Liability (including product and completed operations, personal and advertising injury and contractual liability coverage), with a minimum of $1,000,000 U.S. each occurrence; $2,000,000 U.S. General Aggregate limit; $2,000,000 U.S. Products and Completed Operations Aggregate limit, written on an occurrence form.

20.2 <u>Additional Coverages for Suppliers Whose Employees Enter Costco Wholesale's Premises.</u> Supplier shall obtain and maintain, at its expense, workers' compensation insurance with statutory limits and employers' liability (Stop-Gap Liability) insurance with minimum limits of $1,000,000 U.S.; automobile liability insurance with $1,000,000 U.S. coverage limits for each accident, including owned, non-owned and hired vehicles, or such limits as are required by law, whichever are greater. Supplier also shall enroll its employees who enter a Costco premises in any insurance plan required by law in the Destination Country, and if those plans are duplicative of any insurance required by this section, Supplier may adjust its commercial insurance coverage accordingly. If any penalties or costs are applied to Costco or its subsidiaries as a result of inadequate Workers Compensation coverage, Supplier shall reimburse Costco for the full amount.

20.3 <u>Certificates of Insurance.</u> Supplier will provide Certificates of Insurance with respect to General Liability, Automobile Liability and Workers' Compensation/Employers' Liability policies, containing the Additional Insured Requirement and Waiver of Subrogation Endorsement set forth below, and attach the Broad Form Supplier Endorsement to the Certificates of Insurance, protecting all parties from the liability set forth in Section 20.1 and Section 20.2 (if applicable). Supplier's insurers must be Best's rated B+, VII or better. Supplier shall provide the Certificates of Insurance, evidencing the required coverage, prior to receiving a Purchase Order from Costco.

20.4 <u>Waiver of Subrogation.</u> All policies shall contain a waiver of subrogation rights against Costco.

20.5 <u>Additional Insured Requirement:</u> The following entities shall be named as additional insureds: Costco and/or any subsidiary, proprietary company or corporation, partnership or joint venture thereof, including the Broad Form Supplier Endorsement (ISO CG 2015). If Supplier's insurers are unable to provide the Additional Insured language as set forth in Section 20.3 (b) (i) above, then for each country where Merchandise will be sold by Costco Wholesale Corporation and the corresponding country entity shall be named as an additional insured per the Broad Form Supplier Endorsement, as follows:

<u>U.S.</u>: Costco Wholesale Corporation.

20.6 <u>Notice of Changes.</u> Policy limits may not be reduced, terms materially changed, or policy canceled with less than thirty (30) days' prior written notice to Costco. Insurance policies maintained by Supplier shall be primary with respect to all obligations assumed by Supplier pursuant to the Agreement Documents. Insurance policies maintained by Costco shall be excess and noncontributory to the policies maintained by Supplier.



Revised 06.19.09

It shall be the responsibility of Supplier to ensure that any of its agents, representatives and contractors comply with the above insurance requirements. Supplier's maintenance of its insurance policies shall not release or diminish the liability of Supplier herein, including, without limitation, its indemnification obligations. Damages recoverable by Costco against Supplier shall not be limited by the amount or scope of the required insurance coverages.

20.7 Deductibles. Supplier shall maintain reasonable deductibles. Supplier shall remain responsible for all payments falling within the deductible levels and agrees that Costco and it's insurance shall not be required to pay or contribute to Supplier's deductible payments.

20.8 Scope of Coverage. The insurance requirements set forth in this section apply to all Merchandise sold to Costco in the U.S.A.

21. **INDEMNITY.** Supplier shall defend, hold harmless and indemnify Costco Wholesale Corporation and each Designated Costco Wholesale Entity, and their respective employees, agents and representatives (collectively "Costco Wholesale") from and against any and all claims (including claims of Costco Wholesale against Supplier), proceedings, actions, causes of action, liabilities, duties, taxes, losses, fines, penalties, interest, suits or demands, costs and expenses (including reasonable attorneys' and expert witness fees) arising out of any of the following provided that Supplier's obligation to defend shall apply only to claims or actions brought by a third party against Costco Wholesale:

    (a) Any actual or alleged infringement or misappropriation of any patent, trademark, trade name, trade dress, copyright or other right relating to any of the Merchandise or breach of this Import Agreement or the Agreement Documents; or

    (b) Any actual or alleged injury to any person, damage to any property, or any other damage or loss, by whomsoever suffered, claimed to result in whole or in part from any actual or alleged defect in any of the Merchandise, whether latent or patent, including any alleged failure to provide adequate warnings, labeling or instructions, or

    (c) Any actual or alleged violation of any Laws or any judicial or administrative order, rule or regulation relating to any of the Merchandise or to its manufacture, shipment, import, labeling, weights and measurements, use or sale, or

    (d) Any claim by Supplier's employees resulting from injury while on Costco premises, and in connection with this indemnification obligation Supplier specifically waives any liability limitation or protection it otherwise might have under state worker's compensation laws or similar laws.

The fact that Costco has approved or accepted any item, sample, specifications, labeling or testing or inspection will not limit Costco's rights or Supplier's responsibility. Supplier understands that without this indemnity Costco would not have purchased the Merchandise.

These indemnities and obligations of Supplier shall not be affected, expanded or limited in any way by Costco's extension of warranties to its customers, or by any approval, specification, act or omission of Costco. Supplier shall have no obligation to defend, hold harmless and indemnify Costco for Costco's sole negligence or intentional acts.

22. **CONFIDENTIALITY.**

22.1 Definition of Confidential Information "Confidential Information" means non-public information, whether written, oral, electronic or otherwise that Costco designates confidential or which, by its nature or circumstances of disclosure ought to be treated as confidential. Confidential Information includes, without limitation, information in aggregate or individual form relating to Costco's programs, practices, members, Suppliers, employees, business plans, marketing plans, product plans, processes, strategies, know-how, forecasts, and/or sales or financial information.

**COSTCO WHOLESALE**

Revised 06.19.09

22.2 <u>Exceptions.</u> Confidential Information shall not include information that Supplier can conclusively establish (i) entered the public domain without Supplier's breach of any obligation owed to Costco; (ii) was lawfully disclosed to Supplier from a source other than Costco who was under no obligation to maintain its confidentiality; or (iii) was rightfully in Supplier's possession prior to receipt from Costco.

