Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
Eric R. Maas, Bar No. 345450
EMaas@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone:  858-720-5700
Facsimile:  858-720-5799

Ramsey M. Al-Salam, CA Bar # 109506
RAlsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:  206-359-9000

Counsel for Defendant Costco Wholesale Corp.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR MADE GOLF COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP., and SOUTHERN CALIFORNIA DESIGN COMPANY d/b/a/ INDI GOLF,<br><br>Defendants. | Case No. 24-cv-0212-AGS-VET<br><br>NOTICE OF MOTION AND MOTION TO DISMISS WILLFUL INFRINGEMENT CLAIM<br><br>Date:   May 3, 2024<br>Time:   2:30 p.m.<br>Judge:   Hon. Andrew G. Schopler |

**PLEASE TAKE NOTICE THAT** on May 3, 2024 at 2:30 p.m., or as soon as the matter may be heard, in the courtroom of the Honorable Andrew G. Schopler at the United States District Court for the Southern District of California, Defendant Costco Wholesale Corp. ("Costco") will, and hereby does move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiff Taylor Made Golf Company, Inc.'s ("Taylor Made") willful infringement claims.

1    This motion is based upon this Notice of Motion, the supporting

2  Memorandum of Points and Authorities, the Proposed Order; all pleadings and

3  papers filed in this action; and such other arguments and evidence as may properly

4  come before the Court.

5

6  Dated:  March 28, 2024                    **PERKINS COIE LLP**

7

8                                  By:  */s/ Ramsey M. Al-Salam*
                                        Matthew C. Bernstein, Bar No. 199240
9                                       MBernstein@perkinscoie.com
                                        Eric R. Maas, Bar No. 345450
10                                      EMaas@perkinscoie.com
                                        PERKINS COIE LLP
11                                      11452 El Camino Real, Ste 300
                                        San Diego, California 92130-2080
12                                      Telephone:  858-720-5700
                                        Facsimile:  858-720-5799
13

14                                      Ramsey M. Al-Salam, Bar # 109506
                                        RAlsalam@perkinscoie.com
15                                      PERKINS COIE LLP
                                        1201 Third Avenue, Suite 4900
16                                      Seattle, WA  98101-3099
                                        Telephone:  206-359-8000
17                                      Facsimile:  206-359-9000

18
                                        *Counsel for Defendant Costco Wholesale*
19                                      *Corp.*

20

21

22

23

24

25

26

27

28

                                   -2-                    24-CV-0212-AGS-VET
                          NOTICE OF MOTION AND MOTION TO DISMISS