| | |
|---|---|
| 1 | **SQUIRE PATTON BOGGS (US) LLP** |
| | Frank L. Bernstein (SBN: 189504) |
| 2 | frank.bernstein@squirepb.com |
| | Tamara D. Fraizer (SBN: 215942) |
| 3 | tamara.fraizer@squirepb.com |
| | 1841 Page Mill Road, Suite 150 |
| 4 | Palo Alto, CA 94304 |
| | Telephone: (650) 856-6500 |
| 5 | Facsimile: (650) 843-8777 |
| 6 | Hannah Makinde (SBN: 307907) |
| | hannah.makinde@squirepb.com |
| 7 | 555 South Flower Street, 31st Floor |
| | Los Angeles, CA 90071 |
| 8 | Telephone: (213) 624-2500 |
| | Facsimile: (213) 623-4581 |
| 9 | |
| 10 | Christopher Lorenzo Lewis (*pro hac vice pending* – OH SBN: 100158) |
| | chris.lewis@squirepb.com |
| 11 | 1000 Key Tower, 127 Public Square |
| | Cleveland, OH 44114 |
| 12 | Telephone: (216) 479-8500 |
| | Facsimile: (216) 479-8780 |
| 13 | *Attorneys for Defendant* |
| | *Southern California Design Company* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAYLOR MADE GOLF COMPANY, INC., | | Case No. 3:24-cv-0212-AGS-VET |
| | Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)** |
| | v. | |
| COSTCO WHOLESALE CORP., and SOUTHERN CALIFORNIA DESIGN COMPANY d/b/a INDI GOLF, | | Hearing: May 3, 2024<br>Time: 2:30 p.m.<br>Judge: Hon. Andrew G. Schopler |
| | Defendants. | |

**PLEASE TAKE NOTICE THAT** on May 3, 2024, at 2:30 p.m., or as soon as the matter may be heard, in the courtroom of the Honorable Andrew G. Schopler at the United States District Court for the Southern District of California, Defendant Southern California Design Company d/b/a Indi Golf ("SCDC") will, and hereby does, move the Court to dismiss Counts I–VI of the Complaint of Taylor Made Golf Company, Inc. ("Taylor Made") against SCDC, for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

<u>Certificate of Compliance</u>

The undersigned certifies that counsel for SCDC met and conferred with counsel for Taylor Made by videoconference on March 15, 2024, to discuss the issues underlying the instant motion. No agreement was reached.

This motion is based upon this Notice of Motion, the supporting Memorandum of Points and Authorities, the Declaration of Robert Lang, the Declaration of Hannah Makinde, all pleadings and papers filed in this action, and such other arguments and evidence as may properly come before the Court.

Respectfully submitted,

Dated: March 28, 2024

By: /s/ Frank L. Bernstein
Frank L. Bernstein (SBN: 189504)
frank.bernstein@squirepb.com
Tamara D. Fraizer (SBN: 215942)
tamara.fraizer@squirepb.com
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Telephone: (650) 856-6500
Facsimile: (650) 843-8777

Hannah Makinde (SBN: 307907)
hannah.makinde@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 624-2500
Facsimile: (213) 623-4581

SQUIRE PATTON BOGGS (US) LLP
1841 Page Mill Road, Suite 150
Palo Alto, California 94304

- 2 -

NOTICE OF MOTION TO DISMISS
Case No. 3:24-CV-0212-AGS-VET
1100867150\1\AMERICAS

SQUIRE PATTON BOGGS (US) LLP
1841 Page Mill Road, Suite 150
Palo Alto, California 94304

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Christopher Lorenzo Lewis
(*pro hac vice pending* – OH SBN: 100158)
chris.lewis@squirepb.com
1000 Key Tower, 127 Public Squire
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780

*Attorneys for Defendant Southern California Design Company*