**SQUIRE PATTON BOGGS (US) LLP**
Frank L. Bernstein (SBN: 189504)
frank.bernstein@squirepb.com
Tamara D. Fraizer (SBN: 215942)
tamara.fraizer@squirepb.com
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Telephone: (650) 856-6500
Facsimile: (650) 843-8777

Hannah Makinde (SBN: 307907)
hannah.makinde@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone:   (213) 624 2500
Facsimile:   (213) 623 4581

Christopher Lorenzo Lewis (*pro hac vice pending* – OH SBN: 100158)
chris.lewis@squirepb.com
1000 Key Tower, 127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780

*Attorneys for Defendant*
*Southern California Design Company*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR MADE GOLF COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COSTCO WHOLESALE CORP., and SOUTHERN CALIFORNIA DESIGN COMPANY d/b/a INDI GOLF, <br><br> Defendants. | Case No. 3:24-cv-0212-AGS-VET <br><br> Honorable Andrew G. Schopler <br><br> **DECLARATION OF ROBERT LANG** |

I, Robert Lang, declare and state as follows:

1. I am CEO of Southern California Design Company (SCDC), a named defendant in the above-identified litigation.

2. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to these facts.

3. SCDC is a consulting firm with expertise in product design.

4. "INDI Golf" (INDI) is a registered U.S. trademark (Registration Number 5267595) of SCDC used as a brand for golf clubs.

5. I understand that in the above-identified litigation, Taylor Made Golf Company, Inc. (Taylor Made) has accused SCDC of infringing several Taylor Made patents by alleging that SCDC has manufactured or imported infringing golf irons into the United States, and that SCDC has sold infringing golf irons to Costco Wholesale Corp. (Costco), another named defendant in the above-identified litigation.

6. SCDC has not sold, and does not sell anything to Costco.

7. SCDC has not offered to sell, and does not offer to sell anything to Costco.

8. SCDC has not had, and does not have any contracts with Costco.

9. SCDC has not manufactured, and does not manufacture Kirkland Signature™ golf irons, including the golf irons that are accused of patent infringement in this litigation.

10. SCDC has not imported, and does not import Kirkland Signature™ golf irons, including the golf irons that are accused of patent infringement in this litigation.

11. SCDC has not advertised, and does not advertise anything on Costco's web site, or through Costco's online store.

12. SCDC has not published, and does not publish anything on Costco's web site, or through Costco's online store.

13. SCDC's business is product design, including (but not limited to) design of golf irons. SCDC does not manufacture, and has not manufactured golf irons.

14. SCDC produced and/or approved computer aided design (CAD) drawings for the golf irons accused of patent infringement in this litigation.

15. SCDC's "INDI" business is the sale of golf wedges and putters. The INDI business does not include manufacturing, and has not included manufacturing, of wedges and putters. The INDI business does not include manufacturing or sale, and has not included manufacturing or sale, of golf irons.

16. I am aware that the United States Golf Association (USGA) maintains an Informational Club Database ("Database"). Information about the Database is available at https://www.usga.org/rules-hub/grooves/informational-club-database.html. As explained on this webpage, "The Database is a tool designed to facilitate a search of irons, wedges, fairway woods and hybrids which have been submitted to the USGA and/or The R&A and evaluated to determine whether they meet the requirements of The Local Rule," which requires that a player's clubs "conform to the Rules of Golf effective from Jan. 1, 2010."

17. A link to the USGA Informational Club Database is available at https://www.usga.org/infoclubsdb/Search.aspx. At this website, it is possible to search the Database to see if a player's clubs are conforming by entering a name identifying the clubs of interest. The name may be of a manufacturer, a brand, or a particular product.

18. SCDC has made submissions to the USGA for testing and inclusion of golf clubs in the USGA's Informational Club Database. The form for submission lists the submitter's name at the top. If the form does not identify a

manufacturer, the USGA lists the submitter in the database as the manufacturer.

19. SCDC is listed in the "manufacturer" field in the USGA database for a design of Kirkland Signature™ irons that was not and is not being sold, even though SCDC does not manufacture the irons. SCDC is not listed in the "manufacturer" field in the USGA database for any other Kirkland Signature™ irons.

20. INDI is listed in the "manufacturer" field in the USGA database for wedges and putters sold under the INDI brand, even though neither INDI nor SCDC manufactures the wedges or putters. INDI is not listed in the "manufacturer" field in the USGA database for any Kirkland Signature™ irons.

21. I am aware that INDI was listed in the "manufacturer" field in the USGA database for Kirkland Signature™ irons for around two months ending in early January 2023. The listing was in error, and was corrected promptly after the error was pointed out.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Date:   March 27, 2024        _____
                                              Robert Lang