**SQUIRE PATTON BOGGS (US) LLP**
Frank L. Bernstein (SBN: 189504)
frank.bernstein@squirepb.com
Tamara D. Fraizer (SBN: 215942)
tamara.fraizer@squirepb.com
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Telephone: (650) 856-6500
Facsimile: (650) 843-8777

Hannah Makinde (SBN: 307907)
hannah.makinde@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 624-2500
Facsimile: (213) 623-4581

Christopher Lorenzo Lewis (*pro hac vice pending* – OH SBN: 100158)
chris.lewis@squirepb.com
1000 Key Tower, 127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780

*Attorneys for Defendant Southern California Design Company*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR MADE GOLF COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORP., and SOUTHERN CALIFORNIA DESIGN COMPANY d/b/a INDI GOLF , <br><br> Defendants. | Case No. 3:24-cv-0212-AGS-VET <br><br> Honorable Andrew G. Schopler <br><br> **DECLARATION OF HANNAH MAKINDE** |

I, Hannah Makinde, declare and state as follows:

1. I am counsel for defendant Southern California Design Company, and a member of the bar of this Court. This declaration is based on my personal knowledge, or if indicated, on information and belief. If called on to do so, I would and could testify competently to the matters set forth below.

2. Attached hereto as Exhibit 1 is a true and correct screen capture of the webpage at: www.techtarget.com/searchcio/definition/Reddit (Last Visted: March 27, 2024).

3. Attached hereto as Exhibit 2 is a true and correct screen capture of the webpage at: old.reddit.com/r/golf/comments/18evsni/so_costcos_kirkland_irons_are_basically_rebranded/ (Last Visted: March 27, 2024), which is referenced in the Complaint (Dkt. No. 1) at paragraph 51.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of March 2024, at Los Angeles, California.

*/s/Hannah Makinde*
Hannah Makinde

EXHIBIT NO. 1





## Site statistics and user demographics

As of this writing, Reddit is the 24th most-visited website in the world and the 7th most-visited website in the United States, with the U.S. accounting for 46.9% of the site's visitors, according to web traffic data and analytics company Alexa Internet. According to a 2016 study by the Pew Research Center, 71% of Reddit's audience is composed of men.

## Popular acronyms

Many acronyms are unique to Reddit. They are commonly found in post titles, subreddit rules and comments. The following is a breakdown of some of the most commonly used acronyms on the site.

- **ELI5: Explain like I'm 5** -- A term used when redditors want something explained to them in very simple terms, as if they were a five-year-old asking for the answer to a question. A popular subreddit, explainlikeimfive, exists for this very purpose.
- **TLDR or TL;DR: Too long; didn't read** -- In some longer posts or comments, redditors may place a, "TLDR" at the end of their text for the purpose of shortening what they wrote if other redditors do not want to take the time to read the entire post.
- **NSFW: Not safe for work** -- When redditors make a post or comment that has explicit content, it is marked with this acronym to let other redditors know not to view the content at work or any place where explicit material would be unsuitable.
- **TIL: Today I learned** -- Used mainly in the form of "TIL" posts, this term is used when redditors want to share something new they learned.
- **OP: Original poster** -- The redditor who created the initial post.
- **AMA: Ask me anything** -- A popular acronym used on Reddit's "IAmA" subreddit, where redditors can post "AMA" threads. This is another name for a Q&A thread, where redditors answer questions about their life and, usually, their occupation. President Barack Obama made headlines when he participated in an AMA on Aug. 29, 2012. He was the first sitting president to do so.

