JOHN CHRISTOPHER (J.C.) ROZENDAAL (*pro hac vice*)
  jcrozendaal@sternekessler.com
BYRON PICKARD (*pro hac vice*)
  bpickard@sternekessler.com
ROBERT NIEMEIER (*pro hac vice*)
  rniemeier@sternekessler.com
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1101 K Street, NW 10th Floor
Washington, DC 20005
Phone: (202) 371-2600

KARIN G. PAGNANELLI (SBN 174763)
  kgp@mks.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Taylor Made Golf Company, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| TAYLOR MADE GOLF COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORP., and SOUTHERN CALIFORNIA DESIGN COMPANY d/b/a INDI GOLF, <br><br> Defendants. | CASE NO.: 3:24-CV-00212-AGS-VET <br><br> Judicial Officer: Andrew G. Schopler <br> Courtroom: 5C <br><br> **JOINT MOTION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION AND FOR A NEW BRIEFING SCHEDULE** |

Mitchell Silberberg & Knupp LLP
16398381.1

24-CV-00212-AGS-VET
**JOINT MOTION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION AND FOR A NEW BRIEFING SCHEDULE**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

By this joint, stipulated motion, Plaintiff Taylor Made Golf Company, Inc., ("Plaintiff") and Defendant Costco Wholesale Corp., ("Costco"), through their respective undersigned counsel of record, jointly request that the Court continue the hearing on Costco's Motion to Compel Arbitration ("Motion") (Dkt. No. 20) from April 19, 2024 to May 3, 2024 and order a new briefing schedule.

This request is based on the following facts:

1. On March 18, 2024, Costco filed its Motion. *See* Dkt. No. 20.

2. The Motion was noticed for hearing on April 19, 2024. *Id.*

3. Counsel for Plaintiff has unavoidable conflicts on April 19, 2024, as well as the following Friday of April 26, 2024.

4. All parties are available on May 3, 2024 and Defendants' Motions to Dismiss have also already been noticed for hearing on that date. *See* Dkt. Nos. 24, 26.

5. Costco does not oppose continuing the hearing to May 3, 2024.

NOW, THEREFORE, the undersigned parties through their respective counsel hereby jointly move the Court for an order as follows:

1. The hearing on Costco's Motion is continued to **May 3, 2024**, or as soon thereafter as is convenient for the Court;

2. Plaintiff shall have until **April 12, 2024** to file its opposition to the Motion;

3. Costco shall have until **April 26, 2024** to file its reply in support of the Motion.

| | |
|---|---|
| Dated: March 29, 2024 | JOHN CHRISTOPHER (J.C.) ROZENDAAL<br>BYRON PICKARD<br>ROBERT NIEMEIER<br>STERNE, KESSLER, GOLDSTEIN & FOX PLLC<br><br>KARIN G. PAGNANELLI<br>MITCHELL SILBERBERG & KNUPP LLP<br><br>By: */s/ Karin G. Pagnanelli*<br>Karin G. Pagnanelli (SBN 174763)<br>Attorneys for Plaintiff<br>Taylor Made Golf Company, Inc. |
| Dated: March 29, 2024 | RAMSEY M. AL-SALAM<br>PERKINS COIE LLP<br><br>By: */s/ Ramsey M. Al-Salam*<br>Ramsey M. Al-Salam (SBN 109506)<br>Attorneys for Defendant<br>Costco Wholesale Corp |

## ECF CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I, Karin G. Pagnanelli, certify that the content of this document is acceptable to the undersigned counsel of record for the parties listed below and that I have obtained authorization from each counsel of record to affix his or her electronic signature hereto.

DATED: March 29, 2024

*/s/ Karin G. Pagnanelli*
Karin G. Pagnanelli

Mitchell Silberberg & Knupp LLP
16398381.1

3        24-CV-00212-AGS-VET
**JOINT MOTION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION AND FOR A NEW BRIEFING SCHEDULE**