1   JC ROZENDAAL (*pro hac vice*)
        jcrozendaal@sternekessler.com
2   BYRON PICKARD (*pro hac vice*)
        bpickard@sternekessler.com
3   ROBERT NIEMEIER (*pro hac vice*)
        rniemeier@sternekessler.com
4   STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
    1101 K St NW, 10th Floor
5   Washington, DC 20005
    Telephone: (202) 371-2600
6   Facsimile: (202) 371-2540

7   KARIN G. PAGNANELLI (SBN 174763)
        kgp@msk.com
8   MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
9   Los Angeles, CA 90067-3120
    Telephone: (310) 312-2000
10  Facsimile: (310) 312-3100

11  Attorneys for Plaintiff
    Taylor Made Golf Company, Inc.

12

13                  UNITED STATES DISTRICT COURT

14                 SOUTHERN DISTRICT OF CALIFORNIA

15                       SAN DIEGO DIVISION

16

17  TAYLOR MADE GOLF COMPANY,            CASE NO. 3:24-cv-00212-AGS-VET
    INC.,
18                                        Judicial Officer: Andrew G. Schopler
                Plaintiff,                Courtroom: 5C
19
         v.                               **DECLARATION OF TIM ULRICH
20                                        IN SUPPORT OF TAYLOR
    COSTCO WHOLESALE CORP., AND           MADE'S OPPOSITION TO
21  SOUTHERN CALIFORNIA DESIGN            COSTCO'S MOTION TO
    COMPANY d/b/a INDI GOLF,              COMPEL ARBITRATION AND
22                                        STAY CLAIMS IN INTERIM**
                Defendants.
23                                        Date:       May 3, 2024
24                                        Time:       2:30 pm
                                          Location:   Courtroom 5C
25

26

27

28
                                                    24-CV-00212-AGS-VET

                              DECLARATION

I, Tim Ulrich, declare as follows:

1.     I am the Sales Manager of Mass Merchant Accounts at Taylor Made Golf Company, Inc. ("Taylor Made"). I joined Taylor Made in 2006 and have held my current role since 2006. My responsibilities include sales management of large national accounts, such as Costco, BJs, Walmart, Target, Sam's Club, and other sporting goods accounts.

2.     I graduated from Henry Ford College in 1992, receiving an Associate's Degree in science.

3.     From 2006 to present, I worked as a Sales Manager for Taylor Made and was responsible for sales made by Taylor Made to Costco. To this day, I manage the sales of Taylor Made merchandise to an independent third-party distributor who deal with Costco.

4.     I make this declaration in support of Taylor Made's Opposition to Costco's Motion to Compel Arbitration. I am over the age of 18 and, unless otherwise indicated, I have personal knowledge of the facts related herein and could testify to them competently if call upon to do so.

6.     In 2009, Taylor Made and Costco began to negotiate a contract for Costco to import Taylor Made Golf Merchandise. Those negotiations resulted in the 2010 Import Agreement, signed in January 2010, that Costco now asserts as the basis for its motion to compel arbitration.

7.     The 2010 Import Agreement is a Full FOB agreement and applies only to merchandise supplied by Taylor Made to Costco for importation and for which Costco is the importer of record.

8.     I have reviewed Taylor Made's records of sales to Costco for the 2009-2014 time period. Those records indicate that the primary merchandise sold directly to Costco and imported into the U.S. were golf clubs in 2010.

9.     After 2010, Costco stopped buying imported golf clubs directly from Taylor Made and began to directly purchase primarily golf apparel from

Taylor Made under the Adidas Golf brand instead. The golf apparel transactions were domestic transactions and did not involve importation.

10.    In 2011, Costco notified Taylor Made that because the apparel transactions did not involve importation, the 2010 Import Agreement was not an appropriate agreement to govern the transactions going forward. As a result, Costco had Taylor Made sign a new 2011 Vendor Agreement, a true and correct copy of which is attached as Exhibit 1 to this declaration. Costco continued to buy golf apparel under the 2011 Vendor Agreement until 2013.

11.    Starting in 2013, Taylor Made stopped supplying merchandise directly to Costco, due to Costco's demanding packaging requirements, and instead began to sell merchandise to an independent third-party distributor that would in turn sell to Costco and other large retailers. Since 2013, neither Taylor Made nor Costco has attempted to make any direct transactions under either the 2010 Import Agreement or the 2011 Vendor Agreement.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

DECLARATION

1        I declare under penalty of perjury that the foregoing is true and correct to the

2    best of my knowledge.

