IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR MADE GOLF COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION AND SOUTHERN CALIFORNIA DESIGN COMPANY d/b/a INDI GOLF, <br><br> Defendant. | Case No. 3:24-cv-00212-AGS-VET |

**DECLARATION OF CHRIS TAYLOR**

I, Chris Taylor, hereby declare as follows:

1. I have been a Buyer for Costco Wholesale Corporation for almost 30 years and have been a buyer for Taylor Made golf-related equipment products since 2017. Apparel made by Taylor Made or its affiliates are handled by buyers in other departments. I make this declaration based on my personal knowledge unless otherwise indicated.

2. I am familiar with Costco's vendor agreements, including Costco's agreements with Taylor Made. I understand there is a 2010 Agreement with Taylor Made to cover imported merchandise, and a 2011 Agreement that covers merchandise that has not been imported. My understanding is that neither of those agreements has been expressly terminated, and those agreements continue to apply to our acquisition of Taylor Made products and our relationship with Taylor Made generally.

3. I have reviewed Tim Ulrich's declaration dated April 11, 2024. I note that he references the 2010 and the 2011 Agreements, but never says that they are no longer effective.

At most, he says that since 2013, neither Taylor Made nor Costco has attempted to make any direct transactions under either Agreement.

4. I disagree. I have had many communications with Mr. Ulrich and others at Taylor Made about the purchase and sale of Taylor Made merchandise since 2013, including up to as recently as a few months ago. I understand the 2010 and/or 2011 Agreement to apply to all of such actual or contemplated purchases. For example, Costco sold Taylor Made putters in 2017 and Costco Canada currently sells Taylor Made RBZ golf balls. In 2019, I was invited by Mr. Ulrich to Taylor Made's facilities in Carlsbad to discuss the sale of Taylor Made golf balls in the United States.

5. I have had many other discussions with Mr. Ulrich regarding the sale of Taylor Made merchandise, many in the last few years. In June of 2021, for example, I discussed with Mr. Ulrich and other Taylor Made representatives the sale of Taylor Made golf clubs. In an email dated August 13, 2021, Mr. Ulrich told me that Taylor Made was experiencing supply chain challenges and could not produce the quantity required by Costco. He concluded his email by stating "Let's continue to stay in touch and I will let you know if anything changes in the future … ."

6. And we have stayed in touch about the purchase of Taylor Made merchandise. In October of 2022, for example, Mr. Ulrich tried to sell Costco Taylor Made golf bags and sent us samples for inspection. We declined that opportunity. Last September, Mr. Ulrich called me about an opportunity to sell Adams branded golf clubs, a Taylor Made brand. We passed on the offer only because we could not agree on pricing.

7. Some of the communications, including thoses above, contemplated purchases directly from Taylor Made, and some contemplated we would buy through a third party

distributor—U.S. Merchants. Even in the latter situations, however, the negotiations about what products we would buy, the amounts, and the pricing, were all with Taylor Made representatives. We agreed to buy Taylor Made merchandise through U.S. Merchants only for Taylor Made's convenience, because Taylor Made could not meet our packaging and/or palletizing requirements. Some of my post-2013 discussions with Taylor Made representatives, including Mr. Ulrich, contemplated purchases of imported Taylor Made merchandise, and some contemplated that the merchandise would be purchased domestically.

8.  In all of my discussions with Taylor Made representatives, whether the product was to be supplied from U.S. Merchants or Taylor Made directly, I understood the 2010 Agreement or 2011 Agreement would apply to the purchase of Taylor Made products. This is consistent with my understanding of Costco's standard vendor agreements and practices. My understanding is that those agreements do not have termination clauses because Costco negotiates purchases on an annual basis and does not want to re-negotiate vendor agreements each year. Accordingly, Costco intends its vendor ageements to apply to all purchases from a vendor, even if there is a significant hiatus (e.g, years) between such purchases. This is Costco's typical practice and, in my understanding, applies to the purchases and contemplated purchases we make from or discuss with Taylor Made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this day of April, 2024, at Issaquah, Washington.

_____
Chris Taylor