Matthew C. Bernstein SBN: 199240
mbernstein@perkinscoie.com
Eric R. Mass SBN: 345450
emaas@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Ramsey M. Al-Salam, Bar No. 109506
RAlsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206)359-9000

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR MADE GOLF COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORP., SOUTHERN CALIFORNIA DESIGN COMPANY d/b/a INDI GOLF, and SM GLOBAL, LLC,, <br><br> Defendant. | Case No. 3:24-cv-0212-AGS-VET <br><br> DEFENDANT COSTCO WHOLESALE CORP.'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND FALSE ADVERTISING <br><br> Judge:  Honorable Andrew G. Schopler |

In response to the allegations in the First Amended Complaint, Defendant Costco Wholesale Corp. ("Costco") responds as follows:

## NATURE OF THIS ACTION

1. Regarding paragraph one, Costco admits that the First Amended Complaint purports to state an allegation for patent infringement and for false advertising. Costco denies the allegations have merit.

## PARTIES

2. Regarding paragraph two, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

3. Regarding paragraph three, the allegations are admitted.

4. Regarding paragraph four, Costco denies that it has sold "infringing products." Costco admits that is has sold the accused golf clubs through its website and to consumers in this District and throughout California.

5. Regarding paragraph five, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

6. Regarding paragraph six, Costco denies that it has acquired "infringing products" from SM Global. Costco admits that it purchased the accused golf clubs from SM Global. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

## JURISDICTION AND VENUE

7. Regarding paragraph seven, the allegations are admitted.

8. Regarding paragraph eight, the allegations are admitted.

9. Regarding paragraph nine, Costco denies that it has marketed or sold "infringing products." Costco admits that it "owns and operates several stores in this District and throughout California," and such stores have generated "substantial" income.

10. Regarding paragraph ten, Costco admits that venue is proper under 28 USC § 1400(b) but denies the remaining allegations.

11. Regarding paragraph eleven, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

12. Regarding paragraph twelve, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

13. Regarding paragraph thirteen, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

14. Regarding paragraph fourteen, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

15. Regarding paragraph fifteen, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

16. Regarding paragraph sixteen, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

## BACKGROUND

17. Regarding paragraph seventeen, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

18. Regarding paragraph eighteen, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

19. Regarding paragraph nineteen, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

20. Regarding paragraph twenty, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

21. Regarding paragraph twenty-one, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

## The Asserted Patents

### I. The '653 Patent

22. Regarding paragraph twenty-two, Costco admits that Exhibit 1 appears to be a copy of U.S. Patent No. RE47,653 ("the '653 Patent"). With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

23. Regarding paragraph twenty-three, Costco admits that the face of the '653 Patent is consistent with the allegations regarding its history. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

24. Regarding paragraph twenty-four, the allegations are denied.

### II. The '293 Patent

25. Regarding paragraph twenty-five, Costco admits that Exhibit 2 appears to be a copy of U.S. Patent No. 10,953,293 ("the '293 Patent"). With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.

26. Regarding paragraph twenty-six, Costco admits that the face of the '293 Patent is consistent with the allegations regarding its history. With respect to the

-4-

3:24-CV-0212-AGS-VET
DEFENDANT COSTCO WHOLESALE CORP.'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND FALSE ADVERTISING

remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

27. Regarding paragraph twenty-seven, the allegations are denied.

### III. The '426 Patent

28. Regarding paragraph twenty-eight, Costco admits that Exhibit 3 appears to be a copy of U.S. Patent No. 11,351,426 ("the '426 Patent"). With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

29. Regarding paragraph twenty-nine, Costco admits that the face of the '426 Patent is consistent with the allegations regarding its history. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.

30. Regarding paragraph thirty, the allegations are denied.

### IV. The '097 Patent

31. Regarding paragraph thirty-one, Costco admits that Exhibit 4 appears to be a copy of U.S. Patent No. 11,420,097 ("the '097 Patent"). With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.

