UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR MADE GOLF COMPANY, INC., <br><br>　　　　　　　Plaintiff, <br><br>v. <br><br>COSTCO WHOLESALE CORP., SOUTHERN CALIFORNIA DESIGN COMPANY d/b/a INDI GOLF, and SM GLOBAL, LLC, <br><br>　　　　　　　Defendants. | Case No.: 3:24-cv-00212-AGS-VET <br><br>**ORDER DENYING AS MOOT *EX PARTE* APPLICATION TO COMPEL RESPONSE** <br><br>[Doc. No. 82] |

Before the Court is Defendants Southern California Design Co. and SM Global, LLC's (collectively "Defendants") *Ex Parte* Application to Compel Response. Doc. No. 82 ("*Ex Parte* Application"). Therein, Defendants request that the Court order Plaintiff Taylor Made Golf Co., Inc ("Plaintiff") to provide the information and documents referenced in Paragraph 5 of the Declaration of Hannah Makinde (submitted in support of the *Ex Parte* Application) ("Mankinde Declaration"). *Id.* at 2. Defendants represent that Plaintiff agreed to produce such information by January 31, 2025, failed to do so, and then failed to respond to subsequent communications. Doc. No. 82-1 at 2–4. Plaintiff timely opposed the *Ex Parte* Application. Doc. No. 87. Plaintiff disputes Defendants' account of

1

events but agrees to produce the requested information by February 24, 2025. *Id.* at 5–6. Thus, Plaintiff asks that the Court deny the *Ex Parte* Application as moot. *Id.* at 6.

The Court held a Discovery Conference on February 24, 2025 to address the *Ex Parte* Application. *See* Doc. Nos. 83, 89. On the record, Plaintiff confirmed its agreement to provide Defendants with the requested information, to the extent available, by February 24, 2025. Because the information referenced in Paragraph 5, Subparagraphs (h) and (i) of Makinde's Declaration relates to supplemental interrogatory responses, Plaintiff agreed to produce those supplemental responses by February 28, 2025.

Therefore, given Plaintiff's representations during the Discovery Conference, the Court **DENIES AS MOOT** Defendants' *Ex Parte* Application. Furthermore, in accordance with Plaintiff's agreement, the Court **ORDERS** the following:

1. By no later than **February 24, 2025**, Plaintiff shall provide to Defendants all available information and/or documents requested in Paragraph 5 of the Makinde Declaration, including any subparagraphs. *See* Doc. No. 82-1 at ¶ 5.

2. To the extent Paragraph 5, Subparagraphs (h) and (i) of the Makinde Declaration seek supplemental responses to Interrogatory Nos. 7 and 12, Plaintiff shall serve supplemental responses to Interrogatory Nos. 7 and 12 by no later than **February 28, 2025**.

**IT IS SO ORDERED.**

Dated: February 24, 2025

Honorable Valerie E. Torres
United States Magistrate Judge