22.3 <u>Limited Disclosures.</u> Supplier agrees, both during and after the close of the business relationship Costco, to hold the Confidential Information in the strictest confidence and not to disclose it to any third party. Supplier shall, however, be permitted to disclose relevant aspects of such Confidential Information to its officers, employees, attorneys and advisors, auditors or a government agency, on a need-to-know basis, provided that it has undertaken to protect the Confidential Information to the same extent as required by this section. Supplier shall give Costco notice immediately upon learning of any unauthorized use or disclosure of Confidential Information.

22.4 <u>Response to Legal Process.</u> In the event Supplier is served with any subpoena or other legal process requiring or purporting to require the disclosure of any Confidential Information, Supplier shall promptly notify Costco and shall cooperate fully with Costco and its legal counsel in opposing, attempting to limit or appealing any such legal process to the extent deemed appropriate by Costco.

23.    **NO PUBLICITY.** Supplier shall not, without prior written consent from Costco, refer to Costco or its affiliates in press releases, advertising or other public or promotional statements.

24.    **COSTCO WHOLESALE MARKS.**

24.1    <u>Applicability of Section 24.</u> Notwithstanding anything to the contrary herein, this Section 24 shall apply <u>only</u> to Merchandise or related packaging to which Supplier applies a Costco Wholesale Mark (as defined below).

24.2    <u>Costco Wholesale Marks.</u> The ownership and exclusive use of trademarks and other intellectual property owned by or under license to Costco and/or its affiliates, which includes the COSTCO WHOLESALE (and all derivatives thereof) marks and KIRKLAND SIGNATURE (and all derivatives thereof), marks and all other proprietary marks shall remain vested in Costco and/or such affiliates as the case may be ("Costco Wholesale Marks"), and Supplier shall have no rights or interest in them. Supplier agrees that prior to using Costco Marks in any manner, it will obtain prior written consent and comply with Costco's Guidelines. Supplier shall not contest, directly or indirectly, the ownership, validity, or enforceability of Costco Marks or use any confusingly other similar intellectual property. Any use by Supplier of Costco Marks shall inure to the benefit of Costco.

24.3    <u>Restrictions on Use.</u> Supplier shall not at any time, whether during or after the term of this Import Agreement:

   (a)  Sell, transfer or deliver any of the Merchandise containing Costco Marks except to Costco, without the advance written instructions of Costco;
   (b)  Use any trademarks, marks, labels, logos, signs or colors other than those specifically instructed or approved by Costco on or in connection with the Merchandise; and
   (c)  Use any designs, color schemes or other elements of the Merchandise or Costco Marks for any purpose other than those set forth in this Import Agreement.
   (d)  Represent in any manner that it has ownership of any Costco Marks or any other trade name or trademark used by Costco.
   (e)  Register or attempt to register any Costco Marks or any name or trademark similar to the Costco Marks under the laws of any jurisdiction.

   (f)  Do or cause to be done any act or thing in any way impairing or tending to impair any part of Costco's right, title and interest in any Costco Mark or Costco's intellectual property, whether or not the same are registered.

24.4    <u>Proper Identification.</u> Supplier shall use the Costco Marks consistently with Costco's instructions, and with the "TM" or "®" designation or such other notice as specified by Costco.

**COSTCO WHOLESALE**

Revised 06.19.09

24.5   Re-Selling Rejected Merchandise  Supplier may re-sell any rejected Merchandise only with Costco's prior written consent.  Supplier shall first:

(a)  Remove all reference to Costco, including Costco's address, telephone number, item number, UPC and Costco Marks, from the outer packaging or label and any inner printed information and the master carton;

(b)  If required, re-pack or re-label in non-Costco packaging or labels; and

(c)  Provide, upon Costco's request, verification of these requirements of an independent auditor.

Costco shall have the right to limit the country to and/or time period during which Rejected Merchandise may be re-sold to a third party.

24.6   Sale of Costco Wholesale Initiated Merchandise or Concepts.  In the event that Merchandise is not purchased by Costco, but was originally designed or conceived by Costco, Supplier shall not sell such Merchandise to a third party in the Designated Country for that Merchandise within the first twelve (12) months following the date on which Costco notified the Supplier that Costco would not purchase it.

## 25.   GOVERNING LAW.

25.1 Multi-Country Program.  If this Costco Global Import Supplier Agreement applies to a multi-country program (meaning more than one Designated Costco Entity), the Agreement Documents shall be governed by and construed according to the laws of the United States and specifically, the State of Washington; *provided that* for those issues that relate to the Merchandise and are specific to only one designated country, or related only to a third party residing in the designated country, the law of the designated country shall apply.

25.2 Individual Country Agreement.  If this Costco Global Import Supplier Agreement applies only to one Designated Costco Entity, the Agreement Documents and all agreements between Costco and Supplier shall be governed by and construed according to the laws of the designated entity's country.

## 26.   DISPUTES; VENUE; ATTORNEYS' FEES.

26.1   Arbitration of Disputes.  All claims and disputes that arise out of a commercial relationship and (1) are between Supplier and Costco or either's affiliates, subsidiaries, parents, officers, directors and/or their employees, and (2) arise out of or relate to the Agreement Documents or their subject matter, or any other agreement or transaction or occurrence between Supplier and Costco Wholesale (including without limitation any tort or statutory claim) ("Dispute"), shall be arbitrated under the Commercial Arbitration Rules of the American Arbitration Association ("AAA"), including, if applicable, Supplementary Procedures for International Commercial Arbitration, in English at Seattle, Washington, before one neutral arbitrator who may be a national of any party. All documents and information relevant to the Dispute in the possession of any party shall be made available to the other party not later than sixty (60) days after the demand for arbitration is served, and the arbitrator may permit such depositions or other discovery deemed necessary for a fair hearing. The arbitrator shall have the power to require discovery of third parties (including testimony and documents) to the fullest extent allowed by the laws of the State of Washington. The hearing may not exceed three (3) days. The award shall be rendered within one hundred twenty (120) days of the demand. The arbitrator may award interim and final injunctive relief and other remedies, but may not award punitive, exemplary, treble or other enhanced damages. To the fullest extent permitted by law, no arbitration under the Agreement Documents shall be joined to an arbitration involving any other party, whether through class arbitration proceedings or otherwise. No time limit herein is jurisdictional. Any award of the arbitrator (including awards of interim or final remedies) may be confirmed or enforced in any court having jurisdiction. Notwithstanding the above, Costco or Supplier may bring court proceedings or claims against each other–(i) solely as part of separate litigation commenced by an unrelated third party, or

**EXHIBIT A**
**PAGE 14**

**COSTCO WHOLESALE**

Revised 06.19.09

(ii) if not first sought from the arbitrator, solely to obtain in the state or federal courts in King County, Washington, temporary or preliminary injunctive relief or other interim remedies pending conclusion of the arbitration. In the case of contradiction between the provisions of this Section 26 and the applicable Rules of AAA, this Section shall prevail.