This was last updated in December 2016

## Continue Reading About Reddit

- Future of networking, according to Reddit
- Reddit, Amazon, Netflix and other popular sites targets of distributed denial-of-service attack
- Reddit CEO Ellen Pao resigns
- CEO: Content will remain unbanned, no matter how detestable

### Related Terms

**chief financial officer (CFO)**
A chief financial officer (CFO) is the corporate title for the person responsible for managing a company's financial operations ... See complete definition

**chief strategy officer (CSO)**
A chief strategy officer (CSO) is a C-level executive charged with helping formulate, facilitate and communicate an ... See complete definition

**workflow management**
Workflow management is the discipline of creating, documenting, monitoring and improving upon the series of steps, or workflow, ... See complete definition

## Dig Deeper on Digital transformation



**A bad tech job market wants good AI skills**
By: Patrick Thibodeau



**11 best Twitter alternatives**
By: Amanda Hetler



**Reddit pricing: API charge explained**
By: Ben Lutkevich



**The history and evolution of social media explained**




# EXHIBIT NO. 2



1

[–] r4bb1t5 • 1 point 3 months ago
Who's saying anything about TM? I'm simply stating how Costco rebranding operates.
permalink embed save parent report reply
load more comments (3 replies)

[–] TurtleBird • 4 points 3 months ago
lol everyone does this. This isn't some Costco proprietary idea
permalink embed save parent report reply
load more comments (1 reply)

load more comments (1 reply)

[+] OpenSourceGolf • 16 points 3 months ago (0 children)

[+] Novel-Confidence-968 • 58 points 3 months ago (22 children)

[–] BCThirtyThree • 11 points 3 months ago
God I hate being left handed
permalink embed save report reply

  [–] ObviousAnimator7299 • 2 points 3 months ago
  Wrong handed*
  permalink embed save parent report reply

[+] Theons • 50 points 3 months ago (0 children)

[+] [deleted] • 134 points 3 months ago (10 children)

[+] BlackTriceratops • 9 points 3 months ago (3 children)

[+] xiotox • 7 points 3 months ago (10 children)

[+] frosty_mcfckr • 31 points 3 months ago (4 children)

[+] cryptogainz76 • 31 points 3 months ago (25 children)

[+] [deleted] 3 months ago (11 children)

[+] johnny5gti • 13 points 3 months ago (0 children)

[+] Large-Sherbert-6828 • 4 points 3 months ago (0 children)

[+] Difficult_Director53 • 4 points 3 months ago (0 children)

[+] time4killdumbcrime • 41 points 3 months ago (29 children)

[+] MustCatchTheBandit • 3 points 3 months ago (0 children)

[+] anthony2-04 • 3 points 3 months ago (0 children)

[+] Tyzing • 3 points 3 months ago (1 child)

[+] moxjunk • 3 points 3 months ago (0 children)

[+] Drowsy_Titan • 3 points 3 months ago (0 children)

[+] stopsucking • 6 points 3 months ago (1 child)

[+] PM_ME_OVERT_SIDEBOOB • 2 points 3 months ago (0 children)

[+] tommytapwater • 2 points 3 months ago (0 children)

[+] maggos • 2 points 3 months ago (0 children)

[+] Mezz_Dogg • 2 points 3 months ago (1 child)

[+] Thoroughbrewed • 2 points 3 months ago (0 children)

[+] ballsagna2time • 2 points 3 months ago (3 children)

[+] BustinChops56 • 3 points 3 months ago (1 child)

[+] Alarmed_Restaurant • 4 points 3 months ago (8 children)

[+] RAWpapers4dayz • 4 points 3 months ago (0 children)

[+] [deleted] 3 months ago (1 child)

[+] Kindly_Log9771 • 2 points 3 months ago (0 children)

[+] shortguygolf • 2 points 3 months ago (1 child)

[+] Ok-Marionberry6596 • 1 point 3 months ago (3 children)

- r/ProGolf
- r/GolfClassifieds
- r/GolfCircleJerk
- r/TurfManagement

a community for 16 years

MODERATORS
MESSAGE THE MODS

This subreddit uses the /r/Naut theme.

[+] Real_Madrid007 • **1 point** 3 months ago (0 children)

[+] GStarOvercooked • **1 point** 3 months ago (1 child)

[+] tnred19 • **1 point** 3 months ago (0 children)

[+] elcucuy4ursoul • **1 point** 3 months ago (0 children)

[+] CPxx9 • **1 point** 3 months ago (0 children)

load more comments (49 replies)



3