3

4    Signed at _Carlsbad_ , California, April 11, 2024.

5

6

7    _____

8                     Tim Ulrich

9    22177080.2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

Exhibit 1
Page 5

Date: November  ⟨30⟩ , 2011                    Vendor A/P No._____
                                               Dept. No. 39 (Apparel)

### COSTCO WHOLESALE
### BASIC VENDOR AGREEMENT
#### *United States (2004)*

__TaylorMade Golf Company__ ("Vendor") and **Costco Wholesale Corporation** (referred to as "Costco Wholesale") agree that:

A.    __Agreement Documents__. All sales and deliveries of all merchandise by Vendor to Costco Wholesale (or other purchaser under paragraph C below), and all purchase orders by Costco Wholesale (or other purchaser under paragraph C below) to Vendor, will be covered by and subject to the terms of each of the following documents (collectively the "Agreement Documents"):

- This Basic Vendor Agreement;

- The attached Costco Wholesale Standard Terms United States (2004), as ~~they may be amended in writing by Costco Wholesale from time to time~~**modified by the parties** ("Standard Terms"); and

- Each Vendor Purchase Program Agreement, Item Agreement, or any other agreements (such as warehouse displays, promotions or rebates) that have been or will be signed between Vendor and Costco Wholesale __in connection with Dept. 39 (Apparel) merchandise__.

B.    __Inconsistency__. The above Agreement Documents collectively are an agreement between us, are part of this Basic Vendor Agreement and are incorporated herein by reference. In case of any inconsistency among any Agreement Documents, the lowest such document in the above list will take priority over any document higher on the list.

C.    __Purchaser__. Each purchase will be made in the name of "Costco Wholesale," but may be for the account of its affiliates ~~or licensees~~.

D.    __Insurance__. The insurance requirements are set forth in Section 16 of the Standard Terms.

E.    __Disputes__. Disputes shall be resolved under Sections 20 and 21 of the Standard Terms.

F.    __Relationship of the Parties__. The relationship between Costco Wholesale and Vendor is that of an independent contractor and Vendor agrees that it has not and shall not hold itself out as, nor shall Vendor be deemed to be, an agent of Costco Wholesale.

G.    __Vendor Code of Conduct__. Vendor agrees to comply with Costco Wholesale's Vendor Code of Conduct (~~December 2003~~**2011**), as it may be amended in writing by Costco

**Exhibit 1**
**Page 6**

From:5128479832                                              11/30/2011 11:28    #527 P.001/001

Stacey Lazowski

Wholesale from time to time.

H.    **Other Forms.** The Agreement Documents supersede all terms in Vendor's invoices and other forms, and all prior oral or written communications between us. No party is entering into these Agreement Documents in reliance on any oral or written promises, representations or understandings other than those in the Agreement Documents.

COSTCO WHOLESALE CORPORATION        <u>Vendor: **TAYLORMADE GOLF COMPANY**</u>

By _____         By _____
        (Buyer)                              (Signature of Owner, Officer,
Print Name _Iryna  M. DMcil_              or other Authorized Employee)

By _____         _David Abeles, Executive Vice President,_
        (GMM)                              (Print Name and Title)  TMaG

Print Name _Mark Sjobeen_

                                     _____
                                     Joe Oldham, Director, Sales

**Exhibit 1
Page 7**

**Costco Wholesale and Taylor Made Golf Company STANDARD TERMS for Dept. 39**
*United States (2004)*

These terms and conditions ("Standard Terms") apply to every purchase, sale, shipment and delivery of Merchandise from Vendor to Costco Wholesale Corporation ("Costco Wholesale") or its affiliates or licensees ("Affiliate Purchasers"), and related transactions, other than those in which Costco Wholesale is the importer of record or unless otherwise agreed in writing and signed by Costco and by Vendor. Each purchase will be made in the trade name of "Costco Wholesale," but will be for the account of either Costco, or of one of the Affiliate Purchasers. The term "Costco Wholesale" as used below means the entity or entities for which the purchase is being made. The term "Agreement Documents" refers to all documents as defined in the Basic Vendor Agreement. **Some Agreement Documents may use the term "Vendor" rather than "Supplier". The terms are synonymous in the Agreement Documents.**

1.    MERCHANDISE AND PALLETS.

(a)    "Merchandise" includes all goods described in any Costco Wholesale Purchase Order to Vendor and all packaging, instructions, warnings, warranties and other materials and services normally included or otherwise delivered with such Merchandise. Vendor shall comply with all packing (including pallets) requirements of the carrier and Costco Wholesale, and its cost is included in the price of the Merchandise. Vendor shall comply with Costco Wholesale's Structural Packaging Specifications **("SPS")** and inspect all Merchandise prior to shipment to ensure quality, safety and conformity and to ensure that the Merchandise is properly packed and loaded to prevent transit damage and tampering.

(b) ~~"Pallets" must at a minimum, be of standard GMA #1 quality, 4 way entry (40" x48") or CHIP.~~ **"Pallets" must comply with Costco Wholesale's current SPS requirements.** In the event pallets do not meet ~~these minimum standards~~**the SPS requirements for pallets**, Costco Wholesale, at its sole option, may at ~~Vendors'~~**Vendor's** sole expense reject the Merchandise and/or rework the pallets.

2.    PURCHASE ORDERS. Vendor may ship only against a written Costco Wholesale Purchase Order ("Purchase Order") that Supplier has accepted in writing Except as specified in a Purchase Order, projections, any past purchasing history and representations about quantifies to be purchased are not binding and Costco Wholesale shall not be liable for any act or expenditure (including expenditures for equipment, labor, materials or packaging) by Vendor in reliance on them. The relationship between Costco Wholesale and Vendor is that of an independent contractor and Vendor agrees that it has not and shall not hold itself out as, nor shall Vendor be deemed to be, an agent of Costco Wholesale.