32. Regarding paragraph thirty-two, Costco admits that the face of the '097 Patent is consistent with the allegations regarding its history. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

33. Regarding paragraph thirty-three, the allegations are denied.

### V. The '727 Patent

34. Regarding paragraph thirty-four, Costco admits that Exhibit 5 appears to be a copy of U.S. Patent No. 11,559,727 ("the '727 Patent"). With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a

-5-

3:24-CV-0212-AGS-VET
DEFENDANT COSTCO WHOLESALE CORP.'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND FALSE ADVERTISING

belief as to the truth of the allegations and, on that basis, denies them.

35. Regarding paragraph thirty-five, Costco admits that the face of the '727 Patent is consistent with the allegations regarding its history. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

36. Regarding paragraph thirty-six, the allegations are denied.

### Defendants' Acts of Infringement

37. Regarding paragraph thirty-seven, Costco restates its responses above as if fully set forth herein.

38. Regarding paragraph thirty-eight, the allegations are admitted.

39. Regarding paragraph thirty-nine, the allegations are admitted.

40. Regarding paragraph forty, Costco admits that its website had the "statement" and provided a diagram of the golf clubs. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

41. Regarding paragraph forty-one, Costco admits that it purchased the accused golf clubs from SM Global. Costco denies the remaining allegations.

42. Regarding paragraph forty-two, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

43. Regarding paragraph forty-three, Costco admits that it was told that SCDC designed the accused golf clubs and has designed other golf products purchased by Costco, but denies that it paid SCDC to design them. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and, on that basis, denies them.

44. Regarding paragraph forty-four, Costco admits that it acquired the accused golf clubs from SM Global. With respect to the remaining allegations,

Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

45. Regarding paragraph forty-five, Costco admits that it acquired the accused golf clubs from SM Global. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

46. Regarding paragraph forty-six, Costco admits that it began selling the accused golf clubs in December 2023. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

47. Regarding paragraph forty-seven, the allegations are admitted.

48. Regarding paragraph forty-eight, the allegations are admitted.

49. Regarding paragraph forty-nine, the allegations are denied.

50. Regarding paragraph fifty, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

51. Regarding paragraph fifty-one, Costco admits that it was selling the accused golf clubs on or around January 10, 2024, from its website. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

52. Regarding paragraph fifty-two, the allegations are admitted.

53. Regarding paragraph fifty-three, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.

54. Regarding paragraph fifty-four, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them,

55. Regarding paragraph fifty-five, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.

56. Regarding paragraph fifty-six, Costco admits that it agreed in advance to purchase the accused golf clubs from SM Global and it discussed the general design aspects with SM Global and SCDC before the purchase. Costco denies that the accused products are otherwise "made by or at the direction" of Costco. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

57. Regarding paragraph fifty-seven, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

58. Regarding paragraph fifty-eight, Costco admits that it has acquired the accused golf clubs from SM Global. Costco denies that the other Defendants "continue to design, make, use, sell, offer for sale or import into the United States, the accused products…for, or at the direction of Costco."

59. Regarding paragraph fifty-nine, the allegations are denied.

60. Regarding paragraph sixty, Costco admits that it is considering making future sales of the accused products but denies that those sales would necessarily be in the United States.

61. Regarding paragraph sixty-one, the allegations are denied.

62. Regarding paragraph sixty-two, the allegations are denied.

63. Regarding paragraph sixty-three, the allegations are denied.

64. Regarding paragraph sixty-four, the allegations are denied.

65. Regarding paragraph sixty-five, the allegations are denied.

66. Regarding paragraph sixty-six, Costco lacks knowledge or information

sufficient to form a belief as to the truth of the allegations, and on that basis, denies them.

67. Regarding paragraph sixty-seven, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

68. Regarding paragraph sixty-eight, the allegations are denied.

69. Regarding paragraph sixty-nine, the allegations are denied.

70. Regarding paragraph seventy, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.

71. Regarding paragraph seventy-one, Costco denies that the accused product infringed the Taylor Made patents. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.