The limitations on remedies described above may be deemed inoperative to the extent necessary to preserve the enforceability of the agreement to arbitrate. If any provision of this agreement to arbitrate is held invalid or unenforceable, it shall be so held to the minimum extent required by law and all other provisions shall remain valid and enforceable.

26.2 <u>Agreement to Arbitrate.</u> Supplier acknowledges and agrees that (1) it has freely and voluntarily accepted these arbitration and dispute provisions as part of the negotiation of the Agreement Documents, (2) it has received consideration for agreeing to arbitrate, (3) it has had the opportunity to consult with counsel as to whether or not to agree to arbitration, (4) the Agreement Documents are an "agreement in writing" for purposes of Article II of the United Nations Convention for the Recognition and Enforcement of Foreign Arbitral Awards; and (5) this agreement to arbitrate covers, without limitation, any claims with respect to matters relating to the distribution rights of any of the parties arising under this Import Agreement or any applicable law. If for any reason this agreement to arbitrate is held invalid or unenforceable with respect to any claim or dispute, then the exclusive forum for that claim or dispute will be the federal or state courts in King County, Washington.

26.3 <u>Venue; Attorneys' Fees.</u> Supplier consents to the personal jurisdiction and exclusive venue of the federal and state courts in King County, Washington, United States of America, for any court action or proceeding. The prevailing party in any arbitration or court action or proceeding shall be awarded its reasonable attorneys' fees, expenses (including without limitation expert witness fees) and costs.

26.4 <u>Remedies.</u> The exercise of any right or remedy provided herein shall be without prejudice to any other right or remedy available to either party. At no time shall Costco be liable for consequential damages incurred by Supplier. The arbitrator may not award punitive damages.

26.5 <u>United Nations Convention on Contracts.</u> The United Nations Convention on Contracts for the Costco Global International Sale of Goods does not apply to the Agreement Documents.

26.6 <u>Single Country Agreement or Dispute.</u> In the case of an individual country agreement as described in Section 25.2 or a dispute under the proviso language of Section 25.1, the parties may arbitrate under the auspices of a local organization and the language of the local country may be employed. The remaining provisions of this section shall nonetheless be effective to the extent allowed by local law.

27.    **CHANGE IN CONTROL/ASSIGNMENT**

27.1 <u>Change in Control.</u> In the event of a merger, acquisition or change in actual or voting control of Supplier, Costco shall have the option but not the obligation to cancel any Purchase Order that in whole or in part has not been fully performed.

27.2 <u>Assignment.</u> Any assignment of the Agreement Documents without Costco's prior written consent is void and if approved, the Agreement Documents will be binding upon, inure to the benefit of and be enforceable by the parties hereto and their respective successors and permitted assigns.

28.    **HEADINGS.** All headings in this Agreement are for convenience only.

29.    **PRIOR AGREEMENTS; MODIFICATIONS** The Agreement Documents supersede all terms in Supplier's invoices, standard terms, acceptances and other forms, and all prior oral or written communications between the parties for the matters covered in the Agreement Documents. None of Supplier's standard terms, acceptances or other documents shall be effective unless accepted in writing by Costco. No party is entering into these Agreement Documents in reliance on any oral or written promises, representations or understandings other than those in the Agreement Documents. The Agreement Documents can be amended only in a writing signed by an authorized representative of each Party.

SUPPLIER INITIAL EACH PAGE _____                                      Page 14 of 17

*999 Lake Drive, Issaquah, Washington 98027 U.S.A.*

**COSTCO WHOLESALE**

Revised 06.19.09

30.  **SAVINGS CLAUSE** The parties agree that the Agreement Documents contain the agreement and understanding between the parties. If the laws of any designated country, or other applicable law, require modification of any of the terms, or render them invalid or unenforceable, then the modification shall be made only to the minimal extent necessary to comply with the law.

31.  **LANGUAGE** The parties hereto acknowledge having expressly required that the Agreement Documents and all documents relating thereto be drawn up in the English language.

**IN WITNESS WHEREOF**, the parties, by their duly authorized representatives, have executed this Agreement as of the Effective Date.

- ☐ **Costco Wholesale Corporation & subsidiaries**
- ☒ Costco Wholesale Corporation - U.S.
- ☐ Costco Wholesale Canada Ltd.
- ☐ Costco de Mexico, S.A. de C.V.
- ☐ Costco Wholesale U.K. Ltd.
- ☐ Costco Wholesale Japan, Ltd.
- ☐ Costco President Taiwan, Inc.
- ☐ Costco Wholesale Korea, Ltd.
- ☐ Costco Wholesale Australia Pty, Ltd.

**COSTCO WHOLESALE CORPORATION**

By _Shane Williams_
Buyer (applicable Costco Wholesale entity to execute)

Print Name _Shane Williams_

By _____
General Merchandise Manager

Print Name _JAson WEISOY_

By _____
Costco Corporate Imports Manager

Print Name _My 2_

Date: _ONTH HU_, 20__.

**TAYLOR MADE GOLF COMPANY, INC.**

By _____
(Authorized Signature – Owner, President or Officer of the Company)

_David Abeles, EVP_
(Print Name)                                    (Print Title)

Date: _Jan. 29_, 20_10_  Supplier A/P No. _____

Supplier A/P No. _____

_Tim Ulrich, Manager_

SUPPLIER INITIAL EACH PAGE _____

Page 15 of 17

*999 Lake Drive, Issaquah, Washington 98027 U.S.A.*

**EXHIBIT A
PAGE 16**



Revised 06.19.09

## ATTACHMENT A

Taylor Made Golf Company, Inc. ("Supplier") and Costco agree that this <u>Attachment A</u> supplements the Global Import Agreement dated _____ 1ˢᵗ _____ December, 2009 and agree to the terms below related to the following Merchandise:

Merchandise/Category _____ Golf Merchandise _____

Divisions <u>(Check boxes that apply)</u>

   U.S. only.