3.    P.O. & ITEM NUMBER. Vendor shall mark all invoices, bills of lading, and packing lists to show legibly the complete Costco Wholesale Purchase Order and Item number(s) to which they relate.

4.    DOCUMENTS. Vendor shall comply with all billing, payment, claim and document instructions in the Costco Wholesale Vendor Credit Information Packet, as it may be revised in writing by Costco Wholesale from time to time. On the date any Merchandise is shipped, Vendor shall send to the "Bill To" address an original invoice that reflects Costco Wholesale's Purchase Order and accounts payable vendor number. The actual scale weights shall be shown on all bills of lading and other shipping documents that must accompany the Merchandise to the shipping destination. Any claims submitted by Vendor to Costco Wholesale regarding unpaid invoices, partial payments, RTVs, rebate or audit deductions, etc. must be submitted on a Costco Wholesale Standard Vendor Claim Form. Any claims for billing errors must be made to Vendor by Costco Wholesale must be made no later than sixty (60) days from the date the invoice is due.

**Exhibit 1**
**Page 8**

5.      PAYMENT TERMS AND PRICE CHANGES. Vendor shall provide Costco with a product price list as needed. Vendor shall give Costco Wholesale at least thirty (30) days prior written notice of price increases. Further, the prices on a Costco Wholesale Purchase Order which has been confirmed are not subject to any increase or additional charges because of increased cost, any change in law or any other reason. Payment terms are net sixty (60) days from invoice date, unless otherwise specified, provided, however, that Vendor may not submit invoices prior to shipment and Costco Wholesale does not have to pay for Merchandise until it has been received. A monthly late charge of 0.5% will be assessed by Vendor on any unpaid balance after the due date. Vendor may immediately terminate Costco's ability, if any, to purchase goods on credit or otherwise at any time in Vendor's sole discretion. Unless otherwise negotiated, all prices shall be subject to any import duties or taxes which may be imposed, and which shall be borne by Costco.

6.      FACTORING/ASSIGNMENT OF RECEIVABLES. Vendor shall not assign or factor its account without prior written notice by Vendor to Costco Wholesale's accounting department. Said assignee or factoring third party is only entitled to the payment validly owed to Vendor and said assignment does not confer upon assignee or factor any other rights. Once the account has been assigned to a third party, the assignment shall not be changed or discontinued without the prior written consent of both the Vendor and such third party and prior written notice to Costco Wholesale's accounting department.

7.      DELIVERY. Terms of sale and delivery will be FOB ~~TMaG's facility in Carlsbad~~Costco Wholesale, unless the parties otherwise agree in writing. ~~Title~~Vendor's delivery of the Merchandise will occur and title and risk of loss will pass when ~~a Costco employee or representative, or a carrier~~the Merchandise has been received at the Costco Wholesale warehouse or depot designated ~~by~~in the Purchase Order and a Costco~~, signs~~ Wholesale employee has signed the bill of lading or other shipping document acknowledging receipt. Unless mutually agreed otherwise, all ocean shipments for Hawaii and Alaska are FOB Costco Wholesale depot. Any claims for shortages or billing errors must be made to Vendor within sixty (60) days of receipt of the Merchandise,

8.      LATE SHIPMENT.

        (a)     SMU Product Orders: For any late shipment, Costco shall have the option to use an expedited delivery method and charge Vendor the difference between such expedited rate and Costco's regular freight rate. This amount must be settled in cash within thirty (30) days from the Costco's invoice. For the purposes of this paragraph, a shipment will be considered "late" if not shipped as required by the confirmed purchase order, provided however that a shipment will not be considered "late" if Costco has authorized an extension in writing or if the delay was caused by factors outside of Vendor's control. In the case of any late shipment of a SMU order, the parties shall work together in good faith to find a mutually acceptable solution to make Costco whole for any losses suffered as a result of the shipment being late.

        (b)     In-Line Product Orders. Costco Wholesale may at any time cancel any shipment not actually received by Costco Wholesale by the "Ship To Arrive Date" shown on the Purchase Order, without cost to or further obligation by Costco Wholesale. Vendor shall notify~' Costco Wholesale immediately if any shipment will not occur in time to arrive by the "Ship To Arrive Date". Vendor may ship back orders and late shipments only to the extent authorized in writing by Costco Wholesale and only on a freight prepaid basis at Vendor's expense.

9.      COMPLIANCE WITH LAWS.

        (a)     Vendor warrants all Merchandise to be manufactured, processed, packaged, labeled, tagged, tested, certified, accurately marked, weighed, inspected, shipped and sold in compliance with all applicable industry standards and all applicable federal, state, provincial and local laws,

treaties and regulations, including by way of example all laws and regulations relating to labor, health, safety, environment, serial and identification numbers, labeling, country of origin designation, and Customs requirements; all FDA, toxic substances, OSHA and EPA regulations, Federal Meat Inspection Act or Poultry Products Inspection Act, or any other food safety statute; and the requirements of California Proposition 65.