72. Regarding paragraph seventy-two, Costco admits that the patent numbers were listed, with a list of many other patents, in the Taylor Made December 12, 2023, notice letter. Costco denies that that letter constituted a notice or allegation of infringement, or that its removal of the products from the website was related to the letter. The remaining allegations are admitted.

73. Regarding paragraph seventy-three, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.

74. Regarding paragraph seventy-four, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.

75. Regarding paragraph seventy-five, the allegations are admitted.

76. Regarding paragraph seventy-six, the allegations are denied.

77. Regarding paragraph seventy-seven, Costco denies that the accused products infringe the asserted patents. With respect to the remaining allegations, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

78. Regarding paragraph seventy-eight, the allegations are denied.

79. Regarding paragraph seventy-nine, the allegations are denied.

### Defendants' Acts of False Advertisement

80. Regarding paragraph eighty, Costco restates its responses above as if fully set forth herein.

81. Regarding paragraph eighty-one, Costco admits that its website listed the accused product with the language quoted. Costco denies that the other Defendants were advertising on Costco's website.

82. Regarding paragraph eighty-two, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.

83. Regarding paragraph eighty-three, Costco admits that SM Global provided the language that the products contained "injected urethane insert." Costco denies the remaining allegations.

84. Regarding paragraph eighty-four, the allegations are denied.

85. Regarding paragraph eighty-five, Costco lacks knowledge of whether the accused golf clubs contain an "injected urethane insert." Costco denies that that statement is deceptive or is in anyway material to purchasing decisions by consumers.

86. Regarding paragraph eighty-six, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.

87. Regarding paragraph eighty-seven, the allegations are admitted.

-10-

3:24-CV-0212-AGS-VET
DEFENDANT COSTCO WHOLESALE CORP.'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND FALSE ADVERTISING

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. RE47,654

88. Regarding paragraph eighty-eight, Costco restates its responses above as if fully set forth herein.

89. Regarding paragraph eighty-nine, the allegations are denied.

90. Regarding paragraph ninety, the allegations are denied.

91. Regarding paragraph ninety-one, the allegations are denied.

92. Regarding paragraph ninety-two, the allegations are denied.

93. Regarding paragraph ninety-three, the allegations are denied.

94. Regarding paragraph ninety-four, the allegations are denied.

95. Regarding paragraph ninety-five, the allegations are denied.

## COUNT II: INFRINGMENT OF U.S. PATENT NO. 10,953,293

96. Regarding paragraph ninety-six, Costco restates its responses above as if fully set forth herein.

97. Regarding paragraph ninety-seven, the allegations are denied.

98. Regarding paragraph ninety-eight, the allegations are denied.

99. Regarding paragraph ninety-nine, the allegations are denied.

100. Regarding paragraph 100, the allegations are denied.

101. Regarding paragraph 101, the allegations are denied.

102. Regarding paragraph 102, the allegations are denied.

103. Regarding paragraph 103, the allegations are denied.

## COUNT III: INFRINGEMENT OF U.S. PATENT NO. 11,351,426

104. Regarding paragraph 104, Costco restates its responses above as if fully set forth herein.

105. Regarding paragraph 105, the allegations are denied.

106. Regarding paragraph 106, the allegations are denied.

107. Regarding paragraph 107, the allegations are denied.

108. Regarding paragraph 108, the allegations are denied.

| | | |
|---|---|---|
| 1 | 109. | Regarding paragraph 109, the allegations are denied. |
| 2 | 110. | Regarding paragraph 110, the allegations are denied. |
| 3 | 111. | Regarding paragraph 111, the allegations are denied. |

**COUNT IV: INFRINGEMENT OF U.S PATENT NO. 11,420,097**

112. Regarding paragraph 112, Costco restates its responses above as if fully set forth herein.

113. Regarding paragraph 113, the allegations are denied.
114. Regarding paragraph 114, the allegations are denied.
115. Regarding paragraph 115, the allegations are denied.
116. Regarding paragraph 116, the allegations are denied.
117. Regarding paragraph 117, the allegations are denied.
118. Regarding paragraph 118, the allegations are denied.
119. Regarding paragraph 119, the allegations are denied.