1.   <u>**PAYMENT TERMS.**</u>  Payment terms shall be:
       *60 days from Costco's receipt of invoice.*

2.   <u>**RETAINER.**</u>  A retainer in the amount of $ZERO or ZERO% of the total Purchase Order amount shall be held by Costco Wholesale to cover any potential defective and/or debit claims. This amount, less any defective and/or debit claims, shall be settled on or about:
       N/A

**IN WITNESS WHEREOF,** the parties, by their duly authorized representatives, have executed this Agreement as of the Effective Date.

| | |
|---|---|
| (The applicable Costco Wholesale entity to execute) | **Taylor Made Golf Company, Inc.** |
| ☐ Costco Wholesale Corporation & subsidiaries | By _____ |
| ☒ Costco Wholesale Corporation - U.S. | (Authorized Signature – Owner, President or Officer of the Company) |
| ☐ Costco Wholesale Canada Ltd. | |
| ☐ Costco de Mexico, S.A. de C.V. | David Abeles, EVP |
| ☐ Costco Wholesale U.K. Ltd. | (Print Name)        (Print Title) |
| ☐ Costco Wholesale Japan, Ltd. | |
| ☐ Costco President Taiwan, Inc. | Date: Jan. 29, 2010  Supplier A/P No. _____ |
| ☐ Costco Wholesale Korea, Ltd. | |
| ☐ Costco Wholesale Australia Pty, Ltd. | |
| By _____ | |
| It's Buyer | |
| Print Name Shane Williams | |
| By _____ | Tom Ulrich, Manager |
| It's GMM  Jaun WEISSCO | |
| By _____  Anton Hy | |
| It's Costco Corporate Imports Manager | |

SUPPLIER INITIAL EACH PAGE

*999 Lake Drive, Issaquah, Washington 98027 U.S.A.*

**Costco Wholesale and Taylor Made Golf Company STANDARD TERMS**
*United States (2004)*

These terms and conditions ("Standard Terms") apply to every purchase, sale, shipment and delivery of Merchandise from Vendor to Costco Wholesale Corporation ("Costco Wholesale") or its affiliates or licensees ("Affiliate Purchasers"), and related transactions, other than those in which Costco Wholesale is the importer of record or unless otherwise agreed in writing and signed by Costco and by Vendor. Each purchase will be made in the trade name of "Costco Wholesale," but will be for the account of either Costco, or of one of the Affiliate Purchasers. The term "Costco Wholesale" as used below means the entity or entities for which the purchase is being made. The term "Agreement Documents" refers to all documents as defined in the Basic Vendor Agreement.

1.    **MERCHANDISE AND PALLETS.**

     (a)   "Merchandise" includes all goods described in any Costco Wholesale Purchase Order to Vendor and all packaging, instructions, warnings, warranties and other materials and services normally included or otherwise delivered with such Merchandise. Vendor shall comply with all packing (including pallets) requirements of the carrier and Costco Wholesale, and its cost is included in the price of the Merchandise. Vendor shall comply with Costco Wholesale's Structural Packaging Specifications and inspect all Merchandise prior to shipment to ensure quality, safety and conformity and to ensure that the Merchandise is properly packed and loaded to prevent transit damage and tampering.

     (b)   "Pallets" must at a minimum, be of standard GMA #1 quality, 4 way entry (40" x 48") or CHEP. In the event pallets do not meet these minimum standards, Costco Wholesale, at its sole option, may at Vendor's sole expense reject the Merchandise and/or rework the pallets.

2.   **PURCHASE ORDERS.**   Vendor may ship only against a written Costco Wholesale Purchase Order ("Purchase Order") that Supplier has accepted in writing Except as specified in a Purchase Order, projections, any past purchasing history and representations about quantities to be purchased are not binding and Costco Wholesale shall not be liable for any act or expenditure (including expenditures for equipment, labor, materials or packaging) by Vendor in reliance on them. The relationship between Costco Wholesale and Vendor is that of an independent contractor and Vendor agrees that it has not and shall not hold itself out as, nor shall Vendor be deemed to be, an agent of Costco Wholesale.

3.   **P.O. & ITEM NUMBER.**   Vendor shall mark all invoices, bills of lading, and packing lists to show legibly the complete Costco Wholesale Purchase Order and Item number(s) to which they relate.

4.   **DOCUMENTS.**   Vendor shall comply with all billing, payment, claim and document instructions in the Costco Wholesale Vendor Credit Information Packet, as it may be revised in writing by Costco Wholesale from time to time. On the date any Merchandise is shipped, Vendor shall send to the "Bill To" address an original invoice that reflects Costco Wholesale's Purchase

<u>**Costco Wholesale STANDARD TERMS**</u>                                      *United States (2004)*

Order and accounts payable vendor number. The actual scale weights shall be shown on all bills of lading and other shipping documents that must accompany the Merchandise to the shipping destination. Any claims submitted by Vendor to Costco Wholesale regarding unpaid invoices, partial payments, RTVs, rebate or audit deductions, etc. must be submitted on a Costco Wholesale Standard Vendor Claim Form. Any claims for billing errors must be made to Vendor by Costco Wholesale must be made no later than sixty (60) days from the date the invoice is due.

5.   <u>**PAYMENT TERMS AND PRICE CHANGES.**</u>   Vendor shall provide Costco with a product price list as needed. Vendor shall give Costco Wholesale at least thirty (30) days prior written notice of price increases. Further, the prices on a Costco Wholesale Purchase Order which has been confirmed are not subject to any increase or additional charges because of increased cost, any change in law or any other reason. Payment terms are net sixty (60) days from invoice date, unless otherwise specified, provided, however, that Vendor may not submit invoices prior to shipment and Costco Wholesale does not have to pay for Merchandise until it has been received. A monthly late charge of 0.5% will be assessed by Vendor on any unpaid balance after the due date. Vendor may immediately terminate Costco's ability, if any, to purchase goods on credit or otherwise at any time in Vendor's sole discretion. Unless otherwise negotiated, all prices shall be subject to any import duties or taxes which may be imposed, and which shall be borne by Costco.

6.   <u>**FACTORING/ASSIGNMENT OF RECEIVABLES.**</u>   Vendor shall not assign or factor its account without prior written notice by Vendor to Costco Wholesale's accounting department. Said assignee or factoring third party is only entitled to the payment validly owed to Vendor and said assignment does not confer upon assignee or factor any other rights. Once the account has been assigned to a third party, the assignment shall not be changed or discontinued without the prior written consent of both the Vendor and such third party and prior written notice to Costco Wholesale's accounting department.