(b)    Vendor agrees to execute and/or furnish to Costco Wholesale on reasonable request, all certifications, guaranties and other documents regarding and verifying compliance with such laws and regulations, including any Material Safety Data Sheet ("MSDS") to the extent required by OSHA regulations.

(c)    Vendor must give prompt written notice to Costco Wholesale of any facts it learns indicating that Merchandise is not in compliance with such laws, regulations and/or standards in Section 9 (a) or any other provisions of these Standard Terms.

(d)    Costco Wholesale reserves the right to cancel any Purchase Order if it reasonably believes Merchandise to be delivered does not comply with the requirements of this section.

10.    U.L.All electrical Merchandise must be approved by Underwriter's Laboratories, Inc. or the equivalent designated in writing by Costco Wholesale..

~~11.~~**11.**    ABILITY TO SELL. Vendor warrants and represents to Costco Wholesale that the Merchandise and its resale will not infringe any patent, trademark, trade dress, trade name, copyright or other right of any third party; that the Merchandise is without defects and has adequate warnings and instructions; and that Vendor is not a party to any agreement or understanding, and that there is no other impediment or restriction that limits, prohibits or prevents Vendor from selling and delivering the Merchandise to Costco Wholesale or limits, prohibits or prevents Costco Wholesale from reselling the Merchandise.

12.    REJECTION/MERCHAN1JISE RETURN.

12.1    Rejected Merchandise. Supplier shall allow Costco or its designated inspector to inspect special make-up Merchandise during the manufacturing process or prior to shipment. Costco may, at any time reject and/or return to Supplier any Merchandise, shipment or portion thereof that:

(a) does not conform to the sample (if applicable) or product specifications, unless (1) the variation pertains to special make-up merchandise and could have been detected by the inspection referenced above or (2) does not impact the quality, cosmetics or performance of the product and is consistent with merchandise bearing Supplier's own trademarks;
(b) contains deviations in quality that exceed generally acceptable industry standards;
(c) fails to comply with applicable Laws;
(d) is shipped in quantities other than those specified in the Purchase Order~~.~~; or
(e)    causes Supplier to violate any of its warranties set forth in sections 9.(a), 9.(b), or 9.(d).

Merchandise described in subsections (a) – (e) are referred to herein as "Rejected Merchandise."

12.2    Refund for Rejected Merchandise. With respect to any Rejected Merchandise (including Rejected Merchandise which may have been processed and/or commingled with other product), Supplier shall grant a full refund at the Net Landed Cost to Costco, or Costco may deduct such amount against amounts it owes to Supplier, in addition to any other remedies available to Costco. If Costco desires a refund (as opposed to deducting the amount against other amounts owed to Supplier), it shall invoice Supplier and Supplier shall pay the invoice within thirty (30) days of

**Exhibit 1**
**Page 10**

receipt. Supplier shall pay all reasonable expenses of unpacking, examining, repacking, storing, holding, reshipping and/or returning any Rejected Merchandise.

12.3    Defective Merchandise. "Defective Merchandise" means any Merchandise which: (a) does not conform to the sample (if applicable) or product specifications (except for features that do not impact the quality, cosmetics or performance of the Merchandise and that are features of Supplier merchandise bearing Supplier's own trademarks); (b) contains deviations in quality that exceed generally acceptable industry standards; or (c) fails to comply with applicable Laws.

12.4    Refund for Defective Merchandise. With respect to any Defective Merchandise (including Defective Merchandise which may have been processed and/or commingled with other product), Supplier shall grant a full refund at the Net Landed Cost to Costco, or Costco may deduct such amount against amounts it owes to Supplier, in addition to any other remedies available to Costco. If Costco desires a refund (as opposed to deducting the amount against other amounts owed to Supplier), it shall invoice Supplier and Supplier shall pay the invoice within thirty (30) days of receipt. Supplier shall pay all reasonable expenses of unpacking, examining, repacking, storing, holding, reshipping and/or returning any Defective Merchandise.

For the avoidance of doubt, with respect to any Defective Merchandise the provisions of this paragraph shall survive for the longer of: (a) two (2) years from the date of purchase by Costco of the Defective Merchandise; or (b) the length of then current TaylorMade Limited Consumer Warranty applicable to such Defective Merchandise (the current TaylorMade Limited Consumer Warranty can be found at: www.taylormadegolf.com/customer-service/warranty). With regard to returns of Merchandise Defective under subsection 12.3(a), if Costco believes that return is appropriate and
justified, it will communicate its rationale to Supplier, and the parties will first have a good faith discussion prior to the potential return. For the avoidance of doubt, poor sales are not an appropriate basis for return under this Section.

12.5 Recalled Merchandise. "Recalled Merchandise" means any Merchandise:

(a) For which Customs or other government or consumer protection agency or electrical listing agency or product certification agency requires or recommends the recall, remarking, or any changes to the Merchandise or its labeling, denies entry or orders the return of the Merchandise or units for seizure, destruction, or re-export, or

(b) Subject to any voluntary recalls initiated or agreed-upon by Supplier related to health or safety.