**COUNT V: INFRINGEMENT OF U.S. PATENT NO. 11,420,097**

120. Regarding paragraph 120, Costco restates its responses above as if fully set forth herein.

121. Regarding paragraph 121, the allegations are denied.
122. Regarding paragraph 122, the allegations are denied.
123. Regarding paragraph 123, the allegations are denied.
124. Regarding paragraph 124, the allegations are denied.
125. Regarding paragraph 125, the allegations are denied.
126. Regarding paragraph 126, the allegations are denied.
127. Regarding paragraph127, the allegations are denied.

**COUNT VI: FALSE ADVERTISING (15 U.S.C. § 1125)**

128. Regarding paragraph 128, the allegations are denied.
129. Regarding paragraph 129, the allegations are denied.
130. Regarding paragraph 130, the allegations are denied.

131. Regarding paragraph 131, the allegations are denied.

132. Regarding paragraph 132, the allegations are denied.

133. Regarding paragraph 133, the allegations are denied.

134. Regarding paragraph 134, the allegations are denied.

To the extent any allegation in the First Amended Complaint is not addressed above, it is denied.

## DEFENDANT COSTCO WHOLESALE CORP.'S AFFIRMATIVE DEFENSES

In further responses to the First Amended Complaint, and without conceding it has the burden of proof on such issues, Costco alleges as follows:

### CLAIM SUBJECT TO ARBITRATION

1. Plaintiff's claims are subject to arbitration pursuant to binding agreement between the parties.

### NON-INFRINGEMENT

2. The asserted patents do not read on the accused Kirkland golf clubs, and for that reason, Costco has not infringed, either directly or indirectly, the asserted patents.

### INVALIDITY

3. The asserted patents are invalid because of their failure to comply with 35 U.S.C. §§ 102, 103, 112, and/or 251.

### FAILURE TO MARK

4. On information and belief, Plaintiff did not comply with 35 U.S.C. § 287, thereby precluding it from recovering damages for activities prior to the filing of the Complaint.

### NO WILLFUL INFRINGEMENT

5. The First Amended Complaint fails to state a claim for willful infringement because, at the least, Plaintiff never asserted Costco was infringing the

asserted patents prior to filing of the Complaint. Further, Costco has reasonable defenses, and has not acted egregiously in any manner.

### ADEQUATE REMEDY AT LAW

6. Plaintiff is not entitled to injunctive relief because any alleged injury is not immediate or irreparable, and it has an adequate remedy at law.

### PROSECUTION HISTORY ESTOPPEL

7. Because of statements or amendments made, or positions taken during the prosecution of the applications of the asserted patents, Plaintiff is estopped from construing any claims to cover the accused products.

Costco reserves the right to assert other legal or equitable defenses based on discovery or facts.

### DEMAND FOR JURY TRIAL

Costco demands a jury for all issues so triable.

### DEFENDANTS COSTCO WHOLESALE CORP.'S REQUEST FOR RELIEF

WHEREFORE, Costco requests relief as follows:

1. That Plaintiff's claims be dismissed with prejudice, and that Plaintiff take nothing by reason of such claims;
2. That judgment be entered that the asserted claims are invalid;
3. That Costco be awarded it reasonable attorneys' fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by law; and
4. That the Court provide any further relief that it deems just and proper.

-14-

3:24-CV-0212-AGS-VET
DEFENDANT COSTCO WHOLESALE CORP.'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND FALSE ADVERTISING

Dated: June 7, 2024

**PERKINS COIE LLP**

By: */s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam, Bar No. 109506
RAlsalam@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Matthew C. Bernstein SBN: 199240
mbernstein@perkinscoie.com
Eric R. Mass SBN: 345450
emaas@perkinscoie.com
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

-15-

3:24-CV-0212-AGS-VET
DEFENDANT COSTCO WHOLESALE CORP.'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR
PATENT INFRINGEMENT AND FALSE ADVERTISING