7.   <u>**DELIVERY.**</u> Terms of sale and delivery will be FOB TMaG's facility in Carlsbad, unless the parties otherwise agree in writing. Title and risk of loss pass when a Costco employee or representative, or a carrier designated by Costco, signs the bill of lading or other shipping document acknowledging receipt. Any claims for shortages billing errors must be made to Vendor within sixty (60) days of receipt of the Merchandise

8.   <u>**LATE SHIPMENT.**</u>

(a)   *SMU Product Orders: For any late shipment, Costco shall have the option to use an expedited delivery method and charge Vendor the difference between such expedited rate and Costco's regular freight rate. This amount must be settled in cash within thirty (30) days from the Costco's invoice. For the purposes of this paragraph, a shipment will be considered "late" if not shipped as required by the confirmed purchase order, provided however that a shipment will not be considered "late" if Costco has authorized an extension in writing or if the delay was caused by factors outside of Vendor's control. In the case of any late shipment of a SMU order, the parties shall work together in good faith to find a mutually acceptable solution to make Costco whole for any losses suffered as a result of the shipment being late.*

**EXHIBIT A**
**PAGE 19**

**Costco Wholesale STANDARD TERMS**                              *United States (2004)*

(b)   In-Line Product Orders.  Costco Wholesale may at any time cancel any shipment not actually received by Costco Wholesale by the "Ship To Arrive Date" shown on the Purchase Order, without cost to or further obligation by Costco Wholesale. Vendor shall notify Costco Wholesale immediately if any shipment will not occur in time to arrive by the "Ship To Arrive Date". Vendor may ship back orders and late shipments only to the extent authorized in writing by Costco Wholesale and only on a freight prepaid basis at Vendor's expense.

9.   **COMPLIANCE WITH LAWS.**

(a)   Vendor warrants all Merchandise to be manufactured, processed, packaged, labeled, tagged, tested, certified, accurately marked, weighed, inspected, shipped and sold in compliance with all applicable industry standards and all applicable federal, state, provincial and local laws, treaties and regulations, including by way of example all laws and regulations relating to labor, health, safety, environment, serial and identification numbers, labeling, country of origin designation, and Customs requirements; all FDA, toxic substances, OSHA and EPA regulations, Federal Meat Inspection Act or Poultry Products Inspection Act, or any other food safety statute; and the requirements of California Proposition 65.

(b)   Vendor agrees to execute and/or furnish to Costco Wholesale on reasonable request, all certifications, guaranties and other documents regarding and verifying compliance with such laws and regulations, including any Material Safety Data Sheet ("MSDS") to the extent required by OSHA regulations.

(c)   Vendor must give prompt written notice to Costco Wholesale of any facts it learns indicating that Merchandise is not in compliance with such laws, regulations and/or standards in Section 9 (a) or any other provisions of these Standard Terms.

(d)   Costco Wholesale reserves the right to cancel any Purchase Order if it reasonably believes Merchandise to be delivered does not comply with the requirements of this section.

10.   **U.L.**  All electrical Merchandise must be approved by Underwriter's Laboratories, Inc. or the equivalent designated in writing by Costco Wholesale.

11.   **ABILITY TO SELL.**  Vendor warrants and represents to Costco Wholesale that the Merchandise and its resale will not infringe any patent, trademark, trade dress, trade name, copyright or other right of any third party; that the Merchandise is without defects and has adequate warnings and instructions;  and that Vendor is not a party to any agreement or understanding, and that there is no other impediment or restriction that limits, prohibits or prevents Vendor from selling and delivering the Merchandise to Costco Wholesale or limits, prohibits or prevents Costco Wholesale from reselling the Merchandise.

**Costco Wholesale STANDARD TERMS**                                    *United States (2004)*

12.  **REJECTION/MERCHANDISE RETURN.**

12.1  <u>Rejected Merchandise.</u>  Supplier shall allow Costco or its designated inspector to inspect special make-up Merchandise during the manufacturing process or prior to shipment.  Costco may, at any time, reject and/or return to Supplier any Merchandise, shipment or portion thereof that:

(a)  does not conform to the sample (if applicable) or product specifications, unless (1) the variation pertains to special make-up merchandise and could have been detected by the inspection referenced above or (2) does not impact the quality, cosmetics or performance of the product and is consistent with merchandise bearing Supplier's own trademarks;
(b)  contains deviations in quality that exceed generally acceptable industry standards;
(c)  fails to comply with applicable Laws;
(d)  is shipped in quantities other than those specified in the Purchase Order.
(e)  causes Supplier to violate any of its warranties set forth in sections 9.(a), 9.(b), 9.(c), or 9.(d).

Merchandise described in subsections (a) – (e) are referred to herein as "Rejected Merchandise."

12.2  <u>Refund for Rejected Merchandise.</u>  With respect to any Rejected Merchandise (including Rejected Merchandise which may have been processed and/or commingled with other product), Supplier shall grant a full refund at the Net Landed Cost to Costco, or Costco may deduct such amount against amounts it owes to Supplier, in addition to any other remedies available to Costco. If Costco desires a refund (as opposed to deducting the amount against other amounts owed to Supplier), it shall invoice Supplier and Supplier shall pay the invoice within thirty (30) days of receipt. Supplier shall pay all reasonable expenses of unpacking, examining, repacking, storing, holding, reshipping and/or returning any Rejected Merchandise.

12.3  <u>Defective Merchandise.</u>  "Defective Merchandise" means any Merchandise which: (a) does not conform to the sample (if applicable) or product specifications (except for features that do not impact the quality, cosmetics or performance of the Merchandise and that are features of Supplier merchandise bearing Supplier's own trademarks); (b) contains deviations in quality that exceed generally acceptable industry standards; or (c) fails to comply with applicable Laws.

12.4  <u>Refund for Defective Merchandise.</u>  With respect to any Defective Merchandise (including Defective Merchandise which may have been processed and/or commingled with other product), Supplier shall grant a full refund at the Net Landed Cost to Costco, or Costco may deduct such amount against amounts it owes to Supplier, in addition to any other remedies available to Costco.  If Costco desires a refund (as opposed to deducting the amount against other amounts owed to Supplier), it shall invoice Supplier and Supplier shall pay the invoice within thirty (30) days of receipt. Supplier shall pay all reasonable expenses of unpacking, examining, repacking, storing, holding, reshipping and/or returning any Defective Merchandise.

**Costco Wholesale STANDARD TERMS**                                                 *United States (2004)*

For the avoidance of doubt, with respect to any Defective Merchandise the provisions of this paragraph shall survive for the longer of: (a) two (2) years from the date of purchase by Costco of the Defective Merchandise; or (b) the length of then current TaylorMade Limited Consumer Warranty applicable to such Defective Merchandise (the current TaylorMade Limited Consumer Warranty can be found at: www.taylormadegolf.com/footer/warranty.html). With regard to returns of Merchandise Defective under subsection 12.3(a), if Costco believes that return is appropriate and justified, it will communicate its rationale to Supplier, and the parties will first have a good faith discussion prior to the potential return. For the avoidance of doubt, poor sales are not an appropriate basis for return under this Section.