12.6    Refund for Recalled Merchandise. With respect to any Recalled Merchandise (including Recalled Merchandise which may have been processed and/or commingled with other product), Vendor shall grant a full refund to Costco, or Costco may deduct such amount against amounts it owes to Vendor, in addition to any other remedies available to Costco. Vendor shall pay all reasonable expenses of unpacking, examining, repacking, storing, holding, reshipping and/or returning any Defective Merchandise.

13.    CUSTOMER RETURNS. Vendor shall only be responsible to Costco for returns of Merchandise that are Defective Merchandise.

14.    LIMITATION OF LIABILITY. ~~EXCEPT AS OTHERWISE SPECIFICALLY AGREED IN WRITING,~~ IN NO EVENT SHALL VENDOR BE LIABLE FOR INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT

**Exhibit 1**
**Page 11**

LIMITED TO LOSS OF BUSINESS OPPORTUNITY OR LOSS OF PROFIT) ARISING OUT OF ACTIVITIES RELATING TO THIS AGREEMENT, EVEN IF VENDOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.; **PROVIDED HOWEVER THAT SUCH LIMITATION OF LIABILITY WILL NOT APPLY TO VENDOR'S INDEMNITY OBLIGATIONS HEREIN**

15.     <u>INDEMNITY</u>. Vendor shall defend, hold harmless and indemnify Costco Wholesale, its subsidiaries, affiliates, and their employees, agents and representatives (collectively "Costco Wholesale") from and against any and all claims (including claims of Costco Wholesale against Vendor), actions, liabilities, losses, fines, penalties, costs and expenses (including reasonable attorneys' and experts' fees) arising out of any of the following provided that the Vendor's obligation to defend shall apply only to claims or actions brought by a third party against Costco
Wholesale:

(a)     Any actual or alleged infringement or misappropriation of any patent, trademark, trade name, trade dress, copyright or other right relating to any Merchandise, or other breach of these Standard Terms or the Agreement Documents;

(b)     Any actual or alleged injury to any person, damage to any property, or any other damage or loss, by whomsoever suffered, claimed to result in whole or in part from the Merchandise or any actual or alleged defect in such Merchandise, whether latent or patent, including any alleged failure to provide adequate warnings, labeling or instructions;

(c)     Any actual or alleged violation of any law, statute or ordinance or any judicial or administrative order, rule or regulation relating to the Merchandise, or to its manufacture, shipment, import, labeling, weights and measurements, use or sale, or any failure to provide an MSDS or certification; or

(d)     Any act, activity or omission of Vendor or any of its affiliates, employees, representatives, agents or contractors, including activities on Costco Wholesale's premises and the use of any vehicle, equipment, fixture or material of Vendor in connection with any sale to or service for Costco Wholesale.

These indemnities and obligations of Vendor shall not be affected, expanded or limited in any way by Costco Wholesale's extension of warranties to its customers, or by any approval, specification, act or omission of Costco Wholesale. Vendor shall have no obligation to defend, hold harmless and indemnify Costco Wholesale for Costco Wholesale's sole negligence or intentional wrongful acts.

16.     <u>INSURANCE</u>.

(a)     Vendor shall obtain and maintain, at its expense, a policy or policies of:

(i) Commercial General Liability (including product and completed operations, personal and advertising injury, contractual liability coverage) with a minimum of $2,000,000 General Aggregate limit; $2,000,000 Products and Completed Operations Aggregate limit; and $1,000,000 each occurrence, written on an occurrence form. Insurance shall be written on a world-wide basis.

(ii) For Vendors whose employees enter Costco Wholesale's premises, Workers' Compensation Insurance with statutory limits and Employers' Liability (StopGap Liability in monopolistic State Workers Compensation Fund states) insurance with minimum limits of $1,000,000 per accident combined single limit for bodily injury and

**Exhibit 1
Page 12**

property damage; Automobile Liability Insurance with $1,000,000 per accident combined single limit for bodily injury and property damage limits for each accident, including owned, non-owned and hired vehicles. Such insurance shall contain a waiver of subrogation endorsement in favor of Costco Wholesale.

(b)    Vendor will provide Certificates of Insurance at all times naming Costco Wholesale Corporation and/or any subsidiary, proprietary company or corporation, partnership or joint venturer thereof as "Additional Insureds" with respect to General Liability and Automobile Liability policies. and attach the Broad Form Vendor Endorsement (ISO CG2O 15 1185) executed in favor of Costco Wholesale and Additional Insureds, to the Certificates of Insurance, and protecting all parties from the liability set forth in 16(a) above. Vendor's insurers must be Best's rated B+, VII or better. Vendor shall provide the Certificates of Insurance, evidencing the required coverage, prior to receiving a Purchase Order from Costco Wholesale.

(c)    Policy limits may not be reduced, terms changed, or the policy canceled with less than thirty (30) days' prior written notice to Costco Wholesale. Vendor's insurance shall be primary with respect to any other insurance available to Costco Wholesale and shall contain a waiver of subrogation by Vendor's insurance carrier against Costco Wholesale and its insurance carrier with respect to all obligations assumed by the Vendor pursuant to the Agreement Documents. It shall be the responsibility of the Vendor to ensure that any of its agents, representatives, subcontractors, and independent contractors comply with the above insurance requirements. Coverage and limits referred to above shall not in any way limit the liability of the Vendor.