12.5 <u>Recalled Merchandise.</u>   "Recalled Merchandise" means any Merchandise:

(a)   For which Customs or other government or consumer protection agency or electrical listing agency or product certification agency requires or recommends the recall, remarking, or any changes to the Merchandise or its labeling, denies entry or orders the return of the Merchandise or units for seizure, destruction, or re-export, or

(b)   Subject to any voluntary recalls initiated or agreed-upon by Supplier related to health or safety.

12.6 <u>Refund for Recalled Merchandise</u>. With respect to any Recalled Merchandise (including Recalled Merchandise which may have been processed and/or commingled with other product), Vendor shall grant a full refund to Costco, or Costco may deduct such amount against amounts it owes to Vendor, in addition to any other remedies available to Costco. Vendor shall pay all reasonable expenses of unpacking, examining, repacking, storing, holding, reshipping and/or returning any Defective Merchandise.

13.  **CUSTOMER RETURNS.**   Vendor shall only be responsible to Costco for returns of Merchandise that are Defective Merchandise.

14.  **LIMITATION OF LIABILITY.** EXCEPT AS OTHERWISE SPECIFICALLY AGREED IN WRITING, IN NO EVENT SHALL VENDOR BE LIABLE FOR INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOSS OF BUSINESS OPPORTUNITY OR LOSS OF PROFIT) ARISING OUT OF ACTIVITIES RELATING TO THIS AGREEMENT, EVEN IF VENDOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

15.  **INDEMNITY.**  Vendor shall defend, hold harmless and indemnify Costco Wholesale,  its subsidiaries, affiliates, and their employees, agents and representatives (collectively "Costco Wholesale") from and against any and all claims (including claims of Costco Wholesale against Vendor), actions, liabilities, losses, fines, penalties, costs and expenses (including reasonable attorneys' and experts' fees) arising out of any of the following provided that the Vendor's obligation to defend shall apply only to claims or actions brought by a third party against Costco Wholesale:

**EXHIBIT A**
**PAGE 22**

**Costco Wholesale STANDARD TERMS**                    *United States (2004)*

(a)   Any actual or alleged infringement or misappropriation of any patent, trademark, trade name, trade dress, copyright or other right relating to any Merchandise, or other breach of these Standard Terms or the Agreement Documents;

(b)   Any actual or alleged injury to any person, damage to any property, or any other damage or loss, by whomsoever suffered, claimed to result in whole or in part from the Merchandise or any actual or alleged defect in such Merchandise, whether latent or patent, including any alleged failure to provide adequate warnings, labeling or instructions;

(c)   Any actual or alleged violation of any law, statute or ordinance or any judicial or administrative order, rule or regulation relating to the Merchandise, or to its manufacture, shipment, import, labeling, weights and measurements, use or sale, or any failure to provide an MSDS or certification; or

(d)   Any act, activity or omission of Vendor or any of its affiliates, employees, representatives, agents or contractors, including activities on Costco Wholesale's premises and the use of any vehicle, equipment, fixture or material of Vendor in connection with any sale to or service for Costco Wholesale.

These indemnities and obligations of Vendor shall not be affected, expanded or limited in any way by Costco Wholesale's extension of warranties to its customers, or by any approval, specification, act or omission of Costco Wholesale.  Vendor shall have no obligation to defend, hold harmless and indemnify Costco Wholesale for Costco Wholesale's sole negligence or intentional wrongful acts.

16.   **INSURANCE.**

(a)   Vendor shall obtain and maintain, at its expense, a policy or policies of:

(i)   Commercial General Liability (including product and completed operations, personal and advertising injury, contractual liability coverage) with a minimum of $2,000,000 General Aggregate limit; $2,000,000 Products and Completed Operations Aggregate limit; and $1,000,000 each occurrence, written on an occurrence form. Insurance shall be written on a world-wide basis.

(ii)   For Vendors whose employees enter Costco Wholesale's premises, Workers' Compensation Insurance with statutory limits and Employers' Liability (Stop-Gap Liability in monopolistic State Workers Compensation Fund states) insurance with minimum limits of $1,000,000 per accident combined single limit for bodily injury and property damage; Automobile Liability Insurance with $1,000,000 per accident combined single limit for bodily injury and property damage limits for each accident, including owned, non-owned and hired vehicles. Such insurance shall contain a waiver of subrogation endorsement in favor of Costco Wholesale.

Costco Wholesale STANDARD TERMS                                   *United States (2004)*

(b)    Vendor will provide Certificates of Insurance at all times naming Costco Wholesale Corporation and/or any subsidiary, proprietary company or corporation, partnership or joint venturer thereof as "Additional Insureds" with respect to General Liability and Automobile Liability policies, and attach the Broad Form Vendor Endorsement (ISO CG2015 1185) executed in favor of Costco Wholesale and Additional Insureds, to the Certificates of Insurance, and protecting all parties from the liability set forth in 16(a) above. Vendor's insurers must be Best's rated B+, VII or better. Vendor shall provide the Certificates of Insurance, evidencing the required coverage, prior to receiving a Purchase Order from Costco Wholesale.

(c)    Policy limits may not be reduced, terms changed, or the policy canceled with less than thirty (30) days' prior written notice to Costco Wholesale. Vendor's insurance shall be primary with respect to any other insurance available to Costco Wholesale and shall contain a waiver of subrogation by Vendor's insurance carrier against Costco Wholesale and its insurance carrier with respect to all obligations assumed by the Vendor pursuant to the Agreement Documents. It shall be the responsibility of the Vendor to ensure that any of its agents, representatives, subcontractors, and independent contractors comply with the above insurance requirements. Coverage and limits referred to above shall not in any way limit the liability of the Vendor.

17.    [Intentionally omitted]

18.    **TAXES.** Costco Wholesale's purchase is for resale unless Costco Wholesale otherwise states in writing. Vendor's pricing should be exclusive of all sales, use and like taxes. If claiming the resale sales tax exemption, Costco Wholesale will provide Vendor with valid tax exemption (resale) certificates for those states where deliveries are to be made. Vendor's invoicing Costco Wholesale for any tax or fee shall constitute a warranty that Vendor is duly registered with the agency which levies the tax or fee. If Vendor does not remit the tax or fee to the appropriate agency, and/or if the same tax or fee is subsequently assessed by the agency against Costco Wholesale, Vendor shall reimburse Costco Wholesale for all amounts of tax or fee Costco Wholesale has remitted to Vendor to date and Vendor shall defend, indemnify and hold harmless Costco Wholesale against all losses, penalties, interest and expenses (including attorneys' fees).