17.    [Intentionally omitted]

18.    TAXES. Costco Wholesale's purchase is for resale unless Costco Wholesale otherwise states in writing. Vendor's pricing should be exclusive of all sales. use and like taxes. If claiming the resale sales tax exemption, Costco Wholesale will provide Vendor with valid tax exemption (resale) certificates for those states where deliveries are to be made. Vendor's invoicing Costco Wholesale for any tax or fee shall constitute a warranty that Vendor is duly registered with the agency which levies the tax or fee. If Vendor does not remit the tax or fee to the appropriate agency, and/or if the same tax or fee is subsequently assessed by the agency against Costco Wholesale, Vendor shall reimburse Costco Wholesale for all amounts of tax or fee Costco Wholesale has remitted to Vendor to date and Vendor shall defend, indemnify and hold harmless Costco Wholesale against all losses, penalties, interest and expenses (including attorneys' fees).

19.    REMIEDIES REMEDIES. The exercise of any remedy herein shall be without prejudice to any other right or remedy available to either party.   At no time shall Costco Wholesale be liable for consequential damages incurred by Vendor.

20.    DISPUTES AND ARBITRATION. All claims and disputes that (1) are between Vendor and Costco Wholesale or either's subsidiaries, parents, affiliates. officers, directors and/or employees, and (2) arise out of or relate to the Agreement Documents or their subject matter, interpretation, performance or enforcement, or any other agreement, transaction or occurrence between Vendor and Costco Wholesale (including without limitation any tort or statutory claim) ("Dispute") shall be arbitrated under the Commercial Arbitration Rules of the American Arbitration Association ("AAA"), in English at Seattle, Washington, before one neutral arbitrator who may be a national of any party and who shall be a member of the AAA's Large Complex Case Panel. All documents and information relevant to the claim or dispute in the possession of any party shall be made available to the other party not later than sixty (60) days after the demand for arbitration is served, and the arbitrator may permit such depositions or other discovery deemed necessary for a fair hearing. The arbitrator shall have the power to require

**Exhibit 1**
**Page 13**

discovery of third parties (including testimony and documents) to the fullest extent allowed by the laws of the State of Washington. The hearing may not exceed two days. The award shall be rendered within 120 days of the demand. The arbitrator may award interim and final injunctive relief and other remedies, but may not award punitive, exemplary, treble, or other enhanced damages. To the fullest extent permitted by law, no arbitration under the Agreement Documents shall be joined to an arbitration involving any other party, whether through class arbitration proceedings or otherwise. No time limit herein is jurisdictional. Any award of the arbitrator (including awards of interim or final remedies) may be confirmed or enforced in any court having jurisdiction. Notwithstanding the above, Costco Wholesale or Vendor may bring court proceedings or claims against each other (i) solely as part of separate litigation commenced by an unrelated third party, or (ii) if not first sought from the arbitrator, solely to obtain in the state or federal courts in King County, Washington, temporary or preliminary injunctive relief or other interim remedies pending conclusion of the arbitration. In the case of contradiction between the provisions of this Section 20 and the Commercial Arbitration Rules of AAA, this Section shall prevail. The limitations on remedies described above may be deemed inoperative to the extent necessary to preserve the enforceability of the agreement to arbitrate. If any provision of this agreement to arbitrate is held invalid or unenforceable, it shall be so held to the minimum extent required by law and all other provisions shall remain valid and enforceable.

21.     VENUE; ATTORNEYS' FEES. Vendor consents to the personal jurisdiction and exclusive venue of the federal and state courts in King County, Washington, for any court action or proceeding. The prevailing party in any arbitration or court action or proceeding shall be awarded its reasonable attorneys' fees, expenses (including without limitation expert witness fees) and costs.

22.     GOVERNING LAW. The Agreement Documents and all agreements between Vendor and Costco Wholesale shall be governed by and construed according to the laws of the State of Washington, without regard to conflicts of laws principles.

23.     SEVERABILITY. If any provision of any Agreement Document or of any agreement between Vendor and Costco Wholesale is held invalid or unenforceable, it shall be so held to the minimum extent required by law and all other provisions shall remain valid and enforceable.

24.     BAR CODES. Vendor shall place on all merchandise sold to Costco an accurate Global Trade Item Number (GTIN) that complies with the GS 1 standards. In North America, the GTIN shall be the UPC unless the parties agree otherwise in writing. Vendor will promptly supply Costco with its manufacturer assigned GTIN number. If Vendor fails to place an accurate GTIN on any Merchandise, it shall be responsible for Costco's internal and external costs, plus associated fines and/or attorneys fees incurred as a result of such failure. With respect to SMU Merchandise only, upon request by Costco, Vendor shall place Costco's assigned item number on all SMU Merchandise.

25.     CALIF. PROP. 65. Vendor represents it is fully aware of, and agrees to comply with, California Proposition 65 (Calif Health & Safety Code 25249.5-25249.13) and its implementing regulations (22 Calif Code Reg. § 12000 et seq), including the following as and to the extent applicable according to their terms:

(a)     The Merchandise must not contain chemicals known to the State of California to cause cancer or reproductive toxicity; or

(b)     The quantity of the chemical in question is in compliance with the Federal and California standards, or the Merchandise must carry a warning label that complies with California law.