19.    **REMEDIES.** The exercise of any remedy herein shall be without prejudice to any other right or remedy available to either party. At no time shall Costco Wholesale be liable for consequential damages incurred by Vendor.

20.    **DISPUTES AND ARBITRATION.** All claims and disputes that (1) are between Vendor and Costco Wholesale or either's subsidiaries, parents, affiliates, officers, directors and/or employees, and (2) arise out of or relate to the Agreement Documents or their subject matter, interpretation, performance or enforcement, or any other agreement, transaction or occurrence between Vendor and Costco Wholesale (including without limitation any tort or statutory claim) ("Dispute") shall be arbitrated under the Commercial Arbitration Rules of the American Arbitration Association ("AAA"), in English at Seattle, Washington, before one neutral arbitrator who may be a national of any party and who shall be a member of the AAA's Large Complex Case Panel. All documents and information relevant to the claim or dispute in the possession of any party shall be made available to the other party not later than sixty (60) days after the demand

**EXHIBIT A**
**PAGE 24**

**Costco Wholesale STANDARD TERMS**                    *United States (2004)*

for arbitration is served, and the arbitrator may permit such depositions or other discovery deemed necessary for a fair hearing. The arbitrator shall have the power to require discovery of third parties (including testimony and documents) to the fullest extent allowed by the laws of the State of Washington. The hearing may not exceed two days. The award shall be rendered within 120 days of the demand. The arbitrator may award interim and final injunctive relief and other remedies, but may not award punitive, exemplary, treble, or other enhanced damages. To the fullest extent permitted by law, no arbitration under the Agreement Documents shall be joined to an arbitration involving any other party, whether through class arbitration proceedings or otherwise. No time limit herein is jurisdictional. Any award of the arbitrator (including awards of interim or final remedies) may be confirmed or enforced in any court having jurisdiction. Notwithstanding the above, Costco Wholesale or Vendor may bring court proceedings or claims against each other (i) solely as part of separate litigation commenced by an unrelated third party, or (ii) if not first sought from the arbitrator, solely to obtain in the state or federal courts in King County, Washington, temporary or preliminary injunctive relief or other interim remedies pending conclusion of the arbitration. In the case of contradiction between the provisions of this Section 20 and the Commercial Arbitration Rules of AAA, this Section shall prevail. The limitations on remedies described above may be deemed inoperative to the extent necessary to preserve the enforceability of the agreement to arbitrate. If any provision of this agreement to arbitrate is held invalid or unenforceable, it shall be so held to the minimum extent required by law and all other provisions shall remain valid and enforceable.

21. **VENUE; ATTORNEYS' FEES.** Vendor consents to the personal jurisdiction and exclusive venue of the federal and state courts in King County, Washington, for any court action or proceeding. The prevailing party in any arbitration or court action or proceeding shall be awarded its reasonable attorneys' fees, expenses (including without limitation expert witness fees) and costs.

22. **GOVERNING LAW.** The Agreement Documents and all agreements between Vendor and Costco Wholesale shall be governed by and construed according to the laws of the State of Washington, without regard to conflicts of laws principles.

23. **SEVERABILITY.** If any provision of any Agreement Document or of any agreement between Vendor and Costco Wholesale is held invalid or unenforceable, it shall be so held to the minimum extent required by law and all other provisions shall remain valid and enforceable.

24. **BAR CODES.** Vendor shall place on all merchandise sold to Costco an accurate Global Trade Item Number (GTIN) that complies with the GS1 standards. In North America, the GTIN shall be the UPC unless the parties agree otherwise in writing. Vendor will promptly supply Costco with its manufacturer assigned GTIN number. If Vendor fails to place an accurate GTIN on any Merchandise, it shall be responsible for Costco's internal and external costs, plus associated fines and/or attorneys fees incurred as a result of such failure. With respect to SMU Merchandise only, upon request by Costco, Vendor shall place Costco's assigned item number on all SMU Merchandise.

Costco Wholesale STANDARD TERMS                                    *United States (2004)*

25.  **CALIF. PROP. 65.**  Vendor represents it is fully aware of, and agrees to comply with, California Proposition 65 (Calif. Health & Safety Code 25249.5-25249.13) and its implementing regulations (22 Calif. Code Reg. § 12000 et seq), including the following as and to the extent applicable according to their terms:

>  (a)   The Merchandise must not contain chemicals known to the State of California to cause cancer or reproductive toxicity; or

>  (b)  The quantity of the chemical in question is in compliance with the Federal and California standards, or the Merchandise must carry a warning label that complies with California law.

Vendor shall provide Costco Wholesale a current MSDS that meets the requirements of OSHA regulations and California Admin. Code, Title 8, § 5194, or a statement from the manufacturer that no MSDS is legally required for the Merchandise.

26.  **OZONE LAWS.**  Vendor represents and certifies that:

>  (a)   No Merchandise contains any foam or other substances ("Banned Substances") banned under regulations adopted by the U.S. Environmental Protection Agency ("EPA") or under any other U.S. laws or regulations, as and to the extent applicable according to their terms; and

>  (b)   The Merchandise either (a) does not contain and/or is not manufactured with the use of any Class I or Class II Ozone-Depleting Chemicals ("ODCs"), as and to the extent applicable according any laws or regulations pertinent to the Merchandise, or

>  (c)    is properly labeled in full compliance with EPA regulations and other applicable laws and regulations, as and to the extent applicable according to their terms.

27.  **INTELLECTUAL PROPERTY.**  The ownership and exclusive use of the trademarks and other intellectual property owned by or under license to Costco Wholesale and/or its affiliates, which include COSTCO WHOLESALE (and all derivatives thereof) and KIRKLAND SIGNATURE (and all derivatives thereof) shall remain vested in Costco Wholesale and/or such affiliates as the case may be, and Vendor shall have no rights or interest in them. Vendor agrees that prior to using such intellectual property in any manner, it will obtain prior written consent and comply with Costco Wholesale's Guidelines. Vendor shall not contest, directly or indirectly, the ownership, validity, or enforceability of such intellectual property or use any confusingly similar intellectual property

28.  **CHILD/FORCED PRISON LABOR LAWS AND VENDOR CODE OF CONDUCT.** Vendor  represents and warrants that it and its subcontractors/suppliers will comply with all applicable labor and environmental laws and regulations of the country where the Merchandise is produced.  Vendor further represents and warrants that it and its subcontractors/suppliers do not use any form of compulsory prison or slave labor, or illegal child labor and do not physically abuse their workers.