Exhibit 1
Page 14

Vendor shall provide Costco Wholesale a current MSDS that meets the requirements of OSHA regulations and California Admin. Code. Title 8, § 5194, or a statement from the manufacturer that no MSDS is legally required for the Merchandise.

26.     OZONE LAWS. Vendor represents and certifies that:

(a)     No Merchandise contains any foam or other substances ("Banned Substances") banned under regulations adopted by the U.S. Environmental Protection Agency ("EPA") or under any other U.S. laws or regulations, as and to the extent applicable according to their terms; and

(b)     The Merchandise either (a) does not contain and/or is not manufactured with the use of any Class I or Class II Ozone-Depleting Chemicals ("ODCs"), as and to the extent applicable according any laws or regulations pertinent to the Merchandise, or

(c)     is properly labeled in full compliance with EPA regulations and other applicable laws and regulations, as and to the extent applicable according to their terms.

27.     INTELLECTUAL PROPERTY. The ownership and exclusive use of the trademarks and other intellectual property owned by or under license to Costco Wholesale and/or its affiliates, which include COSTCO WHOLESALE (and all derivatives thereof) and KIRKLAND SIGNATURE (and all derivatives thereof) shall remain vested in Costco Wholesale and/or such affiliates as the case may be, and Vendor shall have no rights or interest in them. Vendor agrees that prior to using such intellectual property in any manner, it will obtain prior written consent and comply with Costco Wholesale's Guidelines. Vendor shall not contest, directly or indirectly, the ownership, validity, or enforceability of such intellectual property or use any confusingly similar intellectual property

28.     CHILD/FORCED PRISON LABOR LAWS AND VENDOR CODE OF CONDUCT.
Vendor represents and warrants that it and its subcontractors/suppliers will comply with all applicable labor and environmental laws and regulations of the country where the Merchandise is produced. Vendor further represents and warrants that it and its subcontractors/suppliers do not use any form of compulsory prison or slave labor, or illegal child labor and do not physically abuse theft workers. Vendor also agrees to comply with Costco Wholesale's Vendor Code of Conduct, and with reasonable prior notice, will allow Costco Wholesale or its representative to audit its facilities and manufacturers for compliance therewith.

29.     CONFIDENTIALITY.

(a)     Each party may be exposed to confidential information of the other. "Confidential Information" means non-public information, whether written, oral, recorded on tapes or in any other media or format, that a party designates confidential or which, under the circumstances surrounding disclosure, ought to be treated as confidential. Confidential Information includes, without limitation, information relating to members (in the case of Costco), vendors, employees, business plans, marketing plans, product plans, processes, strategies, know-how, products, forecasts, and/or sales or financial information.

(b)     Confidential Information shall not include information that the other party can conclusively establish (i) entered the public domain without the other party's breach of any obligation owed to the disclosing party; (ii) was lawfully disclosed to the other party from a source other than the disclosing party; or (iii) is or was rightfully in the other party's possession prior to disclosure by the disclosing party.

**Exhibit 1**
**Page 15**

(c)    Each party agrees, both during and after the close of the business relationship contemplated hereunder, to hold the Confidential Information in the strictest confidence and not to disclose such Confidential Information to any third party. A party shall, however, be permitted to disclose relevant aspects of such Confidential Information to its officers, employees, attorneys, auditors by a public accounting firm, or a federal or state government agency, on a need-to-know basis in order to perform its obligations under the Agreement Documents, provided that it has undertaken to protect the Confidential Information to the same extent as required under this Agreement. A party shall give the other party notice immediately upon learning of any unauthorized use or disclosure of Confidential Information.

(d)    In the event a party is served with any subpoena or other legal process requiring or purporting to require the disclosure of any Confidential Information, such party shall promptly notify the disclosing party and shall cooperate fully with the disclosing party and its legal counsel in challenging, opposing, seeking to limit or appealing any such legal process to the extent deemed appropriate by the disclosing party.

30.    CHANGE IN CONTROL / ASSIGNMENT.

(a) In the event of a change in control of Vendor, Costco Wholesale shall have the option but not the obligation to cancel any Purchase Order that in whole or in part has not been fully performed.

(b) Any assignment of the Agreement Documents without Costco Wholesale's prior written consent is void and if approved, the Agreement Documents will be binding upon, inure to the benefit of and be enforceable by the parties hereto and their respective successors and permitted assigns.

31.    NO PUBLICITY. Vendor shall not, without the prior written consent of Costco Wholesale, refer to Costco Wholesale or any of its affiliates in any manner in press releases, advertising or other public or promotional statements.