**EXHIBIT A**
**PAGE 26**

**Costco Wholesale STANDARD TERMS**                         *United States (2004)*

Vendor also agrees to comply with Costco Wholesale's Vendor Code of Conduct, and with reasonable prior notice, will allow Costco Wholesale or its representative to audit its facilities and manufacturers for compliance therewith.

29. **CONFIDENTIALITY.**

    (a)    Each party may be exposed to confidential information of the other. "Confidential Information" means non-public information, whether written, oral, recorded on tapes or in any other media or format, that a party designates confidential or which, under the circumstances surrounding disclosure, ought to be treated as confidential. Confidential Information includes, without limitation, information relating to members (in the case of Costco), vendors, employees, business plans, marketing plans, product plans, processes, strategies, know-how, products, forecasts, and/or sales or financial information.

    (b)    Confidential Information shall not include information that the other party can conclusively establish (i) entered the public domain without the other party's breach of any obligation owed to the disclosing party; (ii) was lawfully disclosed to the other party from a source other than the disclosing party; or (iii) is or was rightfully in the other party's possession prior to disclosure by the disclosing party.

    (c)    Each party agrees, both during and after the close of the business relationship contemplated hereunder, to hold the Confidential Information in the strictest confidence and not to disclose such Confidential Information to any third party. A party shall, however, be permitted to disclose relevant aspects of such Confidential Information to its officers, employees, attorneys, auditors by a public accounting firm, or a federal or state government agency, on a need-to-know basis in order to perform its obligations under the Agreement Documents, provided that it has undertaken to protect the Confidential Information to the same extent as required under this Agreement. A party shall give the other party notice immediately upon learning of any unauthorized use or disclosure of Confidential Information.

    (d)    In the event a party is served with any subpoena or other legal process requiring or purporting to require the disclosure of any Confidential Information, such party shall promptly notify the disclosing party and shall cooperate fully with the disclosing party and its legal counsel in challenging, opposing, seeking to limit or appealing any such legal process to the extent deemed appropriate by the disclosing party.

30. **CHANGE IN CONTROL / ASSIGNMENT.**

    (a)    In the event of a change in control of Vendor, Costco Wholesale shall have the option but not the obligation to cancel any Purchase Order that in whole or in part has not been fully performed.

**EXHIBIT A**
**PAGE 27**

**Costco Wholesale STANDARD TERMS**                                *United States (2004)*

(b)   Any assignment of the Agreement Documents without Costco Wholesale's prior written consent is void and if approved, the Agreement Documents will be binding upon, inure to the benefit of and be enforceable by the parties hereto and their respective successors and permitted assigns.

31.  **NO PUBLICITY.**  Vendor shall not, without the prior written consent of Costco Wholesale, refer to Costco Wholesale or any of its affiliates in any manner in press releases, advertising or other public or promotional statements.

32.  **ADDITIONAL TERMS.**  Notwithstanding anything to the contrary herein:

(a)   Distribution.  All sales to Costco are solely for the purpose of Costco's resale of such product in its warehouse brick and mortar store locations and online at www.costco.com as an "Authorized TMaG Internet Retailer."  To enhance informed selection and promote its premium image, TMaG only sells to selected retail accounts for retail sale, on the express condition that such accounts may not resell to any person or entity who is not also the final user or consumer. Costco therefore shall not knowingly sell Merchandise for export or bulk commercial redistribution or directly or indirectly knowingly redistribute, transship or divert product for resale by unauthorized persons, whether in the United States or abroad..   Enforcement by Vendor of its rights under Vendor's unilateral sales policies will not be a violation of or default under this Agreement.

(b)   Pricing, Payment and Collection Costs.  Costco agrees that it will pay collection costs, collection agency commission, expenses and reasonable attorney fees (including, without limitation, at trial and on appeal) that Vendor may incur in any manner of collection of any sums past due.

(c)   Intellectual Property; Vendor Approval of Costco Use of Trademarks.

(i)   Costco shall not use or publish any packaging, advertising materials or other collateral depicting Vendor's trade names, trade marks, logos, artwork, trade dress or any other Vendor intellectual property without the prior written approval of Vendor.  For the avoidance of doubt, Vendor's final written approval shall be required for any and all packaging.

(ii)   Vendor products shall not be used in any advertising which involves predatory pricing, loss leader pricing, or bait and switch tactics. In order to protect Vendor's trademarks, logos, trade names, trade dress and good will, Vendor products shall not be disassembled, reassembled or sold as separate components in any manner. Vendor trademarks, logos, trade names, or trade dress are not to be used on any products other than genuine Vendor products as manufactured and delivered by Vendor. Costco shall not make, sell or offer to sell products that infringe Vendor's intellectual property rights in the Merchandise, including patents, trademarks and copyrights.   Also, Costco shall not contest, directly or indirectly, the ownership, validity, or enforceability of Vendor's intellectual property or use any intellectual property that is confusingly similar to the Merchandise.

**EXHIBIT A**
**PAGE 28**

<u>**Costco Wholesale STANDARD TERMS**</u>                                                  *United States (2004)*

       (iii)  To the extent Costco provides any input with respect to products intended to be conceived, developed or sold hereunder, Costco agrees that all intellectual property rights, including any and all trademarks, copyrights and patents, as well as all associated goodwill, pertaining to such products shall be and remain the property of Vendor. Costco agrees to timely provide assignment of any and all intellectual property rights necessary to convey ownership to Vendor.

       (iv)  To the extent Costco desires to use a third party vendor for the purposes of packaging product sold by Vendor hereunder, Costco shall first obtain the prior written approval of Vendor.

COSTCO WHOLESALE CORPORATION

By: _____
    Buyer (applicable Costco Wholesale entity to execute)

Print Name: Shaw Williams

By: _____
    General Merchandise Manager

Print Name: Tala Weisay

TAYLOR MADE/GOLF COMPANY, INC.

By: _____
    Authorized Signature (Owner, President or Officer of the Company)

Print Name: David Abeles

Print Title: EVP

Date: Jan 29, 2010   Supplier A/P No: _____

Tim Ulrich, Manager

**EXHIBIT A**
**PAGE 29**