32.    ADDITIONAL TERMS. Notwithstanding anything to the contrary herein:

(a)    Distribution. All sales to Costco Wholesale are solely for the purpose of Costco Wholesale's resale of such productMerchandise in its warehouse brick and mortar store locations and online at www.costco.com as an "Authorized TMaG Internet Retailer." To enhance informed selection and promote its premium image, TMaGVendor only sells to selected retail accounts for retail sale, on the express condition that such accounts may not resell to any person or entity who is not also the final user or consumer. Costco Wholesale therefore shall not knowingly sell Merchandise for export or bulk commercial redistribution or directly or indirectly knowingly redistribute, transship or divert product for resale by unauthorized persons, whether in the United States or abroad. Enforcement by Vendor of its rights under Vendor's unilateral sales policies will not be a violation of or default under this Agreement.

(b)  Pricing, Payment and Collection Costs. Costco agrees that it will pay collection costs, collection agency commission, expenses and reasonable attorney fees (including, without limitation, at trial and on appeal) that Vendor may incur in any manner of collection of any sums past due.

(c)b  Intellectual Property; Vendor Approval of Costco Use of Trademarks.

(i)    Costco Wholesale shall not use or publish any packaging, advertising materials or other collateral depicting Vendor's trade names, trade marks, logos, artwork, trade dress or any other Vendor intellectual property without the prior written approval of Vendor. For the avoidance of doubt, Vendor's final written approval shall be required for any and all packaging.

CC\Vendors\TaylorMade Golf Company St Terms 9-30-09 vs 11-4-11 (Dept. 39) .doc          Page 9 of 10

Exhibit 1
Page 16

    (ii)    Vendor ~~products~~Merchandise shall not be used in any advertising which involves predatory pricing, loss leader pricing, or bait and switch tactics. In order to protect Vendor's trademarks, logos, trade names, trade dress and good will, Vendor ~~products~~Merchandise shall not be disassembled, reassembled or sold as separate components in any manner. Vendor trademarks, logos, trade names, or trade dress are not to be used on any products other than genuine Vendor ~~products~~Merchandise as manufactured and delivered by Vendor. Costco Wholesale shall not make, sell or offer to sell products that infringe Vendor's intellectual property rights in the Merchandise, including patents, trademarks and copyrights. Also, Costco Wholesale shall not contest, directly or indirectly, the ownership, validity, or enforceability of Vendor's intellectual property or use any intellectual property that is confusingly similar to the Merchandise.

    (iii) To the extent Costco Wholesale provides any input with respect to products intended to be conceived, developed or sold hereunder, Costco Wholesale agrees that all intellectual property rights, including any and all trademarks, copyrights and patents, as well as all associated goodwill, pertaining to such products shall be and remain the property of Vendor. Costco Wholesale agrees to timely provide assignment of any and all intellectual property rights necessary to convey ownership to Vendor.

    (iv) To the extent Costco Wholesale desires to use a third party vendor for the purposes of packaging ~~product~~Merchandise sold by Vendor hereunder, Costco Wholesale shall first obtain the prior written approval of Vendor.

COSTCO WHOLESALE CORPORATION

By _____
        (Buyer)

Print Name _____

By _____
        (GMM)

Print Name _Mark Sjöboen_

Vendor: TAYLORMADE GOLF COMPANY

By _____
    (Signature of Owner, Officer,
    or other Authorized Employee)

_David Abeles, Executive_
    (Print Name and Title) President, MaG

_Joe Oldham, Director, Sales_

**Exhibit 1**
**Page 17**

(ii)   Vendor ~~products~~Merchandise shall not be used in any advertising which involves predatory pricing, loss leader pricing, or bait and switch tactics. In order to protect Vendor's trademarks, logos, trade names, trade dress and good will, Vendor ~~products~~Merchandise shall not be disassembled, reassembled or sold as separate components in any manner. Vendor trademarks, logos, trade names. or trade dress are not to be used on any products other than genuine Vendor ~~products~~Merchandise as manufactured and delivered by Vendor. Costco Wholesale shall not make, sell or offer to sell products that infringe Vendor's intellectual property rights in the Merchandise, including patents, trademarks and copyrights. Also, Costco Wholesale shall not contest, directly or indirectly, the ownership, validity, or enforceability of Vendor's intellectual property or use any intellectual property that is confusingly similar to the Merchandise.

(iii)  To the extent Costco Wholesale provides any input with respect to products intended to be conceived, developed or sold hereunder, Costco Wholesale agrees that all intellectual property rights, including any and all trademarks. copyrights and patents, as well as all associated goodwill, pertaining to such products shall be and remain the property of Vendor. Costco Wholesale agrees to timely provide assignment of any and all intellectual property rights necessary to convey ownership to Vendor.

(iv)   To the extent Costco Wholesale desires to use a third party vendor for the purposes of packaging ~~product~~Merchandise sold by Vendor hereunder. Costco Wholesale shall first obtain the prior written approval of Vendor.

COSTCO WHOLESALE CORPORATION

By _____
         (Buyer)

Print Name _Inma   Mci'l____

By _____
         (GMM)

Print Name _Mark Sjöboen____

Vendor: TAYLORMADE GOLF COMPANY

By _____
     (Signature of Owner, Officer,
      or other Authorized Employee)

_David Areles   Executive Vice_
(Print Name and Title) _President, MaG_

_Joe Oldham, Director, Sales_

ATTN: Becky Smith

**Exhibit 1**
**Page 18**